# Exhibit 10

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 1

## Funding Agreement
### Between
### Southcentral Foundation
### and
### The Secretary of the Department of Health and Human Services
### of the
### United States of America
### Fiscal Year 2023

*This Funding Agreement is entered into by and between Southcentral Foundation, acting on behalf of Cook Inlet Region, Inc. ("CIRI"), and the Secretary of the Department of Health and Human Services of the United States of America. CIRI has authorized Southcentral Foundation to sign this Funding Agreement and to be responsible for and carry out the terms of this Funding Agreement*

**Section 1 - Obligations of the IHS.**

Under the authority of Section 325 of P.L. 105-83 and P.L. 93-638 as amended, non-residual programs, services, functions and activities (PSFAs) of the Alaska Area Office and the Alaska Native Medical Center (ANMC) have been transferred to tribal management.

Delivery of PSFAs shall be consistent with each Co-Signer's Funding Agreement (FA). Indian Health Service (IHS) shall remain responsible for performing all federal residual PSFAs. IHS retains the responsibility for HIPAA compliance for retained IHS health care component activities. The IHS shall remain responsible for negotiating assurances with Alaska Native Tribal Health Consortium (ANTHC) and Southcentral Foundation (SCF) on behalf of Alaska Natives and American Indians to the effect that Co-Signers continue to receive non-residual PSFAs from the ANMC and Area Office provided by ANTHC and SCF at a minimum at the level that such PSFAs were provided by the IHS as of October 1, 1997, to the extent permitted by Section 325 of P.L. 105-83. To the extent authorized by federal law, the IHS will respond to written Co-Signer concerns about the extent with which such assurances have not been complied and take appropriate action. SCF Assurances Regarding Services from the ANMC and ANPCC (Appendix I) and ANTHC Assurances Regarding Services from the ANMC (Amended and Restated October 1, 2000 and October 1, 2008) are attached to this FA as Appendix J. IHS shall further be responsible for performing its special trust responsibility and legal obligations as provided in the Indian Health Care Improvement Act, the Indian Self-Determination and Education Assistance Act, and other applicable provisions of federal law.[1]

The terms and conditions in this subsection are subject to the provisions of the Assurances and Purchase Agreements entered into between SCF and the ANTHC subject to the conditions of Section 21. This FA obligates the IHS to provide funding and services identified herein and as provided in the Alaska Tribal Health Compact ("Compact") between SCF and certain other Co-Signers thereof and the United States in Fiscal Year 2023.

In addition, although funds are provided from Headquarters and the Area Office in support of this Compact, the IHS will agree to continue to make available to SCF PSFAs from both Area Office and Headquarters unless 100 percent of the total tribal shares for these PSFAs have been specifically included in this FA. In cases where a portion of tribal shares have been transferred, there may be some diminishment in the level of PSFAs provided by the IHS. Furthermore, the IHS will reorganize both Headquarters and the Area

---

[1] All references to Appendix A and Appendix C in this Funding Agreement are to the Appendix for the applicable fiscal year.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 2

Office to continue to provide the remaining PSFAs, which have not been included in this FA, in the most effective and efficient manner possible, provided that decisions about the array and level of services to be offered by the IHS shall be made in consultation with Alaska Tribes. The IHS PSFAs not negotiated into or listed in Appendix A are the responsibility of IHS. The "Memorandum of Agreement Describing the Continuing Services of the Indian Health Service, Alaska Area Native Health Service" among the Co-Signers and the Alaska Area Native Health Service reflects the understanding of the parties regarding services to be provided by the Alaska Area Native Health Service to Co-Signers. This document, attached as Appendix C, will be negotiated for future fiscal years annually during the effective dates of this FA.

SCF exercised its right pursuant to Section 405 of the Indian Health Care Improvement Act, as amended by P.L. 106-417, to submit claims directly to and recover directly from Medicare and Medicaid. SCF is obligated and entitled to directly collect and retain reimbursement for Medicare and Medicaid and any other third party payors for services provided under this Agreement in accordance with Section 401 of the Indian Healthcare Improvement Act as amended at 25 U.S.C. §1641 and Section 206 of such Act, 25 U.S.C. §1621e, as amended.

Unless funds are specifically provided from Headquarters, Headquarters retains all PSFAs and SCF will not be denied access to, or services from, Headquarters. Specifically, SCF will receive the following services from the IHS Headquarters:

a) **Information Services.** The IHS will provide the full range of Office of Information Technology (OIT) national support to the ANTHC and ANMC. OIT will provide specified services directly to SCF. In addition, OIT will provide support to ANTHC to assist it to carry out its responsibilities to provide day-to-day technical support, user support, distribution of software and files and other typical information technology support to Co-Signers as defined in the Assurances Appendix to the ANTHC FA and Appendix J attached to this FA. Upon request of ANTHC, after good faith efforts to resolve SCF's technical issue, OIT's support of SCF will include technical support needed on-site by SCF. A list of the services due under this paragraph, with identification of the method of delivery, is shown below.

| Office of Information Technology Provides: | Directly to ANTHC | Directly to SCF | Indirectly to SCF through ANTHC |
|---|---|---|---|
| **National Database Services** | | | |
| 100% Data Center Services | X | | |
| Process Data exports into National Database | | X | |
| Evaluate, correct, convert site data for National Database | | X | |
| **Telecommunications Mgmt Services** | | | |
| 100% Telecommunications Mgmt Services | X | | |
| Maintain IHS to Alaska connection | | X | |
| Email transfer and global address listing | | X | |
| SMTP Gateway | | X | |
| Intranet and Internet Access (to | | | |

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 3

| | | | |
|---|---|---|---|
| available bandwith) | | X | |
| Antivirus Software | | | X |
| | | | |
| **Software Development and Maintenance** | | | |
| 100% Software Development and Use of IHS contract vehicles | X | | |
| RPMS Integrated | | X | |
| Commercial-Off-The-Shelf packages (Average Wholesale Prices, CPT, ICD-9, Immunization Algorithm) licenses (This does not include licenses for stand-alone or interfaced commercial software.) | | | X |
| RPMS Package Support/Installation | | | X |
| | | | |
| **System Support and Training** | | | |
| 100% System Support and Training | X | | |
| Nationally Available OIT Training instruction (as available) | | X | |
| Alaska On-site training instruction (four annual classes) | | | X |
| Hardware and Operating System Support | | | X |
| Cache Upgrade (initial installations) | | | X |
| National Patient File (200) conversion | | | X |
| Envoy (WebMD) installation | | | X |
| | | | |
| **Additional Services – Fee for Service** | X | X | X |

To the extent funds are retained by IHS, SCF shall have access to training, continuing education, and technical assistance in the manner and to the same extent it would have received such services if it were not a Self-Governance Co-Signer.

SCF has historically received certain PSFAs from the ANMC and the Alaska Area Native Health Service (AANHS). Responsibility for these PSFAs have been transferred to the ANTHC and SCF. For purposes of identifying those services provided by ANMC and AANHS prior to transfer of management to ANTHC and SCF, SCF has attached to this FA an addendum entitled "Memorialization of PSFAs Historically Provided by ANMC and AANHS". The PSFAs listed in this addendum are taken from SCF's FY 1999 AFA. The addendum is attached to the present FA only for the purpose of identifying PSFAs historically received by SCF from ANMC and AANHS, and is specifically not made a part of this FA.

b)   Access to Federal Insurance.   I.H.S. will assist SCF to obtain information about the coverage, rights and benefits available for its employees under Chapters 87 and 89 of Title 5 of the United States Code, the cost of such coverage, rights and benefits (including any options in coverage, rights and benefits that may be available), and the procedures by which SCF may exercise its rights under Section 409 of the IHCIA, as amended, to have access to such Federal insurance for its employees.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 4

**Section 2 – Obligations of the Co-Signer.** The FA obligates SCF to be responsible for and to provide PSFAs identified in Section 3, utilizing the resources transferred under this FA and other funds as they may become available to SCF. This FA further authorizes SCF to consolidate and redesign PSFAs as provided in the Indian Self-Determination and Education Assistance Act, as amended, and the Compact.

In providing these services, SCF will comply with the requirements of Section 325 of P.L. 105-83 regarding certain services provided at or through the Anchorage Native Primary Care Center ("ANPCC"). SCF adopts by this reference as if fully set forth herein those assurances negotiated by SCF and ANTHC relating to both parties' operations of their respective programs at ANMC and SCF's operation of certain programs at the ANPCC. These assurances are attached hereto as Appendices I and J.

### Section 3 – Tribal Programs under the Compact and this Funding Agreement.

Subject to the availability of funds, SCF agrees to administer, provide, and be responsible for the PSFAs identified below in accordance with the Compact and this FA. The services, including medical, dental, behavioral health, related primary and emergency care services, transportation to receive such services, including travel for escorts in accordance with §213(a) of the Indian Health Care Improvement Act, as amended, and other services, which are more fully described below, are provided in the Municipality of Anchorage (excluding some village based services provided in Eklutna by Native Village of Eklutna), the Matanuska-Susitna Valley (excluding some village-based services provided in Chickaloon by Chickaloon Village and in Knik by Knik Tribal Council), through village-based clinics serving the federally-recognized tribes of McGrath, Takotna, Nikolai, and Telida (together this geographic area is commonly referred to as the Upper Kuskokwim villages or the McGrath Sub-region), the Iliamna Lake Area, and the Aleut Community of St. Paul Island, and, via field services, to other select locations in Alaska, consistent with Section 325 of P.L. 105-83, to eligible Alaska Native and American Indian beneficiaries. SCF, in cooperation with the Native Village of Tyonek, Native Village of Eklutna, Chickaloon Village, and Knik Tribal Council does, from time-to-time, provide some programs and/or funding for services, including management/operation of local clinics, in Tyonek, Eklutna, Chickaloon, and Knik, respectively. In addition, some programs may be provided under Memorandum of Agreement with Tribes and Tribal Organizations or other subaward agreements in accordance with Section 19 of this FA. Any program described in this section as being located at the ANMC or the ANPCC is intended to include any location where services are provided by either ANTHC or by SCF. Many of the PSFAs, particularly administrative and other support, are described as being coordinated or in cooperation with ANTHC. PSFAs coordinated with ANTHC are primarily those provided at or through the ANPCC or ANMC. SCF also provides the PSFAs identified below at other locations consistent with the provisions of this FA, as well as remotely though a variety of telehealth mediums.

#### a)    Programs, Services, Functions, and Activities.

A.    Dental Program: Provides services to increase oral health and decrease the incidence of dental disease. Operates a Dental Assisting Training Program and a Commission on Dental Accreditation-approved Advanced General Practice Residency. In cooperation with the ANTHC, certain specialized services are provided as a resource to the statewide Native health system, as well as technical assistance and teaching services. Operates as a training site for Pediatric Dental Residency and a State of Alaska-endorsed Cleft Lip and Palate program. May provide support and training to community health aides under the Standards and Procedures approved by the I.H.S. Community Health Aide Program Certification Board. Income for the dental program that SCF provides at its Dental Clinic will continue to be enhanced by billing procedures that were established under the P.L. 93-638 Title I contract and endorsed by IHS.

B.    Patient Support Services: Provides support and assistance to Alaska Native and American Indians, including, but not limited to, interpreter services to patients of ANMC and patients of other facilities

and programs; prenatal education; home visitation; care coordination; home based services; light housekeeping; transportation services; group and respite care activities; physical fitness and wellness program; provision of nutrition services, including the provision of and education about traditional Native foods; patient advocacy and referral services; and health promotion/education and disease/accident prevention services, activities, and programs. Services in the villages include, but are not limited to, determination of health needs, improvement of health knowledge and promotion of healthy lifestyles and practices, provision of advocacy services, transportation services, and networking with other professional providers.

      C.     Optometry Program: Provides optometric services, vision care services and materials, and also dispensary services. Also coordinates with ophthalmology services.

      D.     Behavioral Health: Provides a wide range of services in multiple locations. Services for children, youth, adults and families include psychiatric and psychological testing and assessment, neuropsychology testing and related services; medication management; therapy and supportive services; individual, large, and small learning circle services and education/training pertaining to such topics as domestic violence, abuse, neglect, and past trauma; as well as related transportation services. Individual, play, group and family therapy are provided, with the supportive services of case management, community case management, educational groups, daily support gatherings, peer-support, and tele-behavioral health. Provides education, outreach and training to local schools to increase awareness of SCF's services, and also to refer children and their families to such services as appropriate. Provides crisis support services to employees, as well as training regarding behavioral health issues in the workplace. Crisis intervention, referral, brief intervention and consultation liaison services are primarily provided by the Behavioral Urgent Response Team (BURT) in the ANMC hospital and emergency room; crisis response is also provided in villages upon request. Behavioral Health emergencies and referral services are primarily provided by the 23-Hour Crisis Stabilization program in the ANMC hospital. Intensive Case Management provides mobile community outreach services, including, but not limited to, intensive case management, referrals to other services, crisis intervention, and clinical assessments. Behavioral Health Consultants support and enhance the efforts of primary care physician teams and hospital staff and provide behavioral intervention to patients seen in multiple locations. Behavioral Pain Management Consultant provides consultation and expertise as well as direct services for patients with pain by referral from Primary Care Providers in multiple locations. Psychiatrists and mid-level behavioral health professionals provide behavioral health consultation services to primary care providers. Specialized services for adolescents with severe emotional disorders, case management and therapy services for victims of domestic violence, and parenting groups and support for high risk families are provided in the clinics, as are home visitation services for the purpose of identifying interventions that can support the family. Other behavioral health services may be provided through an agreement or subcontract with other organizations. Also included is the Community Health Aide Program, which consists of administrative supervision, clinical oversight, and employment of BHA/Ps, as well as clinical oversight of BHA/Ps in the Cook Inlet Region villages (in some cases through subcontracts with federally–recognized Tribes). BHA/Ps provide services under the *Standards and Procedures* adopted by the I.H.S. Community Health Aide Program Certification Board.

      E.     Substance Abuse Prevention and Treatment: Screening, assessments, referrals, and related procedures for testing for alcohol and drugs are provided through many programs and the Behavioral Urgent Response Team. Also provided under the program is screening, brief intervention, referral and treatment (SBIRT) of non-dependent substance misuse, case management, support for clients and families, prevention, education and assistance with preparing clients for treatment and tele-behavioral health. Motivational enhancement and referrals for patients admitted to ANMC for alcohol-related illness or injuries are provided by the BURT. Medication Assisted Treatment and other medication management is provided at various locations. Medically Managed Withdrawal/Detoxification and substance use assessment services are

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 6

provided through SCF's Detox Program. Residential treatment for women and their children is provided through SCF's Dena A Coy program. Pre-treatment, intensive outpatient treatment, outpatient treatment, and peer-driven community recovery activities and events for women and men with co-occurring disorders are provided in multiple locations. Outpatient education and treatment services are delivered to the Aleut Community of St. Paul Island, the Upper Kuskokwim villages, the Iliamna Lake Area villages, and in other rural clinics. In partnership with other clinical and faith-based providers, SCF provides the following alcohol and substance misuse treatment clinical and recovery support services: residential treatment; intensive case management; intensive outpatient programs; individual counseling; group counseling; family education and support activities; aftercare follow up and monitoring; transportation; housing; childcare; wellness activities; peer-support; culturally-appropriate community-based education, training, and outreach; and other services that address individual needs to sustain sobriety. Intake Treatment Coordinators provide advocacy and linkage to services, as well as motivational interviewing and enhancement techniques.

F.    First Responder and Veteran PTSD: Provides education, training, and learning circles focused on Post-Traumatic Stress and suicide prevention in combat veterans and first responders, including first responder professions in rural communities such as health aides and Village Public Safety Officers. Activities include, but are not limited to, conferences, workshops and therapeutic services, including related transportation services and accommodations, as well as community collaborations with state programs, veteran programs, law enforcement, and other non-profit groups.

G.    Public Health Nursing: Provides nursing services at the ANPCC and ANMC, including, but not limited to, pregnancy testing and other women's, children, and family services; provides additional services to children and families of Head Start Program. The following clinics and services are also provided by the Public Health Nursing Program: (1) *Nutaqsiivik Program* -- The Nutaqsiivik Program has been designed to meet the special needs of women, children, and families at high risk for both medical and social complications. Home visitation services are provided and other adjunct and support services, including related transportation services, are also provided. (2) *Sexually Transmitted Disease and HIV Consultant* -- Within the Anchorage Service Unit, SCF will continue to provide STD/HIV counseling, partner notification, case finding, community education, and consultation about treatment strategies for these diseases. (3) *Immunization Coordination* – SCF provides immunization coordination services. (4) *Community Health Nutrition* – provides supplemental foods, and nutrition education, counseling and other services for individuals who are at nutritional risk in many settings including, but not limited to, health fairs, residential alcohol treatment facilities, other SCF residential programs, schools, etc., including nutrition services associated with health promotion and disease prevention events.

H.    Emergency Medical Services: Assists local and regional Emergency Medical Services programs in the delivery of basic first responder emergency care. Serves as Medical Control for Medevac patients. Also trains staff to be Emergency Trauma Technicians and provides Emergency Trauma Technician services from time to time and at occasional special events during the course of the year.

I.    Fetal Alcohol Spectrum Disorder (FASD) Testing: FASD Program evaluates children between the ages of 3 and 18 who have been prenatally-exposed to alcohol. The FASD clinic uses a multidisciplinary team approach to evaluate the social, cultural, physical, cognitive and behavioral aspects of the alcohol-exposed child's functioning. It also provides community education presentations and professional trainings.

J.    Primary Care Clinics and Complementary Medicine: The Primary Care Clinics provide integrated, comprehensive, patient-centered primary care services, including case management and early periodic screening, diagnosis, and treatment to patients of all ages and genders for scheduled primary care and same-day scheduled urgent care. Home visits to patients and visits to local schools are provided by

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 7

physicians and/or members of the patient care team. The Primary Care Clinics are the primary point of contact for Anchorage Service Unit ("ASU") villages receiving services for the routine medical needs of their patients (with the exception of high-needs children and obstetrics, which have special arrangements through case managers in pediatrics and OB/GYN). Providers may serve as referral physicians for ASU village health aides and as physician-sponsors for village EMTs. Participates in various medical residency programs, including the WAMI (Washington, Alaska, Montana, and Idaho) program with one physician serving as the coordinator for that program.

Special procedures performed at this program and at other SCF health service programs include, but are not limited to, suturing, splinting, casting, minor procedures, colposcopies, flexible sigmoidoscopies, mammographies, colonoscopies, and other cancer screenings.

With clinical oversight by the Primary Care Medical Director, and in coordination with general medical care by primary care providers, Complementary Medicine services include, but are not limited to, Healing Touch, Acupuncture, Chiropractic, Biofeedback, Naturopath, and Massage Therapy services. Dermatology, podiatry and allergy services may also be provided.

Field services include visits from physicians and nurse case managers; phone support for Health Aides, Family Nurse Practitioners, and Physician Assistants in the villages; and assistance with access to ANMC.

     K.    Pediatrics:    Provides pediatric services on a primary care basis. Provides neurodevelopmental services, speech and language evaluation, applied behavior analysis, diagnosis, treatment and therapy. Provides inpatient and consultative pediatric services to the statewide Alaska Native system. Includes intermittent on-site support at regional centers around the state, coordination of specialty consultative services, basic primary care services, management of medically complex children, inpatient services, case management, Early and Periodic Screening Diagnostic and Treatment screening, and some degree of inpatient specialty services. All pediatric services at or through ANMC are provided under the medical supervision of an SCF pediatric medical director.

     L.    Obstetrics & Gynecology (OB/GYN):    Provides comprehensive obstetrical and gynecologic care on a primary basis to women who receive services and on a referral basis for patients from regional providers. The OB/GYN system provides low and high risk obstetric care, a wide range of gynecologic services, and consultative support to local and statewide primary care providers. The provider staff provides nurse midwife and physician OB/GYN coverage to Labor and Delivery, inpatient gynecologic patients, and appropriate surgical activities. Provides statewide consultative review of standards, protocols, and procedures on women's health issues. Services include field visits by nurse midwives, physicians, and the Village Maternal-Child Health program, which consults with Community Health Aides and other clinical providers and monitors obstetric patients in the ASU villages receiving services.

Services provided at the outpatient OB/GYN Clinic and inpatient wards, related specialty services, and women's health services provided from the ANMC campus to regional hospitals will be under the medical direction of an OB/GYN Medical Director.

     M.    Tribal Management: Provides the administration of all PSFAs of SCF's programs and provides technical assistance to Village Councils and tribal organizations in the Cook Inlet region and elsewhere in the Anchorage Service Unit, at their request, consistent with the policy of SCF to aid these villages in their pursuit of independent contracts with IHS under P.L. 93-638, as amended, to the degree allowed by P.L. 105-83.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 8

N.    Dena A Coy Program (DAC):  Provides a wide range of addiction and mental health treatment for women.  Program components include long-term residential care for women and children up to age three years.  Services include, but are not limited to, psychiatric services, individual and group addiction and mental health counseling, psycho educational groups, rehabilitative skill building, training, related transportation services, case management, learning circles, nursery services, and aftercare services.  Also provides on-site child care services, developmental screening and early intervention services for children of women in treatment, on site medical care and related procedures for testing alcohol and drugs, nutrition services, prevention education, and assistance with transitional housing.

O.    Administrative Services:  Includes, but is not limited to, developing, interpreting, coordinating, and administering the organization's policies on personnel, including staffing, recruitment and retention, job classification, pay and benefits administration, training, education and development, employee relations, finance, accounting, contracting, payroll, insurance, data processing, internal controls, auditing, materials management, compliance activities, background checks, fingerprinting, and human resources, and the Alaska Native Health Resource Advocacy Program.  SCF also provides the PSFAs described in Section 3 to its employees and families; see also Section 20.  Numerous specific PSFAs listed below are closely related to, or part of, administrative services.

P.    Executive Direction:  Includes, but is not limited to, program planning, including both strategic and operational planning; financial management; personnel management, and ensuring that the organization meets or exceeds the requirements of regulatory programs.  Includes medical staff office functions including, but not limited to, credentialing, privileging, committee support, and functions related to regulatory requirements.  Includes activities of the SCF Board of Directors, Village Services Management Team, numerous advisory boards, and the appointment of and participation by members of the Alaska Native Medical Center Joint Operating Board.

Q.    Physician and Nursing Administration:  Includes, but is not limited to, providing leadership, direction, guidance, in coordination with the ANTHC Medical and Nursing leadership.  Facilitates the use of Continuous Quality Improvement in the management of clinical services.

R.    Admitting:  Includes, but is not limited to, providing expertise and assistance in determining patient eligibility and technical resources for the point of service admissions process; assisting patients or their families in completing required applications for the third party/alternate health resources for which patients may be eligible.

S.    Financial Management:  Includes, but is not limited to, organizing, coordinating, and executing budget and financial operations for the SCF portion of the health system and coordinating efforts with hospital and other SCF finance personnel and finance related systems.

T.    Grants and Awards Management and Planning:  Includes, but is not limited to, proposal research, development, and preparation; grant management and monitoring functions related to grants and certain contracts.

U.    Business Office:  Includes, but is not limited to, collecting data on reimbursable expenses incurred by patients and clients, generating bills for collection from other payers (primarily Medicare, Medicaid, and private insurance), recovering medical care costs for patients involved in accidents where a third party is liable, conducting utilization review, insurance verification, and collection activities.  These functions, when performed in connection with services provided at or through the ANMC or ANPCC, are coordinated with ANTHC.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 9

 V. Public Relations: Includes, but is not limited to, responding to media calls to SCF administration and programs, preparing material and information for public distribution and display, monitoring and updating the SCF website, social media, and providing technical assistance for graphical presentations and displays. Also coordinates activities such as staff meetings, employee and family events, the annual "Gathering", and other special events.

 W. Human Resources: Includes, but is not limited to, administering and implementing human resources programs for SCF staff. Administers SCF's policies and procedures related to direct hire, Civil Service, and Commissioned Corps staff, as well as volunteers. Also facilitates on site and off site training meetings and retreats related to strategic planning, team building, problem-solving, health and wellness, and cultural training.

 X. Telecommunications, Information and Technology Services: In coordination with ANTHC, this department is responsible for information management, including but not limited to managing, maintaining, and securing technology infrastructure, software and information. The Information and Technology Services support function provides hardware support, software development, information security, application management, telecommunications, biomedical devices and management, non-technical health information, overall information systems management, operations management, senior leadership level information management, disaster recovery, business continuity planning, and strategic planning. Additionally, information systems process improvement, project management, statistical analysis, informatics, analytics, data reporting and population health consulting services, are supported through internal and external Software as a Service (SaaS) systems.

 Y. Health Information Services ("Medical Records"): Coordinating with the ANTHC, this function includes, but is not limited to, maintaining a medical record for all patients being seen in any clinic on the ANMC Campus and other SCF health services locations. Other functions include, but are not limited to, record storage and retrieval, review and analysis of medical records, transcriptions, coding, discharges, managing release of medical information, and the planning, implementation and management of Electronic Health Records systems, including Internet-based patient portal. Records are kept in accordance with federal and state regulations and in a manner to ensure accreditation by The Joint Commission, the Commission on Accreditation of Rehabilitation Facilities, or equivalent accreditation organizations.

 Z. Property, Supply, and Central Sterile Processing: Coordinating with ANTHC staff, these functions include, but are not limited to, the ANMC Material Management and Central Sterile Supply functions, which will continue to provide technical, professional, logistical management for all support services and operations currently in place. Material Support Services (Property & Supply) range from purchase, management and distribution of supplies, equipment and mail, to overseeing numerous rental and maintenance contracts, to automated inventory control of equipment assets. Central Sterile Supply and Processing includes, but is not limited to, provision of medical supplies for patient areas and outputs and decontamination and sterile processing.

 AA. Housekeeping: In coordination with ANTHC staff, this function includes, but is not limited to, the provision of (a) routine cleaning of facility surfaces in patient care and non-patient care areas of ANMC campus and other SCF locations, (b) unscheduled and/or emergency housekeeping services that are considered necessary for reasons of health, safety or patient care (spills, etc.); and (c) assisting the various department managers with their responsibility to monitor the facility's interior for areas needing repair and reporting of same to the plant operations department for repair.

 BB. Laundry: In coordination with ANTHC staff, this function includes, but is not limited to, managing linen throughout the ANMC and the ANPCC, as well as other SCF locations.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 10

CC.    Quality Resources:  In coordination with ANTHC staff, this function includes, but is not limited to, providing education, coordination and support in the areas of continuous quality improvement, risk management, corporate compliance, legal affairs management, medical cost recovery and issues related to complying with accrediting, certifying and regulatory agencies such as The Joint Commission, the Commission on Accreditation of Rehabilitation Facilities, the Commission on Dental Accreditation, or equivalent accreditation organizations; providing, through risk management, processing of legal documents, coordinating of depositions, managing Federal Tort Claims, and investigating sentinel events; coordinating a corporate compliance program that ensures compliance with federal and state laws; and coordinating continuous accreditation by The Joint Commission, the Commission on Accreditation of Rehabilitation Facilities, or equivalent accreditation organizations.

DD.    Infection Control:  In coordination with ANTHC staff, this function includes, but is not limited to, managing the coordinated process to reduce the risks of endemic, epidemic, pandemic, and nosocomial infections to patients and health care workers, which is accomplished through surveillance and follow up methodology and tools, education, and reporting information about infections both internally and to public health agencies when appropriate.

EE.    Employee Health:  In coordination with ANTHC staff, this function includes, but is not limited to, engaging in a proactive approach to preventing or reducing the risk of spreading infectious diseases in patients, employees and visitors, which entails providing mandatory training, recommended immunizations, respiratory protection devices, isolation procedures, tuberculosis surveillance program, contact tracing of infectious disease, and a bloodborne pathogens exposure plan; an employee health database is maintained to assure compliance with immunization requirements and tuberculosis screening.

FF.    Safety and Environmental Services:  The ANMC campus Safety and Environmental Management department and the SCF Quality Assurance Department provide technical and professional consultation and direct services to all departments including, but not limited to, safety/security management programs; life safety management; hazard surveillance monitoring; hazardous materials and waste management; monitoring of contracts for pest control, regulated medical wastes and hazardous waste; and activities involved with surveys by Joint Commission, or equivalent accreditation organizations, OSHA and other regulatory body inspections.  SCF provides similar services for non-ANMC facilities.

GG.    Biomedical Services:  In coordination with ANTHC staff, this function includes, but is not limited to, assuring the use of safe and functional equipment in diagnosis and treatment of patients through a comprehensive equipment management program.

HH.    Anchorage Native Primary Care Center (ANPCC):  Pursuant to Section 325 of P.L. 105-83, Southcentral Foundation provides all programs, functions, services, and activities at the ANPCC including, but not limited to, Public Health Nursing, Pharmacy, Radiology, Laboratory, Medical Records, Primary Care Clinics, Pediatrics, Behavioral Health, Obstetrics & Gynecology, and Traditional Healing. These programs are described in more detail elsewhere in Section 3 of this Agreement.

II.    Home Visit/Home and Community-Based Services:  SCF delivers health care in the patient's place of residence.  The home health services, as ordered by a provider, are provided by different types of providers including but not limited to: registered nurses, nurse practitioners and/or physician assistants, Board Certified Behavior Analysts (BCBA's), occupational therapists, and physical therapists. The home health services include case management; coordination of health care services; and direct patient care, including but not limited to personal care services, activities of daily living support, coordination of durable medical equipment (DME) and medical supplies, physical assessment, medication management,

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 11

disease management, wound care, infusion therapy and equipment, pain management, immunizations, health screening, geriatric nursing, home cardiac rehabilitation and telemedicine. Home health care services also include supportive medical, clinical, social, emotional, and spiritual activities. Therapeutic treatment, as ordered by a provider, includes but is not limited to physical, occupational, and speech therapy. Palliative care and other end of life services may be provided. Respite services may also be provided. Home and community-based services are also provided by care coordinators to individuals who are eligible. Such care coordinators provide case management for the following home and community-based services: family habilitation; shared care; respite, companion and supported living services; day habilitation; adult day services; transportation services; environmental modifications; chore services; meals; specialized medical equipment and supplies; nursing oversight; intensive active treatment; physical therapy and specialized private duty nursing services.

