# Exhibit 11

**AMENDMENT**
**to the FY 2023 Funding Agreement**
**Between**
**Southcentral Foundation**
**and the**
**Secretary of the Department of Health and Human Services**
**Of the United States of America**

The FY 2023 Funding Agreement made and entered into by and between Southcentral Foundation and the Secretary of the Department of Health and Human Services of the United States of America, effective October 1, 2022, and subsequently amended, is hereby amended as follows:

1. Amend Section 3(a)(K) Pediatrics as follows:

   K.   <u>Pediatrics</u>:  Provides pediatric services on a primary and specialty care basis.  Provides neurodevelopmental services, pediatric therapies, ~~speech and language evaluation,~~ and applied behavior analysis to provide both, diagnosis and ongoing, treatment ~~and therapy~~.  Provides inpatient and consultative pediatric services to the statewide Alaska Native system.  Includes intermittent on-site support at regional centers around the state, coordination of specialty consultative services, basic primary care services, management of medically complex children, inpatient services, case management, Early and Periodic Screening Diagnostic and Treatment screening, and some degree of inpatient specialty services.  All pediatric services at or through ANMC are provided under the medical supervision of an SCF pediatric medical director.  Current pediatric specialty services provided at ANMC include pediatric endocrinology, rheumatology, adolescent medicine, neurology, genetics, infectious disease, developmental pediatrics, cardiology, rehabilitation medicine, and pediatric surgery.  All pediatric clinics also have dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment.

2. Amend the third sentence of the first paragraph of Section 3(a)(L) Obstetrics & Gynecology (OB/GYN) as follows:

The provider staff provides nurse midwife and physician OB/GYN coverage to Labor and Delivery, inpatient gynecologic patients, and ~~appropriate~~ a full spectrum of gynecologic surgical ~~activities~~services.

3. Add the following to Section 3(a)(L) Obstetrics & Gynecology (OB/GYN):

Maternal-Fetal Medicine (MFM), also known as high-risk obstetrics or perinatology, provides comprehensive consultation and evaluation of high-risk pregnancies for women and fetuses who have complications identified prior to or during pregnancy.  The clinic also has dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment.  The Maternal-Fetal Medicine Physicians (perinatologists) work collaboratively with the OB/GYN physicians and certified nurse midwives to do everything possible to ensure the health and well-being of new mothers and their babies.  A Genetic Counselor is available to

work with families who have a significant medical and/or pregnancy history for birth defects or genetic conditions.

Gyn/Oncology: Alaska Women's Cancer Care's practice at the Alaska Native Medical Center is to provide comprehensive, compassionate, expedient, and outstanding cancer care to all women with gynecologic malignancies. Program components include providers that are dedicated to diagnosing and treating cancers affecting women's reproductive organs, including a full range of gynecology/oncology surgical services. The clinic also has dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment.

4. **Effective Date.** This Amendment is effective January 1, 2023.

**United States of America**
Secretary of the Department of Health and Human Services

By: _____
Director, Indian Health Service

Date: _____

**Southcentral Foundation**

By: _____
April Kyle, MBA
President/CEO

Date: _____