# Exhibit 12

4501 Diplomacy Drive, Anchorage, Alaska 99508 | (907) 729-4955    southcentralfoundation.com



January 12, 2024

Ms. Lanie Fox
Director, Office of Tribal Programs
Alaska Area Native Health Service
4141 Ambassador Drive, Suite 300
Anchorage, AK 99508.5928

    Re:    Southcentral Foundation responses to IHS questions of 1/4/2024

Dear Ms. Fox:

Below are Southcentral Foundation's (SCF) responses to your follow up questions to our responses to you of January 8, 2024.

**Question 1.**    Regarding the Secretarial Amount identified for Speech and Language Pathology (SLP) services, is the $60,000 that SCF calculated for the services, the amount SCF requests?

**SCF Response:**
SCF is not requesting any additional funds from IHS. Neither is SCF requesting additional funds from ANTHC beyond what is called for in the MCH MOA. The Transfer Agreement provides for ANTHC to pay SCF $300,000 per year (plus 3% increase each year) for Speech and Language Pathology.

Given that SCF seeks no IHS funds (Secretarial Amount) for SLP services in its FY 2023 MCH FA amendment, SCF requests that the IHS confirm in writing that its FA amendment results in no duplication of Secretarial Amount fundings.

**Question 2.**    In light of the foregoing and additional correspondence from SCF, are there any further additions or changes that SCF would seek in terms of an FY 2023 proposal that it would like to share?

**SCF Response:**
SCF has no further additions or changes regarding the existing FY 2023 proposal.

Ms. Lanie Fox  Page 2
January 12, 2024

**Question 3.**  Has SCF shared these communications with ANTHC or are there any objections to sharing? If not shared yet and if there are no objections, what is the preference for conveyance?

SCF has not shared with ANTHC its responses to IHS's questions of January 4, 2024. SCF infers from IHS's communication that IHS would prefer SCF's responses be shared with ANTHC. SCF has no objection IHS directly transmitting SCF's responses to ANTHC.

**SCF's Questions for IHS**
1. After receiving additional information from SCF that the Transfer Agreement does not create the potential for duplication of base funding, SCF requests that the IHS confirm in writing that its FA amendment does not result in duplication of Secretarial Amount funding for Maternal Fetal Medicine, Gynecologic Oncology, or Pediatric Specialties.

2. During the January 3, Technical Assistance sessions the IHS mentioned several times that it believes SCF would have FTCA coverage through the Indian Contractor language of ANTHC's Funding Agreement. SCF also requests that the IHS confirm this in writing.

3. SCF recognizes it has provided the IHS with new information via its transmittal of January 8, but SCF is awaiting responses to the questions it submitted to the IHS on December 19, 2023. When will the IHS provide a response to SCF's questions?

SCF appreciates the IHS's efforts to be thorough and to gather the most and best information it can as it deliberates on SCF's FA amendment, and we standby to offer further information should you need it.

Sincerely,

SOUTHCENTRAL FOUNDATION

_____
G. Ken Truitt
Senior Associate General Counsel