# Exhibit 13



December 10, 2024

Evangelyn Castagna
Agency Lead Negotiator
Alaska Area Office
Indian Health Service
4141 Ambassador Drive, Suite 300
Anchorage, AK 99508

    **RE:**    **Final Offer regarding *ANMC Occupancy and Use* and *MCH Services* Amendments to Southcentral Foundation's FY 2023 Funding Agreement**

Dear Ms. Castagna:

Pursuant to 25 U.S.C. § 5387(b) and 42 C.F.R. Part 137, Southcentral Foundation (SCF) hereby submits this Final Offer regarding amendments to its FY 2023 Funding Agreement, including SCF's occupancy and use of the Alaska Native Medical Center (ANMC) hospital ("*ANMC Occupancy and Use*") and SCF's delivery of pediatric and women's health specialty and subspecialty services, including maternal fetal medicine, gynecologic oncology, and pediatric subspecialties ("*MCH Services*"). Copies of the amendments are attached. To the extent IHS rejects this Final Offer, in whole or in part, SCF reminds IHS of its statutory duty to provide technical assistance to overcome such rejection. 25 U.S.C. § 5387(c)(1)(B).

**I.**    **Provisions Subject to Final Offer**

    **A.**    ***ANMC Occupancy and Use* Amendment**

Section 3(c) of the Funding Agreement states:

**Tribal Facilities, Locations and Personal Property.** Unless otherwise specified, SCF operates the programs or portions of programs described in this FA out of more than one facility or location and uses personal property owned by the ANTHC, by SCF, and by IHS in some of these facilities and locations.

In May 2024, SCF proposed the addition of only one sentence to the end of Section 3(c) of the Funding Agreement (underlined below). SCF's provision reads:

**Tribal Facilities, Locations and Personal Property.** Unless otherwise specified, SCF operates the programs or portions of programs described in this FA out of more than one facility or location and uses personal property owned by the

Evangelyn Castagna, Agency Lead Negotiator
December 10, 2024
Page 2

ANTHC, by SCF, and by IHS in some of these facilities and locations. <u>These include ANMC, which SCF is entitled to occupy and use, in conjunction with ANTHC</u>.

On August 7, 2024, SCF proposed a revised amendment by adding language at the end of the last sentence of SCF's original provision (underlined below), to mirror a similar provision in ANTHC's funding agreement:

Tribal Facilities, Locations and Personal Property. Unless otherwise specified, SCF operates the programs or portions of programs described in this FA out of more than one facility or location and uses personal property owned by the ANTHC, by SCF, and by IHS in some of these facilities and locations. These include ANMC, which SCF is entitled to occupy and use, in conjunction with ANTHC, <u>for so long as SCF carries out the PSFAs described in this Funding Agreement</u>.

On September 12, 2024, the Area Lead Negotiator (ALN) rejected SCF's provision and proposed that Section 3(c) of the Funding Agreement read:

**Tribal Facilities, Locations and Personal Property.** Unless otherwise specified, SCF uses one or more facilities or locations to operate the programs or portions of programs described in this FA and uses personal property owned by the ANTHC, by SCF, and by IHS in some of these facilities and locations.

SCF is permitted to use the Alaska Native Medical Center hospital, in conjunction with ANTHC, for so long as SCF carries out relevant PSFAs described in this funding agreement relative to the ANMC hospital and in accordance with applicable authorities, including Section 325(d) of P.L. 105-83.

### B.  *MCH Services* Amendment

In May 2023, SCF proposed the *MCH Services* amendment to IHS. This amendment encompasses pediatric subspecialties, maternal fetal medicine, and gynecologic oncology. IHS has not approved, rejected, countered, or provided a final response to this amendment.

#### 1.  Pediatric Subspecialties

In Section 3(a)(K) of the Funding Agreement, SCF proposed it read:

K.  <u>Pediatrics</u>: Provides pediatric services on a primary and specialty care basis. Provides neurodevelopmental services, pediatric therapies, and applied behavior analysis to provide both diagnosis and ongoing treatment. Provides

Evangelyn Castagna, Agency Lead Negotiator
December 10, 2024
Page 3

inpatient and consultative pediatric services to the statewide Alaska Native system. Includes intermittent on-site support at regional centers around the state, coordination of specialty consultative services, basic primary care services, management of medically complex children, inpatient services, case management, Early and Periodic Screening Diagnostic and Treatment screening, and some degree of inpatient specialty services. All pediatric services at or through ANMC are provided under the medical supervision of an SCF pediatric medical director. Current pediatric specialty services provided at ANMC include pediatric endocrinology, rheumatology, adolescent medicine, neurology, genetics, infectious disease, developmental pediatrics, cardiology, rehabilitation medicine, and pediatric surgery. All pediatric clinics also have dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment.