JJ.    Traditional Healing:  Includes the coordination of traditional healing practices, research, and training so that traditional healing may be incorporated "side-by-side" with medical practices to further incorporate Native values, beliefs and practices for the ultimate benefit of patients and families. Includes patient education about traditional medicines and healing practices, including various traditional crafts and activities. Traditional health care services will be provided in accordance with 25 USC Sec. 1680u.

KK.    Social Services:  Under the authority of Title V of the Indian Self-Determination and Education Assistance Act, as amended, SCF has redesigned this PSFA and incorporated the performance of this function into its more general PSFAs such as, but not limited to, Primary Care, Behavioral Health and Pediatrics.

LL.    Physical Therapy:  In cooperation with the ANTHC, a comprehensive physical therapy program is provided. Services include, but are not limited to, physical and neurological evaluation and treatment, exercise, dry needling, occupational therapy, speech pathology, limited rehabilitative services, self-care education, home visits, and coordination with other patient service centers. Staffing includes Physical Therapists, Occupational Therapists, Exercise Physiologists, Physician level Physical Medicine and Rehabilitation, and ancillary and support staff.

MM.    Quyana Clubhouse:  Provides behavioral health services to severely or chronically mentally ill adults including, but not limited to, psychiatric services, individual and group counseling, intensive case management, job skills, medication management and monitoring, budgeting skills, crisis intervention, adult daily living skills, anger management, addiction services, relapse prevention, peer-support services, recreational and socialization opportunities, related transportation services, and nutrition. Also provides primary health care and wellness services including, but not limited to, primary care screening, assessment and diagnosis; prescribing medications; case management; health and wellness education; physical exercise; and wellness coaching. In addition, staff travel around Anchorage to provide services in the patients' homes or in the community and to assist patients with activities of daily living. This program works closely with many other city and state programs to ensure the best possible care for these individuals.

NN.    Pharmacy:  In coordination with the ANTHC, the comprehensive pharmaceutical care includes, but is not limited to, recommending therapies, dispensing medications, including through remote dispensing units and curbside services, providing home infusion therapy services, and monitoring of medication treatment plans to assure appropriate, safe, and cost effective therapies; provide patients information regarding their treatment to assure compliance and mitigate potential side effects. Maintain capacity to service the needs of the ASU villages, in addition to onsite functions, other offsite functions, and limited statewide consultative support.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 12

OO.     Radiology:  In cooperation with the ANTHC, comprehensive radiologic services are provided.  This includes, but is not limited to, a wide range of diagnostic, therapeutic, interpretive, and consultative services provided on a local, regional, and statewide basis.

PP.     Laboratory and Pathology: In cooperation with the ANTHC, a full range of laboratory and pathology services are provided in support of local, regional, and statewide programs.  These services include, but are not limited to, specimen handling, diagnostic testing, and clinical interpretation.

QQ.     Adolescent and Young Adult Internship Programs:  This program places adolescents and young adults in work opportunities within SCF and with other health care-related employers and engages adolescents and young adults in team-building, career development, and cultural activities that promote mental and physical health and incorporate cultural values, community and family involvement.  The program also provides educational and supportive services, including related transportation services, directed at maintaining the adolescents and young adults in a constructed engagement of their behavioral health and developmental needs.  The internship program includes Summer, Winter, and Graduate Intern sessions.

RR.     Adolescent Residential Treatment a/k/a "The Pathway Home":  Long-term residential treatment for Severely Emotionally Disturbed (SED) youth with mental health issues.  Includes main Pathway Home facility, as well as therapeutic homes at various locations in the community for SED youth referred from outpatient providers or from higher levels of residential care.  A continuum of services are provided to adolescents experiencing SED, including intensive case management; basic primary care services; nutrition services; onsite school; educational and clinical treatment substance use groups; learning circles; and related transportation services.  Treatment services are provided at the main Pathway Home facility.  The program combines treatment; education; and self-esteem, trust and skill building activities, with a behavior-based intervention model in order to foster responsible independence; and aftercare programs, which includes traveling to and from villages.  Tele-behavioral health is provided at all locations.

SS.     Child Development and Family Services:  Includes, but is not limited to, health-oriented education, socialization, health screening, growth and nutritional assessment, individualized culturally-appropriate child development services, occupational therapy, physical therapy, speech therapy, related transportation services, family services and family involvement for Alaska Native and American Indian children and families.

TT.     Diabetes Program:  In coordination with the ANTHC, this program includes primary, secondary, and tertiary prevention components that include, but are not limited to, presenting education and training programs targeting Native beneficiaries, holding diabetes screening clinics in the community, developing tracking systems and methods of notifying high-risk and diabetic patients to visit the clinics for follow-up, conducting foot and eye clinics for diabetic patients; and gathering and reporting data related to diabetes.

UU.     Establishment of Health Needs:  Includes, but is not limited to, conducting surveys, household interviews, and collecting other data to determine the health needs of Alaska Native and American Indian families residing in the Municipality of Anchorage and to compare such data with data produced by the Behavioral Health Risk Factor Surveillance System.

VV.     Domestic Violence, Abuse, and Neglect:  Provides education and raises awareness in individuals and groups about the issues of domestic violence, child abuse, and child neglect under titles such as the Family Wellness Warriors.  The activities include conferences, education, training, learning circles, and workshops, including related transportation services, and providing accommodations for participants

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 13

who must travel to attend conferences, training and workshops, as well as community collaborations with state programs, law enforcement, faith-based, and other non-profit groups. Provide case management and support to Abused Women's Aid in Crisis (AWAIC) customers, including making appropriate referrals.

WW.    Internal Medicine: In a coordinated effort with the ANTHC, the services of this department include, but are not limited to, providing internal medicine services to adult and geriatric patients throughout Alaska on a consultative, scheduled appointment or non-scheduled emergent visit basis. Patient care is provided on the ANMC campus and during field visits by the general internists. This department also provides referral services (inpatient and outpatient), telephone consultation for local and field providers, and has primary outpatient responsibility for non-Anchorage Service Unit adult patients. In addition, the Consultant for Complex Adults, an integrated internal medicine physician, provides care to adults with complex care such as, but not limited to, diabetes. HIV and infectious disease expertise will be maintained and referrals will be readily accepted. Services may also be provided at other health services locations.

XX.    Emergency Department: In a coordinated effort with the ANTHC, the services of this department include, but are not limited to, providing urgent and emergency care to patients who present to the hospital 24 hours a day; serving as a site of stabilization, diagnosis, and initial treatment for patients transferred from rural Alaska; responding to inpatient emergencies; serving as the onsite medical clinic for all ANMC employees requiring medical attention while at work or presenting for work related injuries or exposures; and providing consultation for urgent and emergent problems to medical providers in the Anchorage Service Unit. In addition, the Behavioral Urgent Response Team also works primarily out of the Emergency Department and provides services 24 hours per day. Services may also be provided at other health services locations.

YY.    Health Education:    In coordination with ANTHC, develops and implements a comprehensive patient education support service and provides educational and community outreach programs for customers of the ANMC campus, including, but not limited to, smoking cessation. Includes health promotion, education and training programs for medical campus staff, with particular attention to certification and regulatory requirements, community activities, physical fitness, and wellness programs, including related transportation services and sponsorship and direction of team sports. Library resources will be maintained in cooperation with ANTHC. Services are provided at various locations throughout the SCF service area.

ZZ.    Audiology: Includes, but is not limited to, providing audiologic care, including hearing aids, and specialized testing, including Vestibular and Auditory Brainstem Response (ABR) Testing, to pediatric, adult, and geriatric patients throughout the Alaska Area on a consultative, scheduled appointment or non-scheduled emergent visit basis and through field visits. Services will be coordinated with Ear, Nose, and Throat services.

AAA.    Clinical Dietetics Services: Provides a nutrition component to the primary care medical system of SCF. Provides lactation support services. Works with this system to provide consultation, direct patient contacts, and community activities related to nutrition issues. Provides some limited consultative support throughout the Anchorage Service Unit and village clinics managed by SCF.

BBB.    Family Practice Residency: Provides financial support and staffing through directed assignment to the Alaska Family Practice Residency Program to assist in the training of family practice/family medicine physicians for employment throughout the Native health system of Alaska.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 14

CCC.    Child Physical and Sexual Abuse:   Provides technical and supportive services in the prevention and treatment of child physical and sexual abuse at various locations, including the Alaska C.A.R.E.S. Clinic, which provides physical and sexual abuse evaluations for minors.

DDD.    Facilities and Vehicle Management:   Includes, but is not limited to, management of contractor activities on existing space, facility planning and design activities, and maintenance and renovation activities, including Maintenance and Improvement-funded (M & I) projects and activities. Facilities Management also includes, but is not limited to, performance and management of facilities-related procurement, non-construction related provision of facilities for temporary housing of employees, and facilities landscaping. Vehicle Management includes oversight of SCF fleet vehicle operations, scheduling and performance of maintenance, and managing vehicle-related procurement.

EEE.    Training and Continuing Education:   Subject to funding availability, provides limited financial support for SCF employees and other Alaska Natives in pursuit of higher education in health-related fields.

FFF.    Center for Disease Control (CDC):   Under the authority of Section 325 of P.L. 105-83, includes, but is not limited to, funding from multiple sources for a variety of projects and activities as requested by CDC.  These projects include, but are not limited to:  (1) providing a physician and payments to village study participants;  (2) providing support for the Helicobacter Pylori and Antibiotic Resistance Projects including, but not limited to, documenting rates, risk factors, susceptibility, and evaluating and implementing diagnosis, treatment, intervention, and education activities; (3) supporting laboratory and surveillance activities including, but not limited to, specimen collection and testing, evaluating availability of testing, standardizing procedures, and enhancing laboratory surveillance activities throughout the Arctic; (4) other collaborative studies, such as village antibiotics and Anchorage Strep Pneumo Carriage Study.

GGG.   All-Alaska Pediatric Partnership:  Participates in a cooperative effort between SCF, ANTHC, and other private and governmental entities with an interest in issues of concern in the field of pediatric medicine.

HHH.   Federal Partnership:  Under the authority of Section 325 of P.L. 105-83, SCF is a participant in the Alaska Federal Health Care Partnership.   As such, SCF will occasionally be called upon to provide services within the Federal sector in Alaska.   This may include, but may not be limited to, providing outpatient and inpatient services to VA and Tri-Care patients.

III.    Health Research:   SCF conducts research activities and provides oversight, technical assistance, clinical services, and managerial functions.  These activities include but are not limited to a focus on domestic violence, child abuse and neglect, suicide, substance abuse, oral health, cancer, obesity, diabetes, cardiovascular disease, patient safety, specimen banking, pharmaceutical effectiveness, and effectiveness of health system.  SCF provides tribal oversight of research whereby the SCF Executive Committee and/or Board of Directors approves all research that has first been approved by the Institutional Review Board.  SCF also conducts program evaluation services to help ensure the effectiveness of services provided.  SCF also provides training opportunities for Alaska Native and American Indian people considering health research, public health or program evaluation careers.  These efforts may be in cooperation with the National Institutes of Health, Center for Disease Control and Prevention, other government programs, academic institutions and/or privately funded efforts.

JJJ.    Telehealth:   SCF participates in the development of the telehealth project of the ANTHC, which supports implementation of the Alaska Federal Health Care Access Network (AFHCAN) to provide telemedicine services, including clinical medicine workstations and telehealth kiosks in all Federal health

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 15

care facilities and State of Alaska Public Health Nursing sites in Alaska.  SCF also participates as a referral hub to provide tele-behavioral evaluation, consultation, treatment and referral services.

KKK.  Public Health and Epidemiology:  Directly and/or through ANTHC, including its Epidemiology Center, SCF carries out public health, epidemiology and health research functions.  These activities include, but are not limited to, collecting and receiving personally identifiable health information for the purpose of

(1)    preventing or controlling disease, injury, or disability;
(2)    reporting disease, injury, and vital events such as birth and death; and
(3)    the conduct of public health and epidemiological investigations, surveillance, and interventions, including the maintenance of disease and injury registries.

LLL.  Clinical Consultant for OB/GYN:  Assists the IHS nationwide as a consultant on a variety of patient and programmatic issues relating to women's health.

MMM.  Community Health Aide Program:  Provides quality village-based primary health care that includes, but is not limited to, acute and chronic care, emergency and preventive services, and health promotion activities to individuals, families, and their communities; provides supervision and support of CHAs as they advance through the program; and provides logistic and administrative services for community health aides.

NNN.  Village-Built Clinic Leasing Program:  Provides funds to support the rental of village clinic space in the Upper Kuskokwim villages and the Iliamna Lake Area villages.  Funding for the program may be withheld by IHS under the Buyback/Withhold Agreement (Appendix D) and managed by AANHS Office of Environmental Health & Engineering.

OOO.  Village-Directed Tribal Shares:  Carries out PSFAs to address health-related needs according to priorities set by the Aleut Community of St. Paul Island and each of the village councils in the Upper Kuskokwim villages.  This includes PSFAs described elsewhere in this FA, as well as other PSFAs, which may include, but are not limited to, clinic and tribal administrative office maintenance, renovations, utilities, and other operating costs, dust control, patient travel, search and rescue, facility construction management and environmental health improvements.

PPP.  Support Services to Anchorage Service Unit (ASU) Tribes and Tribal Health Organizations:  To the extent not covered elsewhere in this FA, provides support services to the ASU, including but not limited to, medical oversight, development and application of clinical protocols and standards developed at ANMC; support for ASU clinical quality assurance initiatives and clinical quality improvement efforts; organization of regular meetings of the clinical leadership and ASU providers; technical assistance and training with respect to meeting compliance requirements such as HIPAA, OSHA, licensing, etc.; support of the ASU's efforts in the recruitment of mid-level medical professional staff; coordination and improvement of processes related to access by ASU patients to specialty clinics at ANMC; clarification of roles and responsibilities of SCF physicians, dentists, and other health professionals relative to ASU provider clinical staff; pharmacist involvement in the oversight of medication management and storage by ASU providers; advocacy for resolution of concerns presented by ASU providers and patients accessing services at ANMC; general problem-solving of issues of concern from across the ASU in the coordination of health care issues; support of the participation of ASU community health aides in the Anchorage community health aide training programs; and provision of itinerant clinical staff to ASU locations through the maintenance of a pool of potentially available, qualified itinerant clinical staff. Provide radiology training and support.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 16

QQQ. Suicide Intervention and Prevention: Provides outreach services, supportive services, case management, information and referrals to program participants, as well as to persons affected by the participant's suicidal ideation. Services include structured learning opportunities, non-clinical group sessions, information sessions, life skills training, orientation to SCF services, various program-sponsored activities, and transportation to and from service providers and events. Training and consultation is provided to the BHA/Ps in the Cook Inlet Region villages for suicide prevention, screening and assessment of suicide risk and crisis response. Suicide prevention training is also provided to health professionals and natural helpers, which includes but is not limited to parents, siblings, friends, and counselors, in multiple locations.

RRR. Native Wellness: Addresses wellness needs of Alaska Native/American Indian men and women through various educational activities, cultural activities, and therapeutic support services, including learning circles, re-entry, clinical, and case management services and transportation services, provides opportunity for employment skill building, career growth and life skills, which promote physical, mental, emotional, and spiritual wellness.

SSS. Post-Doctoral Dental Training: Provides financial support and staffing to the Advanced Dental Education Program in General Practice Residency and Advanced Dental Education Program in Pediatric Dentistry with the goal of training dentists for employment throughout the Native health system of Alaska.

TTT. Health Services Training: SCF participates in health services training by offering sites for medical residents and other individuals obtaining training in the health professions; through providing clinical preceptorships, mentoring, shadowing, training and supervision.

UUU. Services Provided in Cooperation with Other Co-Signers: SCF provides and facilitates a wide range of services directly, and in cooperation with ANMC, ANTHC, and other Co-Signers, including through field clinics, referral to ANMC, and other arrangements with tribal health organizations. Any PSFA described in this Section 3 may be performed by any organizational unit of SCF at SCF's direction.

VVV. Added Programs and Services: (1) Any new or existing health care program, service, function, or activity funded during Fiscal Year 2023, including, but not limited to, programs identified in the Indian Health Care Improvement Act; (2) any new health care program resulting from the reallocation of funds and redesign of programs, which will be in accordance with the terms of the Compact; (3) and any new programs or services mandated by federal legislation, including those resulting from health care reform.

WWW. Other Programs/Services Funded: This Funding Agreement includes programs, services, functions, and activities resulting from tribal redesign, or consolidation, reallocation or redirection of funds, including its own funds or funds from other sources, provided that such consolidation, redesign, or reallocation or redirection of funds results in carrying out programs, services, functions, and activities that may be included in the Funding Agreement pursuant to Section 505 of Title V and Article III, Section 6 of the Compact.

b)    **Federal Tort Claims Coverage.** The Federal Tort Claims Act applies to SCF's PSFAs under this FA as provided in Section 516(a) of Title V of the Indian Self-Determination and Education Assistance Act ("Title V"), which incorporates Section 102(d) of Title I of the Indian Self-Determination and Education Assistance Act ("Title I") and Section 314 of P.L. 101-512, and Article V, Section 3 of the Compact. The extent of Federal Tort Claims Act coverage is described more particularly in 25 C.F.R. Sections 900.180-900.210.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 17

c)    **Tribal Facilities, Locations and Personal Property.** Unless otherwise specified, SCF operates the programs or portions of programs described in this FA out of more than one facility or location and uses personal property owned by the ANTHC, by SCF, and by IHS in some of these facilities and locations.

(1)    **Real Property Generally.** Subject to conditions applicable to specific facilities or locations, as set forth in this FA in subsection c)(2) and subsection 3d) below, the facilities and grounds identified in Appendix E to this FA in which the United States has title or holds a leasehold interest identified in SCF's and ANTHC's respective FAs (as adjusted in the two Purchase Agreements between ANTHC and SCF, which were attached to SCF's FY 99 AFA) shall be maintained under the following terms:

(A) title to such property (or the leasehold therein) shall remain in the United States.

(B) SCF shall comply with 20 USC § 107 relating to the operation of vending facilities on federal property by blind persons and shall honor the provisions of any existing agreement thereunder, and the existing agreement between the IHS and the ANMC auxiliary. SCF agrees that the IHS and ANTHC shall participate in the negotiation of any modification or renewal of such agreements.

(C) The responsibility for maintenance, repair, custodial, janitorial and security services shall be distributed in accordance with the allocation of the resources for such activities as provided in Schedule A of SCF's FY 99 AFA. Major or catastrophic repairs resulting from deficiencies in design or construction or from extraordinary or unforeseen events are not the responsibility of SCF, unless additional funding amounts to deal with such unforeseen circumstances are provided by the IHS, as set forth in Article V, Section 10 of the Compact. SCF shall be eligible for additional Maintenance & Improvement ("M&I") funds from the IHS in accordance with established IHS policies. Projects in a federally-owned facility or on federally-owned property for construction, renovation, or acquisition of space costing more than $100,000, including non-I.H.S. funds, may proceed only upon approval of a Project Summary Document (PSD) or Program Justification Document (PJD), as appropriate, from I.H.S. When the project does not require additional funds from the IHS, the IHS will expedite its review of the request. If a project is carried out under an approved PSD or PJD, SCF will report to IHS information required for maintenance of the IHS real property inventory system.

(D) SCF shall permit no unlawful activity on such premises.

(2)    **Specific Facilities.**

(A) **Facility Locations.** Unless otherwise specified herein, SCF operates the PSFAs described in the FA out of more than one facility or location. These include, but are not limited to, the facilities and locations listed in Appendix E, which will be submitted prior to the effective date of this FA. The Area Division of Planning, Evaluation and Health Statistics shall compile from this Appendix a list of all health facilities and locations identified in the Appendix and forward that list annually to the Headquarters Office of Program Statistics, which shall include each of these facilities and locations in the annual list it must provide to the Centers for Medicare and Medicaid Services (CMS) (formerly Health Care Financing Administration) pursuant to the Memorandum of Agreement between the Health Care Financing Administration and the Indian Health Service (December 19, 1996).

(B) **Other Tribe and Tribal Organization Sites.** SCF may provide field clinics and other services in sites throughout the State of Alaska, including facilities operated by other tribes and tribal organizations or made available to them for the delivery of health programs. These sites will not be listed in Appendix E.

(3)    **Personal Property.**

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 18

**(A) Generally.** All personal property previously owned by the IHS and located in the facilities identified in Appendix E has been transferred and provided for the use of ANTHC and SCF, respectively, for the performance of PSFAs under their respective FAs. SCF assumed responsibility for management of its share of such property pursuant to the conditions of 25 CFR § 900.51 - 900.60.

**(4) Intellectual Property.** IHS, through contracts, grants, sub-grants, license agreements, or other agreements may have acquired rights or entered into license agreements directed to copyrighted material. SCF may use, reproduce, publish, or allow others to use, reproduce, or publish such material only to the extent that IHS's contracts, grants, sub-grants, license agreements, or other agreements provide that IHS has the right to allow a tribe to do so and IHS determines that it will extend its rights to SCF. SCF's use of any such copyrighted material and licenses is limited to the scope of use defined in the agreements.

**d)     Federal Real Property Assets.**

**(1) Federally Owned Real Property.** For all property assets, including facilities, managed by SCF under this Funding Agreement that are federally owned, SCF agrees to assist the IHS with its reporting requirements associated with Federal ownership of this property.

(A)  The IHS must keep its facility condition assessment current (i.e., not more than five years old). SCF agrees to collaborate with the ANTHC on scheduling and conducting facility condition assessment surveys for federally-owned facilities under SCF management. The costs of these surveys will be estimated in concert with the ANTHC Maintenance and Improvement Resource Allocation Committee (MIRAC).

(B)  The IHS must identify historic real property assets and ensure that the information is current. AANHS is currently working with a contractor to assess IHS real property holdings in Alaska. SCF agrees to provide reasonable access to facilities. IHS will provide SCF with a copy of the draft assessment and consider any comments SCF may submit.

(C)  The IHS must keep an accurate and current inventory of real property assets. SCF agrees to provide the certification form included in Appendix F-1 annually to the AANHS for any new, replaced, or added space to a federally owned facility, or other changes in space utilization.

(D)  The IHS must report Energy Data for federal facilities. SCF agrees to submit to ANTHC (DEHE) energy data, as specified in Appendix F-2.

(E)  For projects started before October 1, 2005, the IHS must report all capital improvements made to federal facilities which exceed $25,000. For projects starting on or after October 1, 2005, the IHS must report all capital improvements made to federal facilities which exceed $100,000. SCF agrees to provide a Final Real Property Closeout Report specified in Appendix F-3 to ANTHC DEHE on each project within 120 days of its beneficial use of the facility, or an interim report using Appendix F-3 without the Chief Financial Officer certification if the project is not completed for beneficial use. SCF agrees to provide the applicable report by March 31st of each fiscal year.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 19

(F) The National Environmental Policy Act (NEPA), National Historic Preservation Act (NHPA), and related provisions of law require the I.H.S.to review and approve actions resulting in the use or commitment of I.H.S. funds or that affect I.H.S. property, and which may significantly impact the environment or cultural resources.    Unless SCF has assumed these responsibilities under a construction project agreement in accordance with Section 509 of Title V and 42 C.F.R. 137.285-312, the IHS must carry out these responsibilities and has elected to utilize Appendix Z (Actions Requiring NEPA Review and Determination).    Where SCF plans to undertake an action, as described in Appendix Z, on I.H.S. owned real property or utilizing I.H.S. funds received through this Funding Agreement and SCF has not assumed these responsibilities, SCF will provide the IHS with a Project Summary Document (Appendix X-4) and a completed Environmental Information and Documentation Form (Appendix Y) so that the I.H.S. can accomplish these requirements, and issue a Determination Document [Categorical Exclusion (CATEX) or Finding of No Significant Impact (FONSI)], as soon as possible. All documentation shall be submitted to the I.H.S. as early as possible in the planning phase of the project to prevent delays in the action.  No irreversible action can be taken by SCF until the I.H.S. completes its compliance responsibilities and so advises SCF with a Determination Document.    Pending resource availability, the I.H.S. is available for education and consultation on NEPA, NHPA, and related provisions of law on an as needed basis.

(G) The IHS must report on vendor's activity on federally owned or leased property. SCF agrees to comply with 20 U.S.C. §107 relating to the operation of vending facilities on federal property by blind persons.

**(2) Leases.**

(A) **VBC Leases**. The IHS must report on its federally leased facilities. SCF agrees to notify the AANHS of changes in occupancy, size, use, and general condition of Village Built Clinic (VBC) leased facilities in locations where SCF has bought back services from the IHS. IHS will annually, or upon renegotiation, provide to SCF a copy of each VBC lease. No increase in the amount due to the Lessor pursuant to a lease will be negotiated by IHS without advance notice to SCF. In administering these leases, the IHS will work with SCF to ensure that each lease is in compliance with the standards referenced in the VBC lease.

(B) **Section 105(*l*) Leases**.  To facilitate IHS Division of Engineering Services review of a Co-Signer's proposal to renew any Section 105(*l*) lease or leases, SCF agrees to provide updated information necessary for the renewal of any facilities leased under Section 105(*l*) of the Act to the AANHS. Upon renegotiation of a Section 105(*l*) lease or leases, IHS will provide to SCF a copy of each 105(*l*) lease executed by IHS and the Co-Signer.

Pursuant to 25 U.S.C. §5385(d)(2)(B) and (D), Section 105(*l*) leases for the following facilities are incorporated into this Funding Agreement and made a part thereof: (1) Nilavena Subregional Clinic, Iliamna, Alaska; (2) Nikolai Health Clinic, Nikolai, Alaska; (3) Kokhanok Health Clinic, Kokhanok,

Alaska; (4) Port Alsworth Health Clinic, Port Alsworth, Alaska; (5) McGrath Regional Health Center, McGrath, Alaska; (6) Lifehouse, The Gathering Place, Sutton, Alaska; (7) The Pathway Home, Anchorage, Alaska; (8) Dena A Coy, Anchorage, Alaska; (9) SCF Detox Center, Anchorage, Alaska; (10) Nuka Learning & Wellness Center, Anchorage, Alaska; (11) Dr. Katherine and Dr. Kevin Gottlieb Building, Anchorage, Alaska; (12) Southcentral Foundation Four Directions Building, Anchorage, Alaska; (13) Southcentral Foundation Behavioral Health Services Programs Building, 400 West Benson Boulevard, Anchorage, Alaska; (14) Ahklun Mountain Building, Anchorage, Alaska; (15) Anchorage Primary Care Center, Anchorage, Alaska; (16) Chugach Square Mall, Anchorage, Alaska; (17) Fireweed Building, Anchorage, Alaska; (18) Mount Marathon Building, Anchorage, Alaska; (19) Mount Natazhat Building, Anchorage, Alaska; (20) Mount Yukla Building, Anchorage, Alaska; (21) Southcentral Foundation Finance Building, Anchorage, Alaska; (22) Nondalton Community Health Clinic, Nondalton, Alaska; (23) Heritage Plaza Business Condos, Anchorage, Alaska; (24) Tyonek Itinerant Housing, Tyonek, Alaska; (25) Mat-Su Valley Behavioral Health, Wasilla, Alaska; (26) Port Alsworth Provider Housing, Port Alsworth, Alaska; (27) McGrath Itinerant Housing, McGrath, Alaska; (28) SCF Warehouse-6130 Tuttle Place, Anchorage, Alaska; (29) SCF Warehouse-6160 Tuttle Place, Anchorage, Alaska; (30) SCF Valley Warehouse, 7877 W. Douglas, Wasilla, Alaska; (31) SCF Dental Clinic, 3606 Rhone Circle, Anchorage, Alaska; (32) SCF Behavioral Health, 999 East Tudor Road, Anchorage, Alaska; (33) SCF Behavioral Health, 3000 C Street, Anchorage, Alaska; (34) McGrath Itinerant Housing, 10 Martella Ave., McGrath, Alaska; (35) St. Paul Itinerant Housing, St. Paul, Alaska; (36) Pedro Bay Itinerant Housing, Pedro Bay, Alaska; (37) Iliamna Itinerant Housing, Iliamna, Alaska.

(3) **Maintenance and Improvement Funds**. SCF agrees to use Maintenance & Improvement funds received through this Funding Agreement in accordance with the appropriation language for Indian Health Facilities in the Department of Interior and Related Agencies Appropriation Act for the applicable Fiscal Year or any comparable Act of Congress that contains the subject appropriation and in accordance with 41 U.S.C. §12 to the extent applicable.

**Section 4 - Amounts Available During the Term of the Funding Agreement.**

a)     The initial amounts available to SCF pursuant to the Compact and Title V of the Indian Self-Determination and Education Assistance Act, as amended, will be added by amendment to incorporate Appendix A into this Funding Agreement and are subject to reductions only in accordance with Section 508(d) of Title V and Section 106 of Title I.[2]

---

[2] Appendix A cites the source document used to determine the amount. These amounts are subject to change under the Act and as provided in this Funding Agreement, including additional adjustments as provided in section 4d). For other fiscal years to which this Funding Agreement is applicable, a replacement Appendix A will be negotiated between I.H.S. and SCF for the respective year and amended to this Funding Agreement and incorporated by reference, accordingly.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 21

The Equipment Replacement amount identified in Appendix A will be paid as a part of the lump sum due to SCF and was determined by multiplying the FY 2022 Equipment Replacement amount paid to SCF by 90%. The final Equipment amount paid in FY 2023 will be based on the final FY 2023 Equipment Replacement allocation. If the final Equipment Replacement amount, as determined by the final FY 2023 Equipment Replacement allocation, is less than the 90% calculation, SCF will return the difference to the IHS.

The amount of IHS Maintenance and Improvement (M&I) funds allocated to eligible health care facilities in Alaska, including for the competitive pool, is determined by a methodology called the University of Oklahoma (U of O) formula. By agreement with ANTHC and other Co-Signers to the Compact, including SCF, two-thirds of each year's U of O formula allocation to Alaska is designated as "routine" funding and is paid directly by IHS to each respective Co-Signer managing M&I eligible facilities and one-third is designated "non-routine" funding for distribution through construction project agreements and/or subawards. Specific projects are identified and recommended via ANTHC's statewide M&I program, currently through the Competitive project pool methodologies overseen by its statewide Maintenance and Improvement Resource Allocation Committee (MIRAC), an advisory committee of the ANTHC Board of Directors.