## 2. Maternal Fetal Medicine and Gynecologic Oncology

In Section 3(a)(L) of the Funding Agreement, SCF proposed revisions to the third sentence of the first paragraph to read:

The provider staff provides nurse midwife and physician OB/GYN coverage to Labor and Delivery, inpatient gynecologic patients, and a full spectrum of gynecologic surgical services.

In Section 3(a)(L) of the Funding Agreement, SCF proposed the addition of the following two paragraphs to the end of the section:

Maternal-Fetal Medicine (MFM), also known as high-risk obstetrics or perinatology, provides comprehensive consultation and evaluation of high-risk pregnancies for women and fetuses who have complications identified prior to or during pregnancy. The clinic also has dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment. The Maternal-Fetal Medicine Physicians (perinatologists) work collaboratively with the OB/GYN physicians and certified nurse midwives to do everything possible to ensure the health and well-being of new mothers and their babies. A Genetic Counselor is available to work with families who have a significant medical and/or pregnancy history for birth defects or genetic conditions.

Gyn/Oncology: Alaska Women's Cancer Care's practice at the Alaska Native Medical Center is to provide comprehensive, compassionate, expedient, and outstanding cancer care to all women with gynecologic malignancies. Program components include providers that are dedicated to diagnosing and treating cancers affecting women's reproductive organs, including a full range of

gynecology/oncology surgical services. The clinic also has dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment.

## II. Description of Disagreement

### A. *Occupancy and Use* Amendment

SCF and the Alaska Native Tribal Health Consortium (ANTHC) jointly operate and manage the ANMC hospital, pursuant to the 1997 enactment of Section 325 of Public Law 105-83, 111 Stat. 1543 ("Section 325"). Importantly, Section 325 established ANTHC and provided a structure for transferring management of ANMC health services from IHS to both ANTHC and SCF. Prior to the enactment of Section 325, however, SCF was already contracting for and providing PSFAs at the ANMC hospital. For that reason, SCF proposed this amendment to memorialize its entitlement to occupy and use the ANMC hospital building, in conjunction with ANTHC and for so long as SCF carries out the PSFAs of its funding agreement. In support of this amendment, SCF has shared the following information with the agency.

First, IHS has already approved and incorporated a mirror provision in ANTHC's funding agreement.[1] If the agency does not approve a reciprocal amendment in SCF's funding agreement, SCF's ability to provide services in the ANMC hospital could be adversely affected. Thus, consistent with the Alaska Tribal Health Compact's 30-year practice of supporting parallel language between co-signers' funding agreements, SCF seeks to memorialize its occupancy and use of the ANMC hospital building, just as ANTHC has done.

Second, SCF has been contracting for and providing PSFAs at the ANMC hospital building (including the old hospital) since 1994, well before ANTHC was even established. Indeed, SCF first entered into a contract with IHS—under Title I of the Indian Self-Determination and Education Assistance Act, P.L. 93-638, 25 U.S.C. §§ 5301 et seq. (ISDEAA)—to carry out Behavioral Urgent Response Team and Fast Track Emergency Department[2] PSFAs at the ANMC hospital building in 1994, more than three years before the enactment of Section 325.

---

[1] The relevant provision of ANTHC's funding agreement states: "These include, ANMC, which ANTHC is entitled to occupy and use, in conjunction with SCF, for so long as ANTHC carries out the PSFAs described in this Funding Agreement." *Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States of America, Fiscal Years 2016 through 2018*, Section 3.5 (Tribal Facilities, Locations and Personal Property).

[2] *Annual Funding Agreement between Southcentral Foundation and the Secretary of the Department of Health and Human Services of the United States of America, Fiscal Year 1995*, Sections 3. J (Psychiatry) and K (Fast Track Emergency Department PSFAs were previously referred to as "urgent care medical services").