The routine M&I amount identified in Appendix A will be paid directly to SCF as a part of the lump sum due. The amount is determined by multiplying the FY 2022 Routine M&I amount paid to the Co-Signer by 90%. The final routine M&I amount paid in FY 2023 will be based on the final FY 2023 Routine M&I allocation. If the final Routine M&I amount, as determined by the final FY 2023 Routine M&I allocation, is less than the 90% calculation, SCF will return the difference to the IHS. SCF and IHS have agreed that SCF may base budget M&I funds determined to be eligible for base budget, including the amount of the two-thirds routine portion of the U of O formula funds payable to SCF in the federal fiscal year that precedes the start of the base budget period.

For Co-Signers that have not opted out, additional non-routine funding that may be available for the maintenance and improvement of eligible facilities, such as funding for the Backlog of Essential Maintenance, Alteration and Repair (BEMAR), is distributed through construction project agreements and/or subawards to Co-Signers, with specific projects being identified and recommended via ANTHC's M&I program, for approval by IHS, currently through the BEMAR Pool methodologies.

SCF may also opt out of participating in one or more of the non-routine pool methodologies for its M&I eligible facilities,[3] as provided in Appendix M of ANTHC's Funding Agreement, "ANTHC M&I Pools Opt In/Opt Out Process."

> SCF has elected to opt out from participation in the M&I competitive pool for all of its tribally owned facilities, and IHS will directly pay as "routine" M&I funds the U of O determined one-third project pool amount. SCF shall and has entered into a Competitive Project Pool support agreement with ANTHC, as described in the Appendix M to ANTHC's FA. The M&I eligible federally owned facilities operated by SCF shall continue to be eligible for Competitive Project Pool funding.

> SCF has elected to opt out from participation in the BEMAR pool for all of its tribally and federally owned facilities and SCF may receive a negotiated BEMAR amount through a negotiated Construction Project Agreement with IHS. The amount of funds that shall be available from the BEMAR Pool for a Co-Signer that is opting out is calculated based on the average of its percentage of U of O formula funds allocated to the Alaska Area as a result of the Co-Signer's eligible tribally

---

[3] M&I eligible federally owned facilities operated by SCF continue to be eligible to access non-routine funds through the Competitive Pool.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 22

and federally owned facilities and the percentage of BEMAR funds (FEDS[4] deficiencies) allocated to Alaska Area as a result of the Co-Signer's eligible tribally and federally owned facilities.

A federal facility's eligibility for other funding is not affected by a Co-Signer's decision to opt in or out of the Competitive Pool or the BEMAR Pool.

SCF understands and agrees that even if it opts out of the Competitive Project Pool for tribally owned facilities, or the BEMAR Pool for any of its facilities, it must use funds that it receives in accordance with the appropriation language for Indian Health Facilities in the Department of Interior and Related Agencies Appropriation Act for the applicable Fiscal Year or any comparable Act of Congress that contains the subject appropriation. SCF acknowledges that opting back in to the non-routine M&I project pool methodologies is contingent on meeting the conditions described in Appendix M of ANTHC's Funding Agreement.

The IHS must make an environmental assessment in accordance with the National Environmental Policy Act (NEPA) for all projects by SCF to which NEPA applies. At least 60 days prior to beginning such a project, SCF will provide a Project Summary Document (PSD) as specified in Chapter IV-I Policy #4 of the Maintenance & Improvement Resource Allocation Committee (MIRAC) Policies & Procedures Manual version 01/04 and a Health Care Facilities Environmental Information and Documentation form, Version – July 24, 2001 to AANHS for the purpose of affording the IHS an opportunity to perform an environmental review in accordance with agency's obligations under the NEPA.

These amounts are subject to additions for reimbursements and for new funds received during the term of this FA, including amounts that have historically been distributed as non-recurring funds under Title I of the Indian Self-Determination and Education Assistance Act, as amended, or under previous annual funding agreements and funds in support of resolving Y2K issues. Any amounts remaining unspent under Contract Nos. 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 and 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, or under previous annual funding agreements and funding agreements, after adjustment and reconciliation of the withheld amounts for IPA/MOA, supplies, and other services, as of the last day of the previous fiscal year, shall be included in this FA.

The Recurring Base amount in Appendix A includes $2,464,882 that SCF received, recurring in FY 2006 in Congressionally earmarked alcohol funds for the Pathway Home program.

(1) Schedules. Schedules A, B, and C of SCF's FY 99 AFA provide a historical record of the division of responsibilities for PSFAs of ANMC between SCF and ANTHC. Those schedules are for historical, informational, planning and budget purposes only and do not impose upon IHS any funding requirements not already identified in this section.

b) The parties agree Section 505(b)(2) of Title V provides, among other things, that grants administered by the Department of Health and Human Services through the Indian Health Service may be added to SCF's FA after award of such grants. In accordance with this provision of Title V and its implementing regulations, the Secretary will add SCF's diabetes grant(s) and any other statutorily mandated grant(s) administered by the Department of Health and Human Services through the IHS to this FA after grant award. Grant funds will be paid to SCF as a lump sum advance payment through the PMS grants payment system as soon as practicable after award of the grant. SCF will use interest earned on such funds to enhance the purposes of the grant, including allowable administrative costs. SCF will comply with all terms and conditions of the

---

[4] "FEDS" refers to the  Facilities Engineering Deficiency System of which the Backlog of Essential Maintenance Alteration and Repair (BEMAR) is a subset.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 23

grant award, including reporting requirements, and will not reallocate grant funds nor redesign the grant program, except as provided in implementing regulations or terms of the grants.

### c)  Transitional IHS PSFAs and Funds

### (1)  ANMC Transition as of January 1, 1999

For FY 2023, $57,792,[5] allocated to SCF, has been retained by the Area Office to support federal employees on IPA or MOA and $16,000, allocated to SCF, has been retained by the Area Office to provide an Employee Assistance Program for federal employees on IPA or MOA. The Area Office has agreed to transfer the personnel or funds to SCF as soon as it is determined that they are no longer needed to manage the IPA/MOAs for SCF. The final amount and any amount that will be returned to SCF for FY 2023 and subsequent Fiscal Years has not yet been determined; and, additional amounts, when identified, will be added to this FA by amendment as provided for in Section 15.

The amounts retained by the Area Office as described in the previous paragraph do not include funds for the purpose of performing time-and-attendance activities for federal employees under IPA or MOA with SCF. SCF will continue to perform this function, unless an amount of funding is negotiated and agreed to between SCF and the Area Office and returned to the Area Office by SCF to enable the Area Office to perform this function.

### d)    Contract Support Costs.

Contract support costs (CSC) will be paid in accordance with 25 U.S.C. §5325 and §5388(c). The parties agree that, according to the best data available, the amount to be paid under the FY covered by this agreement, which represents the parties' estimate of SCF's full CSC requirement pursuant to 25 U.S.C. §5325 is $44,213,347, which includes $10,931,460 for direct CSC and $33,281,887 for indirect or indirect-like CSC. The estimate shall be recalculated as necessary as additional data becomes available including information regarding the direct cost base, pass throughs and exclusions, and the indirect cost rates to reflect the full CSC required under 25 U.S.C. §5325. The parties will cooperate in updating the relevant data to make any agreed upon adjustments. In the event the parties disagree on the CSC amounts estimated and paid pursuant to this paragraph and SCF's full CSC requirement under ISDEAA, the parties may pursue any remedies available to them under the ISDEAA, the Compact, and the Contract Disputes Act, 41 U.S.C. §7101 *et seq.*

### e)    Tribal Shares.    The amounts available from Area for tribal shares reflect the transition plan agreed upon by the parties and do not reflect the full amount that will be available in future years.

### f)    Base Budgets.

### (1)    Categories and Base Year.  At the end of the first period of base budget option, the IHS and Co-Signers agreed to extend the initial 3-year base budgets (FY 98 – FY 2000) implemented for the ATHC for an additional two years (FY 2001 – FY 2002). IHS and SCF subsequently agreed to additional extensions through FY 2012. The following categories are subject to base budgeting for the base year period, as noted below:

| Category of Funding | Base Period or Base Funding/Extended Through |
|---|---|
| | |

---

[5] This amount is subject to increases in FY 2022 and future Fiscal Years.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 24

| Headquarters TSA amounts[6] | FY 97/Extended Through FY 2012 |
|---|---|
| Equipment Replacement Funding | Not Included |
| Area Tribal Share | Not Included |
| Routine Maintenance & Improvement | Not Included |

      **(2) Adjustments.** Adjustments to base funding shall be permitted in direct proportion to changes in appropriated amounts (by sub-activity), as provided under Section 6a) "Adjustments, Due to Congressional Actions." Adjustments shall also be permitted for the addition of new co-signers to the Compact and when current co-signers add or retrocede PSFAs, as provided in Section 15c) "Amendment or Modification of this Agreement, Due to Addition of New Programs."[7] Adjustments also shall be permitted when Co-Signer(s) choose to restrict or unrestrict previously "restricted" or "unrestricted" IHS Headquarters' categories; provided that restrictions shall be changed only during annual negotiations. Adjustments for changes required when a tribe joins or withdraws from a tribal consortium shall also be permitted.

**(a)** SCF shall also be eligible for funding for new services, service increases, mandatories, specific Congressional appropriation for population growth, health services priority system, contract support costs, and any other increases in resources on the same basis as all other tribes.

**(b)** SCF shall also remain eligible for the distribution of additional IHS Headquarters tribal shares for Assessments, Workers' Compensation, Emergency Reserve, Management Initiatives, and other PSFAs from Headquarters.

      **Section 5 – Method of Payment.**

    **a)** **Payment Schedule.** Except as provided in subsections b, c, and d of this Section, all funds identified in Section 4 and Appendix A of this FA shall be paid to SCF, in accordance with Article II, Section 4(a) of the Compact; payment shall be made as follows:

        One payment in lump sum to be made annually in advance by check or wire transfer.

    **b)** **Availability of Tribal Shares.** SCF will be paid 100 percent of the negotiated Headquarters and Area Tribal Shares in its initial lump sum payment.

    **c) Buyback/Withholding.** SCF may carry out its responsibility to provide certain PSFAs included in this FA by using services or other resources of the Federal Government under Article V, Section 22 of the Compact, as permitted by law. Except as provided herein, the cost of such services and the terms under which they may be made available to SCF are set forth in the Buyback/Withhold Agreement between the IHS and SCF, which is attached as Appendix D to this FA. The administrative surcharge provided for in Section 2.2.4 of the Buyback/Withhold Agreement for FY 2023 shall be .285 percent. Notwithstanding Section 5 of the Buyback/Withhold Agreement, upon the request of the IHS or any Co-Signer, such Agreement will be negotiated for future fiscal years annually during the effective dates of this Funding Agreement.

---

[6] Alaska Tribal Health Compact base budgets for TSA amounts shall be considered as a whole (entire ATHC amount) and shall be subject to adjustment of the internal allocation subject to ATHC agreements.

[7] This includes the addition of new facilities, including maintenance and improvement funding and equipment funding allocated to those new facilities qualifying for inclusion in the Indian Health Service M&I and Equipment Database.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 25

**d) Periodic Payments.** Payment of funds otherwise due to SCF under this FA, which are added or identified after the initial payment is made, shall be made promptly upon request of SCF by check or wire transfer.

**Section 6—Adjustments**

**a)        Adjustments Due to Congressional Actions.** The parties to this FA recognize that the total amount of the funding in this FA is subject to adjustment, due to Congressional action in appropriations Acts or other law affecting availability of funds to the IHS and the Department of Health and Human Services. Upon enactment of any such Act or law, the amount of funding provided to SCF in this FA shall be adjusted as necessary, after SCF has been notified of such pending action and subject to any rights which SCF may have under this FA, the Compact, or the law.

**b)        Proposals by Authorizing Tribes.** Should any authorizing Tribe assume responsibility for PSFAs (or portions thereof) under a contract or funding agreement pursuant to the Indian Self Determination and Education Assistance Act, adjustments to funding amounts will be negotiated.

**Section 7 – Records.** Pursuant to Section 506(d)(1) of Title V, records acquired, generated or maintained by SCF shall not be treated as Federal records under Chapter 5 of Title 5 of the United States Code, except that:

a)        patient medical records, financial records and personnel records may be disclosed only in accordance with 5 U.S.C. Section 552a(b); records of SCF are not to be considered federal agency records for purposes of the Freedom of Information Act, 5 U.S.C. Sec.552 and the Privacy Act.

b)        pursuant to Section 105(o) of Title I, the medical records generated by SCF shall, at the option of SCF be stored with the National Archives and Records Administration, and SCF shall have access to such records.

c)        SCF operates a healthcare quality assurance program and treats the records of such program as confidential and privileged in accordance with Section 805 of the Indian Health Care Improvement Act as amended at 25 U.S.C. §1675.

SCF shall maintain the confidentiality of its patient records as follows:  SCF will seek to comply with the Administrative Simplification provisions of HIPAA, including but not limited to, privacy, security, transactions and codes sets regulations, codified as 45 C.F.R. Parts 160, 162, and 164. If a record is not subject to HIPAA, SCF will comply with policies and procedures adopted by its Governing Body.

**Section 8 - Program Rules.** SCF is committed to and will strive to provide quality health services and will strive to meet standards it believes to be appropriate and applicable to the delivery of those health services. SCF will make a best effort to carry out the PSFAs in this FA in compliance only with those program regulations, guidelines, and directives approved by the SCF Board of Directors. These will include, for PSFAs provided by SCF at the ANMC and the Anchorage Native Primary Care Center, compliance with the Joint Commission (formerly known as the Joint Commission on Accreditation of Healthcare Organizations, "JCAHO") standards, or equivalent accreditation organizations. ANMC operating policies and circulars relating directly to The Joint Commission accreditation and their successors, as developed by the ANMC Joint Operating Board, will also be followed.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 26

Except as specifically set forth in this Section, pursuant to Section 517(e) of Title V, SCF does not agree to be subject to any agency circular, policy, manual, guidance or rule adopted by the IHS, except for the eligibility provisions of Section 105(g) and the regulations promulgated under Section 517 of Title V, unless otherwise waived.

SCF agrees to be bound by 42 CFR part 1346, subpart I in the administration and provision of Purchased Referred Care services carried out under this Agreement.

**Section 9 – Exemption from licensing fees.** Employees of SCF shall be exempt from payment of licensing, registration, and any other fees imposed by a federal agency to the same extent that officers of the Public Health Service commissioned corps and other employees of the Indian health Service are exempt from such fees.

**Section 10 – Licensure.** Licensed SCF health professionals will be licensed in accordance with Section 221 of the Indian Health Care Improvement Act, as amended at 25 U.S.C. §1621t.

**Section 11 – Purchase of Healthcare Coverage.** SCF may use federal funds for purchase of healthcare coverage in accordance with Section 402 of the Indian Health Care Improvement Act, as amended at 25 U.S.C. §1642.

**Section 12 – Cost Sharing Option.** SCF may elect to charge its eligible Alaska Native and American Indian beneficiaries for services provided by SCF under its Funding Agreement.

**Section 13 – Retrocession and Discontinuance.**

**a)    Retrocession.** The retrocession provisions of Section 506(f) of the Indian Self-Determination and Education and Assistance Act, as amended, are herein adopted, except that the effective date of a retrocession from the Compact and/or the FA, in whole or in part, shall be less than one year from such notice if SCF and IHS so agree; however, pursuant to P.L. 103-332, 108 Stat. 2530, funds for the operation of the Dena A Coy program may not be retroceded, except to the IHS, and shares for that program may not be removed and provided to an individual tribe or tribes.

**b)    Discontinuance.** SCF may discontinue its participation in the Compact after written notice to IHS. Notice must be provided one year in advance of the effective date of the request except that the effective date of a request may be less than one year upon agreement of SCF and IHS.

**Section 14 - Consolidation of Contracts and Previous Funding Agreements.** The following contracts and all previous Annual Funding Agreements and Funding Agreements shall remain in effect to support programs, activities, functions, services, materials, and facilities provided by SCF until all funds allocated to them have been completely expended and SCF agrees to their termination: P.L. 93-638 Title I Contracts # 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 and 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, as modified.

**Section 15 - Amendment or Modification of this Agreement.**

**a)    Form of Amendments.** Except as otherwise provided by this FA, the Compact, or by law, any modifications of this FA shall be in the form of a written amendment and shall require written consent of SCF, as authorized by resolution from CIRI, and the United States. Participation or written consent of Tribes and Co-Signers not subject to the terms of this FA shall not be required.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 27

**b)      Services from IHS**. Should SCF determine that it wishes IHS to provide PSFAs included in this FA for which funding has been identified but not provided, the parties shall negotiate an amendment to the FA to reflect the transfer of responsibilities from SCF back to the IHS and the pro-rata share of funding for that PSFA shall be retained by the IHS. Unless otherwise negotiated, IHS will not transfer centrally paid expenses, including but not limited to, Workers Compensation to any Co-Signer.

**c)      Due to Addition of New Programs**. Should SCF determine that it wishes to provide a PSFA of IHS not included in this FA, SCF may submit a proposal to IHS to provide such PSFA. The parties agree to negotiate such a proposal and, should the parties fail to reach agreement, SCF may submit a final offer in accordance with the Title V procedures set forth in Sections 507(b)-(d) of Title V. A proposal submitted pursuant to this section shall be treated as a request for amendment to the FA and, once approved by IHS, the Alaska Area Office shall prepare within 30 days an amendment to this FA and the amendment shall be executed through the Area Office and added to this FA. SCF may, at its sole option, choose to submit proposals under Title I or Title V of the Indian Self-Determination and Education Assistance Act, as amended.

**d)      Due to Availability of Additional Funding**. SCF shall be eligible for any increases in funding or funding for Medicaid, Medicare, maintenance and improvement, other reimbursement and new programs for which it would have been eligible had it been administering programs under a self-determination contract, rather than under the Compact and this FA, and for any other funds that are not restricted by appropriations language for which any Alaska tribe or tribal organization may be eligible, including any new funds appropriated for IHS Headquarters and funds passed to Alaska Area as recurring or non-recurring funds, and this FA shall be amended to provide for timely payment of such new funds to SCF. Such amendment shall be originated and prepared within 30 days by the Alaska Area Office and executed through the Area Office in consultation with SCF.

**e)      Other Adjustments.** Upon written authorization by SCF and agreed to by IHS, IHS may reallocate funds retained by IHS, which are obligated to SCF, for the purpose of reimbursing IHS for services or equipment provided to SCF, to assist in carrying out the terms of the Compact and this FA.

**f)      General Procedures for Amending or Modifying this FA.** Amendments or modification proposed by SCF shall be submitted in writing to the IHS, Alaska Area Director with a copy to the Office of Tribal Self-Governance at IHS. Except as provided with respect to the incorporation of a provision of Title I under Article V, section 21, of the Compact, or as provided in paragraphs (d) and (g) of this section, a request to amend or modify this FA submitted by SCF shall be processed in accordance with sections 507(b)-(d) of Title V, and all provisions of those identified sub-sections are incorporated herein for this purpose.

**g)      Funding Increases.**

(1)  Written consent of SCF shall only be required for issuing amendments for those funds which:

     A.   require a change to Section 3 – Tribal Programs and Budget;
     B.   require a specific commitment by SCF (e.g. Maintenance & Improvement projects and prior fiscal year Sanitation Facility Construction projects); or
     C.   reduce funding other than changes in Congressional appropriations pursuant to Section 6 a)

(2)  Amendments not requiring written consent may include, but are not limited to:
     A.  Program/Area/HQ Mandatories;
     B.  Program/Area/HQ End-of-Year Distributions;

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 28

C. CHEF, subject to the condition that if a case initially qualifying for reimbursement is paid (in whole or in part) by an alternate resource or cancels for any reason, SCF will return the unused amount to the IHS CHEF account;

D. CHS Deferred Services;

E. Routine Maintenance & Improvement;

F. Collections and reimbursements.

(3) Amendments reflecting payment of these funds shall be provided to SCF after any such funds are added to the FA. SCF retains the right to reject the addition of such funds to the FA and return the funds to the IHS.

**Section 16 – Third Party Recoveries**. SCF has the right to recover reimbursement from certain third parties of the reasonable charges for health services in accordance with Section 206 of the Indian Health Care Improvement Act, 25 U.S.C. §1641t, as amended at 25 U.S.C. §1621e. Any funds recovered by SCF through the filing, litigating, or settling a claim against a third party to pay for services previously provided to IHS-eligible beneficiaries by SCF, or for such services previously provided by the IHS in a PSFA now operated by SCF, shall be the property of SCF and shall be considered program income to be utilized by SCF as provided in Article III, Section 7 of the Compact. Any prospective recovery of funds for such services shall likewise be considered program income to be utilized pursuant to Article III, Section 7 of the Compact. Whether providing, purchasing, or authorizing health care services described in the Compact and this Funding Agreement, in accordance with Section 2901(b) of Pub. L. 111-148 [25 U.S.C. §1623(b)], and as otherwise provided in law, SCF shall be the payer of last resort.

**Section 17 – Severability** This FA shall not be considered invalid, void or voidable if any section or provision of this FA is found to be invalid, unlawful or unenforceable by a court of competent jurisdiction. Should such a court make such a finding, the parties will seek agreement to amend, revise or delete any such invalid, unlawful or unenforceable section or provision in accordance with the provisions of the Compact.

**Section 18 - Facility Leasing.** Pursuant to Section 105(l) of the Indian Self-Determination Act, P.L. 93-638, as amended by P.L. 103-413, the Secretary shall, at the request of SCF, negotiate and enter into a lease with SCF for the ANPCC and any other facilities operated by SCF.

**Section 19 – Memorandum of Agreement with Tribes and Tribal Organizations.** Funds provided under this FA may be allocated to and expended by an Alaska Native village ("village") or tribal organization in accordance with the terms of the Compact, this FA, a Memorandum of Agreement ("MOA") or subaward agreement approved by SCF and the Village or tribal organization, and Section 325 of P.L. 105-83, including those entered into under Attachment 5 to SCF's FY 99 AFA, the Cooperative Agreement for FY 99 Staffing Package Funds for Rural Anchorage Service Unit between the ANTHC and SCF. The Federal Tort Claims Act shall apply to PSFAs carried out by the Village or tribal organization under such MOA or subaward agreement and to the Village or tribal organization and its employees to the same extent as if they had been carried out directly by SCF, if the Village or tribal organization would have met the criteria of 25 C.F.R. §900.181, but for the limitations on contracting imposed by Sections 325 and 326 of P.L. 105-83 or similar restrictions adopted in subsequent Congressional legislation. SCF agrees to be responsible for assuring that the language of any such MOA or subaward agreement with a Village or tribal organization shall be consistent with the Compact, this FA, and the Indian Self-Determination and Education Assistance Act, as amended. Such an MOA or subaward agreement may include provisions for the assignment of federal employees under IPA assignment or Commissioned Corps detail. Such assignments shall be subject to the approval of the Alaska Area Native Health Service Director.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 29

**Section 20 – Service to Non-Beneficiaries.** Services may be provided to non-beneficiaries (i.e., persons who are not Alaska Native or American Indian) on a fee-for-service basis in accordance with and subject to the provisions of section 813(b)(1)(B) of the Indian Health Care Improvement Act, as amended, and the resolution of the SCF Board of Directors.[8] In addition, services may be offered to Commissioned Corps Officers of the IHS and their dependents and as provided for under the Alaska Federal HealthCare Partnership.

**Section 21 – Related Agreements.** SCF and ANTHC have entered into certain reciprocal health services agreements under which the parties have agreed on a plan to manage the ANMC. SCF and ANTHC have also entered into agreement on redistribution of ANMC resources from all sources including funding from the IHS and third party revenue. These health services agreements and the revenue sharing agreement by the parties are authorized by section 325 of P.L. 105-83 and the programs therein are subject to the provisions of Section 3(c) and Section 19 of this FA for the purposes of FTCA coverage. The following health service agreements, identified as "Purchase Agreement I between Southcentral Foundation and the Alaska Native Tribal Health Consortium for Services at Alaska Native Medical Center" (SCF purchased from ANTHC), "Purchase Agreement II between Southcentral Foundation and the Alaska Native Tribal Health Consortium for services at Alaska Native Medical Center" (ANTHC purchases from SCF), "Memorandum of Agreement Between the Alaska Native Tribal Health Consortium and Southcentral Foundation Regarding Revenue Sharing", and "Cooperative Agreement for FY99 Staffing Package Funds for Rural Anchorage Service Unit Between Alaska Native Tribal Health Consortium and Southcentral Foundation," are attached to SCF's FY 99 AFA. The following health services agreements, identified as "Memorandum of Agreement By and Between Southcentral Foundation and Alaska Native Tribal Health Consortium Regarding Fireweed Building and Parking Arrangements" (February 2003), "Memorandum of Agreement By and Between Southcentral Foundation and Alaska Native Tribal Health Consortium [Regarding Fireweed Building and Parking Arrangements]" (Amended and Restated October 2009), "Agreement Between The Alaska Native Tribal Health Consortium and Southcentral Foundation Regarding Purchase Of Outpatient Pharmaceuticals" (April 2009), and "Memorandum of Understanding [By and Between The Alaska Native Tribal Health Consortium and Southcentral Foundation Regarding The Cerner Electronic Health Record]" (April 2010), are attached to SCF's FY 2015 FA. "Memorandum of Agreement Between the Alaska Native Tribal Health Consortium and Southcentral Foundation Regarding Revenue Sharing (Amended and Restated October 1, 2008)" is attached to SCF's Second Amended and Restated FY 2007 – 2009 FA. "Memorandum of Agreement Between the Alaska Native Tribal Health Consortium and Southcentral Foundation Regarding Revenue Sharing (Amended and Restated October 1, 2010)" is attached to SCF's FY 2011 FA. "Memorandum of Agreement Between the Alaska Native Tribal Health Consortium and Southcentral Foundation Regarding Revenue Sharing (Amended and Restated October 1, 2011)" and "Memorandum of Agreement Between the Alaska Native Tribal Health Consortium and Southcentral Foundation Regarding Revenue Sharing (Amended and Restated October 1, 2012)" are attached to SCF's FY 2014 FA. These agreements are attached for informational purposes and to indicate the IHS's acknowledgment of the same. The IHS is not a party to these agreements and does not assume any responsibility for enforcement of the same, except to the extent that such enforcement may be required by operation of Section 325 of P.L. 105-83, relevant provisions of the Indian Self-Determination and Education Assistance Act, or other applicable law or regulation. IHS acknowledges that the "Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing" was entered into in order to implement the requirements of P.L. 105-83 and the intent of Congress that there be a "written agreement governing distribution of statewide third party reimbursement designed to ensure the continued financial stability of the Alaska Native Medical Center." Whenever in this FA references are made to the documents attached to SCF's FY 99 AFA and described under this section, the use of such documents shall be subject to the limitations of this section.

---

[8]The SCF Board Resolutions approved by IHS is attached hereto as Appendix B.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 30

The various reciprocal agreements referred to in this Section 21 have been or may in the future be amended. Copies of such amended agreements have been or will be attached to this FA by amendment or to previous FAs or AFAs.

### Section 22 - Operation and Maintenance of Quarters

**a)**     SCF shall be responsible for operation, management, and maintenance of the housing facilities located on St. Paul Island that are owned by the Federal Government and managed by SCF ("Quarters") in accordance with SCF's Housing Policy. The Alaska Landlord-Tenant Law does not apply to Federal Government housing.

**(1)**     SCF shall be responsible for assigning Quarters under SCF's jurisdiction to all individuals eligible under the SCF Housing Policy.

**(2)**     SCF shall be responsible for the day-to-day operation of the Quarters under its jurisdiction, including but not limited to routine maintenance and up-keep of heating systems, appliances, utilities and furnishings, grounds, and the building structure.

**(3)**     SCF shall inspect Quarters for damages and cleanliness upon tenant's vacating the premises, in order to assess any damages identified as belonging to the tenant. If the Quarters require cleaning and/or any tenant-assessed damage is found, the tenant shall have the opportunity to make arrangements for cleaning and repairs at tenant's expense and to the satisfaction of SCF.

**b)**     **Quarters Return (QR) Fund Management.**

**(1)**     SCF may establish rental rates and collect rents for federally-owned Quarters in compliance with section 309 of the IHCIA, as amended at 25 U.S.C. § 1638. All occupants of the St. Paul Island Quarters, with the exception of approved volunteers, students and beneficiaries eligible under Section 3 of this provision, shall be assessed charges for rent, special services (e.g., house-keeping, snow removal and trash removal), and utilities in accordance with the rental rates established by SCF.

**(2)**     SCF shall collect rent and utility charges (where utilities are not payable directly to the utility provider) applicable to the Quarters directly from tenants, including from Federal employees who occupy the Quarters. SCF will provide notice to applicable federal employees that it has elected to directly collect from them under Section 309 of the IHCIA, as amended at 25 U.S.C. § 1638b. Upon receipt of such notice, such federal employees shall pay rent directly to SCF.

**(3)**     Patients boarding in Quarters shall be billed at the established rate. SCF shall not be required to charge beneficiaries who must occupy the Quarters for medical reasons that are authorized by an attending Physician. If a patient boarder has a third party reimbursement source that provides coverage for lodging, SCF shall bill for lodging at the Quarters. Patient boarding receipts shall be program income under this FA.

**(4)**     All Quarters receipts collected by SCF and all Quarters collections from federal government employees shall be recorded in an SCF-managed account and maintained separately. Such funds shall be applied only to the operation, maintenance, and management of such Quarters. All such funds shall remain available for such functions until expended.

SOUTHCENTRAL FOUNDATION
FUNDING AGREEMENT
FY 2023
Page 31

(5)    Nothing in this Section shall be interpreted, construed, or applied to restrict the sole discretion and authority of SCF to issue certifications for rental deductions for income tax purposes to employees hired directly by SCF and to federal employees employed in the SCF Service Unit.

c)    **Other Funding For Quarters Repair Projects.**

Quarters repair or improvement projects which are expected to exceed SCF's QR funds shall be submitted to the Director, Division of Health Facilities, as part of SCF's FEPP to be considered along with other Area Health Facilities Projects for Maintenance and Improvement funding or other types of funding available for IHS-owned Quarters.

**Section 23 – Interpretation.**  This document is subject to and shall be interpreted in light of Section 325 of P.L. 105-83.

**Section 24 – Memorializing Disputes.**  The parties to this FA may have failed to reach agreement on certain matters which remain unresolved and in dispute.  Such matters may be addressed through the process set forth in Sections 507(b)-(d) of Title V, or at SCF's option, may be set forth in Attachment 1 to this FA, which shall be identified as "Memorialization of Disputes."  This attachment shall not be considered a part of this FA but is attached for the purpose of recording matters in dispute for future reference, discussion, and resolution, as appropriate.  SCF does not waive any remedy that SCF may have under the law with regard to these issues and any others not listed herein.