Third, the second sentence of Section 325(d) authorizes SCF to enter into a funding agreement for all PSFAs provided at or *through* the Anchorage Native Primary Care Center (ANPCC), including ANPCC PSFAs actually performed at ANMC. As a result, on March 1, 1998, SCF assumed all ANPCC PSFAs, including those PSFAs actually performed at ANMC, pursuant to Section 325(d)—almost one year before ANTHC's first funding agreement for ANMC PSFAs in 1999. Even though SCF's entitlement to occupy and use the ANMC hospital pursuant to Section 325(d) predates ANTHC's entitlement to occupy and use the ANMC hospital pursuant to Section 325(c) by almost one year, ANTHC has already memorialized such a right in its funding agreement while opposing the same right for SCF. SCF has not yet memorialized this right and should receive the same treatment as ANTHC. Moreover, the ANMC hospital has been listed in "Appendix E: Facilities List" of SCF's funding agreement since FY 1999.[3]

SCF has met with the agency on multiple occasions to discuss this amendment. To date, the ALN has not publicly or officially identified any reason for not approving SCF's proposed amendment. On September 12, 2024, the ALN offered a counter proposal that significantly changed Section 3(c) of the funding agreement. SCF met again with the ALN to discuss its concerns with the changes and asked repeatedly for explanations to justify IHS' alternative language, particularly because the ALN's provision created unnecessary ambiguity and reduced SCF's legal right to occupy and use the ANMC hospital building. The ALN did not share any information.

SCF has worked hard to resolve this amendment with the agency amicably, but the agency has not been forthcoming in its explanation of why it did not approve SCF's original proposal. Without this explanation, SCF has been unable to address the agency's actual concerns, which has resulted in unproductive negotiations. For that reason, the parties currently appear unable to reach agreement on this amendment.

### B. *MCH Services* Amendment

SCF proposed this amendment *over 18 months ago* and has still not received a formal response from the agency. As noted in previous correspondence with the agency, SCF is already providing these services at ANMC and simply seeks to have its funding agreement reflect the same.

### 1. History of Negotiations

Similar to SCF's experience with the *Occupancy and Use* amendment, SCF has met with the agency on multiple occasions to discuss the *MCH Services* amendment. In addition, SCF has

---

[3] *Amended and Restated Annual Funding Agreement between Southcentral Foundation and the Secretary of the Department of Health and Human Services of the United States of America, Fiscal Year 1999*, Appendix E – Facilities List.

searched for and reviewed decades of files to demonstrate to the agency that it has, among other things, been carrying out PSFAs at the ANMC hospital since as early as 1994. The agency, however, has been nonresponsive, as demonstrated below.

First, SCF has made several requests for documents, and has been told repeatedly that the agency is still looking for them. During a technical assistance meeting on August 14, 2024, the agency stated that it had just started looking for documents in July 2024, resulting in a 14-month delay. Second, as recently as September 12, 2024, the ALN represented that she would respond to portions of the *MCH Services* amendment by the end of September 2024, but later recanted that statement. Third, SCF has asked for clarification regarding an October 11, 2024 funding determination, which consisted of an unexplained Excel spreadsheet, as well as other statements previously made by the agency. Thus, given that this amendment has been pending for over 18 months with little to no engagement from IHS, it appears that the parties are unable to reach agreement on this amendment.

## 2. Interpretation of Section 325

The agency has provided no grounds for rejection, except for suggesting that Section 325(c) grants ANTHC sole authority to provide MCH Services. To the extent the agency relies on this interpretation of the statute, SCF disagrees with the agency's interpretation of the statute and has shared its assessment with the agency.

First, Section 325(c) provides that ANTHC's statewide health services are subject to the exceptions set forth in Section 325(d). In turn, Section 325(d) permits SCF to enter into contracts or funding agreements under the ISDA for "all services provided at or through the [Anchorage] Native Primary Care Center (ANPCC) [i.e., ANPCC Services]." The second sentence of Section 325(d) expressly provides that ANPCC Services "includ[e] necessary related services performed at [ANMC]." In other words, SCF is statutorily entitled to provide MCH Services at ANMC, so long as they are provided at or through ANPCC. Here, some of the MCH Services that are the subject of this amendment are PSFAs that are performed *through* ANPCC, but actually delivered at the ANMC hospital building. Indeed, the agency's approval of SCF's December 19, 1997 Phase I proposal for ANPCC Services[4] also recognizes, among other things, that SCF "will continue to offer . . . [p]ediatric subspeciality clinics in pediatric neurology, pediatric pulmonary, pediatric endocrinology, pediatric hematology/oncology, [and] neurodevelopmental evaluations,"[5] that SCF's ANPCC Women's Health PSFAs "encompass [] the Obstetric and Gynecologic focused

---

[4] Letter from C. Mandregan, Alaska Area Dir., IHS, to K. Grosdidier, President/CEO, SCF (Feb. 27, 1998) (adopting SCF's P.L. 93-638 Title I Application for Programs and Services Provided at or through the Anchorage Primary Care Center ("Phase I Proposal")).