**Section 25 – Effective Date and Duration.**  This FA will become effective on October 1, 2022, and will remain in effect until a subsequent FA is negotiated and becomes effective pursuant to Article II, Section 12 of the Compact.

**United States of America**
**Secretary of**
**Department of Health and Human Services**

By: Evangelyn L. Dotomain -S
Digitally signed by Evangelyn L. Dotomain -S
Date: 2022.07.21 18:18:06 -08'00'

Date: 7/21/2022

Alaska Area Director, Indian Health Service


**Co-Signer:**


**Approved by:  Southcentral Foundation**


By: _____
April Kyle, President/CEO

Date: 5/24/22

# APPENDIX A

## Financial Summary for SCF FY23 Funding Agreement

*[Appendix A has not been finalized due to an error and questions associated with an FY21 withdrawal and the need for several bilateral amendments. None of the errors/questions involve SCF; but, until they are resolved for all Co-Signers to the Alaska Tribal Health Compact the Indian Health Service has refused to finalize FY22 and FY23 Appendix A for any Co-Signer to the Alaska Tribal Health Compact, including SCF.]*

APPENDIX B

### SOUTHCENTRAL FOUNDATION BOARD OF DIRECTORS

### RESOLUTION No. 10-10
### A Resolution Authorizing Services to Non-Beneficiary employees/dependants of the Cook Inlet Health and Welfare Trust Participants and Alaska Native Tribal Health Consortium

**WHEREAS,** Southcentral Foundation ("SCF") is a Tribal Organization that is a Co-Signer of the Alaska Tribal Health Compact ("ATHC") and negotiates annually a Funding Agreement with the Indian Health Service ("IHS") pursuant to Title V of the Indian Self-Determination and Education Assistance Act, to carry out the programs, services, functions and activities ("services") of the IHS to Alaska Natives/American Indians who are beneficiaries of IHS programs; and

**WHEREAS,** the ATHC authorizes Co-Signers to provide services to individuals not otherwise eligible to receive IHS-funded services ("Non-Beneficiaries") in compliance with Section 813 of the Indian Health Care Improvement Act ("Section 813"); and

**WHEREAS,** the Board of Directors of SCF is the governing body of SCF; and

**WHEREAS,** Section 813, as amended at 25 U.S.C. §1680c(c)(2), authorizes the governing body of a Tribal Organization carrying out services of the IHS under the Indian Self-Determination and Education Assistance Act to make its own determination as to whether to provide services to Non-Beneficiaries under the Tribal Organization's Funding Agreement with IHS; and

**WHEREAS,** Section 813, as amended at 25 U.S.C. §1680c(c)(2), provides that in making such a determination, the governing body of the Tribal Organization shall give consideration to whether the provision of services to such Non-Beneficiaries will result in the denial or diminution of services to Alaska Natives/American Indians; and

**WHEREAS,** consistent with the objectives of §325 of Pub. L. 105-83, SCF co-manages the Alaska Native Medical Center ("ANMC") with the Alaska Native Tribal Health Consortium ("ANTHC"); and

**WHEREAS,** SCF provides services under its Funding Agreement with the IHS at ANMC, the Anchorage Native Primary Care Center, SCF's Valley Native Primary Care Center, SCF's Health Education Department, SCF's Home Based Services/Waiver Care Coordination Department, and SCF's Dental Department; and

**WHEREAS,** SCF offers healthcare to Non-Beneficiary employees and their dependants through the Cook Inlet Region, Inc. Health and Welfare Trust ("CIRI Trust"), a self-insured healthcare plan administered by Cook Inlet Region, Inc.; and

**WHEREAS,** Cook Inlet Region, Inc. and other participating employers in the CIRI Trust, including SCF, ("CIRI Trust Participants") offers healthcare to Non-Beneficiary employees and their dependants through the CIRI Trust; and

1

**WHEREAS,** ANTHC offers healthcare to Non-Beneficiary employees and their dependants through a self-insured healthcare plan; and

**WHEREAS,** the CIRI Trust Participants and ANTHC provide healthcare insurance to approximately 2,200 Non-Beneficiary employees and their dependants; and

**WHEREAS,** providing services to employees/dependants of the CIRI Trust Participants and ANTHC under SCF's Funding Agreement with IHS reduces the financial costs of providing an employee healthcare plan thereby making funds available to enhance services to IHS beneficiaries, decreases lost work time for employees who require healthcare services, provides important opportunities for quality improvement because employees who receive services provided by SCF and ANTHC will be more invested in quality of care and more sensitive to areas in which improvements are needed, and substantially enhances the confidence of IHS beneficiaries in the care they receive by demonstrating that SCF and ANTHC employees trust in and rely upon the quality of the services offered by SCF and ANTHC; and

**WHEREAS,** providing services to approximately 2,200 Non-Beneficiary employees/dependants of the CIRI Trust Participants and ANTHC would comprise a small percentage of the total number of individuals who receive services at ANMC, the Anchorage Native Primary Care Center, SCF's Valley Native Primary Care Center, SCF's Health Education Department, SCF's Home Based Services/Waiver Care Coordination, and SCF's Dental Department, the SCF Board of Directors has determined that providing services to these individuals, to the extent provided for in this Resolution, will not result in a denial or diminution of the services SCF provides to IHS beneficiaries; and

**WHEREAS,** Section 813 also requires SCF to recover the actual costs of providing services to Non-Beneficiaries, the SCF Board of Directors has determined that the provision of services to 2,200 Non-Beneficiary employees/dependants of the CIRI Trust Participants and ANTHC on a fee-for-service basis, in an amount not less than the actual costs to SCF of providing such services, will not result in a denial or diminution of the services SCF provides to IHS beneficiaries; and

**WHEREAS,** SCF has established billing and collection procedures to ensure that the 2,200 Non-Beneficiary employees/dependants of the CIRI Trust Participants and ANTHC are billed in an amount that results in the recovery of an amount not less than the actual costs to SCF of providing such services; and

**WHEREAS,** the SCF Board of Directors has determined that the conditions of Section 813, as amended at 25 U.S.C. §1680c(c)(2), are satisfied; and

**NOW, THEREFORE, BE IT RESOLVED,** the SCF Board of Directors authorizes SCF to provide services to Non-Beneficiary employees/dependants of the CIRI Trust Participants and ANTHC, as well as Intergovernmental Personnel Assignment Agreement staff of SCF and ANTHC and their dependants, at ANMC, the Anchorage Native Primary Care Center, SCF's Valley Native Primary Care Center, SCF's Health Education Department, SCF's Home Based Services/Waiver Care Coordination, and SCF's Dental Department, to the extent provided for in this Resolution, based upon the findings made herein, and in accordance with the requirement of 25 U.S.C. §1680c(c)(2) that the provision of such services to these Non-

Beneficiary employees/dependants will not deny or diminish the services SCF provides to IHS beneficiaries; and

**BE IT FURTHER RESOLVED,** that the SCF Board of Directors directs the SCF Chief Executive Officer ("CEO"), or his or her designee, to establish metrics to monitor and measure the ongoing impact of providing healthcare services to employees/dependants of the CIRI Trust Participants and ANTHC at ANMC, the Alaska Native Primary Care Center, SCF's Valley Native Primary Care Center, SCF's Health Education Department, SCF's Home Based Services/Waiver Care Coordination, and SCF's Dental Department, and to report regularly to the ANMC Joint Operating Board and to the SCF Board of Directors on the impact to IHS beneficiaries of providing such services, and the actions taken to ensure compliance with this Resolution; and

**BE IT FURTHER RESOLVED,** that the SCF CEO, or his or her designee, is authorized and directed to limit or eliminate access to such services provided to these Non-Beneficiary employees and their dependants whenever significant evidence is presented to SCF that demonstrates that providing such services to these Non-Beneficiary employees and their dependants has resulted in a denial or diminution of the services SCF provides to IHS beneficiaries; and

**BE IT FURTHER RESOLVED,** that this Resolution supplements other Resolutions of the SCF Board of Directors regarding services to Non-Beneficiaries, which shall remain in full force and effect; and

**BE IT FUTHER RESOLVED** that this Resolution shall remain in effect until such time as it is revoked by the Board of Directors.

### CERTIFICATION

This Resolution was duly adopted by a quorum of the Board of Directors of SCF at a duly-noticed meeting held on the 5th day of October, 2010, by a vote of __7__ in favor, _O_ opposed, and _O_ abstaining.

ATTEST:

_James Segura_, Chairman

_Karen Caindec_, Secretary-Treasurer

# SOUTHCENTRAL FOUNDATION BOARD OF DIRECTORS

### RESOLUTION No. 12-02
### Supersedes Resolution No. 10-09
### A Resolution Authorizing Services to Non-Beneficiaries

**WHEREAS,** Southcentral Foundation ("SCF") is a Tribal Organization that is a Co-Signer of the Alaska Tribal Health Compact ("ATHC") and negotiates annually a Funding Agreement with the Indian Health Service ("IHS") pursuant to Title V of the Indian Self-Determination and Education Assistance Act, to carry out the programs, services, functions and activities ("services") of the IHS to Alaska Natives/American Indians who are beneficiaries of IHS programs; and

**WHEREAS,** the ATHC authorizes Co-Signers to provide services to individuals not otherwise eligible to receive IHS-funded services ("Non-Beneficiaries") in compliance with Section 813 of the Indian Health Care Improvement Act ("Section 813"); and

**WHEREAS,** the Board of Directors of SCF is the governing body of SCF; and

**WHEREAS,** Section 813, as amended at 25 U.S.C. §1680c(c)(2), authorizes the governing body of a Tribal Organization carrying out services of the IHS under the Indian Self-Determination and Education Assistance Act to make its own determination as to whether to provide services to Non-Beneficiaries under the Tribal Organization's Funding Agreement with IHS; and

**WHEREAS,** Section 813, as amended at 25 U.S.C. §1680c(c)(2), provides that in making such a determination, the governing body of the Tribal Organization shall give consideration to whether the provision of services to such Non-Beneficiaries will result in the denial or diminution of services to Alaska Natives/American Indians; and

**WHEREAS,** the Board of Directors of SCF has determined that providing services to Non-Beneficiaries will not result in a denial or diminution of the services SCF provides to IHS beneficiaries and that such services will be provided on a fee-for-service basis, resulting in reimbursement in an amount not less than the actual costs to SCF of providing such services, as required by Section 813; and

**WHEREAS,** SCF has established billing and collection procedures to ensure that the services provided to Non-Beneficiaries are billed in an amount that results in the recovery of an amount not less than the actual costs to SCF of providing such services; and

**WHEREAS,** the SCF Board of Directors has determined that the conditions of Section 813, as amended at 25 U.S.C. §1680c(c)(2), are satisfied; and

**NOW, THEREFORE, BE IT RESOLVED,** the SCF Board of Directors authorizes SCF to provide services to Non-Beneficiaries based upon the findings made herein, and in accordance with the requirement of 25 U.S.C. §1680c(c)(2) that the provision of such services to Non-Beneficiaries will not deny or diminish the services SCF provides to IHS beneficiaries; and

1

**BE IT FURTHER RESOLVED,** that the SCF CEO, or his or her designee, is authorized and directed to limit or eliminate access to such services provided to Non-Beneficiaries whenever significant evidence is presented to SCF that demonstrates that providing such services to Non-Beneficiaries has or will result in a denial or diminution of the services SCF provides to IHS beneficiaries; and

**BE IT FURTHER RESOLVED,** that this Resolution supplements other Resolutions of the SCF Board of Directors regarding services to Non-Beneficiaries, which shall remain in full force and effect; and

**BE IT FUTHER RESOLVED,** that this Resolution shall remain in effect until such time as it is revoked by the Board of Directors.

## CERTIFICATION

This resolution was duly adopted by a quorum of the Board of Directors of SCF at a duly-noticed meeting held on the 11th day of January, 2012, by a vote of **7** in favor , **O** opposed, and **O** abstaining.

**ATTEST:**


James Segura, Chairman                              Karen Caindec, Secretary-Treasurer

2

# APPENDIX C

# MEMORANDUM OF AGREEMENT
## DESCRIBING
## THE CONTINUING SERVICES OF
## THE INDIAN HEALTH SERVICE, ALASKA AREA NATIVE HEALTH SERVICE
## TO SOUTHCENTRAL FOUNDATION
## FOR FY 2020

## I.    INTRODUCTION

This agreement provides for the continuation by the Indian Health Service (IHS) of certain services from the Alaska Area Office for the benefit of Southcentral Foundation under its Funding Agreement (FA) under the Alaska Tribal Health Compact (ATHC) Self-Governance Compact.

This agreement is limited to the programs, services, functions, and activities (PSFAs) performed by the residual and transitional federal staff of the Alaska Area Office.

This agreement should be interpreted in conjunction with Southcentral Foundation's FA and Appendix A to that FA, which may provide for additional detail on "restrictions" of funds at the Area or Headquarters level to ensure that specific services are continued to the individual Co-Signer.

In FY 2020, funding for these continuing services and activities will be from the funds, which have been designated as residual and from funds, which have been designated in support of temporary transitional federal PSFAs. In addition funding to purchase specific services, i.e., use of IPA/MOA assignees and Village Built Clinic leases, may be provided through reimbursement by Southcentral Foundation to the IHS.

## II.   DEFINITIONS

The following definitions are in common usage in the Alaska Area:

   **A. ATHC Tribal Restricted Share** - Used in Alaska to refer to those retained Tribal shares all compacting Tribes jointly initially agreed to leave in the Area Office in support of Alaska Area state wide PSFAs. Pursuant to Section 325 of PL 105-83, these shares now are in the Alaska Native Tribal Health Consortium (ANTHC) FA or are used for transitional federal PSFAs.

   **B. Buyback** - The process by which Co-Signers use cash to purchase Area services from the Area Office. Requires accurate description and pricing of service, and mechanism for Area to invoice and receive payment.

   **C. Co-Signer Restricted Shares** - Used in Alaska to refer to "retained Tribal shares" that have been left at the Area Office or Headquarters on an individual basis by a Co-Signer to allow the Area, Headquarters or ANTHC to provide specific services to the Co-Signer. Pursuant to Section 325 of PL 105-83, these Area shares now are in the ANTHC FA or are used for transitional federal PSFAs.

   **D. Residual** - The resources necessary to support the PSFAs required for the United

States Government to fulfill and maintain its moral and legal responsibilities based on treaties, statute, and Executive order that are essential for the federal government to fulfill its "inherent federal functions".

      **E. Transition Plan -** Plan initially agreed to by the Alaska Tribes to allow a transition of less than 100% of the Area Office Tribal shares to the Co-Signers collectively. (This definition is included for historical purposes only.)

      **F. Tribal Share -** That portion of Headquarters or Area resources not determined to be residual and allocated to individual Tribes or to Tribes collectively, via Tribal organizations, utilizing an agreed upon methodology.

      **G. Tribe -** As used in this Agreement, "Tribe" refers to Tribes and Tribal organizations, as those terms are defined respectively in Sections 4(e) and (*l*) of P.L. 93-638, the Indian Self-Determination and Education Assistance Act, as amended (the Act).

## III.    AREA SERVICE DELIVERY AGREEMENT

Nothing in this agreement is intended by Southcentral Foundation or the IHS, nor shall be interpreted by any party, to limit or reduce in any way the PSFAs that any Tribe or Tribal organization is eligible to receive from the Area Office under Sec. 102 of Title I of the Act, under Sections 505 and 515(a) of Title V of the Act, or any other applicable federal law.

The table for each "Office" (or separate organizational component) presents the PSFAs currently performed and the staffing to perform the PSFAs. The residual PSFAs described in this Continuing Services Agreement serve all Co-Signers. The transitional personnel shown in this Agreement primarily support ANTHC PSFAs; however, some support other Co-Signers (e.g. IPA/MOA). PSFAs and the associated funds and personnel performing transitional PSFAs in support of the ANTHC (and Southcentral Foundation (SCF) for certain designated human resources PSFAs) under this Agreement may be transferred to the ANTHC or SCF under its FA.

## A. OFFICE OF THE DIRECTOR

| P/S/F/A | MAJOR FUNCTIONS | Residual Transitional | Staffing (FTE) |
|---|---|---|---|
| Director | Provides overall executive direction and support on behalf of the Secretary. | R | 1 |
| Deputy Director, Chief Medical Officer | Provides public health advocacy; clinical consultation (CMO); legally required certification of health aide credentials and oversight of CHAP certification process; consultation in CHAP/Rural Health program management. | R | 1 |
| Executive Officer | Serves as principal advisor to the Director on overall management policies and procedures. | R | 1 |
| Attorney | Provides Region X attorney support and consultation. | R | 1 |
| EEO | Provides EEO support. 1 | | |
| Support Staff | Secretarial, clerical and administrative support to inherent and transitional federal functions at all levels of the Area Office. | R T | 3 1 |
| Planning, Evaluation & Statistics | Prepare statistical reports and publications in support of planning, evaluation and resource allocation requirements. | R | 2 |
| | Total | | 10 |

The Office will provide the specific PSFAs defined below:

1. Executive direction on behalf of the Secretary to the remaining inherently federal functions.

2. Advocacy at national level on behalf of the Tribes of Alaska including: legislative, policy, resource allocation, and appropriation advocacy.

3. Policy formulation and interpretation; supervision of non-IPA/MOA federal employees; negotiate, execute and administer compacts and FAs; resource allocation.

4. Public health coordination with Tribal, state and federal governments.

5. Provide legal advice and consultation on behalf of the Secretary.

6. Provides representation on the Executive Committee and Planning Committee of the Alaska Federal Health Care Partnership (AFHCP). Through the government-to-government relationship with Tribes and Tribal organizations, provides the mechanism for Tribal membership on the AFHCP.

7. Eligibility determinations assistance.

8. Equal Employment Opportunity program management in support of federal employment rights.

9. Oversight of certification of Community Health Aides as outlined by law and the *IHS Community Health Aide Program Certification Board Standards and Procedures*.

10. Consultation and technical assistance to Tribes and Tribal organizations staff and programs including

    a. Program review or evaluation at the request of the Area Director or the invitation of Tribal programs;

    b. Submission of electronic health record data to IHS National Data Warehouse; and

    c. Maintain current Area statistics to provide statistical analysis in support of resource needs and allocations.

---

1 The EEO function is provided under an intra-agency agreement among the IHS Alaska, California and Portland Area Offices.

 d. Review and validate Alaska active user populations.

 e. Publish *Census Based Alaska Native Population Counts* to supplement and cross check the accuracy of the user populations.

 f. Verify the permanent staff increase Resource Requirement Methodology Needs Assessment (RRMNA) prepared by Tribes to determine staff needed for new facilities.

 g. Collate data submitted for IHS distribution of specially earmarked funds following national allocation guidelines, when available, and suggest alternate distribution methods to program directors.

 h. Publish the *Alaska Area Profile.*

 i. Maintain the Alaska Area IHS website and publish Area Director's quarterly newsletter.

 j. Publish the *Area Senior Executive Service Workplan* to support agency evaluation of the goals and accomplishments of the Area Office, its Director and Office Directors.

 k. In cooperation with the AANHS/OEHE and ANTHC's Division of Environmental Health and Engineering and Co-Signers, provide user population and workload data, assist Co-Signers with preparation of applications; verify applications and planning documents prepared by Tribes (Health System Planning -HSP, PORs, and PJDs) for health facility expansion and replacement; and assist Co-Signers in the Headquarters' review process.

 l. Communication between Tribal programs and IHS by seeking legal opinion from Region X attorney on issues which affect health care delivery by Community Health Aides such as standards of care, certification, Clinical Laboratory Improvement Act (CLIA) regulations, and Federal Tort Claims Act coverage.

11. Provide health program technical assistance and consultation on a limited basis as expertise and resources permit. This includes consultation on PSFA descriptions in Title I contracts, Title V FAs, specified grants and personal service and other contracts.

12. Support staff for the Director's Office and all other Area Office components without specific support staff.

13. Provide reimbursement to Headquarters for certain centrally paid expenses to include 100 percent of Department of Health and Human Services financial services and portions of other such expenses as reflected in the negotiated transitional budget for the ANTHC.

14. Performs the responsibilities identified in section 1 of the FA regarding ANTHC and SCF assurances.

15. Perform delegated functions to approve and administer FAs and amendments. The delegation includes the performance of Single Agency Audit, audit resolution for Title V awardees (Co-Signers); the function is provided using a multi-member Area-based team.

16. Responsibility for the Area Internal Control/Management Control programs, IHS Succession Plan and the Strategic Human Capital initiative.

17. As federal supervisor of Commissioned Officers serving under MOAs, the Area Director: functions as Reviewing Official for completion of annual Commissioned Officer Evaluation Reports; provides the Reviewing Official Statement for each officer when they are considered for promotion; and, fulfills any other action required as an officer's Reviewing Official. The Area Director may delegate this responsibility to Area Federal Staff as needed.

## B. OFFICE OF ACQUISITION AND PROPERTY MANAGEMENT [2]

| P/S/F/A | MAJOR FUNCTIONS | Residual Transitional | Staffing (FTE) |
|---------|----------------|----------------------|----------------|
| Federal Contracting, Personal Property, and FOIA Coordination | Responsible for federal acquisitions to support the Alaska Area Office, including the federal credit card program. Maintains the federal personal property inventory. Provides or coordinates various administrative services for the Alaska Area Office. | R | 1 |
| | | Total | 1 |

The Office will provide the specific PSFAs defined below:

    1. Negotiate, award and administer federal acquisitions.

    2. Maintain or develop Alaska Area Interagency and Cooperative Agreements in close partnership with appropriate IHS or other federal, state or Tribal entity(s).

    3. Coordinate various administration functions including Freedom of Information Act requests and IHS delegations and directives.

    4. Maintain the federal personal property management inventory, including excess and disposal.

    5. Provide technical assistance to Tribally managed facilities on procurement issues as requested regarding procurement issues and acquired federal excess property.

    6. Maintain the federal credit card program.

---

2 Residual (1) FTE moved to Office of Tribal Programs in support of Title 1 contracts and audit resolution.

## C. OFFICE OF ENVIRONMENTAL HEALTH & ENGINEERING

| P/S/F/A | MAJOR FUNCTIONS | Residual Transitional | Staffing (FTE) |
|---|---|---|---|
| Director | Management, supervision and administrative support. | R | 2 |
| Sanitation Facilities | Maintenance of Sanitation Facilities Construction (SFC) data information systems for program allocations, National Environmental Policy Act (NEPA) approval, oversight of IHS funded SFC projects. | R<br>T | 1<br>1 |
| Environmental Health | Environmental services associated with federal employees[3]/ | | |
| Health Facilities | Support, direction and general administrative support, maintenance of Maintenance & Improvement (M&I), Equipment and other data for program allocation. | R | 1 |
| Realty | Maintain government property inventory; manage VBC leases; supports the Alaska Area ISDEAA Section 105(l) lease program; and inspect government-owned facilities | R | 1 |
| | Total | | 6 |

The Office will provide the specific PSFAs defined below:

**1. Sanitation Facilities:**

a. Allocation of federal funds under Title V of the Act utilizing subpart N Construction Project Agreements and P.L. 86-121 Project Funding Agreements for project funding.

b. Provide required IHS oversight, facilitation and management of contributed sanitation facility construction funding from other federal and state agencies.

c. Directly allocate IHS resources using data provided by prescribed allocation formulas and justification rationales.

d. Evaluate and approve proposed projects, prepare budget summaries and justifications. Advocate statewide and nationally for the ANTHC Division of Environmental Health and Engineering (DEHE) program and facilitate its implementation.

e. Maintain project information and deficiency databases in the IHS Web-based Sanitation Tracking and Reporting System (W-STARS) to justify congressional funding requests in support of distribution logic.

f. Verify project development, documentation, funding, construction and closeout. Approve project agreements, to include making the determination of National Environmental Policy Act (NEPA) compliance based on information submitted by ANTHC DEHE.

g. Consult on and accept processes and priorities developed through the Sanitation Facilities Advisory Committee and SFC process in conformance with IHS national project eligibility criteria.

h. Onsite reviews of projects may be conducted annually to insure conformance with laws and regulations, e.g., NEPA and National Historic Preservation Act (NHPA) and to verify accuracy of data and programmatic assumptions.

i. Approve earmarked and emergency project funds dispersal.

**2. Environmental Health:** PSFAs include:

---

3 The PSFA conducted under this function are performed by all Office staff and others in the Area Office.

a. Overall direction of resources and related environmental surveillance for statewide public health impacts.

b. Continue to carry out functions related to serving as one of the health and medical representatives to the Alaska Federal Emergency Response Group.

c. Provide management and verification of tribal input data in the IHS Environmental Health Services data system known as the Web-based Environmental Health Reporting System (WebEHRS).

d. Provide safety assurance, compliance and reporting relating to federal workers, and professional programmatic support for staff.

e. In the event of a national disaster situation as defined in the Federal Response Plan, IHS is the lead agency for emergency response related to water and sewer damage assessment and mitigation.

**3. Health Facilities:** PSFAs include:

a. Perform budget allocation;

b. Support and approve project or resource allocations derived through a priority system developed through the Maintenance & Improvement Resource Allocation Committee (MIRAC) and ANTHC process consistent with IHS national project eligibility criteria. Verify data submittals and manage IHS facilities databases in conformance with IHS national project and health facilities space eligibility criteria.

c. Respond to Congressional inquiries;

d. Review Project Justification Document/Program Of Requirements (PJD/POR) documents prepared by others;

e. Review and approve national priority systems applications, including Tribal Equipment Funds and Dental Facilities Funds;

f. Maintenance of Alaska portion of the IHS Healthcare Facilities Data System (HFDS) including the Facilities Maintenance and Improvement/Equipment database for federally and Tribally owned health facilities;

g. Support for new health facility construction project funds distribution and project development;

h. Stewardship responsibility for oversight of environmental cleanup of federally owned real property;

i. Approve workload statistics;

j. Advocate statewide and nationally for the DEHE program and facilitates its implementation.

**4. Realty:** PSFAs include:

a. Monitor and manage real property assets in accordance with Executive Order 13327, "Federal Real Property Asset Management" and existing authority under law or by executive order for real property, capital improvements, square footage, use or disposal.

b. Maintain the IHS Real Property Inventory by updating the asset book values with costs relating to acquisition of real property, capital improvements, square footage, use or disposal.

c. Verify construction project closeout documentation for capital improvements made to federal facilities prior to adjusting the real property subsidiary ledger.

d. Perform annual review of real property.

e. Warranted Lease Contracting Officer authorized to lease Village Built Clinics

(VBC) on behalf of the Community Health Aide Program (CHAP).

      f. Provide guidance to clinic owners and Tribal organizations with community health aides operating VBC leased clinics.

      g. Determine correct process for disposing of excess real property and manages project to end.

      h. Develop and recommend IHS Policy formulation on real property, leases and quarters;

      i. Provide management and verification of real property and lease data within the health care facilities database.

      j. Provide direct guidance and assistance in federal acquisitions of land and/or buildings.

      k. Calculate and distribute rental rates for government owned quarters.

      l. Prepare for approval all easements, utility rights-of-way, rights-of-way during construction, revocable licenses, and use permits.

      m. Cost analysis and negotiation support for ISDEAA 105(l) leases.

### D. OFFICE OF FINANCIAL MANAGEMENT

| P/S/F/A | MAJOR FUNCTIONS | Residual Transitional Buyback | Staffing (FTE) |
|---|---|---|---|
| Director | Financial Management Officer: Overall management, supervision, consultation, and surveillance | R | 1 |
| Tribal Accounting | Accounting advice; reconciliation; amendment and electronic payment assistance; monitors transactions in Buyback Account; and prepares Status of Buyback Statement with supporting documents. | R<br>T | 1<br>1 |
| Budget | Budget projections and reports; fund control; Operating Resources Detail (formerly called Advice of Allowance)/Allocations. | R<br>B | 1<br>1 |
| Accounting | Verifies accuracy and appropriateness of transactions; expenditures; general ledger; travel; project accounts; certifies vouchers; prepares tax withholding; and provides disbursement services. | R<br><br>B | 2<br><br>1 |
| | Total | | 8 |

The office will provide the specific PSFAs defined below:

      1. All resource allocation activities conducted by the Area.

      2. Management controls of funds under Area control; responds to and provides data for annual agency audit.

      3. Research and prepare routine, ad hoc, and special financial reports, prepare and reconcile status of funds reports for Area and Co-Signers. This includes providing Co-Signers with information necessary to manage the PSFAs they have assumed under their FAs and information necessary to negotiate those agreements.

      4. Preparation and submittal of annual spending plan and budget/information to IHS for compacting and contracting Tribes and remaining AANHS/IHS activity.

      5. Process financial documents for payment by U.S. Treasury, including payments related to continuing federal contracts in support of Tribally operated programs.

      6. Process payroll for 340 federal (includes 58 IPA & 254 MOA) employees; maintain current position database for same; provide quarterly manpower reports to all Alaska locations using federal employees. Process and track all personnel actions.

      7. Coordinate with Area OTP to allocate funding, initiate funding documents and assists

Co-Signers and contractors to maintain accurate records of funding allocations, reconciliations and cash management issues.

8. Reconciliation, billing and amendment management related to contractor and compactor use of federal resources including but not limited to IPA/MOA employees and the Village Built Clinic lease program. Reconciliation includes transaction verification of buyback services with corrections and reports.

9. Support withhold and buyback management including payment for continuing government contracts for goods and services, permanent change of station moves, etc.

10. Monthly general ledger reconciliation including cash management related to Prompt Pay Act, Treasury, cash and others.

11. Process reimbursement requests including Beneficiary Medical Program (BMP), Interagency Payment and Collections (IPAC), quarters collections, CHEF and others. Make deposits and transfers of such reimbursements to Co-Signers no less often than monthly.

12. Assist Tribes during annual Budget Formulation for the second succeeding year's annual budget, including preparation for the National Budget Formulation meeting.