[5] Phase I Proposal, at 17. Please note, this citation references the revised version of February 10, 1998. SCF has made multiple requests to IHS for an official version but has not received it to date.

care at ANMC,"[6] and that SCF's "OB/GYN medical staff of the PCC shall continue to provide high risk and sub specialty care throughout the State."[7] Relatedly, SCF's IHS-sanctioned ANPCC Assurances contemplated that SCF's pediatric and OB/GYN medical staff would, through the ANPCC, continue to provide "high risk" and "sub-specialty care throughout the State."[8] Thus, DHHS has already determined—and IHS has already acknowledged—that SCF possesses an independent statutory right to provide MCH Services, and no evidence has ever been produced to indicate a formal change in the government's position.

Finally, notwithstanding SCF's independent statutory right to provide the requested MCH Services at ANMC hospital, SCF opted to work in partnership with ANTHC by entering into a 2022 agreement to transfer MCH Services to SCF. By doing so, SCF and ANTHC invoked the fourth sentence of Section 325(d), which plainly provides that SCF may enter into an agreement with ANTHC to provide additional healthcare services at ANMC.

### III.     Final Proposal to Resolve the Disagreement

The ALN has not provided any reason for not approving SCF's *Occupancy and Use* amendment. Nor has she provided any reason for offering a significantly revised version of Section 3(c). For that reason, SCF's final proposal to resolve the disagreement is to put forth the amendment it proposed via memorandum to the ALN dated August 7, 2024. Specifically, SCF proposes the addition of the following sentence to the end of Section 3(c) of the funding agreement:

> These include ANMC, which SCF is entitled to occupy and use, in conjunction with ANTHC, for so long as SCF carries out the PSFAs described in this Funding Agreement.

With respect to the *MCH Services* amendment, SCF made its proposal over 18 months ago and has not yet received a response from IHS. For that reason, SCF's final proposal to resolve the disagreement is to once again propose the same provision outlined in Section I.B. of this Final Offer.

---

[6] *Id*. at 28.

[7] *Id*. at 56.

[8] ANTHC's Amended FY99 Annual Funding Agreement, Appendix G "Assurances Regarding Services from the Anchorage Native Primary Care Center Approved by the ANTHC Board of Directors on March 4, 1998, and by the SCF Board of Directors on April 7, 1998," at ¶¶ 20-21.

Evangelyn Castagna, Agency Lead Negotiator
December 10, 2024
Page 8

### IV.    Conclusion

SCF has worked tirelessly and amicably to resolve any issues with its proposed amendments. However, the continued delays and lack of responses from the agency have indicated that we appear unable to reach agreement. SCF hereby makes this Final Offer on the disputed provisions contained herein.

Please copy Charles W. Galbraith (cgalbraith@jenner.com), legal counsel for SCF, on any communications regarding this issue.

Sincerely,

SOUTHCENTRAL FOUNDATION

April Kyle
President/CEO


cc:     Roselyn Tso, Director Indian Health Service
        Lisa C. Mock, SCF General Counsel
        G. Ken Truitt, SCF Senior Associate General Counsel
        Charles W. Galbraith, Jenner & Block LLP

enc:    Occupancy and Use Amendment to FY 2025 Funding Agreement
        MCH Services Amendment to FY 2023 Funding Agreement

| | |
|---|---|
| **To:** | **Evangelyn Castagna, IHS Area Director, Area Lead Negotiator** |
| **From:** | **Ken Truitt, SCF Senior Associate General Counsel** |
| **Date:** | **August 7, 2024** |
| **Subject:** | **Revised SCF FY2025 FA Amendments** |

By separate cover SCF transmitted revised FY2025 FA amendments relating to ANMC executive direction. By this memo SCF's transmits a revised FY2025 FA language proposal related to SCF's use and occupancy of ANMC.

SCF has no proposed revisions to its outstanding MCH amendments. To the best of SCF's knowledge these three items (ANMC executive direction, ANMC occupancy and use, MCH) are the only outstanding items for SCF's proposed FY2025 FA amendments.

SCF is prepared to transmit for IHS signature SCF's FY2024 amendments to its FY2023 funding agreement as agreed to in May. And SCF is prepared to transmit its FY2025 amendments to the FY2023 funding agreement for the items that SCF and IHS agreed upon in May.