### E. OFFICE OF HUMAN RESOURCES

| P/S/F/A | MAJOR FUNCTIONS | Residual Transitional | Staffing (FTE) |
|---|---|---|---|
| Civil Service Staffing, Classification & Employee/ Labor Relations | Advertise and recruit for federal, direct and IPA/MOA replacements; process personnel and pay actions; provide job information; maintain official records; rate applicants, appoint new employees, and provide HR consultation; Title 38 and Physician's Comparability Allowance, Market Pay & Locality Pay maintenance; process Reduction in Force and counseling; provides transportation services and relocation assistance for federal employees and consultation re: Tribal direct hires as requested; administers Workers' Compensation program; grievances, discipline/adverse actions; Merit Systems Protection Board, appeals and agency representation; performance management; retirements; payroll; benefits; outside activities; ethics program; suitability adjudication; manage Federal Employee Assistance program and Family Medical Leave and Family Friendly Acts consultation; conducts desk audits; applies Classification Standards and consultation. Initiate and assure completion of suitability investigations as needed on federal employees and personal services contractors. | R  T | 2  0 |
| | Total | | 2 |

Under the direction of the IHS Western Region Human Resources Director, the Office of Human Resources will provide the specific PSFAs defined below for the current approximately 340 federal employees employed either directly or through Civil Service IPAs (58) or Commissioned Corps MOAs (254):

1. Advertise and recruit for direct federal employees. Replacement IPA positions may be filled with a current IPA already on board (such as by reassignment) or a new or replacement MOA. Process Reductions In Force (RIF). Provide counseling on RIF.

2. Maintain official personnel files (electronic and paper) and records for Civil Service employees.

3. Manage employee relations including performance management; employee benefit programs (retirement counseling and calculations, etc.); Worker's Compensation; incentive awards; ethics and conduct; suitability adjudications; Merit Systems Protection Board (MSPB) representation; third party representation; Employee Assistance Program; Family Medical Leave Act (FMLA) consultation; and Labor Relations.

4. Counsel Civil Service employees.

5. Administer performance management program for non-IPA/MOA Civil Service employees.

6. Director performs proposing federal official function in progressive disciplinary actions on federal IPA employees.

7. Process personnel actions for Civil Service employees.

8. Process payroll, including assisting timekeepers and assuring transmission of payroll for all Civil Service employees.

9. Correct pay and leave errors.

10. Manage federal classification system. Provide consultation on same.

11. Issue government Personal Identification Verification (PIV) Smart cards for Area Office employees and for those IPA/MOAs who need access to federal facilities or ITAS as Timekeepers or Leave Approving Officials. Proof of federal employment will be given to those IPA employees who do not receive a PIV Smart card.

12. Provide, on request, consultation on employee relation issues to Co-Signer.

13. Maintain database on IPAs and MOAs and provide to Co-Signer no less than quarterly.

14. Provide, on request, general consultation and support on Co-Signer personnel issues (travel outside Anchorage to provide requested on-site consultation will be at expense of Co-Signer).

15. Provide transportation services and relocation assistance for federal employees.

16. Coordinate arrangements for volunteer health provider services for Co-Signers.

17. Provide assistance in managing employee absences due to on the job injuries (worker's compensation) to minimize the impact on Co-Signers.

18. Initiate and assure completion of suitability investigations as needed on federal employees and personal services contractors.

19. Implement Alaska Area responsibilities set forth in the IHS Succession Plan.

20. Implement Alaska Area responsibilities related to IHS Development of Human Capital Initiative.

## F. COMMISSIONED CORPS PERSONNEL[4]

| P/S/F/A | MAJOR FUNCTIONS | Buyback | Staffing (FTE) |
|---|---|---|---|
| Commissioned Corps Personnel | Orient and assist officers and their families to include: recruitment support, liaison between areas, TRICARE advice, wage verifications, grievances, leave programs, COERs and COSTEP. As necessary, Corps-specific personnel discipline advice to CEOs and HR staff of 638 awardees with MOA assignees and supervisors of MOAs. | B | 2 |
| | Total | | 2 |

Under the direction of the IHS Division of Commissioned Personnel Support, the Commissioned Corps Personnel component will provide the specific PSFAs defined below for the approximately 259 USPHS Commissioned Officers in the Alaska Area:

　　1. Provide general orientation to new Commissioned Officers.

　　2. Counsel Commissioned Officers; provide Corps-specific discipline advice to appropriate Co-Signer managers.

　　3. Maintain unofficial files and records for Commissioned Officers.

　　4. Process required federal personnel actions for Commissioned Officers including orders for deployment.

　　5. Assist and consult with officers and their supervisors.

## G. OFFICE OF TRIBAL PROGRAMS

| P/S/F/A | MAJOR FUNCTIONS | Residual Transitional | Staffing (FTE) |
|---|---|---|---|
| Director | Management of Area Title V responsibilities for Self-Governance and Title I review, approval and technical assistance. Managing CHEF submissions, and fund distribution; clerical and secretarial support. | T | 1 |
| Health Care (Management) Consultation | Title V compacts/FAs (including amendments and database management of same), cooperative agreements, and grants; negotiate and administer CSC funds. | T | 3 |
| Health Care [5] (Management) Consultation | Negotiate, manage, and execute Title I contracts. Review audit findings and work with Tribal contractors to resolve as needed. | R | 1 |
| | Total | | 5 |

The Office will provide the specific PSFAs defined below:

　　1. Provide or facilitate technical assistance to Tribes which may or may not lead to the preparation of proposal(s) to assume PSFAs for Title I contracting, Title V compacting and Tribal Management grants for Tribes and Tribal organizations

　　2. Evaluate P.L. 93-638 proposal(s) to determine acceptance, declination or rejection; if

---

4 During FY 2005 this PSFA was centralized under the Division of Commissioned Personnel Support at IHS Headquarters. Effective FY 2006, it is funded by assessing the locations that use Commissioned Officers. See, also, Appendix A.

5 Formally P/S/F/A: Federal Contracting Title I awards, (1) Residual FTE moved from the Office of Acquisition and Property Management; to support Title I contracts and audit resolution.

the Title I proposal is accepted, serve as the contract designated federal official (project officer) for the award. In the case of declination or rejection, further technical assistance will be offered to overcome declination or rejection.

3. Analyze and negotiate Contract Support Costs (CSC) for start up and ongoing direct and indirect-type CSC requests, and the maintenance of CSC records in support of Area-wide CSC needs in accord with IHS policy. Currently records are maintained for 36 Alaska awardees. The office will continue to administer the CSC funds (Indian Self-Determination Fund start-up, direct and indirect administrative cost funds). Allocation plans and funding applications will be developed, maintained and negotiated on behalf of Tribes and Tribal organizations. The office will continue to develop and maintain the Alaska Area Tribal database for the CSC fund, which clearly documents, for IHS and Congress, Tribal shortfall and start-up needs.

4. Support and clearance of submissions of CHEF requests to the national CHEF pool, unless a lawful alternative methodology is developed enabling direct submission by Tribal health programs participating in the CHEF program. More specifically this includes education and technical assistance on the process for requesting reimbursement and the maintenance of records on submittals, reimbursements, cancellations and supplemental requests.

5. Prepare Title V FA amendments at the request of Co-Signer, upon notification of change in funding, or as negotiated.

6. Provide information to Tribes on any proposed changes to the CHS fiscal intermediary contract, and advocates for revisions requested by Tribes.

7. Negotiate, execute, and administer all P.L. 93-638 Title I contracts including close out and site reviews as requested or required.

8. Coordinate with IHS Headquarters, the National External Audit Review Office, and Tribal contractors to resolve audit findings for Title I contracts and Title V funding agreements.

**United States of America**
**Secretary of**
**Department of Health and Human Services**

By: _____
    **Director**
    **Alaska Area Native Health Service, IHS**

Date: _____8/2/2019_____


**Southcentral Foundation**
**on Behalf of Itself and Certain Alaska Tribes,**
**Identified in Exhibit A to the Compact.**

By: _____
    **Katherine Gottlieb, MBA, DPS, LHD**
    **President/CEO**

Date: _____ | 3| \ 1_____

# APPENDIX D

# Appendix D
## Buyback/Withhold Agreement
### between
## the Indian Health Service
### and
## Southcentral Foundation

**Section 1.  Generally.**  Pursuant to Section 5(c) of the Funding Agreement between Certain Alaska Native Tribes Served by Southcentral Foundation (hereinafter "SCF") and the Secretary of the Department of Health and Human Services of the United States of America (hereinafter "Secretary"), SCF has determined that it wishes to carry out its responsibility to provide certain programs, activities, functions or services (e.g. salaries of IPA/MOA employees, and Village Built Clinics Program) included in its Funding Agreement utilizing services, personnel or other resources of the Federal Government, (hereinafter "services") under Article V, section 22 of the Compact, as permitted by law.  These services may include some that are expected to be used throughout the year and some incidental services to be identified by SCF on an as needed basis, and provided by the Indian Health Service (hereinafter "IHS") when IHS has the capacity to do so. The cost of providing the purchased services to SCF shall be determined under section 2 below.  SCF's purchase of services is contingent upon the availability of IHS resources to provide those services.  In addition, services must be paid for in advance, in order to avoid violation of the Anti-Deficiency Act and are subject to full cost recovery in accord with 25 USC 458aaa-7(f) and 31 USC 9701.

**Section 2.  Determination of Cost.**

    **2.1  Generally.**  SCF may acquire services from the IHS using one of three options:  By (1) providing for full year withhold (with appropriate reconciliation) under terms agreed upon in this funding agreement, in which case the administrative surcharge provided for under section 2.2.4  shall not apply; or (2) SCF may acquire services by authorizing partial year withhold amounts or (3) by placing an amount equal to the partial withhold amounts into an IHS approved escrow account, as provided for in section 2.2, in which case the payment schedule and administrative surcharge provided for in section 2.2.4 shall apply.  Whether full or partial year withhold is authorized, the full costs of IPA/MOAs including those detailed in section 2.3, Determination of IPA/MOA Costs, shall be paid by SCF.

    **2.2 Conditions for Partial Year Withhold or Escrow and Buyback.**

        **2.2.1 IPA/MOA.**

            **2.2.1.1 Advance Withhold or Escrow.**  The funds for IPA/MOA salary and other costs detailed in section 2.3, "Determination of IPA/MOA Costs," will be paid as a lump sum in accord with Section 5(a) of the Funding Agreement, except that an amount equal to three monthly payments based on the initial mutually agreed upon estimate of the annual IPA/MOA salary costs and related surcharges, as provided in section 2.2.4, will be withheld and retained by the Indian Health Service or placed into an IHS approved escrow account pending

final disbursement for the last three months of the fiscal year as provided in section 3.2.2.2.

**2.2.1.2 Late Payment Provision.** Except as provided in section 3.4, failure to make payment in full by the Default Date will result in action by the IHS to RIF or redeploy federal employees assigned to SCF.

### 2.2.2 Village Built Clinics.

**2.2.2.1 Advance Withhold or Escrow.** To ensure that sufficient funds are available to meet contract obligations, an amount equal to three monthly payments based on the initial mutually agreed upon estimate of the annual Village Built Clinic costs and related estimated surcharges, as provided in section 2.2.4, will be withheld and retained by the Indian Health Service or placed into an IHS approved escrow account pending final disbursement for the last three months of the fiscal year as provided in section 3.2.2.2.

**2.2.2.2 Late Payment Provision.** Except as provided in section 3.4, failure to make payment in full by the Default Date will result in action by the IHS to terminate the village based clinic leases.

### 2.2.3 Other Services.

**2.2.3.1 Advance Withhold or Escrow.** An amount equal to one monthly payment based on the initial mutually agreed upon estimate of the annual cost of other services SCF proposes to purchase from the IHS and related estimated surcharges, as provided in section 2.2.4, will be withheld and retained by the Indian Health Service or placed into an IHS approved escrow account pending final disbursement for the last month of the fiscal year as provided in section 3.2.2.2.

**2.2.3.2 Incidental Services.** Nothing herein shall prevent SCF from negotiating to purchase incidental services from the IHS throughout the year, without regard to an advance withhold. Such incidental services may include medical record storage, costs associated with disposal of excess governmental property held by SCF and costs associated with acquiring excess property from the Department of Defense. Agreements for purchase of incidental services must specify the method and timing of payment by SCF.

**2.2.3.3 Late Payment Provision.** Except as provided in section 3.4, failure to make payment in full by the Default Date will result in action by the IHS to terminate the services for which payment has not been made.

**2.2.4 Administrative Surcharge.** An administrative surcharge in a percentage set forth in Section 5(c) of the Funding Agreement shall be imposed on the charges for the services delivered by the IHS to SCF under the partial year withhold and buyback provisions of section 2.2. This surcharge will not be imposed on purchases for which a full year's estimated withhold is authorized. The administrative surcharge will be estimated based on the estimated annual purchase price and will be accounted for and reconciled under section 3.3.2.

**2.2.5 No Other Charges.** Except as provided in this section 2.2, there shall be no additional overhead, user or administrative charges or assessments for providing services to SCF.

### 2.3 Determination of IPA/MOA Costs.

**2.3.1 List of Costs.** It is agreed by the parties that the entire cost of IPA/MOA assignments, including costs associated with the initiation, maintenance, and termination of the assignments are the responsibility of SCF. The IHS must be reimbursed for all such costs which include but are not limited to the following:

**2.3.1.1** Permanent change of station costs including the cost of moving replacement IPAs from the lower forty-eight to Alaska and the cost of moving IPA employees who separate back to the lower forty-eight.

**2.3.1.2** Recruitment, relocation and retention bonuses if such funds are necessary to attract or retain employees.

**2.3.1.3** Severance pay for employees who are released by SCF and separated without cause.

**2.3.1.4** Payment of turnaround leave travel expenses. All individuals who are eligible for these expenses shall be identified in the IPA negotiated between the parties. The IHS will retain liability for existing IPAs. SCF assumes the liability for new IPAs and upon renewal of an existing IPA.

**2.3.1.5** Lump sum leave payments for employees who leave federal service. All leave accrued prior to the employee becoming employed by SCF shall be identified in the IPA/MOA negotiated between the parties. The liability for accrued leave on existing, renewing, and new IPA/MOAs shall be the responsibility of SCF.

**2.3.1.6** Costs associated with settling or resolving employment related disputes, subject to the terms specified in section 2.3.2 below.

**2.3.1.7** Centrally paid expenses, subject to the terms specified in section 2.3.3 below.

**2.3.1.8** The cost of paying unemployment benefits assessed to the Area in FY 2002 and thereafter on behalf of an employee who was employed by SCF under an IPA immediately prior to voluntary or involuntary separation from IHS regardless of the year in which unemployment benefits were paid. The SCF is not responsible for unemployment costs that were assessed to the Area in Fiscal Years 2000 and 2001.

### 2.3.2 Costs Related to Employment Related Disputes.

**2.3.2.1 Responsibilities of the IHS.** The Indian Health Service shall be responsible for the payment of all costs of the IHS Office of Human Resources and any other section of the Indian Health Service, the Office of General Counsel, and the Department of Health and Human Services associated with the processing, settlement or other resolution of employment actions such as disciplinary actions, grievances, or appeals to the Merit System Protection Board and/or the Equal Employment Opportunity Commission, and matters arising under the Federal Labor Relations Act or any other law permitting the employee to appeal from such actions initiated by Federal employees assigned to a Co-Signer under an IPA or MOA. The IHS may pay for or recover these costs as described under section 2.3.2.3, Sharing in Costs of IPA/MOA Employment Related Disputes, to the extent permitted under section 2.3.2.2.

**2.3.2.2 Employee Disputes Costs Chargeable to Co-Signers.** The IHS may pay for or recover costs associated with processing, settlement or other resolution of employment related disputes listed in paragraph 2.3.2.2.1 of this subsection under the following conditions:

**2.3.2.2.1** Only costs associated with covered disputes that arose from conduct, performance or other circumstances alleged to have occurred during the course of an employee's assignment to a Co-Signer may be assessed under section 2.3.2.3.

**2.3.2.2.2** Costs which may be assessed under section 2.3.2.3, Sharing in Costs of IPA/MOA Employment Related Disputes, may include, but are not limited to, awards of back pay, compensatory damages, attorney fees, travel costs necessary to investigate the case and represent the IHS at hearings or in other proceedings during the appeal process, costs of obtaining and preserving witness testimony, and other similar costs incurred as a result of the IHS defending itself in these matters.

**2.3.2.2.3** No salary costs of IHS, Office of General Counsel or Department of Health and Human Service employees may be assessed or recovered under section 2.3.2.3. Nor may any other cost of these proceedings be charged if such costs have ordinarily been paid from funds identified by the IHS as residual or restricted at Headquarters or the Area Office.

**2.3.2.3 Sharing in Costs of IPA/MOA Employment Related Disputes.** All costs of the IHS related to IPA/MOAs for which Co-Signers are responsible under section 2.3, "Determination of IPA/MOA Costs," are the responsibility of the individual Co-Signer to whom the IPA/MOA is assigned, except as provided in this paragraph. SCF agrees to share with other Co-Signers the costs and risks described in the above section 2.3.2.2, "Employee Disputes Costs Chargeable to Co-Signers" by agreeing to accept a share of the cost not to exceed $75 per assigned IPA/MOA per separate employment action. The purposes of sharing these costs are to simultaneously ensure that IHS recovers the full costs associated with employment related disputes involving IPA/MOAs, minimize the financial risk for individual Co-Signers, and minimize the accounting and administration caused by certain categories of costs. The IHS may use funds assessed under this paragraph only as provided in section 2.3.2.2. The amount

assessed each Co-Signer shall be a percentage calculated based on the number of IPAs and MOAs the Co-Signer has assigned to it. All costs assessed under this paragraph will be reconciled with each contributing Co-Signer, as provided under section 3.3, and a separate report will be provided to all ATHC Co-Signers.

**2.3.3 Costs Related to IPA/MOA Centrally Paid Expenses.** Certain costs associated with IPA and MOA employees are paid centrally by Headquarters from Area funds. These include costs detailed in columns 6, 7, and 8 of the spreadsheet entitled "Allocation of Centrally Paid Expenses (Excluding FTS)," Corrected May 11, 1998, that was prepared by David Mather. These are costs associated with Commissioned Corps, Personnel and Payroll, and Balance of Human Resources. The Alaska Area Native Health Service may pay for or recover assessments from Headquarters to cover these identified costs by including in the monthly charge for each IPA or MOA the monthly cost to the IHS of such Centrally Paid Expenses. The cost charged SCF for each IPA/MOA may not exceed the average cost per federal employee actually paid by IHS. For purposes of calculating the initial withhold amount and estimated monthly payments, the estimated average cost per month for each IPA or MOA is shown in Appendix A of the Funding Agreement.

**2.4 Limitation on Obligations and Notice.**

**2.4.1 Obligations.** IHS shall within 30 days provide notice to SCF of the best available estimate of the costs that may be incurred under this Agreement of leases, contracts, salaries and related expenses and permanent change of station.

**2.4.2 Content of Notices of Best Available Estimates and Costs.** Notice of best available estimates under section 2.4.1 and full accounting of all costs due under section 3.3.1 shall include the amount, vendor and reason for obligation or expenditure, including the name of the employee, if any.

**Section 3. Method of Payment.**

**3.1 Full Year Withhold.** Payment for services being purchased from the IHS may be made by SCF authorizing a withhold of the full year's initial mutually agreed upon estimate of the annual cost of each category of services SCF proposes to purchase from the IHS. In such case, no monthly payments are due from SCF. Upon periodic reconciliation, provided for under section 3.3.1, excess withheld funds will be paid by the IHS to SCF and adjustments in the amount of withhold or payments needed to pay for all services SCF has purchased, or proposes to purchase, will be made to the IHS by SCF. *See* "Summary of Withhold/Buyback" page of Appendix A for calculation of the amount SCF hereby authorizes for full year withhold, if any.

**3.2 Purchases through Buyback under section 2.2.**

**3.2.1 Calculations.**

**3.2.1.1 Of Initial Estimated Monthly Payment.** The initial estimated monthly payment is determined by estimating the annual cost of services to be

purchased from IHS, including the surcharge on all services under section 2.2.4, and dividing by 12. *See* "Summary of Withhold/Buyback" page of Appendix A for calculation of the amount of the initial estimated monthly payment.

### 3.2.1.2 Of Total Withhold Amount When Not Electing Use of an Escrow Account.

A Co-Signer purchasing services through buyback but not electing the escrow account and escrow agreement option authorizes withhold of an amount equal to the Advance Withhold under paragraphs 2.2.1.1, 2.2.2.1 and 2.2.3.1 of section 2.2 for each category of service being purchased, plus an amount equal to one month of the initial estimated monthly payment for each category of service being purchased (to cover the estimate for services to be provided in October). *See* "Summary of Withhold/Buyback" page of Appendix A for calculation of the amount SCF hereby authorizes to be withheld.

### 3.2.1.3 Of Total Amount Placed into Escrow.

A Co-Signer purchasing services through buyback and electing the use of an escrow account and escrow agreement will, no later than the first day of the month following receipt of its lump sum payment in accord with Section 5(a) of the Funding Agreement and the escrow agreement, deposit into the IHS approved escrow account an amount equal to the Advance Withhold under paragraphs 2.2.1.1, 2.2.2.1 and 2.2.3.1 of section 2.2 for each category of service being purchased. A Co-Signer making this election authorizes the IHS to withhold an amount equal to one month of the initial estimated monthly payment for each category of service being purchased (to cover the estimate for services to be provided in October). *See* "Summary of Withhold/ Buyback" page of Appendix A for calculation of the amount SCF hereby authorizes to be withheld for October and the amount to be deposited into the escrow account.

### 3.2.2 Payment Schedule.

### 3.2.2.1 First Payment.

The initial estimated monthly payment is due and payable on the first day of November or the first day of the month following payment to SCF of its lump sum payment, whichever is later, in which case the IHS shall reduce the lump sum payment by the authorized Advanced withhold plus the initial estimated monthly payment for each month preceding the first month for which a payment is due from SCF for which a payment was not withheld. (This provision is intended to address delays caused in making the lump sum payment to SCF due to Congress authorizing continuing resolutions or other delays in making lump sum payments to SCF.)

### 3.2.2.2 Subsequent Estimated Monthly Payments.

Subsequent payments are due and payable on the first day of each month, until the final months of the year intended to be covered by the Advance Withhold or Escrow amount applicable to the category of services, as set forth in section 2.2. (For example, under the Advance Withhold option the last three months of payments for IPA/MOAs would come from the Advance Withhold amount, while only the last one month of payment for Other Services would come from the Advance Withhold amount.)

**3.2.2.3 Default Date.** If a payment is not received by the 10th day of the month in which it is due (or the first working day thereafter if the 10th day falls on a week-end or Federal holiday), the IHS will implement the late payment provisions for each category of service as provided under paragraphs 2.2.1.2, 2.2.2.2, and 2.2.3.3. This date shall be referred to throughout this section as "Default Date."

### 3.3 Reconciliation and Adjustment.

**3.3.1 For Categories of Service.** Full accounting of all costs for each category of service, whether purchased through full year withhold or buyback, will be provided to SCF within 45 days of the end of each month. Reconciliation of payments made to IHS compared to actual costs for the first three quarters of the fiscal year will be provided quarterly within 45 days of the end of each quarter. Reconciliation of payments made to IHS compared to actual costs for the last quarter of the fiscal year will be provided within 60 days of the end of the last quarter. At the end of each of the first three quarters, the IHS and SCF will review the expenses for the preceding quarters. The monthly estimated payment due, or the full year withhold amount, for the balance of the fiscal year will be adjusted accordingly to account for any over or under collections in order to project a zero balance at the end of the fiscal year. Within 30 days after the final end-of-year reconciliation is provided to SCF, any over recovery by the IHS must be returned to SCF and within 30 days after the final end-of-year reconciliation is due any under recovery must be paid by SCF.

**3.3.2 For Administrative Surcharge.**

**3.3.2.1 Use and Rebate.** The administrative surcharge shall be used exclusively for administration of the buyback provisions under this Buyback/Withholding Agreement. All income from the administrative surcharge will be accounted for separately and compared on an annual basis to the cost of administering buyback at the Area Office. This accounting and reconciliation shall be complete within 60 days of the end of the last day of the fiscal year. Any surplus in administrative surcharges shall be returned to the Co-Signers who participated in the buyback option on a pro rata basis depending on the amount of administrative surcharge paid.

**3.3.3 Adjustment in Estimated Monthly Payment.** In addition to adjustments in estimated payments that may occur under sections 3.3.1 and 3.3.2.1, the parties may at any time mutually agree, based on a change in circumstances, to change the estimated monthly payment due from SCF.

### 3.4 Use of Other Funds Due SCF to Avoid Default or Satisfy Obligations to IHS and other Remedies.

**3.4.1 Avoiding Default.** Default may be avoided to the extent funds are held by the IHS from other funds due to SCF, which may be withheld to satisfy the amount of the payment, which would otherwise be in default or to satisfy amounts due IHS after reconciliation of costs and payments when an amount is due to IHS.

**3.4.2 Recoupment.** Any amount due to the IHS by reason of SCF's failure to pay in full all amounts owing under the buyback provisions of the Funding Agreement for the immediately preceding fiscal year shall be recouped by the IHS from any funds due to SCF under this funding agreement.

**3.4.3 Full Year Withhold as Penalty for Default.** Notwithstanding any other provision of this Buyback/Withholding Agreement, the IHS may require "full year withhold" as permitted herein as a condition of permitting a Co-Signer who was in arrears at the end of the immediately preceding fiscal year to buyback services from the IHS under the terms of this Agreement.

**Section 4. Dispute Resolution.** The parties shall endeavor to resolve any disputes concerning amounts due by SCF under this Agreement in a manner agreeable to SCF and to the IHS. In the event of a failure to reach agreement on the resolution of any such dispute, SCF may, after providing written notice to the IHS, choose not to include the disputed amount in any subsequent payment due. Payment in such a manner shall not be considered as a resolution of the dispute. The parties shall thereafter attempt to resolve the dispute through Alternative Dispute Resolution following, as appropriate, the principles and processes set forth in Executive Order 12988 signed by President Clinton on February 5, 1996, and made effective as of May 5, 1996. SCF shall have the option of resolving the dispute in accordance with Article II, Section 10 of the Compact.

**Section 5. Special Conditions Applicable to the Escrow Election.** A Co-Signer electing to utilize an escrow account to hold amounts due as defined in paragraphs 2.2.1.1, 2.2.2.1 and 2.2.3.1 shall so indicate by signing and dating in the space following its signature block below and by attaching as an appendix to this document, the IHS approved escrow agreement applicable during FY 2012. Additionally:

5.1    No later than November 1, 2011 or the first day of the month following receipt of its lump sum payment, whichever comes later, SCF will open an escrow account with a financial institution agreed to by the IHS, deposit the total of amounts due as defined in paragraph 3.2.1.3 into this escrow account, and will notify the IHS in writing that the escrow account has been set up.

5.2    SCF understands and accepts that the IHS approved escrow agreement attached to this FY 2012 Buyback Agreement remains in effect only until September 30, 2012, and that Section 505 of Title V of the ISDEAA (25 U.S.C. Sec. 458aaa-4) shall not apply to the escrow agreement.

5.3    All expenses incurred by SCF concerning the establishment, maintenance, and any other aspect of the IHS approved escrow account are the responsibility of SCF.

5.4    All funds deposited into the escrow account shall be managed using the prudent investment standard pursuant to section 508(h) of Title V of the ISDEAA.

5.5    The escrow agreement shall reflect the unilateral ability of the IHS to invoke an immediate wire transfer of funds from the escrow account to the IHS in the event of default in payment(s) due the IHS, or any costs incurred by the IHS under Section 2.3 under this Buyback/ Withholding Agreement; furthermore, the escrow agreement will reflect the obligation of the Co-Signer to immediately replace funds so transferred to the IHS so as to restore the original value of the escrow account.  If the IHS takes action under this paragraph, the escrow option will not be available to the Co-Signer in FY 2013.

5.6    Not withstanding other provisions in the Act or within this Buyback/Withholding Agreement, the sole remedy for resolution of disagreements between IHS and SCF with respect to the election of the escrow account option is the Contract Disputes Act (41U.S.C. Sec. 601 *et seq.*).

**Section 6.  Effective Date.**  This Buyback/Withholding Agreement shall become effective on October 1, 2011, and, except as provided in Section 5 above, shall remain in effect pursuant to section 5(c) of the Funding Agreement.