If SCF and the IHS are able to agree to these three outstanding language proposals, SCF will transmit these in its FY2025 amendments.

1. **Section 3 -- Tribal Programs under the Compact and this Funding Agreement.**

    Language in <span style="color:red">Red Underline</span> is from SCF's original FY25 FA proposal. Language in <span style="color:blue">~~Blue Strikeout~~</span> is also from SCF's original FY25 FA proposal but is proposed to be struck. Language in <span style="color:green">Green Underline</span> is new for this updated proposal.

    <span style="color:green">d</span><span style="color:blue">~~e~~</span>)    **Tribal Facilities, Locations and Personal Property**. Unless otherwise specified, SCF operates the programs or portions of programs described in this FA out of more than one facility or location and uses personal property owned by the ANTHC, by SCF, and by IHS in some of these facilities and locations. <span style="color:red">These include, ANMC, which SCF is entitled to occupy and use, in conjunction with ANTHC, so long as SCF carries out the PSFAs described in this Funding Agreement</span>.

1

**AMENDMENT**
**to the FY 2023 Funding Agreement**
**Between**
**Southcentral Foundation**
**and the**
**Secretary of the Department of Health and Human Services**
**Of the United States of America**

The FY 2023 Funding Agreement made and entered into by and between Southcentral Foundation and the Secretary of the Department of Health and Human Services of the United States of America, effective October 1, 2022, and subsequently amended, is hereby amended as follows:

1. Amend Section 3(a)(K) Pediatrics as follows:

    K.     <u>Pediatrics</u>:  Provides pediatric services on a primary <u>and specialty</u> care basis.  Provides neurodevelopmental services<u>, pediatric therapies</u>, ~~speech and language evaluation,~~<u>and</u> applied behavior analysis <u>to provide both</u>~~,~~ diagnosis <u>and ongoing</u>~~,~~ treatment ~~and therapy~~.  Provides inpatient and consultative pediatric services to the statewide Alaska Native system.  Includes intermittent on-site support at regional centers around the state, coordination of specialty consultative services, basic primary care services, management of medically complex children, inpatient services, case management, Early and Periodic Screening Diagnostic and Treatment screening, and some degree of inpatient specialty services.  All pediatric services at or through ANMC are provided under the medical supervision of an SCF pediatric medical director.  <u>Current pediatric specialty services provided at ANMC include pediatric endocrinology, rheumatology, adolescent medicine, neurology, genetics, infectious disease, developmental pediatrics, cardiology, rehabilitation medicine, and pediatric surgery.  All pediatric clinics also have dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment.</u>

2. Amend the third sentence of the first paragraph of Section 3(a)(L) Obstetrics & Gynecology (OB/GYN) as follows:

The provider staff provides nurse midwife and physician OB/GYN coverage to Labor and Delivery, inpatient gynecologic patients, and ~~appropriate~~ <u>a full spectrum of gynecologic</u> surgical ~~activities~~<u>services</u>.

3. Add the following to Section 3(a)(L) Obstetrics & Gynecology (OB/GYN):

Maternal-Fetal Medicine (MFM), also known as high-risk obstetrics or perinatology, provides comprehensive consultation and evaluation of high-risk pregnancies for women and fetuses who have complications identified prior to or during pregnancy.  The clinic also has dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment.  The Maternal-Fetal Medicine Physicians (perinatologists) work collaboratively with the OB/GYN physicians and certified nurse midwives to do everything possible to ensure the health and well-being of new mothers and their babies.  A Genetic Counselor is available to

work with families who have a significant medical and/or pregnancy history for birth defects or genetic conditions.

Gyn/Oncology: Alaska Women's Cancer Care's practice at the Alaska Native Medical Center is to provide comprehensive, compassionate, expedient, and outstanding cancer care to all women with gynecologic malignancies. Program components include providers that are dedicated to diagnosing and treating cancers affecting women's reproductive organs, including a full range of gynecology/oncology surgical services. The clinic also has dedicated nurse case managers to ensure that women have appropriate follow up and care coordination after their appointment.

4. **Effective Date.** This Amendment is effective January 1, 2023.

| | |
|---|---|
| **United States of America**<br>Secretary of the Department of Health and Human Services | **Southcentral Foundation** |
| By: _____<br>Director, Indian Health Service | By: _____<br>April Kyle, MBA<br>President/CEO |
| Date: _____ | Date: _____ |