**United States of America
Secretary of
Department of Health and Human Services**

By: _____
Director, Indian Health Service

Date: _____5/30/2012_____

**Southcentral Foundation
on Behalf of Itself and Certain Alaska
Tribes, Identified in Exhibit A of the
Compact**

By: _James Segura_____

James Segura, Chairperson

Date: _2/13/17_____

By _____

Katherine Gottlieb, President/CEO

Date: _2-13 12_____

**For FY 2012 SCF elects the Escrow option**

By: _____

James Segura, Chairperson

Date: _____

By_____

Katherine Gottlieb, President/CEO

Date: _____

# APPENDIX E

**Southcentral Foundation**
**Funding Agreement for Fiscal Year 2023**
**Appendix E**
**Facilities List**
**Effective October 1, 2022**

The following is a list of the facilities that are being utilized by SCF on the date of signing this FA. In response to the COVID-19 pandemic and to mitigate the spread of the disease, SCF may conduct COVID-19 vaccinations and diagnostic testing in accordance with applicable standards, including for collecting, handling, and testing clinical specimens in a variety of healthcare settings, portable testing sites, and off-site non-SCF locations. Such off-site vaccinations and testing may continue as long as SCF determines that communicable disease transmission remains a threat to public health.

| Facility | Location |
|---|---|
| 4320 Diplomacy Drive – ANPCC | Anchorage |
| 4341 Tudor Centre Drive – Fireweed Bldg. | Anchorage |
| 4315 Diplomacy Drive – ANMC Hospital | Anchorage |
| 3600 San Jeronimo Drive | Anchorage |
| 4501 Diplomacy Drive | Anchorage |
| 4175 Tudor Centre Drive | Anchorage |
| 4155 Tudor Centre Drive | Anchorage |
| 4201 Tudor Centre Drive | Anchorage |
| 4160 Tudor Centre Drive | Anchorage |
| 4145 Tudor Centre Drive | Anchorage |
| 4130 San Ernesto – Dena A Coy | Anchorage |
| 225 Eagle Street – Quyana Clubhouse | Anchorage |
| 4000 San Ernesto – Pathway Home | Anchorage |
| 6901 and 7033 E. Tudor Road – Chugach Square Mall | Anchorage |
| Various Warehouse and Storage Locations | Anchorage, Wasilla and Other SCF locations |
| | |
| Regional Locations | Alaska |
| Field Service Locations | Anch. Service Unit |
| Nilavena Sub-Regional Health Center | Iliamna |
| Locum Tenens and Staff Apartments and Housing | Anchorage, McGrath, Iliamna, Port Alsworth, Nikolai, Takotna, Pedro Bay, Tyonek, St. Paul |
| | |
| McGrath Health Center | McGrath |
| Takotna Health Clinic | Takotna |
| Nikolai Health Clinic | Nikolai |
| Training and Retreat Facility | Silver Salmon Creek |
| 3550 Cottonwood Street | Anchorage |
| 4353 Rendezvous Circle | Anchorage |
| 4450 Diplomacy Drive | Anchorage |
| 4973 Eagle Street | Anchorage |
| 5000 Fairbanks Street | Anchorage |
| 100 West 13th Avenue | Anchorage |
| 1001 Knik Goose Bay Road – Valley Native Primary Care Center | Wasilla |
| Chickaloon Health Clinic | Sutton |

| | |
|---|---|
| 4330 Elmore Road | Anchorage |
| St. Paul Health Center and Associated Residential Quarters | St. Paul Island |
| 3801 University Lake Drive | Anchorage |
| 3900 Ambassador Drive | Anchorage |
| C'eyiits' Hwnax Life House Community Health Center (Mile 61 Glenn Hwy) | Sutton |
| Igiugig Clinic | Igiugig |
| Kokhanok Clinic | Kokhanok |
| Nondalton Clinic | Nondalton |
| Pedro Bay Clinic | Pedro Bay |
| Port Alsworth Clinic | Port Alsworth |
| Tyonek Indian Creek Health Clinic | Tyonek |
| 755 A Street | Anchorage |
| 1101 E 3rd Avenue | Anchorage |
| 4085 Tudor Centre Drive | Anchorage |
| 6160 Tuttle Place | Anchorage |
| 6130 Tuttle Place | Anchorage |
| 3146 E 46th Avenue | Anchorage |
| 4441 Diplomacy Drive and attached parking garage | Anchorage |
| Eklutna Clinic | Eklutna |
| 4000 Laurel Street | Anchorage |
| 1021 E 3rd Avenue | Anchorage |
| 400 West Benson Blvd. | Anchorage |
| 3925 Tudor Center Drive, #100 | Anchorage |
| 4901 A Street | Anchorage |
| 3223 E Palmer Wasilla Highway | Wasilla |
| 800 Northway Drive | Anchorage |
| 3606 Rhone Circle | Anchorage |
| 999 East Tudor Road | Anchorage |
| 3000 C Street | Anchorage |
| 4115 Ambassador Drive | Anchorage |
| 7877 West Douglas Lane | Wasilla |
| 419 Barrow Street | Anchorage |
| 9131 Centennial Circle | Anchorage |

# APPENDIX F

# APPENDIX [ F ]

## 1

## Certification for New/Replaced/Added Space

IHS Area: Alaska

### Certification for New /Replaced/Added Space
### Agency-Related Program Space

Inclusion Criteria: Having space in use by IHS-funded health programs under PL 93-638 and primarily used by IHS-funded staff.

| 1) | Tribe or Tribal Organization: | |
|---|---|---|

Check one

☐ NEWLY ACQUIRED BUILDING
Not replacing or adding to a building already in the M&I/Equipment database.

☐ REPLACED EXISTING BUILDING
Replacing a building already in the M&I/Equipment database. At the end of this form identify the existing building that was/is being replaced. Describe new building below.

☐ ADDED SPACE TO EXISTING BUILDING
Adding space to building already in the M&I/Equipment database. At the end of this form, Identify existing building being added to. Include only increased amount of space below.

Describe the space proposed to be added into the M&I/E Inventory. For additions to existing buildings, only include the additional space here. Existing building will be identified at the end.

| 2) | Identification of building meeting inclusion criteria above (name, number etc). Write In "ADDITION" when applicable. | | |
|---|---|---|---|
| 3) | Location of building (city, state, etc). Leave blank for additions. | | |
| 4) | Ownership of building (tribe, private, other). Include lease/rental type where applicable. | | |
| 5) | Building construction type. Choose from: trailer. fire resistant, masonry with wood, wood frame. | | |
| 6) | Gross square meters of addition or entire building. as applicable. | | gsm |
| 7) | Gross square meters or actual space in use by IHS-funded health programs under PL 93-638 and primarily used by IHS-funded staff. | | gsm |
| 8) | Annual average hours of use per week by IHS-funded health programs under PL 93-638 and primarily used by IHS-funded staff. | | gsm |
| 9) | Maintenance and repair funds currently provided under contract budget, either specifically or part of rental/lease payments. | | $ |

This form is for buildings not required to be in the official IHS/OSA real property inventory.  2/5/99

| 10) | Briefly describe below the health services provided under the PL 93-638 contract: |
|---|---|
| | |

Checklist of certifications to attach for space proposed to be added into the M&I/B Inventory.

| BUILDING CODES and STRUCTURAL Attach Certificate of Occupancy or other evidence of meeting national building codes, satisfactory structural condition, and safety standards. | Cost to bring to Standard: | $ |
|---|---|---|
| SEISMIC (EARTHQUAKE) Attach seismic survey if applicable; Otherwise, provide basis for exemption.. | Cost to bring to Standard: | $ |
| ENVIRONMENTAL Attach environmental assessment, Including of land. | Cost to bring to Standard: | $ |
| AS-BUILT SCALE DRAWING Attach as-built scaled drawing. Use metric units and scale. | Cost to bring to Standard: | $ |

| Certified by: | Date: |
|---|---|
| Mailing Address: | |
| Phone with area code: | FAX number |
| E-mail address: | |

For replacements and additions, identify existing building below.

| 11) | Identification of existing building which is being replaced or being added on to. (name, number. etc). | |
|---|---|---|
| 12) | Location of existing building (city. state, etc). | |

# APPENDIX [ F ]

## 2

## Energy Report

## ALASKA AREA Energy Report

**SERVICE UNIT:**

**Facility/Campus Name:**

**Current Reported SF:**

| FY 2006 | Electricity (KWH) | Electricity Cost | Oil (Gal) | Oil Cost | Natural Gas (kft^3) | Natural Gas Cost | Other Source | Other Cost | Water (Gallons) | Water Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| October | | | | | | | | | | |
| November | | | | | | | | | | |
| December | | | | | | | | | | |
| January | | | | | | | | | | |
| February | | | | | | | | | | |
| March | | | | | | | | | | |
| April | | | | | | | | | | |
| May | | | | | | | | | | |
| June | | | | | | | | | | |
| July | | | | | | | | | | |
| August | | | | | | | | | | |
| September | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Service Unit Facility Manager | | | | | |
| | | | | | Date | | | | | |

# APPENDIX [ F ]

3

Final Real Property Closeout Report
And
Interim Real Property Status Report

## TRIBE/TRIBAL ORGANIZATION LETTERHEAD

**(SAMPLE FOR ILLUSTRATIVE PURPOSES ONLY-Site, Cost & descriptive items are fictional)**

**DATE:**

**FROM:** _____ Health Corporation
Facilities Manager

**SUBJECT:** _____ Hospital, _____, Alaska
PROJECT NO. AN2@@038H6, *"Project Name"*
FINAL REAL PROPERTY CLOSEOUT REPORT

**TO:** Area Realty Management Officer
Alaska Area Native Health Service

Through: ANTHC/DEHE Project Engineer _____

This Final Real Property Project Report provides an overview of the project summary, space allocation, appropriations, project milestones, and project costs including common costs and costs associated with land improvements, construction, equipment, and post-construction.

1. **Project Summary**

   This project requested M&I funding to renovate the _____ Hospital's Information System Department computer room. Under this project, the computer room was expanded into adjacent space to meet the needs of computer equipment and new air conditioning equipment. A new UPS system was installed and sized to allow for anticipated growth of the department. The design of these modifications has already been accomplished through a contract with a mechanical engineering firm.

2. **Space Allocation**

   | Type of Space | Gross Sqft. | Gross SqM |
   |---|---|---|
   | No square footage was added during this project | | |
   | If Space is added, identify current building or provide new building description and use | | |
   | Total Space | | |

3. **Appropriations (Total Revenue)**

   | Appropriation Type | Amount |
   |---|---|
   | M&I Amount | $ |
   | Third Party Collections | $ |
   | Other Sources of Funds Identify: Tribe/TO Contributions (Attach Gifting Letter and Approval) | $ |
   | Sub-Total | $ |
   | Unused, held for future project | $ |
   | Total Appropriations | $ |

**Final Projects Report for Federally Owned Facilities**

4.  **Project Milestones/Timelines**

| Milestone | Date Achieved |
|---|---|
| Project Start | |
| Facility Placed in Service | |
| Project Completed | |
| (List other milestones if applicable) | |

5.  **Common Costs (i.e., Costs for studies, A/E Designs, Site Selection, C/A, TERO, interest, legal, permits, printing, etc.)**

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| A/E Fees | $ | $ |
| Criteria Changes (describe below) | $ | $ |
| Total Common Costs | $ | $ |

Identify Costs: _____
_____
_____

6.  **Land Improvements (Costs associated with environmental, demolition, disposal, preparation, etc.)**

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| No land improvements | $ | $ |
| If included, describe actions below | $ | $ |
| | $ | $ |
| Total Land Improvement Cost | $ | $ |

Identify Improvements: _____
_____
_____

7.  **Buildings (Building Number and Description as identified in the IHS Real Property Inventory).** *Projects affecting multiple buildings and structures shall be listed separately with capitalized and expensed costs for each broken out and proportioned by percentage of common costs*

| Building No. | Description | Percent of Common Costs |
|---|---|---|
| Building 00### | | |
| | | |
| | | |

Final Projects Report for Federally Owned Facilities

8. **Other Structures (i.e. parking lots, sidewalks, roads, water systems, sanitary sewer, electrical system).** *Projects affecting multiple structures shall be listed separately with capitalized and expensed costs for each broken out and proportioned by percentage of common costs*

| BLS No./Structure Describe Change | Description | Percent of Common Costs |
|---|---|---|
| | | |
| | | |
| | | |

9. Construction

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| Base Bid | $ | $ |
| Contract Modifications | $ | $ |
| Total Construction Cost | $ | $ |

10. Equipment:

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| Universal Power System for CPU | $ | $ |
| Air Conditioning Unit and Installation | $ | $ |
| New Telephone Systems | $ | $ |
| Carpeting/Paint | $ | $ |
| Total Equipment Cost | | |

11. Post-Construction

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| Start-Up and Commissioning – Identify below | $ | $ |
| Total Post-Construction Cost | $ | $ |

Identify Costs: _____

_____

_____

Final Projects Report for Federally Owned Facilities

10. **Summary of Contract/Project Costs (Total capitalized and expensed amount should match the Tribal General Ledger Summary).**

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| Total Common Costs | $ | $ |
| Total Land Improvement Cost | $ | $ |
| Total Construction Cost | $ | $ |
| Total Equipment Cost | $ | $ |
| Total Post-Construction Cost | $ | $ |
| Grand Total Project Cost | $ | $ |

Type Project Officer's Name
Type Project Officer's Title

Attachments (Unless previously provided to IHS):

- Transfer of Funds Correspondence (IHS/T/TO)
- Project Summary Document (w/approval page)
- Approved FEPP List Showing Project w/Project Number
- Gifting Letter if appropriate from other sources of funds
- General Ledger Summary or Financial Statements (project costs should match closeout report)
- As-Builts/Floorplans/Specifications

cc:   AANHS Area Facility Engineer
      ANTHC Project Officer

Final Projects Report for Federally Owned Facilities

CHIEF FINANCIAL OFFICER CERTIFICATION:

*"I certify that the capitalized and expenses amounts for this final report were extracted from the attached General Ledger Summary. A successful independent audit of the organization was conducted in accordance with the Single Audit Act for the period in which the project was awarded and funded improvements completed. This information will enable the Indian Health Service to carry out its responsibilities under the Chief Financial Officers Act for reporting capital improvements made to federal facilities."*

_____                Date: _____
Type Name of Chief Financial Officer
Type Name of Tribe/Tribal Organization

# TRIBE/TRIBAL ORGANIZATION LETTERHEAD

**(SAMPLE FOR ILLUSTRATIVE PURPOSES ONLY-Site, Cost & descriptive items are fictional)**

**DATE:**

**FROM:**        _____Health Corporation
Facilities Manager

**SUBJECT:**    _____ Hospital, _____, Alaska
**PROJECT NO. AN2@@038H6,** *"Project Name"*
**INTERIM REAL PROPERTY STATUS REPORT**

**TO:**          Area Realty Management Officer
Alaska Area Native Health Service

Through: ANTHC/DEHE Project Engineer _____

This Interim Real Property Status Report provides an overview of the project summary, space allocation, appropriations, project milestones, and project costs including common costs and costs associated with land improvements, construction, equipment, and post-construction.

1.    **Project Summary**

This project requested M&I funding to renovate the _____ Hospital's Information System Department computer room. Under this project, the computer room was expanded into adjacent space to meet the needs of computer equipment and new air conditioning equipment. A new UPS system was installed and sized to allow for anticipated growth of the department. The design of these modifications has already been accomplished through a contract with a mechanical engineering firm.

2.    **Space Allocation**

| Type of Space | Gross Sqft. | Gross SqM |
|---|---|---|
| No square footage was added during this project | | |
| If Space is added, identify current building or provide new building description and use | | |
| Total Space | | |

3.    **Appropriations (Total Revenue)**

| Appropriation Type | Amount |
|---|---|
| M&I Amount | $ |
| Third Party Collections | $ |
| Other Sources of Funds<br>Identify: Tribe/TO Contributions (Attach Gifting Letter and Approval) | $ |
| Sub-Total | $ |
| Unused, held for future project | $ |
| Total Appropriations | $ |

Interim Projects Report for Federally Owned Facilities

**4.    Project Milestones/Timelines**

| Milestone | Date Achieved |
|---|---|
| Project Start | |
| Facility Placed In Service | |
| Project Completed | |
| (List other milestones if applicable) | |

**5.    Common Costs (i.e., Costs for studies, A/E Designs, Site Selection, C/A, TERO, interest, legal, permits, printing, etc.)**

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| A/E Fees | $ | $ |
| Criteria Changes (describe below) | $ | $ |
| Total Common Costs | $ | $ |

Identify Costs: _____

_____

**6.    Land Improvements (Costs associated with environmental, demolition, disposal, preparation, etc.)**

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| No land improvements | $ | $ |
| If included, describe actions below | $ | $ |
| | $ | $ |
| Total Land Improvement Cost | $ | $ |

Identify Improvements: _____

_____

_____

**7.    Buildings (Building Number and Description as identified in the IHS Real Property Inventory).** *Projects affecting multiple buildings and structures shall be listed separately with capitalized and expensed costs for each broken out and proportioned by percentage of common costs*

| Building No. | Description | Percent of Common Costs |
|---|---|---|
| Building 00#### | | |
| | | |
| | | |

Interim Projects Report for Federally Owned Facilities

8. **Other Structures (i.e. parking lots, sidewalks, roads, water systems, sanitary sewer, electrical system).** *Projects affecting multiple structures shall be listed separately with capitalized and expensed costs for each broken out and proportioned by percentage of common costs*

| BLS No./Structure Describe Change | Description | Percent of Common Costs |
|---|---|---|
| | | |
| | | |
| | | |

9. Construction

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| Base Bid | $ | $ |
| Contract Modifications | $ | $ |
| Total Construction Cost | $ | $ |

10. Equipment:

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| Universal Power System for CPU | $ | $ |
| Air Conditioning Unit and Installation | $ | $ |
| New Telephone Systems | $ | $ |
| Carpeting/Paint | $ | $ |
| Total Equipment Cost | | |

11. Post-Construction

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| Start-Up and Commissioning – Identify below | $ | $ |
| Total Post-Construction Cost | $ | $ |

Identify Costs: _____

_____

_____

Interim Projects Report for Federally Owned Facilities

10. **Summary of Contract/Project Costs (Total capitalized and expensed amount should match the Tribal General Ledger Summary).**

| Description | Capitalized Amount | Expensed Amount |
|---|---|---|
| Total Common Costs | $ | $ |
| Total Land Improvement Cost | $ | $ |
| Total Construction Cost | $ | $ |
| Total Equipment Cost | $ | $ |
| Total Post-Construction Cost | $ | $ |
| Grand Total Project Cost | $ | $ |

_____
Type Project Officer's Name
Type Project Officer's Title

Attachments (Unless previously provided to IHS):

- Transfer of Funds Correspondence (IHS/T/TO)
- Project Summary Document (w/approval page)
- Approved FEPP List Showing Project w/Project Number
- Gifting Letter if appropriate from other sources of funds
- General Ledger Summary or Financial Statements (project costs should match closeout report)
- As-Builts/Floorplans/Specifications

cc:    AANHS Area Facility Engineer
       ANTHC Project Officer

# APPENDIX [ F ]

## 4

## Project Summary Document

IV-1.
Policy #4*.
**Project Summary Document Formats**

Project Summary Documents describe projects being submitted to the MIRAC for funding from the maintenance & improvement funds (both competitive BEMAR funds and non-routine non-competitive Oklahoma Formula funds). Supporting documents to the PSD typically entail 100% design drawings (for projects requesting construction funds), construction cost estimates, product literature (for equipment specific PSDs), and contractor proposals or cost estimates.

A cover letter accompanies submitted PSDs, which affirms the organization's desire to submit these projects to the MIRAC for consideration.

The sections of the PSD are listed below.

PROJECT SUMMARY DOCUMENT

[Name of Project]
~~~cility Priority Number] (use for multiple PSD submittals to prioritize your projects)
    .te]
[Facilities Board Project Number]
[Facility Name]
[Location], [State]

L.    SUMMARY

[Summarize the project and include what is to be done, why (e.g., to add 135 gross square meters of space or replace a boiler), and the type of funding (e.g., Maintenance and Improvement, Quarters, Corporate Cost Sharing, etc.). This section should be no more than two paragraphs. Use attachments for project location maps and facility drawings.]

II.    PROJECT SCOPE AND DESCRIPTION

A. Description of Project. [Provide a detailed explanation of the work to be accomplished by the project and the desired outcome of the project. Include all items reflected in the cost estimate. This information can be presented in bullet/list or narrative form.]

B. Project Justification. [Explain why the project is necessary. Link the justification to the developed Health Facilities Master Plan if appropriate. Discuss how the project will meet program needs, and how it will comply with legal, code, accreditation, and certification

---

* Sections of this policy modified by DEHE Staff to reflect formation of the MIRAC and for clarification of non-competitive project submittals.

requirements. Cite specific, code or JCAHO references by standard clause, chapter, paragraph, etc.]

III.  DEFICIENCIES

The following deficiencies will be corrected as part of this project:

[List and describe only those facility deficiencies this project will address. The types of deficiencies include BEMAR, JCAHO, NFPA, HFPM, Public Law compliance items, ADA, etc.]

IV.  COST ESTIMATE

Provide a budgetary cost estimate and the funding sources for the proposed project, including separate line items for design Architect/Engineer fees, project construction, construction contract administration fees, and project contingency.

V.    PROJECT SCORE SHEET DOCUMENT (*only required for BEMAR competitive pool funds*)

Complete a project score sheet further detailing the scope, impact and benefits of this project. Provide the information required by the project score sheet.

VI.  OTHER PROJECT ITEMS TO BE ADDRESSED

Supporting Documents:  Drawings, Photos, Estimates, Etc.

# APPENDIX [ F ]

## 5

## Environmental Information and Documentation

HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION     Page 1 of 13

Facility: *(Community Name)* _____     Location: *(Community Name)*, Alaska
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| PART I. | | |
| 1. Does this project include construction or lease of new facilities which will total more than 1080 square meters (12,000 square feet)? (Include portable facilities and trailers.) | No | Printed Materials– The proposed health facility in *(Community Name)*, Alaska will total ____ square feet. *Or* No new facility construction will be included in this project. |
| 2. Does this project involve the construction or lease of new facilities on more than 2 hectares (5 acres) of land? | No | Printed Materials — Less than 2 hectares (5 acres) will be involved in the proposed *(Community Name)*, Alaska facility. |
| 3. Historic Preservation:  Will the proposed project construction or renovation adversely affect properties listed, or eligible for listing, on the National Register of Historic places (buildings, archaeological sites, objects of significance)? If a property is more than 50 years old and no determination of eligibility was done, the agency must evaluate and nominate the facility.  Contact the State Historic Preservation Officer (SHPO) and document the contact and SHPO response. | No | Printed Materials — The State Historic Preservation Officer wrote a letter concurring with the proposed *(Community Name)*, Alaska Clinic on _____, 200_. This letter is attached as supporting documentation. No historic properties eligible or on the National Register of Historic Places will be adversely impacted by the construction of _____ in *(Community Name)*, Alaska.  The State Historic Preservation Officer has been consulted for concurrence with this finding. |

HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION                Page 2 of 13

Facility: *(Community Name)*                                    Location: *(Community Name)*, Alaska
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 4.  Will the proposed project construction or renovation violate local, state, or federal law on the use and storage of hazardous substances or the transportation, storage, and disposal of hazardous wastes or medical wastes? (Activities that generate those items include renovations, new construction, air conditioning repair and service, pesticide application, motor pools, automobile repair, welding, landscaping, agricultural activities, print shops, hospitals, clinics, medical centers, etc. Repair, renovation, or demolition activities can generate waste that has asbestos-containing materials, asbestos, lead-based paint, PCBs, CFCs, etc.) | No | Printed Materials – The proposed project in *(Community Name)*, Alaska does not violate local, state, or federal law on the use and storage of hazardous substances or the transportation, storage, and disposal of hazardous wastes or medical wastes. |
| 5.  Will the project result in a known violation or continuance of a violation of applicable (Federal, Tribal, State or Local) law or requirements imposed for protection of the environment or public health and safety?   REFERENCE: National Environmental Policy Act of 1969/FR Vol. 58, No.3, K.1., K.2. | No | Printed Materials – The project will be in compliance with all applicable laws and requirements and will have the appropriated regulatory approvals. |

Version – July 24, 2001

## HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION

Page 3 of 13

Facility: *(Community Name)*

Location: *(Community Name)*, Alaska

Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 6. Will the proposed project or construction or renovation result in a conflict with existing or proposed state, federal and local land use plans? | No | Printed Materials – The project site is not zoned. The *(Community Name)*, Alaska *(City and/or)* Traditional Council(s) have identified this project as an essential community facility. |
| 7. Is the project significantly greater in scope than normal projects for the area or does the project have significant unusual characteristics?<br><br>REFERENCE: National Environmental Policy Act of 1969/FR Vol. 58, No.3, K.11. | No | Printed Materials – The proposed clinic project in *(Community Name)*, Alaska is typical in scope in comparison with ANTHC health facility improvement projects in rural Alaska and has no unusual, significant characteristics. |

HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION        Page 4 of 13

Facility: *(Community Name)* _____        Location: *(Community Name)*, Alaska _____
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 8.   Does the project have significant adverse direct or indirect effects on parklands, other public lands, or areas of recognized scenic or recreational value?<br><br>REFERENCE: National Environmental Policy Act of 1969/FR Vol. 58, No.3, K.5. | No | Printed Materials – Alaska Wildlife Refuges, U.S. Fish and Wildlife Service.<br><br>The community of *(Community Name)*, Alaska is not located in the vicinity of parklands, other public lands, or areas of recognized scenic or recreational value.<br>*Or*<br>Although the community of *(Community Name)*, Alaska lies within the _____ National Wildlife Refuge, legislation recognizes the communities lying within the refuge boundary as being compatible with this Federal designation. This project will occur within the community boundaries of *(Community Name)*, Alaska and therefore is not expected to have any adverse effects on the National Wildlife Refuge.<br>*Or*<br>According to _____, of the City of *(Community Name)* Alaska, and community's Tribal Council, construction of this project will not create any direct or indirect adverse impacts to areas of recognized scenic or recreational value. |

Version – July 24, 2001

HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION          Page 5 of 13

Facility: *(Community Name)*                                      Location: *(Community Name)*, Alaska
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 9.  Is there a controversy with respect to environmental effects of the project based on reasonable and substantial issues?  REFERENCE: National Environmental Policy Act of 1969/FR Vol. 58, No.3, K.3. | No | Personal Contact – Reference the attached resolutions signed by the tribal and city councils from the community of *(Community Name)*, Alaska. *Or* Based on project engineer consultation with local authorities, specifically representing the *(Tribe/City)* of *(Community Name)*, no controversy exists with respect to this project. |
| 10.  Does the project establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects? (cumulative impact based on current information)  REFERENCE: National Environmental Policy Act of 1969/FR Vol. 58, No.3, K.6. | A. No | Printed Materials– The health facility construction project in *(Community Name)*, Alaska is not anticipated to result in any cumulative impacts that will result in degradation of environmental concerns as outlined in NEPA. |

HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION          Page 6 of 13

Facility: *(Community Name)* _____     Location: *(Community Name)*, Alaska _____
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 11. Does the project involve the use, transfer or lease of real property which has been used as a storage for hazardous waste and/or petroleum products or their derivatives for more than one year?<br><br>REFERENCE: Comprehensive Environmental Response, Compensation and Liability Act of 1980/FR Vol. 58, No.3, K.10. | No | Personal contact — The project engineer, in consultation with the *City/Tribe* of *(Community Name)*, Alaska confirms that real property associated with the health facility project in *(Community Name)*, Alaska has not been associated with the use, transfer, or lease as storage for hazardous waste for more than one year. |
| PART II | | |
| 12. Will the proposed project construction or renovation require major sedimentation and erosion control measures? (e.g.; construction or expansion of a parking lot) | No | Printed Material- The proposed health facility project will be constructed in an area which does not affect soil erosion or sedimentation. |
| 13. Will the proposed project construction or renovation adversely affect community noise levels? | No | Printed Material — This project will not affect community noise levels because no blasting will occur and heavy equipment use will be limited to the daytime. |
| 14. Will the proposed project construction or renovation adversely affect community air pollution? | No | Printed Material — The proposed health facility project in *(Community Name)*, Alaska will not adversely affect air pollution. The project is located in an unclassified area with no identified air pollution problems and it will have minor to no effect on local air quality. |

Version – July 24, 2001

HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION    Page 7 of 13

Facility: *(Community Name)* _____    Location: *(Community Name)*, Alaska _____
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 15. Will the proposed project construction or renovation create a need for additional capacity in educational facilities? | No | Printed materials- The proposed health facility project at *(Community Name)*, Alaska will not affect any need for additional capacity in educational facilities. |
| 16. Will the proposed project construction or renovation create a need for additional capacity in health care facilities and for health care services? | No | Printed Materials – The proposed health facility project is not anticipated to create a need for additional capacity in health care facilities and for health care services because it will not affect community population levels. |
| 17. Will the proposed project construction or renovation create a need for additional energy supply or generation? | No | Printed materials – Due to improved energy efficiency, the proposed health facility project is expected to use less energy than the one to be replaced. |
| 18. Will the proposed project construction or renovation create a need for additional capacity at solid waste disposal facilities? | No | Printed materials – The proposed health facility project will not generate any additional sewage than the existing facility because it will not affect community population levels. |
| 19. Will the proposed project construction or renovation create a need for additional capacity at wastewater treatment facilities? | No | Printed materials – The proposed health facility project will not generate any additional solid waste than at present in *(Community Name)*, Alaska, and will not affect the capacity of the community's wastewater treatment facilities. |

Version – July 24, 2001

**HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION**    Page 8 of 13

Facility: *(Community Name)* _____    Location: *(Community Name)*, Alaska _____
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination · (Documentation, *see last page*) |
|---|---|---|
| 20. Will the proposed project construction or renovation create a need for/or require a storm water control plan?  (e.g.; parking lots. Contact local or state authorities, or EPA to determine if your facility or project is in a regulated storm water area.) | No | Printed materials – The proposed health facility project will be extremely limited in overall surface area, and is not expected to significantly affect storm water control in *(Community Name)*, Alaska.  Storm drainage will be directed away from the building and parking areas.  The project is outside of a regulated storm water area. |
| 21. Will the proposed project construction or renovation create a need for additional drinking water supply? | No | Printed materials – The proposed health facility project will not create a need for additional drinking water supply as the same population will continue to be served as previously. |
| 22. Will the proposed project construction or renovation create a need for additional capacity in transportation systems? | No | Printed materials – The proposed health facility project in *(Community Name)*, Alaska will serve the same population in a community lacking a transportation system. |
| 23. Are there other considerations about the proposed project construction or renovation that could adversely affect the environment and/or public health and safety? | No | Printed materials – The proposed health facility project in *(Community Name)*, Alaska is not anticipated to adversely affect the environment and/or public health and safety. No toxic building materials will be utilized. |
| PART III | | |

Version – July 24, 2001

HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION          Page 9 of 13

Facility: *(Community Name)*_____    Location: *(Community Name)*, Alaska_____
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 24.  SAFE DRINKING WATER ACT:  Will the project impact a sole source aquifer?  REFERENCE:  Safe Drinking Water Act of 1974/FR Vol. 58, No.3, K.5. | No | Personal Contact – Letter on file from Michael Crotteau, Alaska Department of Environmental Conservation August 1999.  There are no designated sole source aquifers in Alaska. |
| 25.  FLOODPLAINS:  Will the project involve construction in a floodplain (except for actions excluded as a class) or impact floodplain development?  REFERENCE:  Executive Order 11988 and related Acts and Executive Orders/FR Vol.58, No.3, K.5., K.9. | No | Printed materials – This project will not be in a floodplain. *Or* Although *(Community Name)*, Alaska lies in a floodplain, and health facility construction is in a floodplain, it will be conducted in accordance with class action requirements (IHS Environmental Review Manual 2.2.3:18) and work will not adversely affect Floodplain development.  There are no flood plain maps available for the community and the community does not participate in the National Flood Insurance Program. |

Version – July 24, 2001

**HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION**     Page 10 of 13

Facility: *(Community Name)* _____     Location: *(Community Name)*, Alaska _____

Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 26.  WETLANDS/WATER RESOURCES: Will the project adversely affect wetlands/water resources or will there be construction in wetlands, except in conformance with a Corps of Engineers Section 404 Permit?  REFERENCE:  Executive Order 11990 and related Acts and Executive Orders/FR Vol. 58, No.3, K.5. | No | Printed materials -- All construction will be done upon consultation with the US Army Corps of Engineers (COE) and in conformance with any requisite COE permit.  *And (if available)*  A COE permit has already been requested for this project. The letter is attached as documentation.  *Or (if available)*  A COE permit has already been obtained for this project. The letter is attached as documentation. |
| 27.  Coastal Zone Management:  Will the proposed project construction or renovation directly affect a Coastal Zone in a manner inconsistent with the State Coastal Zone Management Plan? (Each coastal state should have a state office to manage its coastal zone development and use. All federal projects in the coastal zone must comply with the management plan.) | No | Printed Materials --The project is consistent with the Alaska Coastal Management Plan.  This project is within the _____ Coastal Zone.  The Coastal Project Questionnaire was submitted on *(date)* for a consistency determination from the Alaska State Division of Governmental Coordination.  Or  A Coastal Zone Questionnaire will be submitted by *(Community Name)*, Alaska. |

Facility: *(Community Name)* _____     Location: *(Community Name)*, Alaska
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 28. WILD AND SCENIC RIVERS ACT: Is the project a "Water Resources Project" which will impact a wild, scenic or recreational river area and create conditions inconsistent with the character of the river? <br><br> REFERENCE: Wild and Scenic Rivers Act of 1968 and related Executive Actions/FR Vol. 58, No.3, K.5. | No | Printed Materials – *Wild and Scenic Rivers (Alaska) List*, National Wild and Scenic Rivers System, National Parks Service. <br><br> The community of *(Community Name)*, Alaska is not located on a Wild or Scenic River. *Or* While the community of *(Community Name)*, Alaska is located in the vicinity of _____ River (a Wild and Scenic designate), construction activity will not have an impact on the river area and will not create conditions inconsistent with the character of the river. |
| 29. FARM LAND PROTECTION ACT: Will the project convert significant agricultural lands to non-agricultural uses? <br><br> REFERENCE: Farmland Protection Policy Act of 1981 and related Acts and Executive Orders/FR Vol. 58, No.3, K.5. | No | Personal Contact – Letter on file from Steve Tickett, Alaska Department of Natural Resources, July 1999. <br><br> The community of *(Community Name)*, Alaska is not located within an identified significant agricultural area. |

HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION    Page 12 of 13

Facility:  *(Community Name)* _____    Location:  *(Community Name)*, Alaska _____
Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 30.  WILDERNESS ACT:  Will the project adversely impact a wilderness area?<br><br>REFERENCE:  Wilderness Act of 1964/FR Vol. 58, No.3, K.5. | No | Printed Materials – Great Outdoor Recreation Pages, Alaska Wilderness Area List.<br><br>The community of *(Community Name)*, Alaska is not located in a designated wilderness area.<br>*Or*<br>Although the community of _____, Alaska is located within the _____ Wilderness Area, all construction is occurring within the established community boundaries and therefore work is not anticipated to adversely impact the _____ Wilderness. |

Version – July 24, 2001

**HEALTH CARE FACILITIES ENVIRONMENTAL INFORMATION AND DOCUMENTATION**          Page 13 of 13

Facility: *(Community Name)*                    Location: *(Community Name)*, Alaska

Project Description: _____

| Category | Determination (Yes or No) | Basis for Determination (Documentation, *see last page*) |
|---|---|---|
| 31.  ENDANGERED SPECIES ACT:  Is the project likely to adversely affect a species listed on the Federal List of Endangered or Threatened Species or the specific critical habitat?  REFERENCE:  Endangered Species Act of 1973, as amended/FR Vol. 58, No.3, K.8. | No | Printed Materials – *Endangered, threatened and candidate species in Alaska*, U.S. Fish and Wildlife Service, December 2000.  This project will not be taking place in the vicinity of a critical habitat of an endangered species.  *Or*  Although the community of *(Community Name)* will be in the vicinity of critical habitat for _____ species, which is endangered and/or threatened, all construction will take place within established community boundaries of *(Community Name)*, Alaska and therefore work is not anticipated to adversely affect the noted threatened or endangered species. |

I certify that to the best of my knowledge and ability the information presented herein is true and correct.


_____          _____
Signature, Clinic Construction Project Manager          Date


_____          _____
Signature, ANTHC Environmental Review Officer          Date

Version – July 24, 2001

# APPENDIX G
## [RESERVED]

# APPENDIX H

## Southcentral Foundation
## Annual Funding Agreement
## Appendix H
### Government Provided Artwork in the Alaska Native Medical Center

| Description | Location |
|---|---|
| Terrazzo Floor Insert | Main Lobby |
| Aluminum Screen Inserts above seating | Main Lobby |
| Carved Wooden Birds applied to Circular ring | Main Lobby |
| Carved Wooden Panels (6) | Corridor adjacent to Cafeteria (2 sites with 3 panels each) |
| Carved Wooden Panels (2). | Corridor across from Orthopedic Clinic Reception |
| Carved Wooden Panels (2) | Eye/ENT Clinic Waiting Area |
| Carved Wooden Panels | 2nd Floor, Outside (adjacent) to Meditation Rom |

# APPENDIX I

APPENDIX I

# SOUTHCENTRAL FOUNDATION (SCF)
## Assurances Regarding Services
## from the
## Alaska Native Medical Center (ANMC)
## and
## Anchorage Native Primary Care Center (ANPCC)

## GENERAL ASSURANCES:

The following general assurances are predicated on the existence of a functioning Joint Operating Board. In the event that this 'shared governance' Joint Operating Board is disbanded or significantly changed, the general assurances will be re-negotiated. These assurances replace and supersede those made by Southcentral Foundation in its Phase One contract, which took effect March 1, 1998, and are subject to the continuing availability of funding at the October 1, 1997 level.

For the purposes of these assurances, "as of October 1, 1997," as that term is used in Section 325, shall be defined as the menu of services budgeted by the Alaska Native Medical Center (ANMC) effective 10-1-97. Thus the "same level of service as of October 1, 1997" will be defined to mean the same ease of access, availability, and mix of services as those included in the budgeted menu of services effective October 1, 1997.

For the purposes of these assurances, the Alaska Native Primary Care Center (ANPCC) and the Alaska Native Medical Center Hospital will be referred to, collectively, as the "ANMC Campus."

A.    **Consultation:**
SCF will develop and maintain a formal process for consultation with the ANTHC and appropriate tribal and non-tribal health organizations as necessary for the operation of its programs.

This formal consultation process will be designed to support equitable peer participation in the coordination of services and the allocation of resources. The process should provide for identification and resolution of shared issues and concerns through strategic initiatives. This consultation process should provide for regular and routine interaction between the organizations identified above with mechanisms for feedback on processes and consequences.

SCF will complete design and implementation of their consultation process by the sixth month of the first contract period of its Phase II contract.

B.    **Planning:**
SCF will develop and maintain with the ANTHC a planning process for shared activities, which provides for strategic and operational consideration of products of consultation and developing changes in the Tribal and other healthcare environments, through developed shared priorities this process should provide for routine activities.

This process should promote open dialog toward sharing internal organization-specific considerations for future direction. Process activities should reduce duplication of services and resource wastage. The planning process should be designed to maximize the overall quality and quantity of service provided in and through the statewide healthcare delivery network for American Indians and Alaska Natives. At the same time it should support coordination of member service delivery systems. This planning process should minimize internal competition while maximizing the ANTHC and SCF competitive position in the Healthcare marketplace.

C.    **Flexibility for Change:**
In consideration of shared processes for ongoing consultation and planning and the products they produce, SCF

-1-

**Southcentral Foundation**
**Assurances Regarding Services from the ANMC and ANPCC**

**C.    Flexibility for Change:**
In consideration of shared processes for ongoing consultation and planning and the products they produce,  SCF will develop, maintain, and participate in a process for change management which empowers Tribes, Tribal health organizations, and individual customers such that they are active participants in their healthcare delivery systems.

SCF will manage and integrate organizational change so as to appropriately adjust to changing mission requirements, identified and expressed customer needs, and new information.  The SCF will develop and maintain the capacity to work with various sectors of the Alaska health care system to address issues, concerns and needs beyond the limits of existing scopes of work and formal agreements.  Where appropriate, SCF agrees to negotiate organizational and financial individual and shared adjustments to support change as a shared reality. SCF will consider, as environmental situations dictate, appropriate reallocation of resources within the scope of existing budgets and budget modifications where changes are required.

When SCF determines  that they wish to terminate purchase agreements with the ANTHC, notice shall be provided no later than April 1 of the fiscal year at the end of which termination is planned, unless an  agreeable alternative date is mutually agreed upon.

**D.    Services:**
If specific services are to be provided to any specific beneficiary population by SCF or the ANTHC through a purchase agreement with the other party, those specific services and the beneficiary population will be defined in the purchase agreement.  Such services will be provided in such amounts and at such time as stipulated in the purchase agreement.

The SCF agrees that concerned Tribes and Tribal health organizations may request specific services not reflected in any  purchase agreement between the parties (i.e., SCF and the ANTHC).  Such requests will be formally considered.

SCF agrees to consider adjusting service types, amounts and frequency as resources allow, based upon shared acknowledgment of changes to mission requirements as well as identified and expressed changes in beneficiary needs.

**E.    Integration and coordination:**
SCF will integrate and coordinate services provided on the ANMC Campus with all Tribal entities providing services on the ANMC Campus.

**F.    Level and scope of service:**
SCF shall provide and maintain the 10/1/97 level and scope of services  provided to IHS beneficiaries for the services transferred to SCF under the authority of Section 325(d) of P.L. 105-83 or otherwise under contract or compact.

The "level of service as of 10/1/97" shall mean the menu of services budgeted by the ANMC as of 10/1/97. SCF and the ANTHC agree to develop and use a reference for determining the menu of services provided at and through the ANMC campus.   SCF will provide this level of services except where the ANTHC has been provided with the resources.

**G.    Continuous quality improvement:**
The SCF shall support a continuous quality improvement process.

**H.    Service to beneficiaries:**
SCF  direct care services  on the ANMC Campus under  Phase I and Phase II contracts will be provided to all eligible IHS beneficiaries within Alaska without direct charge to the beneficiary or regard to place of residence.

**I.    Credentials:**

-2-

**Southcentral Foundation**
**Assurances Regarding Services from the ANMC and ANPCC**

All medical staff employed by SCF who have privileges at the ANMC shall meet the credentials requirements of the Credentials Committee of the Alaska Native Medical Center, and all credentialing requirements shall continue to be consistent with Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) standards and standards consistently applied throughout the United States.

**J.    JCAHO accreditation participation:**
All staff on the ANMC campus, including those employed by SCF who participate in the functions of the ANMC, shall participate in and provide support for ongoing JCAHO accreditation.

**K.    Case management:**
The ANTHC and SCF shall provide case management and quality assurance at the same level provided as of October 1, 1997 for patients referred to and from ANMC . The responsibility for doing so shall lie where the most appropriate expertise is available.

**L.    Collaborative physicians:**
Medical staff of SCF shall provide collaborating physicians for licensed, approved mid-level practitioners employed at the ANMC Campus and by tribal health providers in the rural ASU, as appropriate.

**M. .    Specific service assurances:**
SCF assures that all programs, services, functions, and activities for which the ANTHC has a purchase agreement with the SCF will be provided at the quantity and level of service consistent with the terms of the specific purchase agreement. In addition, SCF assures the ANTHC that the provision of care or support specified in each purchase agreement will continue to be served without regard to the beneficiary's place of residence.

**N.    Service expansion:**
The SCF assures first option to ANTHC to employ additional medical providers with SCF funds in areas in which ANTHC has the majority share of the providers. For example, if SCF wishes to expand hospitalist Internal Medicine services with SCF funds, then SCF will first offer to purchase the service from the ANTHC rather than creating another hospitalist internal medicine physician group.

**O.    Obligation of funds:**
SCF agrees not to obligate any of the ANTHC funds without the ANTHC's prior approval.

**P.    Campus staff leadership:**
SCF assures that campus management groups shall adequately reflect the dual ownership of the campus.

**Q.    Hospital Committees:**
SCF will have representation on appropriate hospital committees (e.g., safety committee).

**R.    Senior management meetings:**
SCF assures that senior SCF management shall meet formally with the ANTHC hospital leadership at least weekly to address issues of mutual concern. Decision making within these groups shall be by consensus to the extent possible.

**S.    Competition:**
SCF assures that it will not directly compete or duplicate services with the ANTHC in areas of ANTHC activity, except where mutually agreed.

**T.    Training:**
SCF medical staff shall continue to provide appropriate clinical training opportunities for mid-level practitioners, Community Health Aides, nursing students, medical students, resident physicians, and other health related professionals at ANPCC and Alaska Native Medical Center.

**U.    Access to services:**

-3-

SCFA ASSURANCES D02

Southcentral Foundation
Assurances Regarding Services from the ANMC and ANPCC

SCF assures that the level of service that it provides under this contract to the urban and non-urban IHS beneficiary population (including the Mat-Su Valley) in all departments, all areas of the hospital, and all outpatient and community services will remain at or above the level existing on 10/1/1997 except as modified by the implementation of the hospitalist model resulting in changed roles in internal medicine and family medicine, as agreed by SCF and ANTHC.

**V.    Space:**
SCF agrees that decisions regarding the reallocation of space within the ANMC main hospital building will be mutually resolved by the ANMC administrator and the SCF VP of Medical Services. Unresolved disputes regarding these decisions will be referred to the Joint Operating Board for resolution.

**W.   Obstetrics and pediatrics inpatient units:**
SCF shall assure adequate physician coverage for obstetrics and pediatrics inpatient units at        ANMC, at the 10/1/97 level.

**X.    Emergency room:**
SCF physicians working within the hospital shall interact in an appropriate manner with the emergency room to provide high quality care to all patients. SCF and ANTHC will jointly provide appropriate and sufficient medical staff who will also accept call to support care of AN/AI patients by physicians in the regional tribal health system hospitals and health centers, public health nurses, and community health aides or other community providers.

**Y.    Ambulatory care:**
SCF shall provide scheduled primary ambulatory care and preventive services for Alaska Natives in either the ANPCC or in the urgent care center of ANMC.

**Z.    Triage:**
The ANPCC or ANMC urgent care center shall provide triage and urgent care on a walk-in basis for acutely ill patients without regard to their place of residence.

**AA. Consultations:**
The ANPCC medical staff shall provide the 10/1/97 level of appropriate specialty consultation in Mental Health, pediatrics and Women's Health Care for patients on referral from other primary care specialists in the Alaska Native health system, including ANMC and field tribal health programs.

**BB. Field Clinics:**
The ANPCC medical staff shall provide regularly scheduled specialty field clinics in Mental Health, Pediatrics and Women's Health Care to support activities of the ANMC tertiary care programs and field tribal health programs. SCF shall strive to provide field health clinics at the 10/1/97 level.

**CC. School support:**
The pediatric medical staff shall continue to provide the 10/1/97 level of consultation and support statewide to school districts (special education/therapists), infant learning programs, and public health nurses.

**DD. Psychiatric services:**
Psychiatric services provided at the outpatient psychiatric clinic, on the inpatient wards, psychiatric specialty services, psychiatric services provided in field clinics, and psychiatric services provided by ANMC to regional hospitals will be under the program direction of SCF's Psychiatry Services Director. This Psychiatry Services Director will also function as the Chief of Staff for the psychiatrists and psychologists employed throughout the ANPCC or ANMC by SCF or the Consortium. The Psychiatry Director will be filled by SCF with input from the ANTHC and will be supervised by SCF with input from ANTHC in regard to inpatient issues. The Psychiatry Director's responsibility will include directing quality improvement activities of the inpatient services and directing program development in inpatient and specialty psychiatry services.

**EE. Family medicine:**
Family Medicine services provided at outpatient family medicine clinics, on the inpatient ward, specialty services,

-4-

Southcentral Foundation
Assurances Regarding Services from the ANMC and ANPCC

family medicine services provided in field clinics, and family medicine services provided by ANMC to regional hospitals will be under the program direction of SCF's Family Medicine Services Director. The Family Services Director's responsibility will include directing quality improvement activities of the inpatient services and directing program development in inpatient and specialty services, with input from ANTHC. This Family Services Medical Director will be filled by SCF with input from the ANTHC and will be supervised by SCF with input from the ANTHC in regard to inpatient issues.

**FF. Pediatrics:**
SCF's pediatric staff of the ANPCC shall continue to provide the 10/1/97 level of sub-specialty care to the IHS beneficiary' population at select locations throughout the State. Pediatric services provided at the outpatient children's clinic, the pediatric inpatient ward, pediatric specialty services, and pediatric services provided to regional hospitals will be under the program direction of Southcentral Foundation's Pediatric Medical Director. The pediatricians employed by both SCF and the ANTHC will be under the clinical supervision of the Pediatric Medical Director engaged by Southcentral Foundation. This Pediatric Medical Director's responsibility will include directing quality improvement activities in the inpatient services, directing program development in inpatient and specialty pediatric services, and clinical supervision and oversight of the inpatient pediatric nursing program. This Pediatric Medical Director will be filled by SCF with input from the ANTHC and will be supervised by SCF with input from the ANTHC in regard to inpatient issues. Pediatric service issues that cannot be resolved at the level of the Pediatric Medical Director, will be settled by the ANMC Medical Administrator and SCF VP of Medical Services.

**GG. OB/GYN:**
SCF's OB/GYN medical staff of the ANPCC shall continue to provide high-risk and sub-specialty care throughout the State to the IHS beneficiary population at the 10/1/97 level. In keeping with the requirements of the JCAHO, hospital staff bylaws, and the corporate processes of SCF, there will need to be separate processes to identify a chief of the SCF women's health unit and the head of Obstetrics and Gynecology for the hospital. The head of OB/Gyn for hospital purposes shall be elected from among the obstetricians and gynecologist on staff at the hospital. This physician shall function as the Chief of Staff for women's health providers working within the hospital hire by any entity for hospital related functions. This person's responsibility will include hospital privileging, directing quality improvement activities of the inpatient services, directing program development in inpatient and specialty services, and supervising the inpatient obstetric nursing program. The hospital will have the option to revoke the nursing supervisory function of the physician should they see fit to do so.

**HH.    Inpatient care:**
The ANPCC medical staff shall assist in providing comprehensive, continuing patient and family education, and discharge planning process support of the therapeutic activities during the inpatient stay for patients.

**II.    Prematernal home:**
The OB/GYN medical staff will continue to provide support and medical oversight for IHS beneficiaries in Care Cottage prematernal home.

**JJ.    OB/GYN cancer screening:**
It is SCF's intent that the OB/GYN service line will continue to provide not less than the 10/1/97 level of support for statewide cervical and breast cancer screening programs of the Alaska Native health system, so long as grant funding remains available. This program has been largely dependent on grant funding, including a CDC grant.

**KK.    Statewide services:**
SCF recognizes that Section 325(d) of P.L. 105-83 gives it responsibilities for provision of certain services to Alaska Natives outside the previously defined service area of SCF, and that some of the services are provided at select locations throughout the State and will be maintained at the 10/1/97 level.

**LL. Generated Revenue:**
Revenue generated from specialty clinics offered outside the ANPCC or ANMC at the 10/1/97 level of service shall be retained by the facility in which the clinic was held. All costs of conducting the clinic, including but not limited to travel, per diem, and provision of supplies and equipment, but excluding salaries, shall be borne by the facility where the specialty clinic was held. If SCF is able to provide a level of specialty services exceeding that provided

**Southcentral Foundation**
**Assurances Regarding Services from the ANMC and ANPCC**

as of October 1, 1997, any revenue generated from the provision of such additional specialty clinics shall be allocated based on a separate agreement between SCF and the tribal health program.

Revenue generated from field physician visits in the rural Anchorage Service Unit offered at the 10/1/97 level shall be retained by the facility in which the clinic was held. If SCF is able to provide a level of service exceeding that provided as of October 1, 1997, any revenue generated from the provision of such additional field physician visits in the rural Anchorage Service Unit shall be allocated based on a separate agreement between SCF and the tribal health program.

**MM.    Recognition:**
SCF recognizes the ANMC Hospital Administrator as the primary spokesperson for issues falling primarily within the domain of essential statewide health services provided at ANMC.

**NN.    Medical Representation:**
The ANTHC CEO and the SCF CEO shall address jointly, or mutually agree upon a designated spokesperson, medical issues of joint interest, eg., measles epidemic.

**OO.    Research:**
SCF assures that research projects involving staff on the ANMC Campus will be reviewed by the ANMC IRB.

SCF assures that research projects involving any rural villages shall be presented to the leadership of the affected villages for their review and approval before initiation of such research projects.

SCFA ASSURANCES D02

Southcentral Foundation
Assurances Regarding Services from the ANMC and ANPCC

# SPECIFIC SERVICE ASSURANCES:

1. **Dental:**
   Dental Services will be provided by SCF in accordance with the current IHS dental priority system.

2. **Optometry:**
   Optometry services will be provided by SCF in accordance with these General Assurances. In addition, the SCF opticians will support and travel with or without the ANTHC ophthalmologists on field trips at SCF expense (at the level of October 1, 1997).

3. **Audiology:**
   Audiology services will be provided by SCF in accordance with these General Assurances. In addition, the SCF audiologists will support and travel with the ANTHC Ear/Nose/Throat physicians on field trips at SCF expense, and support the ANTHC Ear/Nose/Throat physicians in the ANMC at the 10/1/97 level.

4. **Internal Medicine:**
   Internal Medicine services, will be provided in accordance with these General Assurances on a statewide basis through a Hospitalist model, and will be supported jointly by the ANTHC/SCF, with SCF buying back the service component through a purchase agreement for a minimum of five years. Cancellation of the agreement, based on failure/dissatisfaction with the Hospitalist model that was agreed upon by both parties, will require a minimum notice of one year. Under these circumstances, SCF agrees to participate in a program re-design activity and reconsideration of allocations.

5. **Social Services:**
   Social Service Program services will be provided in accordance with the General Assurances. SCF Social Service staff will participate in the 'call', and coverage rotations as required to meet the Hospital staffing needs at the 10/1/97 level.

6. **Dietetics:**
   Outpatient dietetics services will be provided by SCF in accordance with the General Assurances. The SCF Dietetics staff will participate in the 'call' and coverage rotations as required to meet the Hospital staffing needs at the 10/1/97 level.

7. **Family Practice Residency Program:**
   SCF will continue to support the Alaska Family Practice Residency Program through the allocation of at least $100,000 in staff or other resources to the program.

8. **Reserves:**
   An Emergency Reserve account (a negotiated combination of $200,000 of the SCF Reserve fund and $400,000 of the ANTHC Reserve fund) will be managed jointly by the ANMC Administrator and the SCF Vice President of Medical Services.

9. **Property and Supply**
   SCF assures that it will enter into a purchase agreement with the ANTHC not to exceed one year (i.e., the remaining nine months of FY 1999) before which time it will be renegotiated between SCF and the ANTHC. In the first year, SCF will: (a) review department operations to determine feasibility of further separation of duties and functions without harm to either SCF or the ANTHC; (b) develop its corporate-wide materials management function in consideration of the above-described review; (c) manage and pay for the Courier contract for the ANPCC; (d) be responsible for delivery of all SCF mail addressed to 4501 Diplomacy and all off-campus locations; (e) provide secretarial and administrative support for its 1.0 FTE position; and (f) be responsible for consolidating and integrating all Material Management and Property functions and reports from SCF's off-campus locations (and 4501 Diplomacy) with those provided by ANTHC for SCF on-campus locations. In the first year, ANTHC will remain responsible for providing all other costs and functions of the department as

**Southcentral Foundation**
Assurances Regarding Services from the ANMC and ANPCC

described, including paying for the 4 GSA vehicles currently used in SCF-operated programs.

10.    **Lab/Pathology/Radiology:**
All Clinical Laboratory Scientists employed by SCF providing services with in the hospital and ANPCC shall have a valid certification with the American Society of Clinical Pathologists, the National Certification Agency for Clinical Laboratory Scientists, or equivalent organization.

# APPENDIX J

# ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
## (ANTHC)
### Assurances Regarding Services
### from the
### Alaska Native Medical Center (ANMC)
#### (Amended and Restated October 1, 2000 and October 1, 2008)

## GENERAL ASSURANCES

The following general assurances are predicated on the existence of a functioning Joint Operating Board. In the event that shared governance through the Joint Operating Board is disbanded or significantly changed, the general assurances will be re-negotiated.

For the purposes of these assurances, the Anchorage Native Primary Care Center (ANPCC) and the Alaska Native Medical Center Hospital will be referred to as the "ANMC campus."

For the purpose of these assurances, the "level of service as of October 1, 1997" shall mean the menu of services budgeted by the ANMC as of 10/1/97. SCF and the ANTHC will develop and use a reference for determining the menu of services provided at and through the ANMC Campus. The level of service is further defined as the ease of access, availability, and mix of services as of October 1, 1997.

**A. Consultation:**

The ANTHC will developed and maintain a formal process for consultation with the following groups and organizations:
- Individual Tribes;
- Tribal healthcare provider organization statewide, including those within the Anchorage Service Unit (ASU), urban and rural;
- Individual and general patient population;
- Federal health care partners;
- Non-Federal healthcare partners, including, but not limited to, Providence and Alaska Regional hospitals;
- State of Alaska;
- Indian Health Service;
- Medical Staff.

This formal consultation process will be designed to support equitable peer participation in the coordination of services and the allocation of resources. The process should provide for identification and resolution of shared issues and concerns through strategic initiatives. IHS consultation process should provide for regular and routine interaction between the various organizations identified above with mechanisms for feedback on processes and consequences.

The ANTHC will complete design and implementation of its consultation process by the sixth month of the first contract period of its Phase II contract.

**B. Planning:**

The ANTHC will develop and maintain with the Southcentral Foundation a planning process for shared activities which provides for strategic and operational consideration of consultation and changes in the Tribal and other healthcare environments, and for developing shared program and service priorities. This process should provide for routine activities in the following areas:

ANTHC Assurances re: Services from ANMC
(Amended and Restated October 1, 2000 and October 1, 2008)

- Strategic planning;
- Operations planning;
- Continuing process improvement of shared and/or articulating service delivery and management systems;
  - Interagency planning, including but not limited to working with:
  - ANTHC and SCF member organizations;
  - Alaska Native Health Board;
  - Tribal health organizations;
  - External agencies;
  - Indian Health Service;
- Planning with and for Tribes;
- Financial planning for the ANTHC and ANMC.

This process should promote open dialog toward sharing internal organization-specific considerations for future direction. Process activities should reduce duplication of services. The planning process should be designed to maximize the overall quality and quantity of service provided in and through the statewide health care delivery network for American Indians and Alaska Natives. At the same time it should support coordination of member service delivery systems. This planning process should minimize internal competition while maximizing the ANTHC and SCF competitive position in the healthcare marketplace.

C.    **Flexibility for Change:**

In consideration of shared processes for ongoing consultation and planning and the products they produce, the ANTHC will develop, maintain and participate in a process for change management which empowers Tribes, Tribal health organizations, and individual customers such that they are active participants in their healthcare delivery systems.

The ANTHC will manage and integrate organizational change, so as to appropriately adjust to changing mission requirements, identified and expressed customer needs, and new information. ANTHC will develop and maintain the capacity to work with various members of the Alaska Health Care delivery system to address issues, concerns and needs beyond the limits of existing scopes of work and formal agreements. Where appropriate, ANTHC agrees to negotiate organizational and financial individual and shared adjustments to support change as a shared reality. ANTHC will consider, as environmental situations dictate, appropriate reallocation of resources within the scope of existing budgets and budget modifications where changes are required.

When the ANTHC determines that they wish to terminate purchase agreements with the SCF, notice shall be provided no later than April 1 of the fiscal year at the end of which termination is planned, unless an agreeable alternative date is mutually agreed on.

D.    **Services:**

The ANTHC agrees to the General Objectives and Assurances as set forth in the Phase One contract with the modifications and amendments provided for herein. The ANTHC has modified, and will continue to modify as necessary, General Objectives and Assurances, to reflect emerging agreements between the ANTHC, SCF, and rural ASU entities.

Specific services to be provided to any specific beneficiary population by either party will be defined in a purchase agreement between ANTHC and SCF. Such services will be provided in such amounts and at such time as stipulated in the purchase agreement.

ANTHC Assurances re: Services from ANMC
(Amended and Restated October 1, 2000 and October 1, 2008)

The ANTHC agrees that concerned Tribes and Tribal health organizations may require specific services not reflected in any purchase agreement between the ANTHC and SCF. Such requests will be formally considered in the ongoing planning and resource allocation processes shared by the aforementioned parties.

The ANTHC agrees and commits to consider adjusting service types, amounts and frequency as resources allow and as necessary, based upon shared acknowledgment of changes to mission requirements as well as identified and expressed changes in beneficiary needs.

E.    **Integration and coordination:**

The ANTHC shall maintain an integrated and coordinated approach among all Tribal entities providing health care to Alaska Natives and American Indians on the Alaska Native Medical Center Campus while assuring the current level and scope of services to all Alaska Natives and American Indians currently receiving care from ANMC. This shall be done in recognition of the roles and responsibilities of each of the Tribal entities providing care to the Native population.

F.    **Level and scope of service:**

The ANTHC shall provide and maintain the October 1, 1997 level and scope of services to all IHS beneficiaries. The "level of service as of 10/1/97" shall mean the menu of services budgeted by the ANMC as of 10/1/97, except to the extent the resources and responsibility for such services are transferred to SCF under the authority of Section 325(d) of P.L. 105-83 or otherwise under contract or compact.

G.    **General training:**

The ANTHC shall provide continuing education and general training to all ANTHC staff as appropriate on the policies and procedures of the organization, P.L. 93-638 law and regulations, JCAHO and other administrative and governmental requirements necessary for operation.

H.    **Continuous quality improvement:**

The ANTHC shall support a continuous quality improvement process (CQI) at the Alaska Native Medical Center that supports JCAHO requirements and provides for full ANTHC Board involvement in quality improvement.

I.    **Fiscal stability:**

The ANTHC shall provide for a stable fiscal environment by insuring: accurate and timely accounting and fiscal reporting; adequate cash flow to the organization; and collection of all fees from third parties for all services provided in the hospital when a third party exists which has liability for care.

J.    **Service to Beneficiaries:**

All directly provided services of the ANMC to be provided by the ANTHC under this proposal will be provided to all eligible IHS beneficiaries within Alaska without direct charge to the beneficiary or regard to place of residence.

**K.    Contract health:**

Consistent with the current IHS eligibility and contract health service regulations, the ANTHC will provide contract health services under IHS contract to all Alaska Natives and American Indians residing in the ANMC contract health service delivery area (i.e., the state of Alaska), except to the extent that another Tribe or Tribal organization has assumed responsibility for the contract health services for the geographic area within Alaska served by that Tribe or Tribal organization.

**L.    Maintenance of PFSAs:**

To ensure continuity and stability, the ANTHC will not eliminate any of the PFSAs of the Alaska Native Medical Center, the Offices of Environmental Health and Engineering and the Area Office during the first three years of operations, without a vote of the ANTHC Board of Directors, except when redesign or elimination of PFSAs is required due to reductions in ATHC tribal restricted shares and Co-signer restricted shares supporting these PFSAs, decreases in funding, or to redesign as required by other Tribal entities contracting for all portions of these PFSAs.

**M.    Continuing Services Agreements:**

Subject to revisions negotiated between the ATHC and the IHS, the ANTHC will continue to honor the requirements of the Continuing Services Agreement and provide all the non-residual Level 1 services defined in the ATHC Continuing Service Agreement to all Tribes and Tribal health programs in Alaska.

**N.    Individualized services:**

The ANTHC will also strive to maintain the capacity to provide individualized services to Co-signers(s) based on annual negotiation of Co-signer restricted shares. These agreements will include specific levels of service delivery and costs as indicated in each Co-signer's AFA and in IHS document. If, for any reasons permitted under IHS proposal, the ANTHC is unable to perform a PFSA for which a Tribe or Tribal organization individually restricted shares, notice will be provided promptly to the Co-signer, and the unexpended funds will be provided to the Co-signer by the ANTHC. The amount of funds to be provided to the Co-signer shall be determined in accordance with the ATHC Tribal shares distribution methodology in effect at the time the ANTHC discontinues providing the PFSA to the Tribe or Tribal organization.

**O.    Responsibility for PFSAs:**

The ANTHC will assume responsibilities for PFSAs supported by "ATHC Tribal restricted shares" to the extent that the shares are placed in the ANTHC to fund the responsibilities. These "ATHC Tribal restricted shares" were reserved to support ANMC PFSAs and to provide statewide services. They will be negotiated in the ANTHC contract on an annual basis to allow continuing discussions at the ATHC on restricting these shares. Many of the PFSAs include such sensitive issues as CHAP training, the ANHB cooperative agreement, and other direct support to regions. It is the intent of the ANTHC for the decisions on these types of funding to remain at the ATHC level.

**P.    Existing agreements:**

The ANTHC will strive to honor existing agreements of the Hospital and Area Office with other external agencies which pertain to the PFSAs to be contracted by the ANTHC, provided, however, that IHS will review these agreements and incorporate them into the

ANTHC Assurances re: Services from ANMC
(Amended and Restated October 1, 2000 and October 1, 2008)

ANTHC's AFA. These include the Center for Disease Control, the Federal partnership, and other training programs for the initial year of the contract. This does not include any collective bargaining agreement between the Federal government and any bargaining unit.

**Q.    Provision of PFSAs:**

The ANTHC will strive to provide all PFSAs currently provided to the greater Anchorage metropolitan area and to the rural Anchorage Service Unit (except to the extent the resources and responsibility for such services are transferred to SCF under the authority of Section 325(d) of P.L. 105-83 or otherwise under contract or compact) Villages and Tribal health organizations at October 1, 1997 levels or higher. Detailed specification of service level and evaluation procedures are provided in IHS proposal. When the ANTHC is not able to provide October 1, 1997 levels of service, due to funding variations or other reasons beyond its control it will provide explanation to the affected Village or region in writing.

**R.    Federal supply and services:**

The ANTHC, utilizing the authorities under P.L. 93-638, will continue to make available federal sources of supply and services for the initial year of operation under the ANTHC to ensure existing supplier relationships are assured and necessary services are obtained to support the operation of ANMC and the projects of the Offices of OEHE.

**S.    Credentials:**

All medical staff employed by the ANTHC shall meet the credentials requirements of the Credentials Committee of the Alaska Native Medical Center, and all requirements shall continue to be consistent with Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) standards and standards consistently applied throughout the United States.

**T.    JCAHO accreditation participation:**

All staff on the ANMC Campus, including those employed by ANTHC, shall participate in and provide support for ongoing JCAHO accreditation.

**U.    Case management:**

The ANTHC and SCF staff shall provide case management, consultation and quality assurance for patients referred to and from ANMC at or above 10/1/97 levels. The responsibility for doing so shall reside where the most appropriate expertise is available.

**V.    Triage and acute care:**

The ANTHC programs in the Alaska Native Medical Center shall provide triage and care for acutely ill patients without regard to their place of residence.

**W.    Pediatric services:**

Pediatric services provided at the outpatients children's clinic, the pediatric inpatient ward, pediatric specialty services, and pediatric services provided to regional hospitals will be under the program direction of Southcentral Foundation's Pediatric Medical Director. The pediatricians employed by both SCF and ANTHC will be under the clinical supervision of the Pediatric Medical Director engaged through SCF. The

ANTHC Assurances re: Services from ANMC
(Amended and Restated October 1, 2000 and October 1, 2008)

Pediatric Medical Director's responsibility will include directing quality improvement activities of the inpatient services, directing program development in inpatient and specialty pediatric services, and clinical supervision and oversight of the inpatient pediatric nursing program. IHS Medical Director position will be filled by SCF with input from the ANTHC and will be supervised by SCF with input from the ANTHC in regard to inpatient issues. Pediatric service issues that cannot be resolved at the level of the Pediatric Medical Director will be settled by the ANMC Medical Administrator and SCF VP of Medical Services.

**X.    Psychiatric services:**

Psychiatric services provided at the outpatient psychiatric clinic, on the inpatient wards, psychiatric specialty services, psychiatric services provided in field clinics, and psychiatric services provided by ANMC to regional hospitals will be under the program direction of SCF's Psychiatry Services Director. IHS Medical Director position will be filled by SCF with input from the ANTHC and will be supervised by SCF with input from the ANTHC in regard to inpatient issues. IHS Psychiatry Services Director will also function as the Chief of Staff for the psychiatrists and psychologists employed throughout the ANPCC or ANMC by SCF or the ANTHC. The Psychiatry Director's responsibility will include directing quality improvement activities of the inpatient services and directing program development in inpatient and specialty psychiatric services.

**Y.    Family medicine:**

Family medicine services provided at the outpatient family medicine clinics, on the inpatient ward, specialty services, family medicine services provided in field clinics, and family medicine services provided by ANMC to regional hospitals will be under the program direction of SCF's Family Medicine Services Director. IHS Medical Director position will be filled by SCF with input from the ANTHC and will be supervised by SCF with input from the ANTHC in regard to inpatient issues. The Family Services Director's responsibility will include directing quality improvement activities of the inpatient services and directing program development in inpatient and specialty services.

**Z.    Collaborative physicians:**

Medical staff of the ANTHC shall provide collaborating physicians for licensed approved mid-level practitioners employed at the ANMC campus and Tribal Health care providers as appropriate.

**AA.    Women's Health:**

Women's services provided at the women's/children's clinic, the inpatient wards, OB/GYN specialty services, and OB/GYN services provided to regional hospitals will be under the program direction of Southcentral Foundation Women's Health Services Medical Director. IHS Medical Director will also function as the Chief of the Staff for the OB/GYNs engaged through SCF or ANTHC. IHS Medical Director's responsibility will include directing quality improvement activities of the inpatient services, directing program development in inpatient and specialty women's services, and clinical supervision and oversight of the inpatient OB/GYN nursing program. IHS Medical Director position will be filled by Southcentral Foundation with input from the ANTHC and will be supervised by Southcentral Foundation with input from the ANTHC in regard to inpatient issues. Women's health service issues that cannot be resolved at the level of the Women's Health Services Medical Director will be settled by the ANMC Medical Administrator and SCF VP of Medical Services.

**AB.    Contract Health Funding:**

The ANTHC assures that no Contract Health Service funds that are in the Alaska Native Medical Center budget and under control of the ANTHC will be removed from providing direct medical services, care, and support to the hospital and the patients thereof unless previously obligated through compact agreements. The ANTHC further assures that Southcentral Foundation will have representation on the board or body that sets policy for the use of Contract Health Services funds that is proportional to the amount of Contract Health Services funds expended on beneficiaries of SCF service area.

**AC.    Access to services:**

The ANTHC assures that the level of service available to the urban IHS beneficiary population (including the Mat-Su Valley) in all departments, all areas of the hospital, and all outpatient and community services will remain at or above the level existing on October 1, 1997, except where those services have been contracted to SCF, and where mutually agreed upon by the parties.

**AD.    Recognition:**

The ANTHC assures:
- a.    that the same or higher percentage of overall budget for the ANTHC managed services be focused on services provided in SCF service area as on 10/1/97, unless agreed upon in writing by SCF;
- b.    that the ANTHC will continue to recognize that the Alaska Native Medical Center is the only hospital for the urban and rural Anchorage Service Unit and will continue to organize its services with that priority in mind;
- c.    that Southcentral Foundation be recognized by the ANTHC as the official representative for the urban Anchorage Native population on issues of health and health related services-in working with the ANTHC, the city, the State, the Federal Government, Indian Health Service, and others;
- d.    that the ANTHC supports SCF as the advocate for Native health issues in areas related to primary care, community health, and public health for the IHS beneficiaries served by SCF in the Anchorage, Mat-Su area;
- e.    that the ANTHC assures first option to SCF to employ additional medical providers with ANTHC funds in which SCF has the majority share providers. For example, if ANTHC wishes to expand hospital pediatric services with ANTHC funds, then the ANTHC will first offer to purchase the service from SCF rather than creating another pediatric physician group.

**AE.    Obligation of funds:**

ANTHC agrees not to obligate any of Southcentral Foundations's funds without SCF's prior approval.

**AF.    Campus staff management:**

ANTHC assures that campus management groups shall adequately reflect the dual ownership of the campus.

### AG. Senior management meetings:

ANTHC assures that senior ANTHC hospital management shall meet formally with SCF Campus management at least weekly to address issues of mutual concern, unless otherwise mutually agreed to. Decision making within these groups shall be by consensus to the extent possible.

### AH. Competition:

The ANTHC assures that it will not directly compete or duplicate with SCF in areas of SCF activity, except where mutually agreed.

### AI. Research:

The ANTHC assures that research projects involving the local population (i.e., Anchorage and Mat-Su Valley) shall be presented to SCF and the affected Tribes/Tribal Organizations for review and approval before being allowed to proceed. It further assures that the Institutional Review Board will retain its authority and responsibility regarding the review and approval of all research projects involving the ANMC and/or ANPCC. The ANTHC assures that SCF shall have a minimum of two seats on the ANTHC Institutional Review Board.

The ANTHC assures that, on request, the ANTHC Institutional Review Board will evaluate study proposals for scientific merits, safety and ethical nature, and report their findings to the requesting Tribal Health Organization.

The ANTHC assures that SCF shall own the products of the research to the extent it is possible and/or appropriate to do so.

### AJ. Training:

All medical staff from the ANTHC shall continue to provide appropriate clinical training opportunities for mid-level practitioners, Community Health Aides, nursing students, medical students, resident physicians in training, and other health related professions at ANPCC and ANMC.

### AK. Space:

ANTHC agrees that decisions regarding the reallocation of space within the ANMC main hospital building will be mutually resolved by the ANMC administrator, and SCF VP of Medical Services.

Unresolved disputes regarding these decisions will be referred to the Joint Operating Board for resolution.

### AL. Dispute resolution:

The ANTHC shall continue to negotiate with SCF on the development of a satisfactory mechanism for resolving disputes related to the quantity and quality of services delivered.

## SPECIFIC SERVICE ASSURANCES:

A.. For each of the following programs, ANTHC assures that it will maintain service at a level no less than that available on October 1, 1997, and further assures that it will maintain staff with qualifications equal to or better than those held by staff of IHS program on October 1, 1997:

    a.    Dental;
    b.    Internal Medicine;
    c.    Diabetes;
    d.    Health Education;
    e.    Clinical Dietetics;
    f.    Rural Safety and Environment;
    g.    Hospital Safety and Environment;
    h.    Emergency Services;
    I.    Physical Therapy;
    j.    Pharmacy;
    k.    Laboratory;
    l.    Pathology;
    m.    Radiology;
    n.    Bio-Medical;
    o.    Medical Records;
    p.    Business Office;
    q.    Quality Resources;
    r.    Infection Control;
    s.    Employee Health;
    t.    Telecommunications; and
    u.    Information Systems.

B. For each of the following programs and services, ANTHC assures it will maintain or increase hours of operation, compared to October 1, 1997:

    a.    Clinical Dietetics;
    b.    Physical Therapy;
    c.    Pharmacy;
    d.    Laboratory;
    e.    Pathology; and
    f.    Medical Records.

C. Specific service assurances including the following:

    1.    **Dental:**

        The ANTHC will obtain specialty care dental services, both inpatient and outpatient, from SCF through a purchase agreement. Specialty dental care (priorities 4-6) will be purchased from SCF, in accordance with the General Assurances.

        ANTHC assures it will purchase any expanded dental services from Southcentral Foundation unless Southcentral Foundation agrees to a different arrangement.

ANTHC Assurances re: Services from ANMC
(Amended and Restated October 1, 2000 and October 1, 2008)

2.      **Internal Medicine:**

Internal Medicine services will be provided in accordance with the General Assurances on a statewide basis through a Hospitalist model, and will be supported jointly by the ANTHC/SCF, with SCF buying back the service component for a minimum of five years. Cancellation of the agreement, based on failure/dissatisfaction with the Hospitalist model that was agreed upon by both parties, will require a minimum of twelve months, and will require reconsideration of the allocations to SCF and the ANTHC as stipulated in the Purchase Agreement. Internal Medical Service will be responsible for Anchorage and rural ASU outpatient consultations, as well as for non-ASU consultations. The Chief of Medicine is appointed by the ANTHC with input from SCF and is responsible for directing quality improvement activities of the service, and directing program development in the inpatient and specialty internal medicine services with input from SCF.

ANTHC assures that all adult medical patients will continue to be admissible to the Internal Medicine inpatient service.

ANTHC assures that all adult medical patients will have access to Internal Medicine clinics for consultation, and all adult patients outside of the Anchorage Service Unit will have access for any outpatient internal medicine service need.

ANTHC assures that the following services will continue to be provided at the October 1, 1997 level: HIV/AIDS, infectious disease, neurology, hepatitis, diabetes, chronic debilitating arthritis, cardiology, oncology, and pulmonology.

ANTHC assures that primary care providers will have full referral access to all specialists.

ANTHC assures that at least monthly meetings with Southcentral Foundation Medical Services management will occur to ensure coordination of services unless otherwise negotiated.

ANTHC assures that it will maintain staff with qualifications equal to or better than those held by staff of IHS program on October 1, 1997, while participating with SCF in the ongoing determination of the most appropriate provider mix.

3.      **Social Services:**

Social Service Program services will be provided in accordance with the General Assurances, with SCF and the ANTHC each managing 50% of the overall service.

4.      **Dietetics:**

Inpatient dietetic services will remain the responsibility of the ANTHC, and provided in accordance with the General Assurances.

5.      **Supplies:**

ANTHC assures that Southcentral Foundation programs and services shall have the same access to supplies as other medical campus programs unless otherwise negotiated. The ANTHC and SCF will conduct an annual experience based review of supply consumption and address identified issues to mutual satisfaction.

ANTHC Assurances re: Services from ANMC
(Amended and Restated October 1, 2000 and October 1, 2008)

6. **Emergency Services:**

ANTHC assures that it will provide staff at a level adequate to meet the demand for services as of October 1, 1997.

ANTHC assures that it will maintain provider coverage at a level equal to or higher than that available on October 1, 1997.

ANTHC assures that it will provide support to the staff SCF has in the Emergency Department of ANMC at a level equal to or higher than that available on October 1, 1997.

7. **Family Practice Residency Program:**

The ANTHC will continue to support the Alaska Family Practice Residency Program through the provisions of Specialty training opportunities to Residents from the Program.

8. **Physical Therapy:**

ANTHC assures that it will accept all Physical Therapy referrals from Southcentral Foundation providers.

ANTHC assures that it will provide staff at a level adequate to meet the demand for services as of October 1, 1997.

ANTHC assures that it will be provide supervision and support for the Southcentral Foundation Physical Therapist located a the Anchorage Native Primary Care Center.

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures that it will assist in that effort.

9. **Outpatient Pharmacy:**

Outpatient pharmacy services will be provided by the ANTHC in accordance with the General Assurances, and in addition will support all rural ASU programs requiring outpatient pharmacy services.

ANTHC assures that it will provide supervision and support for the Anchorage Native Primary Care Center Pharmacy and the rural Anchorage Service Unit Pharmacy.

ANTHC assures that it will fill prescriptions for IHS beneficiaries seen at Southcentral Foundation satellite clinics, including but not limited to the Mat-Su Valley, Mountain View, and Fireweed Lane.

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures that it will assist in that effort.

All Pharmacists employed by the ANTHC and SCF providing services within the hospital and ANPCC shall have a valid Pharmacy license.

**Pharmaceuticals**



ANTHC Assurances re: Services from ANMC
(Amended and Restated October 1, 2000 and October 1, 2008)

ANTHC assures that Southcentral Foundation providers and the patients whom they see shall have the same rights and privileges with regard to prescribing and accessing medications as other (non-Southcentral Foundation) ANMC hospital providers and the patients whom they see.

ANTHC assures that Southcentral Foundation shall have appropriate representation on the Pharmaceutical and Therapeutics Committee, and any other policy-setting committee with regard to pharmaceuticals.

ANTHC assures that any off-site locations owned or contracted by Southcentral Foundation shall have the same access to pharmaceutical prescribing and provision as any on-campus services. For any additional new locations (not including an existing program that moves to a new location) established by SCF after May 1, 2000, SCF will, at its option, either pay to ANTHC a negotiated discounted cost for all pharmaceuticals directly provided by ANTHC or will include any revenue generated from the direct provision of pharmaceuticals as "generated revenue subject to revenue-sharing" to be distributed between ANTHC and SCF in accordance with the "MEMORANDUM OF AGREEMENT BETWEEN THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM AND THE SOUTHCENTRAL FOUNDATION REGARDING REVENUE SHARING (Amended and Restated October 1, 2008)" as it may be further amended. Volume increases exceeding 10% above the October 1, 2000 level at off-site SCF locations or programs existing as of May 1, 2000, except for the Mat-Su Valley, may also be negotiated pursuant to the preceding sentence.

ANTHC and Southcentral Foundation agree that the ultimate responsibility for certification and licensing of pharmacies lies with the ANTHC unless otherwise negotiated.

ANTHC assures that any development of off-site pharmacy dispensing or processing locations in the Anchorage or the Mat-Su Valley area will involve coordination with Southcentral Foundation.

There will be one formulary which will be adhered to by all providers with prescribing authority at the ANPCC, ANMC, or field clinics.

10.    **Lab/pathology/radiology:**

Lab/pathology/radiology services will be proved by the ANTHC in accordance with the General Assurances. Funding and responsibility for providing for supplies maintenance, and equipment to support these service components will remain with the ANTHC.

All Clinical Laboratory Scientists employed by the ANTHC providing services within the hospital and ANPCC shall have a valid certification with the American Society of Clinical Pathologists, the National Certification Agency for Clinical Laboratory Scientists, or an equivalent organization.

ANTHC assures that it will provide supervision and support for the Anchorage Native Primary Care Center laboratory.

ANTHC assures that it will perform tests for IHS beneficiaries seen at Southcentral Foundation satellite clinics including but not limited to the Mat-Su Valley, Mountain View and Fireweed Lane. For any additional new locations (not including any existing program that moves to a new location) established by

SCF after May 1, 2000, in the event SCF chooses to perform lab tests at the new location, SCF will, at its option, either pay to ANTHC a negotiated discounted cost for all lab supplies provided by ANTHC or will include any revenue generated from the provision of such lab supplies as "generated revenue subject to revenue-sharing: to be distributed between ANTHC and SCF in accordance with the "MEMORANDUM OF AGREEMENT BETWEEN THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM AND SOUTHCENTRAL FOUNDATION REGARDING REVENUE SHARING (Amended and Restated October 1, 2008)" as it may be further amended. Volume increases exceeding 10% above the 10-1-2000 level at off-site SCF locations or programs existing as of May 1, 20000, except for the Mat-Su Valley, may also be negotiated pursuant to the preceding sentence.

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures that it will assist in that effort.

The ANTHC assures that the Laboratories will be appropriately certified and will maintain Laboratory policies.

**Pathology**

ANTHC assures that it will perform all tests ordered by Southcentral Foundation providers, within the limits of equipment and staff competency, the range of which must be no less than that extant on October 1, 1997.

ANTHC assures that it will perform tests for Southcentral Foundation satellite clinics, including but not limited to the Mat-Su Valley, Mountain View, and Fireweed Lane.

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures that it will assist in that effort.

**Radiology**

ANTHC assures that it will perform all tests ordered by Southcentral Foundation providers, within the limits of equipment and staff competency, the range of which must be no less than as on October 1, 1997.

ANTHC assures that it will perform tests for beneficiaries seen at Southcentral Foundation satellite clinics, including but not limited to the Mat-Su Valley, Mountain View, and Fireweed Lane.

ANTHC assures that it will provide supervision and support for the Anchorage Native Primary Care Center Radiology.

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures that it will assist in that effort.

The ANTHC assures that appropriate certification and accreditation for radiology staff and programs will be maintained.

11.  **Biomedical Services:**

Biomedical services will be provided by the ANTHC in accordance with the General Assurances, and in a manner responsive to the established advisory board

ANTHC Assurances re: Services from ANMC
(Amended and Restated October 1, 2000 and October 1, 2008)

for these services.

ANTHC assures that it will provide staff at a level adequate to meet the demand for services without increased waiting time or delays, as on October 1, 1997.

ANTHC assures that it will maintain all medical equipment located at the Alaska Native Medical Center, the Anchorage Native Primary Care Center, and Southcentral Foundation owned satellite clinics, including but not limited to the Mat-Su Valley, and Mountain View (excluding Fireweed Lane).

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures that it will assist in that effort.

12. **Medical Records:**

ANTHC assures that it will maintain a single Medical Records Department for the Alaska Native Medical Center and Anchorage Native Primary Care Center.

ANTHC assures that it will provide supervision and support for the Anchorage Native Primary Care Center Medical Records staff.

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures that it will assist in that effort.

13. **Business office:**

Business Office services will be provided by the ANTHC in accordance with the General Assurances, and in accordance with any Business Office Memorandum of Agreements with SF, if any exist.

ANTHC assures that it will provide billing and collection for all service provided at or through the Alaska Native Medical Center and the Anchorage Native Primary Care Center on a timely basis, recognizing the goal for the end of year one of the contract is billing for services within 30 days from the date of delivery of care.

ANTHC assures that it will provide supervision and support for the Anchorage Native Primary Care Center Billing staff.

14. **Housekeeping (staff and contract):**

Housekeeping (staff and contract) services will be provided by the ANTHC in accordance with the General Assurances.

ANTHC assures that it will maintain staff and/or contractor with qualifications equal to or better than those in place on October 1, 1997.

ANTHC assures that the frequency of cleaning of Southcentral Foundation space will be maintained at the level on October 1, 1997, or increased above that level.

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures that it will assist in that effort.

15. **Laundry:**

Laundry services will be provided by the ANTHC in accordance with the General Assurances.

ANTHC assures that it will maintain staff and/or a contractor with qualifications equal to or better than those in place on October 1, 1997.

ANTHC assures that the frequency of laundry services provided to Southcentral Foundation programs will be maintained at the level on October 1, 1997, or increased above that level.

If the Southcentral Foundation seeks separate accreditation for the Anchorage Native Primary Care Center, ANTHC assures it will assist in that effort.

16. **Quality Resources:**

Quality Resource services, including a program component previously known as "Specialty Clinics," will be provided by the ANTHC in accordance with the General Assurances.

Corporate compliance expenditures for ANMC which provide mutual benefit to ANTHC and SCF will be funded in the ratio of their respective management shares of ANMC (as of May 1, 2000, 78% by ANTHC and 22% by SCF). In order for expenditures to be shared in this ratio, such expenditures must be mutually agreed upon by the ANMC Administrator and the SCF Vice President of Medical Services.

17. **Property and Supply:**

ANTHC shall remain responsible for providing all costs and functions of the department except for those portions described in the purchase agreement which will be managed and owned by SCF. This includes continuation of the ANTHC paying for the four GSA vehicles used in SCF-operated programs.

18. **Reserves:**

Negotiated shares of the Reserve funding will be managed by ANTHC and SCF in accordance with the General Assurances. In addition, an Emergency Reserve account (a negotiated combination of $200,000 of the SCF Reserve fund and $400,000 of the ANTHC Reserve fund) will be managed jointly by the ANMC Administrator and the SCF Vice President of Medical Services.

19. **Information Services:**

Information services will be proved by the ANTHC in accordance with the General Assurances, and in a manner responsive to the needs of all customers on the ANMC Campus.

The ANTHC assures that it will maintain all mainframe, network, and personal computer equipment, provided, however, the cost of maintaining and upgrading such equipment shall be shared by appropriate user organizations.

Information services will be provided by the ANTHC to SCF at all locations where services are provided that generate revenue that is distributed between ANTHC and SCF in accordance with the "MEMORANDUM OF AGREEMENT BETWEEN THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM AND THE SOUTHCENTRAL FOUNDATION REGARDING REVENUE SHARING (Amended and Restated October 1, 2008)" as it may be further amended, and at all existing locations or programs of SCF as of May 1, 2000. ANTHC and SCF will negotiate an additional charge to SCF for increases in service levels exceeding he greater of 10% or costing more than $10,000, excluding hardware costs, above the May 1, 2000, level caused by program expansions at SCF locations that do not generate revenue distributed pursuant to the preceding sentence. Hardware costs at all SCF off-site locations are the responsibility of SCF.

If SCF seeks separate accreditation for the ANPCC, the ANTHC assures it will assist in that effort.

20.     **Telecommunication Services:**

Telecommunication services will be provided by the ANTHC in accordance with the General Assurances, and in a manner responsive to the needs of all customers on the ANMC Campus.

The ANTHC assures that it will maintain all phone equipment, provided, however, the cost of maintaining and upgrading such equipment shall be shared by appropriate user organizations.

Telecommunication services will be provided by the ANTHC to SCF at all locations where services are provided that generate revenue that is distributed between ANTHC and SCF in accordance with the "MEMORANDUM OF AGREEMENT BETWEEN THE ALASKA NATIVE TRIBAL HEALTH CONSORTIUM AND THE SOUTHCENTRAL FOUNDATION REGARDING REVENUE SHARING (Amended and Restated October 1, 2008)" as it may be further amended, and at all existing locations or programs of SCF as of May 1, 2000. ANTHC and SCF will negotiate an additional charge to SCF for increases in service levels exceeding he greater of 10% or costing more than $10,000, excluding hardware costs, above the May 1, 2000, level caused by program expansions at SCF locations that do not generate revenue distributed pursuant to the preceding sentence. Hardware costs at all SCF off-site locations are the responsibility of SCF

If SCF seeks separate accreditation for the ANPCC, the ANTHC assures it will assist in the effort.

21.     **Hospital Education Department:**

The ANTHC assures continuity of care for meeting the patient family education standards outlined by the JCAHO. The ANTHC will continue to coordinate/collaborate with SCF on patient education issues relevant to meeting and exceeding JCAHO standards set forth in chapters that cover Patient and Family Education.

The ANTHC assures to provide education courses required to maintain Clinical competency standards for physicians and nurses with responsibilities for Emergency Room, Critical Care, and emergent care of OB and Pediatric patients

at the ANMC campus which will include: ATLS, ACLS, PALLS, NRP, ALSO, and TNCC. ANMC shall continue its role as the primary provider of the ATLS and ALSO programs for providers employed by Native Health Organizations throughout Alaska. The ANTHC will assure to continue EMS education offerings at the same level as October 1, 1997 and will accept health care providers from SCF and the other regional hospitals per a buy-back process as appropriate, based on annual Tribal Share distribution.

22.     **Facilities and Grounds:**

The ANTHC assures that the facilities and grounds services continue to be provided throughout the ANMC Campus at the October 1, 1997 level or greater.

## ADDENDUM

### Memorialization of PFSAs Historically Provided by ANMC and AANHS

SCF has historically received certain PFSAs from ANMC and the Alaska Area Native Health Service (AANHS). Responsibility for these PFSAs have been transferred to ANTHC and SCF. For purposes of identifying those services provided by ANMC and AANHS prior to transfer of management to ANTHC and SCF, SCF has listed in this addendum the PFSAs historically provided by ANMC and AANHS. The PFSAs listed in this addendum are taken from SCF's FY 1999 AFA. This addendum is attached to the present FA only for the purpose of identifying PFSAs historically received by SCF from ANMC and AANHS, and is specifically not made a part of the present FA.

ANMC historically provided the following services to SCF:

ANMC accepted all referrals of Alaska Natives and American Indians served by SCF, provided consultation to SCF physicians; pathology, radiology, laboratory, pharmacy, x-ray, and other support for Psychiatry, Women's Health, Pediatrics, and Family Medicine; payment of permanent change of station costs; similar support for Dentistry, Optometry, and other programs of SCF; and other primary, secondary and tertiary care services, at no lower level than that which had historically been provided to SCF when operating under a P.L. 93-638 Title I contract or under previous AFAs. All relationships with ANMC that had been established prior to the start of the Compact and all associated AFAs remained in effect, including mutual referrals between SCF and ANMC and mutual support in dental auxiliary staffing.

AANHS historically provided the following services to SCF:

AANHS provided consultation and technical support and services that had historically been provided to SCF when operating under a P.L. 93-638 Title I contract or Title III AFA. These included, but were not limited to, the following: Region X legal consultation; Engineering services (inclusive of maintenance and improvement for Federal facilities and projects); Office of Environmental Health Services and activities; Purchasing activities under GSA contracts; Administration and Management of IPA/MOAs; Business Office Functions related to Medicare/Medicaid and third party reimbursement; certain Contract Health Services including, but not limited to, dental, nutrition education and consultation services, as well as various program advice, coordinator support, and special project assistance in Maternal and Child Health, Community Health Representative Program, Behavioral Health, Health Promotion/Disease Prevention, Injury Prevention, and any discretionary funding that became available.