# Exhibit 15

# Funding Agreement
between the
## ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
and the Secretary of the Department of Health and Human Services
of the
United States of America
Fiscal Years 2016 through 2018

# TABLE OF CONTENTS

Table of Contents ................................................................................................................i
Appendices ......................................................................................................................vii

Section 1 — Obligations of the IHS ...................................................................................1
  1.1 Transfer and Assurances ............................................................................................1
  1.2 Inherent Federal Functions and Transitional IHS PSFAs ........................................2
    1.2.1 Residual Funds to Support Inherent Federal Functions .......................................3
    1.2.2 Transitional Retained Funds to Support Transitional PSFAs ..............................3
    1.2.3  Sanitation Facility Construction Approval ..........................................................3
      1.2.3.1 Generally ........................................................................................................3
      1.2.3.2 Title V Construction Project Agreement Amendment.....................................4
      1.2.3.3 Consistency with Applicable Regulations ......................................................4
  1.3 Headquarters' Responsibilities ..................................................................................4
    1.3.1 Information Services.............................................................................................4
    1.3.2 FTS Services ........................................................................................................6
    1.3.3 Access to Training and Technical Assistance ......................................................6
    1.3.4 Certain Other Programs .......................................................................................6
    1.3.5 Medicare, Medicaid and Beneficiary Medical Program (BMP) Claims Processing...6
    1.3.6 HIPAA Compliance .............................................................................................7
    1.3.7 Community Health Aide Program Certification ...................................................7
    1.3.8 Access to Federal Insurance ................................................................................7

Section 2 — Obligations of the ANTHC................................................................................7

Section 3 — Tribal Programs and Budget ..............................................................................7
  3.1  Program Description...................................................................................................7
    3.1.1 Policy and Executive Direction............................................................................8
      3.1.1.1 ANTHC Board.................................................................................................8
      3.1.1.2 Executive Direction .........................................................................................8
      3.1.1.3 Alaska Tribal Health System Support.............................................................8
    3.1.2 Health Systems Resources ...................................................................................8
      3.1.2.1 Generally..........................................................................................................8
      3.1.2.2 Tribal Support Services ...................................................................................9
        3.1.2.2.1 Business Office Services ............................................................................9
        3.1.2.2.2 Professional Recruitment...........................................................................9
        3.1.2.2.3 Training and Development .........................................................................9
        3.1.2.2.4 Supply and Facility Management ..............................................................10

3.1.2.2.4.1 Supply Services ........................................................................ 10
3.1.2.2.4.2 Facilities Management and Support ...................................... 10
3.1.3 Health Information and Technology Services ........................................ 10
3.1.3.1 Generally ..................................................................................... 10
3.1.3.2 Information Technology Services ................................................ 10
3.1.3.3 Data, Site and Information Technology Support ........................ 10
3.1.3.4 Telehealth ................................................................................... 11
3.1.3.5 Biomedical and Clinical Engineering Services ........................... 11
3.1.3.6 Health Statistics ......................................................................... 11
3.1.3.7 Network Systems ........................................................................ 11
3.1.3.8 Telecommunications Services ..................................................... 12
3.1.3.9 Distance Delivery ....................................................................... 12
3.1.4 Community Health Services ................................................................... 12
3.1.4.1 Surveillance, Analysis, and Support .......................................... 12
3.1.4.2 Dental Training and Consultation .............................................. 12
3.1.4.3 Behavioral Health Consultation and Services ............................ 13
3.1.4.4 Immunization Consultation and Services ................................... 13
3.1.4.5 Arctic Investigations Program Support ...................................... 13
3.1.4.6 Community Health Aide Program Certification .......................... 13
3.1.4.7 Alaska Native Health Research .................................................. 13
3.1.4.8 Community Health Aide Program Training ................................. 13
3.1.4.9 Palliative Care Education ............................................................ 13
3.1.4.10 Comprehensive Cancer Control Plan ....................................... 13
3.1.4.11 HIV/AIDS and STD Prevention, Early Intervention, and Treatment Services .. 14
3.1.4.12 Tobacco Related Services ......................................................... 14
3.1.4.13 Emergency Preparedness Services ........................................... 14
3.1.4.14 Personal Care Services, Training and Support .......................... 14
3.1.4.15 Health Promotion and Disease Prevention .............................. 14
3.1.4.16 Infectious Disease Management ............................................... 14
3.1.4.17 Nutrition Services ..................................................................... 14
3.1.4.18 Other Services .......................................................................... 14
3.1.4.19 Environmental Health Assessment, Monitoring and Intervention ........... 14
3.1.4.20 Injury Prevention, Wellness and Health Education ................... 15
3.1.4.21 Academic and Professional Training ........................................ 15
3.1.5 Regional and Contract Health Services ................................................. 15
3.1.6 Environmental Health and Engineering (DEHE) ................................... 15
3.1.6.1 Environmental Health Services .................................................. 16
3.1.6.2 Health Facilities ......................................................................... 16
3.1.6.2.1 M&I Program ....................................................................... 16
3.1.6.2.2 Master Plan .......................................................................... 17
3.1.6.2.3 Technical Assistance ............................................................ 18
3.1.6.2.4 Village Built Clinic Program ................................................ 18
3.1.6.2.4.1 Generally ...................................................................... 18
3.1.6.2.4.2 Reporting ...................................................................... 18
3.1.6.2.5 Relationship with Governmental Agencies and Other Entities ............... 18
3.1.6.2.6 Federal Real Property Assets Reporting ............................. 18
3.1.6.2.6.1 Facility Condition Assessment ..................................... 18
3.1.6.2.6.2 Historic Property .......................................................... 19
3.1.6.2.6.3 Energy Data .................................................................. 19
3.1.6.2.6.4 Annual Capital Improvements Report ......................... 19

3.1.6.3 Sanitation Facilities Program ............................................................19
3.1.6.4 System Improvement and Sustainability ..........................................20
3.1.7 Alaska Native Medical Center ...............................................................20
3.1.7.1 Hospital and Clinic Patient Care Services ........................................21
    3.1.7.1.1 Critical Care Services ................................................................21
    3.1.7.1.2 Emergency Medical Services ....................................................21
    3.1.7.1.3 Internal Medicine Services ......................................................21
    3.1.7.1.4 Ophthalmology Services ..........................................................21
    3.1.7.1.5 Orthopedic Services .................................................................21
    3.1.7.1.6 Otolaryngology Services ..........................................................21
    3.1.7.1.7 Pediatric Services ....................................................................22
    3.1.7.1.8 Surgery Services ......................................................................22
    3.1.7.1.9 Surgical Support Services ........................................................22
    3.1.7.1.10 Women's Health Services .......................................................22
    3.1.7.1.11 Dental Services ......................................................................22
    3.1.7.1.12 Medical/Surgical Inpatient Services .......................................22
    3.1.7.1.13 Cardiology Services ...............................................................22
    3.1.7.1.14 Hematology-Oncology Services.............................................22
    3.1.7.1.15 Health Advice Hotline ...........................................................22
    3.1.7.1.16 Medical Transport...................................................................22
    3.1.7.1.17 Community Health Aide Program Support .............................22
    3.1.7.1.18 Other Health Care Services and Supplies...............................22
3.1.7.2 Ancillary Services ...........................................................................23
    3.1.7.2.1 Clinical and Anatomic Laboratory Services...........................23
    3.1.7.2.2 Imaging Services .....................................................................23
    3.1.7.2.3 Pharmacy Services...................................................................23
    3.1.7.2.4 Therapy Support ......................................................................23
    3.1.7.2.5 Respiratory Care .....................................................................23
    3.1.7.2.6 Hospital Education Support Center ..........................................23
    3.1.7.2.7 Health Information Services .....................................................23
    3.1.7.2.8 Nutrition and Food Services ....................................................23
    3.1.7.2.9 Social Services .........................................................................24
    3.1.7.2.10 Patient Care Planning, Management and Follow-up Services...............24
3.1.7.3 Support Services ..............................................................................24
    3.1.7.3.1 Auxiliary Patient Services .......................................................24
    3.1.7.3.2 Central Admitting Services......................................................24
    3.1.7.3.3 Central Nursing Office ............................................................24
    3.1.7.3.4 Executive Direction .................................................................24
    3.1.7.3.5 Financial Management.............................................................25
    3.1.7.3.6 Facilities Engineering ..............................................................25
    3.1.7.3.7 Housekeeping Services ............................................................25
    3.1.7.3.8 Infection Control......................................................................25
    3.1.7.3.9 Materiel Management...............................................................25
    3.1.7.3.10 Organizational Development and Quality Management...............25
    3.1.7.3.11 Public Relations/Information Office.......................................25
    3.1.7.3.12 Library Services......................................................................26
3.1.7.4 Contract Health Services ................................................................26
    3.1.7.4.1 TCC and SEARHC ..................................................................26
    3.1.7.4.2 Full-Time Students ..................................................................26
    3.1.7.4.3 Transients.................................................................................26

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 5 of 102

Alaska Tribal Health Compact                                    Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                                            Page iv

3.1.7.4.4 Dental...........................................................................................................26
3.1.7.4.5 Appeals .........................................................................................................26
3.1.7.5 Hospital and Community Environmental Services.............................................26
3.1.7.5.1 Hospital Safety and Environmental Services.............................................26
3.1.7.5.2 Community Environmental Services...........................................................26
3.1.7.6 Housing, Patient Transportation and Patient Centered Planning and Care
Coordination ...................................................................................................................27
3.1.8 Diabetes Prevention Program ....................................................................................27
3.1.9 Elder Care Services.....................................................................................................27
3.1.10 Other Services to Address Health Goals and Objectives...........................................27
3.2 Other Programs/Services Funded .......................................................................................27
3.3 Non-IHS Funding...............................................................................................................28
3.4 Federal Tort Claims Act Coverage.....................................................................................28
3.5 Tribal Facilities, Locations and Personal Property ............................................................28
3.5.1 Real Property Generally..............................................................................................28
3.5.1.1 Federal Property Title and Permissible Use.......................................................28
3.5.1.2 Vendors and Contractors ....................................................................................29
3.5.1.3 Shared Responsibility with SCF ........................................................................29
3.5.1.4 Catastrophes........................................................................................................29
3.5.1.5 Maintenance and Improvement Funds................................................................29
3.5.1.6 Capital Improvement Projects ............................................................................29
3.5.1.6.1 Approval ...........................................................................................................29
3.5.1.6.2 Close-Out Reports ...........................................................................................29
3.5.1.7 Responsibilities under NEPA, NHPA, and Related Provisions of Law
that Apply When the IHS Undertakes an Action...........................................................30
3.5.1.8 Changes in Utilization ........................................................................................30
3.5.1.9 Facility Condition Assessment ...........................................................................30
3.5.2 Construction Yard Storage Lots and Sanitation and Health Facility
Construction Sites.................................................................................................................30
3.5.2.1 Federal ................................................................................................................30
3.5.2.2 Other Storage and Construction/Operation Project Sites....................................30
3.5.3 Other Tribal Facilities and Locations..........................................................................31
3.5.3.1 Other Tribe and Tribal Organization Sites.........................................................31
3.5.3.2 CDC Building .....................................................................................................31
3.5.3.3 Annual Self-Governance Negotiation Space ......................................................31
3.5.4 Personal Property.........................................................................................................31
3.5.4.1 Generally.............................................................................................................31
3.5.4.2 ANMC Personal Property ...................................................................................31
3.5.4.3 Intellectual Property............................................................................................31
3.6 Payer of Last Resort...........................................................................................................32
3.7 Exemption from Payment of Certain Fees..........................................................................32
Section 4 — Amounts Available During Term of Funding Agreement. ..................................32
4.1 Funding Amounts...............................................................................................................32
4.1.1 Generally.....................................................................................................................32
4.1.2 Schedules ....................................................................................................................36
4.2 Contract Support Costs ......................................................................................................36
4.3 Transitional IHS PSFAs and Funds ...................................................................................36
4.3.1 Area Office (including Environmental Health & Engineering) Transition......................36
4.3.1.1 Generally.............................................................................................................36
4.3.1.2 Area Office Reconciliation .................................................................................37

4.3.2 ANMC Transition ...................................................................................37
    4.3.2.1 Human Resources Support for IPA/MOAs and Federal Employee
          Assistance Program ...........................................................37
    4.3.2.2 IHS Retained Staffing .......................................................37
    4.3.2.3 Pharmaceutical Purchases .................................................37
    4.3.2.4 Contracts .........................................................................37
    4.3.2.5 Inter-Agency Service Agreements and Other Agreements .......37
**4.4 Headquarters' Allocations to Area** .............................................................**38**
**4.5 Base Budgets** .............................................................................................**38**
    4.5.1 Categories and Base Year ....................................................38
    4.5.2 Adjustments .......................................................................39
**Section 5 — Method of Payment** ......................................................................**39**
**5.1 Payment Schedule** .....................................................................................**39**
**5.2 Availability of Tribal Shares** .....................................................................**39**
**5.3 Buyback/Withholding** ...............................................................................**40**
**5.4 Periodic Payments** ....................................................................................**40**

**Section 6 — Adjustments** ................................................................................**40**
**6.1 Due to Congressional Actions** ...................................................................**40**
**6.2 Proposals by Authorizing Tribes** ...............................................................**40**

**Section 7 — Records** ......................................................................................**40**
**7.1 Incorporation of the Privacy Act** ...............................................................**40**
**7.2 Confidentiality Standards** .........................................................................**41**

**Section 8 — Program Rules** ............................................................................**41**

**Section 9 — Discontinuance** ...........................................................................**41**

**Section 10 — Consolidation of Contracts and Previous Annual Funding Agreements** ..........**41**

**Section 11 — Amendment or Modification of this Agreement** ............................**41**
**11.1 Form of Amendments** .............................................................................**41**
**11.2 Services from IHS** ...................................................................................**42**
**11.3 Due to Addition of New Programs** ............................................................**42**
**11.4 Due to Availability of Additional Funding** .................................................**42**
**11.5 Other Adjustments** .................................................................................**42**
**11.6 General Procedures for Amending or Modifying this Agreement** .................**42**
**11.7 Funding Increases** ..................................................................................**43**

**Section 12 — Third Party Recoveries** ..............................................................**43**

**Section 13 — Regional Supply Service Center** ..................................................**43**
**13.1 Generally** ..............................................................................................**43**
**13.2 IHS Accounting and Procurement Support** ................................................**43**

**Section 14 — Agreements with Tribes and Tribal Organizations** ........................**44**

**Section 15 — Service to Non-Beneficiaries** ......................................................**44**

Alaska Tribal Health Compact                                    Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                                              Page vi

Section 16 – Access to and Use of the Fiscal Intermediary................................................45
    16.1 Generally................................................................................................45
    16.2 ANTHC Responsibilities.........................................................................45
    16.3 IHS Responsibilities .............................................................................46

Section 17 — Memorializing Disputes .............................................................................46

Section 18 — Title I Provisions Applicable to This Funding Agreement...........................46

Section 19 — Severability ..............................................................................................47

Section 20 — Interpretation ...........................................................................................47

Section 21 — Related Agreements ...................................................................................47

Section 22 — Effective Date and Duration .......................................................................53

# APPENDICES

**Appendix A** – Financial Summary for Funding Agreement, FY 2016 ("Financial Summary")
**Appendices B, B-1, and B-2** [Superceded by subsequent resolutions adopted December 3, 2010.]
**Appendix B-3** – Resolution No. 10-13 entitled "DELIVERY OF ANMC HEALTH CARE SERVICES TO NON-BENEFICIARY EMPLOYEES AND DEPENDENTS" (FY11-15)
**Appendix B-4** – Resolution No. 10-17 entitled "Delivery of Health Care Services to Individuals Not Otherwise Eligible for Services from the Indian Health Service" (FY 11-15, 1st Amendment)
**Appendix B-5** – Resolution No. 10-18 entitled "Delivery of Organ and Tissue Harvesting and Blood Donation Services to Individuals Not Otherwise Eligible for Services from the Indian Health Service" (FY 11-15, 1st Amendment)
**Appendix C** – Memorandum of Agreement Describing the Continuing Services of the Indian Health Service, Alaska Area Native Health Service (FY 16)
**Appendix D** – Buyback/Withholding Agreement between the Indian Health Service and the Alaska Native Tribal Health Consortium  (FY 08)
**Appendix D to the FY 99 AFA** – Alaska Area Budget Detail, September 16, 1998
**Appendix E** – List of Facilities and Locations as of August 31, 2015
**Appendix F** – [Reserved – used in FY 02]
**Appendix G** – FY 2007 Transitional Staffing Plan (FY 07)
**Appendix H** – ANTHC Assurances Regarding Services from the ANMC, amended and restated October 1, 2000 and October 1, 2008 (Amendment to FY 09-10)
**Appendix I** – SCF Assurances Regarding Services from the ANMC and ANPCC (FY 02)
**Appendix J** – List of Government Provided Artwork in ANMC (FY 00)
**Appendix K** – Reserved
**Appendix L** - [Reserved – used in FY 03 and earlier]
**Appendix M** – ANTHC M&I Competitive Project Pool Exit/Re-entry Process (FY 07)
**Appendix N-1** – Certification for New/Replaced/Added Space (FY 07)
**Appendix N-2** – Energy Report (FY 07)
**Appendix N-3** – Final Real Property Closeout Report and Interim Real Property Status Report (FY 07)
**Appendix N-4** – Project Summary Document (FY 07)
**Appendix N-5** – Environmental Information and Documentation (FY 11-15 9th Amendment)
**Appendix N-6** – Actions Requiring IHS NEPA Review and Determination (FY 11-15 9th Amendment)

# ADDENDA

**Addendum 1 — Memorialization of Disputes**

# SCHEDULES

**Schedule A** – FY 99 Budget for ANMC Campus (with notes) (FY 99 2nd)
**Schedule B** – Calculation of Annual Amount, Revenue Ceiling, Award Amounts, and Lump Sum Payment (with notes) (FY 99 2nd)
**Schedule C** – Personnel Transferred under the Annual Funding Agreements (ANMC Manpower Report as of 12/10/98) (FY 99 2nd)

# FUNDING AGREEMENT
### between the
## ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
### and the Secretary of the Department of Health and Human Services
### of the
### United States of America
### Fiscal Years 2016 through 2018

*This Funding Agreement is entered into by and between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States of America. The Alaska Native Tribal Health Consortium, a tribal organization controlled by the tribes and tribal organizations in the State of Alaska authorized by Section 325 of P.L. 105-83 and by Title V of the Indian Self-Determination and Education Assistance Act, P.L. 93-638, as amended, is authorized to sign this Funding Agreement and to be responsible for and carry out the terms of this Funding Agreement.*

**Section 1 — Obligations of the IHS.**

**1.1    Transfer and Assurances.**

Under the authority of Section 325 of P.L. 105-83 and P.L. 93-638 as amended, non-residual programs, services, functions and activities (PSFAs) of the Alaska Area Office and the Alaska Native Medical Center (ANMC) have been transferred to tribal management.

Delivery of PSFAs shall be consistent with each Co-Signer's Funding Agreement. The Indian Health Service (IHS) shall remain responsible for performing all federal residual PSFAs. The IHS shall remain responsible for negotiating assurances with the Alaska Native Tribal Health Consortium (ANTHC) and Southcentral Foundation (SCF) on behalf of Alaska Natives and American Indians to the effect that Co-Signers continue to receive non-residual PSFAs from ANMC and Area Office and provided by ANTHC and SCF at a minimum at the level that such PSFAs were provided by the IHS as of October 1, 1997, to the extent permitted by Section 325 of P.L. 105-83. To the extent authorized by federal law, the IHS will respond to written Co-Signer concerns about the extent with which such assurances have not been complied and take appropriate action. "ANTHC Assurances Regarding Services from the ANMC, amended and restated October 1, 2000 and October 1, 2008," Appendix H ("ANTHC Assurances October 1, 2008"), and "SCF Assurances Regarding Services from the ANMC and ANPCC," Appendix I ("SCF Assurances January 1, 1999"), are attached to this Funding Agreement and incorporated

herein by reference.[1] IHS shall further be responsible for performing its special trust responsibilities and legal obligations as provided in the Indian Health Care Improvement Act, the Indian Self-Determination and Education Assistance Act, as amended, (the "Act") and other applicable provisions of federal law.

    **1.2**     **Inherent Federal Functions and Transitional IHS PSFAs.** The terms and conditions in this subsection are subject to the provisions of section 1.1 [Transfer and Assurances] and, with regard to ANMC PSFAs, are also subject to the Assurances found in Appendices H and I and, subject to the conditions of section 21 [Related Agreements], the Health Services Purchase Agreement I between ANTHC and SCF for Services at ANMC, as amended, ("SCF Purchases from ANTHC") and the Health Service Purchase Agreement II between ANTHC and SCF for Services at ANMC, as amended, ("ANTHC Purchases from SCF").[2] This Funding Agreement obligates the IHS to provide funding and services identified herein and as provided in the Alaska Tribal Health Compact (Compact) between the ANTHC and certain other Co-Signers thereof and the United States in Fiscal Years 2011 through 2015.

    In addition, although funds are provided from Headquarters and Area Office in support of this Compact, the IHS will agree to continue to make available to ANTHC PSFAs from both Area Office and Headquarters unless 100 percent of the total tribal shares for these PSFAs have been specifically included in this Funding Agreement. In cases where a portion of tribal shares have been transferred, there may be some diminishment in the level of PSFAs provided by the IHS. Furthermore, the IHS will reorganize both Headquarters and the Area Office to continue to provide the remaining PSFAs, which have not been included in this Funding Agreement, in the most effective and efficient manner possible, provided that decisions about the array and level of services to be offered by the IHS shall be made in consultation with Alaska Tribes. The IHS PSFAs not negotiated into or listed in Appendix A, Financial Summary for Funding Agreement ("Financial Summary"), will be the responsibility of the IHS.[3] The "Memorandum of Agreement Describing the Continuing Services of the Indian Health Service, Alaska Area Native Health Service" ("Continuing Services Agreement") among the Co-Signers and the Alaska Area Native Health Service (AANHS), Appendix C, reflects the understanding of the parties regarding

---

1/     These Assurances are subject to amendment between ANTHC and SCF. If they are amended during the course of the effective period of this Funding Agreement, the new Assurances will be provided to IHS.

2/     The original purchase agreements described here and their attachments are subject to periodic amendment by ANTHC and SCF. If they are amended during the course of the effective period of this Funding Agreement, the amendments will be provided to IHS. The most current amended version will be effective whenever these Agreements and their attachments are referenced in this Funding Agreement, whether such amendment is referenced or not. *See* section 21 [Related Agreements] for a complete history of these attachments and their attachments and amendments.

3/     All references to Appendix A and Appendix C in this Funding Agreement are to the Appendix for the applicable fiscal year.

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 11 of 102

Alaska Tribal Health Compact                                    Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                                    Page 3 of 53

services to be provided by the AANHS to all Co-Signers, including ANTHC. This document, attached as Appendix C, is hereby incorporated by reference. In addition to the PSFAs described in Appendix C – Continuing Services Agreement, ANTHC is entitled to receive from the Area Office all of the PSFAs described in Appendix G, "FY 2007 Transitional Staffing Plan," ("Transitional Staffing Plan"), which is attached hereto and hereby incorporated by reference. The PSFAs described in Appendix G – Transitional Staffing Plan are funded with Area tribal shares that have been restricted by the ANTHC in order to provide for an orderly transition from full Federal control of the Area Office and ANMC to tribal management.

ANTHC shall be entitled to receive the benefit of all IHS responsibilities for which the IHS has retained funds, including all Alaska Area Office inherent federal functions and transitional PSFAs. The funds retained by the IHS to carry out its responsibilities are detailed in Appendix A – Financial Summary, which shall be used in conjunction with Appendix C – Continuing Services Agreement, Appendix G – Transitional Staffing Plan and with other provisions of this Funding Agreement to determine the inherent federal functions and transitional PSFAs for which the IHS retains responsibility. The funds retained by the IHS, and the IHS responsibilities, which those funds support, fall into general categories:

      **1.2.1   Residual Funds to Support Inherent Federal Functions.** The IHS has retained resources necessary to carry out inherent federal functions. These retained resources are based on IHS's best estimate of the amount of funds necessary to carry out inherent federal functions and the total was negotiated with the Co-Signers to the Compact during annual negotiations.

      **1.2.2   Transitional Retained Funds to Support Transitional PSFAs.** The IHS also has retained resources necessary to carry out certain federal PSFAs which will be necessary for varying periods during which the IHS retains responsibility for transitional PSFAs related to personnel management, procurement, close-out of ongoing facilities construction projects, and others. Funds for these PSFAs will be transferred to ANTHC to the extent ANTHC assumes management of those PSFAs and as the need for the transitional IHS PSFAs decreases consistent with other provisions of this Funding Agreement. So long as the IHS maintains a transitional Area Office reserve, the IHS will consult with ANTHC prior to expenditure of funds from the transitional Area Office reserve.

      **1.2.3   Sanitation Facility Construction Approval.**

      **1.2.3.1 Generally.** Consistent with Appendix C – Continuing Service Agreement and Appendix G – Transitional Staffing Plan, IHS has retained funds for review and approval of proposed OEH&E sanitation facility construction projects. An "approved project" is one that has been approved by the IHS Area Director in which an agreement with ANTHC is complete, which includes a scope of work, a cost estimate, addresses environmental considerations, identifies the owner and operations and maintenance entity of the proposed facilities, establishes a start and completion date, and a determination that the project complies with NEPA. When a project is funded by IHS under authorities other than Title V, the NEPA determination will be made by the IHS Area Director based on information submitted by ANTHC. When a project is funded in full or in part with monies from Federal agencies other

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 12 of 102

| Alaska Tribal Health Compact | Alaska Native Tribal Health Consortium |
| Funding Agreement — Fiscal Years 2016 through 2018 | Page 4 of 53 |

than IHS, and those agencies require such a determination by the IHS Area Director as a condition of providing funds, IHS will provide such determination. ANTHC will provide to IHS a copy of the project agreement between the tribe or community and ANTHC when the agreement is complete. ANTHC may make immaterial changes to the performance period and make budget adjustments within available funding without an amendment to the "approved project."

    **1.2.3.2 Title V Construction Project Agreement Amendment.** If during the course of a Title V construction project, the Secretary adds funds to the project or there is a significant change from the original scope of work approved by the Area Director, an amendment to the construction project agreement is required. A significant change in the original scope of work is:

      **1.2.3.2.1** a change that would result in a cost that exceeds the total of the project funds available and ANTHC's contingency funds; or

      **1.2.3.2.2** a material departure from the original scope of work, including substantial departure from timelines negotiated in the construction project agreement.

    **1.2.3.3 Consistency with Applicable Regulations.** The parties agree that section 1.2.3 [Sanitation Facility Construction Approval] is consistent with 42 C.F.R. §§137.362 and 137.364.

  **1.3**  **Headquarters' Responsibilities.** Unless funds are specifically provided from Headquarters, Headquarters retains all PSFAs and ANTHC will not be denied access to, or services from, Headquarters.[4] Specifically, ANTHC will receive the following services from the IHS Headquarters:

    **1.3.1**  **Information Services.**[5]

    **1.3.1.1** The Indian Health Service will provide the full range of Office of Information Technology (OIT) national support to ANTHC and ANMC. OIT will provide specified services directly to ANTHC. In addition, OIT will provide support to ANTHC to assist it to carry out its responsibility to provide day-to-day technical support, user support, distribution of software and files and other typical information technology support to Co-Signers as defined

---

4/  Headquarters funds will be provided to the Alaska Area pursuant to section 4.4 [Headquarters' Allocations to Area].

5/  The PSFAs described in this paragraph are paid for through tribal shares restricted by Co-Signers other than ANTHC and by a total payment of $200,000 by ANTHC. The payment from ANTHC will be made annually consistent with section 5.3 [Buyback/Withholding] of the Funding Agreement, without surcharge, through four quarterly installments of $50,000 each or, in lieu thereof, ANTHC may satisfy this obligation, in part or fully by providing services to IHS of equivalent value, as mutually agreed upon by Chief Information Officers of ANTHC and IHS.

in Appendix H – ANTHC Assurances (October 1, 2008) to the ANTHC Funding Agreement. Upon request of ANTHC, after good faith efforts to resolve ANTHC's technical issue, OIT's support of ANTHC will include technical support needed on-site by ANTHC. A list of the services due under this paragraph, with identification of the method of delivery, is shown below.

| Office of Information Technology Provides: | Directly to ANTHC | Directly to Cosigner | Indirectly to Cosigner through ANTHC |
| --- | --- | --- | --- |
| **National Database Services** | | | |
| 100% Data Center Services | X | | |
| Process Data exports into National Database | | X | |
| Evaluate, correct, convert site data for National Database | | X | |
| | | | |
| **Telecommunications Mgmt Services** | | | |
| 100% Telecommunications Mgmt Services | X | | |
| Maintain IHS to Alaska connection | | X | |
| Email transfer and global address listing | | X | |
| SMTP Gateway | | X | |
| Intranet and Internet Access (to available bandwidth) | | X | |
| Antivirus Software | | | X |
| | | | |
| **Software Development and Maintenance** | | | |
| 100% Software Development and Maintenance | X | | |
| Use of IHS contract vehicles | | X | |
| RPMS Integrated Commercial-Off-The-Shelf packages (Average Wholesale Prices, CPT, ICD-9, Immunization Algorithm) licenses (This does not include licenses for stand-alone or interfaced commercial software.) | | | X |
| RPMS Package Support/Installation (including HIPAA compliant modifications and support, i.e. technical support to meet the transaction and code set standards)[6] | | | X |
| | | | |
| **System Support and Training** | | | |
| 100% System Support and Training | X | | |
| Nationally Available OIT Training instruction (as available) | | X | |
| Alaska On-site training instruction (four annual classes) | | | X |
| Hardware and Operating System Support | | | X |
| Cache Upgrade (initial installations) | | | X |
| National Patient File (2000) conversion | | | X |

---

6/    Pursuant to section 1.3.6 [HIPAA Compliance], IHS retains the responsibility for ensuring that the RPMS package is HIPAA compliant.

| Office of Information Technology Provides: | Directly to ANTHC | Directly to Cosigner | Indirectly to Cosigner through ANTHC |
|---|---|---|---|
| Envoy (WebMD) installation | | | X |
| | | | |
| Additional Services – Fee for Service | X | X | X |

**1.3.1.2** The parties acknowledge that ANTHC shall be responsible for day-to-day technical support, user support and other typical information technology support to the Alaska tribal health care organizations as defined in the Appendix H – ANTHC Assurances (October 1, 2008).

**1.3.2 FTS Services.** The government will authorize ANTHC to utilize the Federal Telephone System (FTS) to the extent possible.

**1.3.3 Access to Training and Technical Assistance.** To the extent funds are retained by the IHS, ANTHC shall have access to training, continuing education, and technical assistance in the manner and to the same extent ANTHC would have received such services if it were not a Self-Governance Co-Signer. Pursuant to section 4.4 [Headquarters' Allocations to Area], such funds and training opportunities shall include any funds Headquarters would otherwise distribute to an Area Office of the IHS. The IHS will make available information and opportunity for enrollment and participation of ANTHC employees and member Tribal government employees in all IHS sponsored training, seminars and continuing education courses relevant to services provided under this Funding Agreement. The IHS will bear the cost of any meetings, conferences, seminars, etc. where attendance of ANTHC employees or representatives is requested by IHS staff and where the cost of these seminars, conferences and meetings is borne by the IHS for other Area Offices of the IHS or for tribal or direct health care programs. The IHS will continue to provide assistance on request of ANTHC with federal personnel issues that arise from IPA or detailed federal employees working for ANTHC.

**1.3.4 Certain Other Programs.** IHS Headquarters shall support ANTHC in the same manner as all other Area offices of the IHS. This shall include but not be limited to the following activities: support of IHCIA "student externs," allocation of funds to the Alaska Area received from other federal agencies and reimbursement for such activities as long term training, co-steps, work group participation, and others in the Environmental and Health program on the same basis as similar funds or support are distributed to other IHS Area Offices. Pursuant to section 4.4 [Headquarters' Allocations to Area], the ANTHC shall be entitled to a share of such funds in support of the PSFAs it has assumed under this Funding Agreement. The IHS will provide to ANTHC all inherent federal functions and PSFAs which have traditionally been provided in support of Area Office PSFAs (including Environmental Health Programs), the Anchorage Service Unit and ANMC to the extent such services are retained by the Federal government and are not otherwise covered in this proposal.

**1.3.5 Medicare, Medicaid and Beneficiary Medical Program (BMP) Claims Processing.** ANTHC may exercise its right pursuant to Section 401 of the Indian Health Care

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 15 of 102

Alaska Tribal Health Compact                          Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                              Page 7 of 53

Improvement Act, as amended, to submit claims directly to and recover directly from Medicare and Medicaid. To the extent ANTHC does not exercise this option or its application to do so is denied or revoked by IHS and for BMP, IHS will continue to provide Medicare, Medicaid and BMP claims processing up to and including payment to ANTHC of all amounts earned by ANMC and Alaska Native Primary Care Center (ANPCC). IHS will make available to ANTHC all collections received on or after January 1, 1999, for services provided in ANMC and ANPCC within 10 business days of receipt of allowance.[7] Claims for submission to BMP received from ANTHC by the 25th of a given month will be submitted to BMP no later than the fifth day of the next month.

      **1.3.6 HIPAA Compliance.** IHS retains the responsibility for complying with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) for retained IHS health care component activities.

      **1.3.7 Community Health Aide Program Certification.** The IHS retains the responsibility, pursuant to Section 119 of the Indian Health Care Improvement Act, as amended, to maintain the Community Health Aide Program ("CHAP") Certification Board, which was established by and is under the direct control and supervision of IHS, to accredit training for and to certify community health aides, which includes Community Health Aides/Practitioners, Dental Health Aides, and Behavioral Health Aides/Practitioners, as those terms are defined and used in the CHAP Certification Board *Standards and Procedures*.

      **1.3.8 Access to Federal Insurance.** IHS will assist ANTHC to obtain information about the coverage, rights and benefits available for its employees under chapters 87 and 89 of title 5, United States Code, the cost of such coverage, rights and benefits (including any options in coverage, rights and benefits that may be available), and the procedures by which ANTHC may exercise its rights under Section 409 of the IHCIA, as amended, to have access to such Federal insurance for its employees.

      **Section 2 — Obligations of the ANTHC.** This Funding Agreement obligates ANTHC to be responsible for and to provide health PSFAs identified in section 3 [Tribal Programs and Budget] utilizing the resources transferred under this Funding Agreement and other funds as they may become available to ANTHC. This Funding Agreement further authorizes ANTHC to consolidate and redesign PSFAs as provided in the Act and the Compact.

      **Section 3 — Tribal Programs and Budget.**[8]

      **3.1    Program Description.** ANTHC agrees to be responsible for the PSFAs identified below in accordance with the Compact and this Funding Agreement. For the purposes

---

7/    Upon receipt of these funds, the ANTHC will distribute the funds consistent with the agreements identified in section 21 [Related Agreements].

8/    These PSFAs and the funds and facilities used in support of them are carried out consistent with and in furtherance of ANTHC's 501(c)(3) status under the Internal Revenue Code and its rights and duties under the Act.

of this Funding Agreement, ANTHC's General Budget categories consolidate related PSFAs as listed below. Services will be provided, subject to the availability of funding and other resources, statewide to the extent the PSFAs were provided by the AANHS Area Office, except that tribally restricted services will be provided only in the geographic area served by the tribes or tribal organizations which choose to restrict funding for the PSFAs. ANTHC may provide technical assistance and funding to tribes and tribal organizations throughout Alaska. Any PSFA listed may be provided under agreements with Alaska Native tribes or tribal organizations. Any PSFA described in this section 3 [Tribal Programs and Budget] may be performed by any organizational unit of ANTHC at ANTHC's discretion. ANTHC may also provide such PSFAs in support of other IHS or tribal health programs or in conjunction with other initiatives that benefit Alaska Native and American Indian people. ANTHC is committed to and will strive to provide quality health services and will strive to meet standards ANTHC believes to be appropriate and applicable to the delivery of those health services.

### 3.1.1 Policy and Executive Direction.

**3.1.1.1 ANTHC Board.** The ANTHC Board of Directors provides overall policy direction and oversight regarding all of the activities of ANTHC.

**3.1.1.2 Executive Direction** provides policy and direction for the administration and operation of ANTHC; provides executive direction and support to ANTHC through strategic planning, health systems networking, marketing, building and maintaining processes and structures to increase resources and community partnerships, public relations, risk management, corporate compliance, legal and inter-governmental affairs; support for operations of and participation in the Institutional Review Boards, and collaborates and coordinates with, and provides technical assistance regarding, governmental and non-governmental programs that serve Alaska Natives and American Indians or that may provide support for or interact with ANTHC, the Alaska Tribal Health System, or the IHS.

**3.1.1.3 Alaska Tribal Health System Support**, as requested, provides funding, services, materials, supplies, personnel and other support for the Alaska Tribal Health System, including funding for statewide consumer awareness program to ensure that tribal health providers are informed about national and Area level developments in health services; inter-tribal communications concerning health services management and program issues; coordination among tribal health programs; and delivery of other services and support for tribal health programs, including provision of health providers and related support of patient care services, administrative services, and other technical assistance, consultation and services.

### 3.1.2 Health Systems Resources.

**3.1.2.1 Generally.** Health Systems Resources provides administrative and financial management; accounting and audit services; office services support; travel support; procurement and materiel management; property and facilities management, planning, development and coordination; grant development, management and coordination; and human resources and workforce management for all programs of ANTHC, including activities and

programs to promote a safe and healthy work environment, workforce retention and succession planning; and technical assistance and consultation to Alaska tribes and tribal organizations.

### 3.1.2.2 Tribal Support Services.

#### 3.1.2.2.1 Business Office Services:

**3.1.2.2.1.1** Administers comprehensive patient registration, health coverage access and business office programs and services, and provides technical assistance, training, services, and other support to tribes and tribal organizations, and collaborates with other entities, regarding those matters, including financial, grant management, compliance, and other related issues, including Medicaid, Medicare, other federally funded health care programs, and other third-party health coverage and billing, patient eligibility, care and benefit enrollment, coordination, navigation and sponsorship; and administration of related programs such as the Medicaid/Medicare Spending Plan and lawful use of third-party reimbursement.

**3.1.2.2.1.2** Consistent with the terms of the Attachment 2 – SCF Purchases from ANTHC, provides for ANMC and ANPCC patient data collection on reimbursable services, utilization review, insurance verification, billing and collection from third party payors including Medicaid, Medicare, and private insurance; development of RPMS and other billing packages and clinical software; and development of new and improved billing and collection systems.

#### 3.1.2.2.2 Professional Recruitment provides recruiting services for health professional positions for ANMC and other tribal health providers, recruiting services for health professional positions for IHS programs, and information and assistance regarding the IHS loan repayment program.

#### 3.1.2.2.3 Training and Development:

**3.1.2.2.3.1** plans, organizes, and conducts continuing education and training programs for IHS, ANTHC and other tribal health providers, including health program management, service delivery, and operations support;

**3.1.2.2.3.2** provides information, assistance and coordination of the scholarship programs to eligible American Indians and Alaska Natives in the Alaska Area and disseminates information about new tribal grants;

**3.1.2.2.3.3** administers the ANTHC scholarship and internship programs for the benefit of Alaska Natives and American Indians; and

**3.1.2.2.3.4** administers the ANTHC Employee Recognition Program.

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 18 of 102

Alaska Tribal Health Compact                              Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                                    Page 10 of 53

### 3.1.2.2.4 Supply and Facility Management.

**3.1.2.2.4.1 Supply Services** manages and utilizes warehouse facilities, including the Regional Supply Service Center, as described in section 13 [Regional Supply Service Center] and the Alaska Utility Support Center; and provides purchasing, storage, inventory, assembling, and shipment of ANMC and field orders, including pharmaceuticals, medical/surgical supplies, subsistence supplies, and office supplies, and sanitation facility equipment, parts and supplies for ANMC, other tribal health facilities and providers and Alaska Native community sanitation facility operations and maintenance organizations; and supports emergency preparedness efforts.

**3.1.2.2.4.2 Facilities Management and Support** provides comprehensive management and support of property and facilities owned, leased, or otherwise utilized by ANTHC.

### 3.1.3 Health Information and Technology Services.

**3.1.3.1 Generally.** Health Information and Technology Services provides services to and collaborates with tribally owned/operated and federal health care facilities, village/rural health facilities, telehealth projects, public health nursing sites, health records' networks, and other health information exchanges, and other locations as necessary to coordinate care for IHS beneficiaries.

Such services include a full-range of information and technology services, including computerized and non-computerized information management, network and systems support, Alaska Federal Health Care Access Network activities in accordance with Section 325 of Pub. L. 105-83, site support, information and technology support, biomedical and clinical engineering services, data services, security audits, disaster recovery services, technology review, telehealth, data quality review, and health statistics.

**3.1.3.2 Information Technology Services** provides computerized and non-computerized information management for ANTHC and the ATHS and technical computer operation of local networks, intra/internet development; application development and management and support for ANTHC and other tribal health organizations, and, subject to Appendix H – ANTHC Assurances (October 1, 2008) and Attachment 2 – SCF Purchases from ANTHC, for the ANMC Campus.

**3.1.3.3 Data, Site and Information Technology Support** provides data, and site and information technology support, including developing, building, assembling, configuring, procuring, and providing electronic health record systems, health information exchange, a patient portal, RPMS/PCC and other software applications; system implementation and support, including data entry and processing for RPMS/PCC, patient care and other medical record and billing systems; data management including clinical information systems and health information exchange interfaces, coordination, integration and transmission of data, such as Medicaid and eligibility information, Core Data set, statistics, reports, RPMS and other technical manuals; and consultation, training and technical assistance in medical records. Data, Site and

Technology Support also provides assistance with selection and deployment of site specific and statewide solutions, which may include providing equipment, hardware, software, licenses, remote hosting, compliance monitoring and response, and other support, for electronic health records and ancillary systems (*e.g.*, Labs, Radiology); implementation of systems, including interoperability and health information exchange, practice and workflow redesign, workforce training, practitioner education and outreach; compliance with requirements and benchmarks (*e.g.*, meaningful use, privacy and security best practices); and accessing national health information resources.

      **3.1.3.4 Telehealth.** In accordance with Section 325 of Public Law 105-83, ANTHC implements, manages, and supports the Alaska Federal Health Care Access Network (AFHCAN) telehealth program, which includes support of the Alaska Federal Health Care Partnership (AFHCP), and develops, builds, assembles and configures, procures, and provides telehealth systems and related items and services, including, teleradiology, videoconferencing, clinical telehealth carts, workstations, and other hardware platforms, telehealth software, servers, hardware and other equipment, support, training, application hosting, updates, data transport services, interface development, integrates and facilitates information sharing, site assessment, evaluation, business planning, clinical workflow analysis and protocol development, equipment testing and evaluation, and technical and operational advice. ANTHC provides support for the AFHCAN program and support for the operations and management of the Alaska Telehealth Advisory Council, produces educational toolkits that explain key principles in telehealth technology, recommends processes for technology assessment, shares evaluation media and technological evaluations, and coordinates with the other telehealth agencies, facilities, and health organizations.

      **3.1.3.5 Biomedical and Clinical Engineering Services** supports the use of safe and functional equipment in diagnosis and treatment of patients through comprehensive equipment management. This includes, but is not limited to: procuring and providing equipment, preventive maintenance, equipment repair, equipment history documentation, customer training; and, for IHS-funded construction projects with a new biomedical equipment budget of up to 1.5 million dollars, and otherwise to the extent a tribal health provider and ANTHC may agree, consultation on equipment selection, systems interfacing, construction planning, and technical assistance regarding meeting industry and regulatory standards, including documentation needed for quality assurance and to satisfy accreditation standards. Services are provided on-site to the ANMC Campus and to Alaska tribes and tribal organizations and other locations to coordinate and ensure access and quality care for IHS beneficiaries who are patients of the Alaska Tribal Health System. Biomedical and Clinical Engineering Services also supports, on a contract basis, biomedical, telehealth and teleradiology equipment in various locations.

      **3.1.3.6 Health Statistics** develops and maintains statistical information concerning Alaska Native health status and health services and programs in cooperation with the IHS Alaska Area Office, and federal and state agencies, and tribal health programs.

      **3.1.3.7 Network Systems** supports telecommunications connectivity and video teleconferencing for the benefit of ANTHC, tribal, rural, IHS, and, in accordance with Section 325 of Pub. L. 105-83, AFHCP programs and facilities.

**3.1.3.8 Telecommunications Services** maintains, supports and, for ANTHC sites and the ANMC Campus manages, telecommunications infrastructure, which transports voice, data and image information for tribal health programs in Anchorage and beyond; supports and integrates telecommunications systems, including paging, cellular phones, messaging, computer integration, call accounting, automatic call distribution, modem pooling, and interactive voice response units; and provides operator and dispatch services.

**3.1.3.9 Distance Delivery** assists all programs of ANTHC to provide remote delivery of technical support, training, education, patient case management and care coordination, and other services in order to improve access and achieve efficiencies.

**3.1.4 Community Health Services.** Community Health Services provides a broad spectrum of health promotion and disease prevention and public health services, which include injury prevention, health surveillance and research, work force development, training and support, directly and in collaboration with international, federal, state, and local agencies, tribes and tribal organizations, academic institutions, and non-governmental organizations. Such activities may also be performed at the request of the Secretary or in conjunction with other initiatives for the benefit of Alaska Native and American Indian people.

**3.1.4.1 Surveillance, Analysis, and Support** provides, through the ANTHC Epidemiology Center and other ANTHC programs, statewide surveillance and analysis of causes of illness (including food borne and environmental contaminants), injury and death among IHS beneficiaries; maintains Alaska Native tumor and other registries; support, planning and coordinating functions for present and future needs of IHS beneficiaries, including elders and other specific beneficiary subgroups; technical and clinical support in epidemiologic and public health investigations; field clinics and training; and consultation for providers serving IHS beneficiaries. These functions include collecting and receiving personally identifiable health information for the purpose of:

**3.1.4.1.1** preventing or controlling disease, injury, or disability;

**3.1.4.1.2** reporting disease, injury, and vital events such as birth and death; and

**3.1.4.1.3** the conduct of public health and epidemiological investigations, surveillance, and interventions, including the maintenance of disease and injury registries.

**3.1.4.2 Dental Training and Consultation** provides technical assistance, continuing education services, and training for ANMC and other tribal dental programs Area-wide, including dental health aide training, supervision and services under the Standards and Procedures approved by the IHS Community Health Aide Program Certification Board; develops dental health promotion programs; assists with dental professional recruitment; and participates in local, state and national meetings and professional activities.

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 21 of 102

Alaska Tribal Health Compact                                      Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                                        Page 13 of 53

**3.1.4.3  Behavioral Health Consultation and Services** provides substance abuse, mental health, domestic violence, and other behavioral health services and support, including technical assistance, planning, continuing education, evaluation services, and training for ANMC and other tribal behavioral health programs, which include prevention and treatment programs; participates in local, state, IHS, and national meetings; works with tribal organizations and other agencies to develop and maintain integrated behavioral health databases; provides behavioral health and related services, including case management services, for IHS beneficiaries, and coordinates and consults with tribal programs designed to facilitate transitions resulting from incarceration and release; provides technical and financial support, training, and consultation for tribal behavioral health aide programs, including the training programs administered in conjunction with other organizations.

**3.1.4.4  Immunization Consultation and Services** provides immunization services; consultation, funding, coordination, advocacy, planning, and support for ANMC and other tribal immunization programs; and coordination among IHS-funded programs, the State of Alaska and the Centers for Disease Control and Prevention (CDC) Arctic Investigations Program.

**3.1.4.5  Arctic Investigations Program Support**, in accordance with Section 325 of Pub. L. 105-83, provides clinical and administrative support for epidemiological and laboratory studies conducted by the CDC Arctic Investigations Program.

**3.1.4.6  Community Health Aide Program Certification** provides support for the operations of the IHS Community Health Aide Program (CHAP) Certification Board, which includes developing and maintaining instructional materials, such as the *Alaska Community Health Aide/Practitioner Manual* (*CHAM/eCHAM*), and for the statewide Community Health Aide Program.

**3.1.4.7  Alaska Native Health Research.** ANTHC designs, conducts, and participates in research into causes and strategies for reduction of morbidity and mortality among individuals who may be served by tribal health programs in Alaska, health system research and evaluation studies, and in human subject research and clinical trials.

**3.1.4.8  Community Health Aide Program Training** provides training of and ongoing support to candidates for certification consistent with the *Community Health Aide Program Standards and Procedures* adopted by the IHS Community Health Aide Program Certification Board, including developing, conducting and supporting training programs.

**3.1.4.9  Palliative Care Education** provides development of educational opportunities for multiple levels of health care providers, including community health aides, in end-of-life patient care.

**3.1.4.10  Comprehensive Cancer Control Plan** provides facilitation of a statewide planning process to maintain a comprehensive cancer control plan and improved access to cancer care and support for Alaska Natives and American Indians.

**3.1.4.11  HIV/AIDS and STD Prevention, Early Intervention, and Treatment Services** provides better access to and promotes prevention, early intervention, and treatment of HIV/AIDS and sexually transmitted disease (STD).  These activities and services include development of continuous quality improvement programs, clinic policies, and enhanced opportunities for patient education, counseling, testing, clinical examination, treatment, and referral services.

**3.1.4.12  Tobacco Related Services** provides direct tobacco and nicotine cessation services and support of such services; develops and maintains a comprehensive nicotine control plan for Alaska Natives; coordinates with appropriate federal, state, and local agencies with respect to tobacco-related services; provides coordination, training, evaluation, and technical assistance services for tribes and tribal health organizations related to the reduction of tobacco use.

**3.1.4.13  Emergency Preparedness Services** develops and maintains a comprehensive emergency preparedness plan for the Alaska Tribal Health System; coordinates with appropriate federal, state, and local agencies, as well as other emergency responders, with respect to emergency preparedness and response; provides coordination, training, evaluation, response, recovery, and technical assistance services for tribes and tribal health organizations and Native communities related to emergencies.

**3.1.4.14  Personal Care Services, Training and Support** provides personal care services and training, support, and advocacy, and technical assistance for tribal organizations and others serving IHS beneficiaries.

**3.1.4.15  Health Promotion and Disease Prevention** develops and implements a wide range of health promotion and disease prevention activities; coordinates with appropriate federal, state, and local entities to optimize services available to Alaska Native individuals and communities.

**3.1.4.16  Infectious Disease Management** provides direct services and support for health programs serving Alaska Natives to identify, diagnose, and treat infectious diseases, and other activities necessary to prevent and control infectious diseases, including patient education and management and provider training.

**3.1.4.17  Nutrition Services** provides supplemental foods, and nutrition education, counseling and other services for individuals at nutritional risk.

**3.1.4.1.18  Other Services.**  ANTHC may also provide other PSFAs to meet the objectives of Section 3 of the IHCIA, as amended.

**3.1.4.19  Environmental Health Assessment, Monitoring and Intervention** designs and conducts studies to identify, assess and monitor the impact of environmental phenomena, agents and interventions, including climate change and exposure to contaminants, infectious agents and zoonotic disease, that may endanger IHS beneficiaries or Alaska Native communities.  ANTHC provides appropriate interventions, assistance and other support for IHS beneficiaries and their communities.

**3.1.4.20  Injury Prevention, Wellness and Health Education** disseminates information, and promotes discussion about, and administers programs in support of, injury prevention, wellness and public health through a variety of modalities, including through health coaches, volunteers, community and peer support programs, camps, retreats, home health monitoring, assessing and improving living environments, outreach, presentations, newsletters, websites, blogs, and social and professional networking fora.

**3.1.4.21  Academic and Professional Training** administers a wide range of academic and professional training programs to ensure an adequate workforce and promote Alaska Native professional development.  This may include collaboration with educational centers, colleges, and academies.

### 3.1.5  Regional and Contract Health Services:

**3.1.5.1**  purchases metabolic laboratory services for Pap smear and chlamydia testing for ANMC and other tribal health providers;

**3.1.5.2**  arranges for reference laboratory services for the Norton Sound Regional Hospital, Maniilaq Health Center, and Bristol Bay Area Health Corporation's hospital;

**3.1.5.3**  provides funding for radiology consultation services for Norton Sound Regional Hospital, the Arctic Slope Native Association's Samuel Simmonds Memorial Hospital, and Bristol Bay Area Health Corporation's hospital;

**3.1.5.4**  provides funding for the Area catastrophic care contract stop-loss reserve and support to ANMC and tribal health providers for participation in the national IHS Catastrophic Health Emergency Fund (CHEF); and

**3.1.5.5**  provides various services and support for tribal health programs pursuant to agreements with such organizations, including provision of health providers, supervision, technical assistance and other health care delivery, consultation and oversight regarding specialty departments such as laboratories and pharmacies, and administrative services.

**3.1.6  Environmental Health and Engineering (DEHE).**  The Environmental Health and Engineering programs will be implemented in accordance with ANTHC policy, as augmented by joint guidelines established by the ANTHC CEO and the IHS Area Director. DEHE is a statewide component of the Alaska Tribal Health System.  DEHE provides a wide range of environmental health, material and product acquisition and management, construction (including demolition and renovation), design, consultation, operations, management and other services in support of programs, systems and infrastructure serving IHS beneficiaries and Alaska Native communities or related to supporting, maintaining and improving the Alaska Tribal Health System.  Services also include coordination and support of designated advisory committees of the ANTHC Board of Directors, which currently include the Sanitation Facilities Advisory Committee, the Alaska Health Facilities Advisory Committee, and the Maintenance &

Improvement Resources Allocation Committee.  Representatives of this program serve on various governmental and community committees to represent tribal health interests.

### 3.1.6.1  Environmental Health Services:

**3.1.6.1.1**  coordinates and maintains an Area-wide program of comprehensive environmental health services for tribal health programs, IHS beneficiaries, and Alaska Native communities, including projects and initiatives to promote health and prevent disease and which may include any of the services described in section 3.1.7.5.2 [Community Environmental Services], when requested, and identifying, assessing, monitoring and remediating ambient air quality, environmental contaminants and other hazardous conditions that could adversely impact health;

**3.1.6.1.2**  provides institutional environmental health services Area-wide to facilities that are operated by Alaska Native tribes or tribal organizations and to entities that primarily serve Alaska Natives, including, but not limited to, management of hazardous waste materials, industrial hygiene, sanitarians, solid waste recycling, zoonotic services, the tribal-federal rural utility cooperative, receive and ship specimens from facilities and the natural environment for laboratory testing of disease and related services, and radiation safety; and

**3.1.6.1.3**  provides environmental control and occupational safety and health technical services to Alaska Native tribes and tribal organizations and, in the absence of applicable state or local services, to entities that primarily serve Alaska Natives or provide support to Alaska Native tribal organizations regarding the management of issues related to interaction with agencies and organizations such as the Occupational Safety and Health Administration (OSHA), Alaska Occupational Safety and Health (AKOSH), Environmental Protection Agency (EPA), Alaska Department of Environmental Conservation (ADEC), Food and Drug Administration (FDA) and The Joint Commission (formerly known as the Joint Commission on Accreditation of Healthcare Organizations (JCAHO)), and technical assistance, training, consultation, and evaluation for tribal health programs to support a comprehensive community injury prevention effort.

### 3.1.6.2  Health Facilities.

**3.1.6.2.1  M&I Program.**  The Health Facilities Maintenance and Improvement (M&I) program maintains a comprehensive M&I program to promote and support the availability of safe and adequate health care facilities at locations throughout Alaska, including a technical consultation program, facility condition assessments, and management of M&I project funds; and

**3.1.6.2.1.1**  ANTHC provides financial support for eligible regional and local tribal health facilities for M&I projects that are first identified and approved by the ANTHC Board of Directors through the Maintenance and Improvement Resource Allocation Committee (MIRAC) M&I project pool process and then approved by the AANHS Director.

**3.1.6.2.1.2**  The Secretary and the ANTHC jointly agree that two-thirds of the total M&I funds for the Alaska Area are designated for "routine" M & I activities and are distributed by IHS directly to eligible tribes and tribal organizations in their funding agreements.  One-third of these funds is designated for the M&I project pool and is further distributed by ANTHC as competitive projects in accordance with section 3.1.6.2.1.1, except as provided in section 3.1.6.2.1.4.

**3.1.6.2.1.3**  The Secretary and ANTHC jointly agree to annually provide an opportunity for tribes and tribal organizations with tribally owned eligible facilities to opt out of participation in the competitive project segment of the M&I project pool.  The term "competitive pool" means the competitive project segment of the M&I project pool.  The University of Oklahoma formula will be applied to the M&I project pool to determine such tribe's and tribal organization's proportionate amount.  Tribes and tribal organizations may opt out of the competitive pool in accordance with the following core principles. (*See* Appendix M, "ANTHC M&I Competitive Project Pool Exit/Re-entry Process" (M&I Competitive Project Pool), for more detail.)  Tribes and tribal organizations with eligible facilities (a) may opt out of participation in the competitive pool for all tribally owned facilities; (b) will participate in maintaining adequate set asides for facility condition assessments and small  clinic subsidies whether or not they decide to opt out of the competitive pool; (c) when electing to opt out in item (a) above, will repay to ANTHC under a pool support agreement all project funds received in excess of 110% of their proportionate  amount of pool contributions in addition to their proportionate amount of the set asides as described in item (b) above; (d) will include assurances to comply with applicable NEPA requirements in their Funding Agreement with IHS; and (e) may rejoin the pool only if they wait at least two years after opting out of the competitive pool, meet the new pool participant facility criteria at the time of reentry based upon a current facility condition assessment, adhere to the new pool participant facilities' one year wait period before applying for competitive project funds, and meet other conditions described in Appendix M – M&I Competitive Project Pool.  Additional core principles may be established or existing core principles may be modified by amendment to ANTHC's Funding Agreement.

**3.1.6.2.1.4**  ANTHC and IHS jointly agree that when a tribe or tribal organization opts out of the competitive pool under section 3.1.6.2.1.3, the IHS will redesignate as routine funds, the M&I project pool portion based on the University of Oklahoma formula, and directly distribute those funds to the tribe or tribal organization. AANHS will transfer M&I project pool funds for approved projects to ANTHC on a project-by-project basis through Title V construction project agreements, which ANTHC has chosen to use.  Agreements that ANTHC enters with tribes or tribal organizations that opt out of the competitive pool under section 3.1.6.2.1.3 shall, at a minimum, incorporate the provisions of section 3.1.6.2.1.3 and a mechanism to pay its proportionate amount of M&I project pool set-aside expenses and, where appropriate, payback obligations, as described at section 3.1.6.2.1.3(c), to ANTHC.

**3.1.6.2.2 Master Plan.**  The Environmental Health and Engineering program maintains and, in collaboration with other tribes and tribal organizations, updates a facilities' master plan for the Alaska Area health facilities utilizing regional services

and facilities' master plans developed by tribes and tribal organizations and other program partners.

### 3.1.6.2.3 Technical Assistance.
The Environmental Health and Engineering program provides comprehensive services and/or technical assistance to tribal health facilities and rural health facilities that serve IHS beneficiaries, including operations, facility assessment, planning, design, and construction of new, replacement, and renovation projects for hospitals, primary care facilities, substance abuse treatment centers, other health, wellness and social service facilities, patient housing, and staff quarters, and their supporting infrastructure.

### 3.1.6.2.4 Village Built Clinic Program.

### 3.1.6.2.4.1 Generally.
The Village Built Clinic program provides for leasing village built clinics for use by Community Health Aide/Practitioners and other providers in locations for which the Village Built Clinic (VBC) program is not administered by other Compact Co-Signers or other tribal contractors. ANTHC buys back administration of this program from IHS pursuant to the Buyback/Withhold Agreement. IHS will annually, or upon renegotiation, provide to ANTHC a copy of each Village Built Clinic Lease. No increase in the amount due to the lessee pursuant to a lease will be negotiated by IHS without advance notice to ANTHC. In administering these leases, the IHS will work with ANTHC to ensure that each lessee is in compliance with the standards referenced in the VBC Lease.

### 3.1.6.2.4.2 Reporting.
The IHS must report on its federally leased facilities. ANTHC agrees to notify the AANHS of changes in occupancy, size, use, and general condition of Village Built Clinic (VBC) leased facilities in locations where ANTHC has bought back services from the IHS.

### 3.1.6.2.5 Relationship with Governmental Agencies and Other Entities.
ANTHC negotiates and maintains agreements with federal agencies, state agencies, tribes, tribal health organizations, and other funding/advocacy organizations to secure funding in support of health facility projects in a comprehensive and coordinated manner. The parties agree that any references in subsection 3.1.6.2.5 to agreements with entities not parties to this Funding Agreement neither incorporates such agreements nor makes the federal government a party to such agreements.

### 3.1.6.2.6 Federal Real Property Assets Reporting.
For all real property assets, including facilities, managed by ANTHC under this Funding Agreement that are federally owned, ANTHC agrees to assist the IHS with its reporting requirements associated with Federal ownership of this property as outlined herein and within available resources.

### 3.1.6.2.6.1 Facility Condition Assessment.
The IHS must keep its facility condition assessment current (i.e. not more than 5 years old). ANTHC, through DEHE, agrees to coordinate with other Co-Signers on scheduling and conducting facility condition assessment survey for federally-owned facilities under such management. The costs of these surveys will be estimated in concert with the ANTHC MIRAC. The costs of these surveys

will be paid from the M&I project pool before competitive projects are considered, provided that all facilities in the M&I project pool are eligible for such funding on the same basis as federally-owned facilities, and provided further, that facilities that are ineligible for M&I project pool funding are not entitled to facility condition assessments under this section. DEHE will provide a copy of all reports prepared as a result of the facility condition surveys to IHS Alaska Area, Attention: Office of Environmental Health & Engineering.

**3.1.6.2.6.2 Historic Property.** The IHS must identify historic real property assets and ensure that the information is current. AANHS is currently working with a contractor to assess IHS real property holdings in Alaska. ANTHC agrees to provide reasonable access to facilities it manages. IHS will provide ANTHC with a copy of the draft assessment and consider any comments ANTHC may submit.

**3.1.6.2.6.3 Energy Data.** ANTHC agrees to collect and submit energy data as specified in Appendix N –2, "Energy Report," for all federal facilities under ANTHC's management. ANTHC agrees to collect energy data from other Co-Signers who manage federally owned facilities, and to consolidate and enter this data into the IHS Healthcare Facilities Data (HFD) system on an annual basis.

**3.1.6.2.6.4 Annual Capital Improvements Report.** By June 30th of each fiscal year, ANTHC DEHE will submit to the IHS OEH&E copies of all interim and final real property closeout reports submitted to DEHE by Co-Signers, including those submitted by ANTHC with regard to federally owned facilities ANTHC manages. *See* section 3.5.1.6.2 [Capital Improvement Projects; Close-out Reports.]

**3.1.6.3 Sanitation Facilities Program.** The Sanitation Facilities Program:

**3.1.6.3.1** maintains a comprehensive program for the planning, design, and construction of new and replacement facilities and supporting infrastructure to meet the water supply and wastewater disposal and solid waste disposal needs of IHS beneficiaries and Alaska Native communities;

**3.1.6.3.2** maintains a current statewide assessment of water and sanitation facilities requirements for Alaska Native communities (Sanitation Deficiency System) and provides for the participation of tribes and/or tribal health organizations in the assessment and project prioritization process;

**3.1.6.3.3** negotiates and maintains agreements with federal and state agencies and other funding/advocacy organizations to secure funding in support of community water supply and wastewater and solid waste disposal in a comprehensive and coordinated manner;

**3.1.6.3.4** provides technical assistance and planning support for Alaska Native communities in the evaluation of sanitation facility requirements, and the design of systems to meet these requirements;

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 28 of 102

Alaska Tribal Health Compact                                    Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                                      Page 20 of 53

        **3.1.6.3.5** establishes agreements with Alaska Native tribal governments and other appropriate governmental and non-profit entities to facilitate the design, planning, and construction of sanitation facilities projects approved by the IHS;

        **3.1.6.3.6** provides planning, design, and construction services in accordance with project requirements approved by IHS and/or other funding sources;

        **3.1.6.3.7** provides training, materials, equipment, supplies, capacity development and support for the operations and maintenance of water and sanitation facilities systems serving Alaska Natives and other IHS beneficiaries; and

        **3.1.6.3.8** develops and assesses teaching materials, techniques and engineering practices for individuals, families and communities to promote health and improve the safe and efficient use of water.

        **3.1.6.4 System Improvements and Sustainability.** ANTHC carries out various programs and initiatives to improve access to health care, reduce health hazards, and promote the long-term sustainability of health and sanitation facilities and other public health infrastructure, including improving access to adequate energy supplies, transportation, and communication systems; designing, managing and implementing assessments, initiatives and interventions for climate change adaptation; and administering collaborative and other cooperative efforts to sustain operations of public health facilities and related infrastructure.

        **3.1.7 Alaska Native Medical Center.** ANMC offers a wide range of inpatient and ambulatory care to patients, consistent with section 1.1 [Transfers and Assurances] of this Funding Agreement, which includes direct patient care, field clinics, telephone consultation and telemedicine, training and consultation services provided in support of other tribal health programs in Alaska, and services offered under the Alaska Federal Health Care Partnership. Consistent with Attachment 2 – SCF Purchases from ANTHC and Attachment 3 – ANTHC Purchases from SCF, services are offered at various locations on the ANMC Campus. In addition, services are provided in other locations to improve access of, and maintain continuity of care for, patients of Alaska tribal health programs and as otherwise required to achieve the purposes of ANTHC, the Alaska Tribal Health System, and the Alaska Federal Health Care Partnership. In some practice areas field services are specifically mentioned in the program descriptions below because they have been an important part of the historical services offered, however services offered in support of other tribal health programs, including field clinics, patient care in other tribal hospitals and outpatient clinics, consultation, and training may be provided by any service center of ANMC.[9] In addition, any service center may be assigned to offer services in support of the Alaska Federal Health Care Partnership of which the IHS and the ANTHC are signatories. ANMC participates in health provider training through offering a site for medical residents and other individuals obtaining training in the health professions; through

---

9/      Failure to identify for any particular program that services are offered in a location other than the ANMC Campus or that non-direct patient care services are offered shall not be construed to exclude that service from the program offered by the ANTHC.

providing clinical preceptorships, mentoring, shadowing, training and supervision of health care providers who provide services at ANMC and in other tribal health programs; teaching health providers and students in the health professions, including Community Health Aide Program training; and development of evidence-based practice skills.  ANMC also provides inpatient and outpatient patient education; participates in national work groups, quality improvement and medical quality assurance activities; human subject research and clinical trials; and maintains and develops epidemiological data.

**3.1.7.1 Hospital and Clinic Patient Care Services.**  ANMC provides comprehensive health care services.  It provides these services directly and through telehealth modalities, support provided to the Alaska Tribal Health System, contract arrangements, and collaborative arrangements with other providers.  ANMC is currently organized into centers.  The centers take principal responsibility for the services as described below, including related activities such as field clinics, consultation, telemedicine and others, described in section 3.1.7 [Alaska Native Medical Center].

**3.1.7.1.1 Critical Care Services** provides multi-disciplinary care and management of critical care patients.

**3.1.7.1.2 Emergency Medical Services** treats patients who present for emergent and urgent problems; serves as a site of stabilization, diagnosis and initial treatment for Anchorage patients and those transferred from other parts of Alaska (and, to the extent required by the Emergency Medical Treatment and Labor Act (EMTALA), from other states); provides physician backup for inpatient emergencies during off-hours; serves as the on-site medical clinic for all ANMC employees requiring medical attention while at work or presenting for work-related injuries; and provides, throughout the state, as needed, consultation to rural health care providers, including community health aides.

**3.1.7.1.3 Internal Medicine Services** which includes general internal medicine, pulmonology, endocrinology, dermatology, rheumatology, neurology, gerontology, hepatology, critical care medicine, sleep studies, gastroenterology, bariatric surgery and weight management services, and a hospitalist program; provides or arranges for most of the intensive care and sub-specialty internal medicine care for IHS beneficiary patients statewide; maintains a tumor registry; provides preventive treatment of viral hepatitis and participates in various hepatitis and other research projects; and provides a comprehensive diabetes program.

**3.1.7.1.4 Ophthalmology Services** provides a broad range of ophthalmological care.

**3.1.7.1.5 Orthopedic Services** provides management of orthopedic trauma, sports medicine, and general orthopedic, reconstructive care services.

**3.1.7.1.6 Otolaryngology Services** provides a broad range of otolaryngologic and audiologic care.

**3.1.7.1.7  Pediatric Services** provides, in collaboration with SCF, primary care for neonates, infants, children and adolescents; pediatric specialty care; consultation with pediatric sub-specialists and health care providers, schools, and other individuals, programs, and agencies providing supportive services; neonatal care, newborn care and support for high-risk deliveries; and pediatric intensive care.

**3.1.7.1.8  Surgery Services** provides general surgical and urological care; neurosurgical and plastic and reconstructive surgery services.

**3.1.7.1.9  Surgical Support Services** provides an ambulatory surgery unit (including an endoscopy unit), operating rooms, anesthesia service and post anesthesia care unit.

**3.1.7.1.10  Women's Health Services** in collaboration with SCF, provides obstetrical and gynecological services, including perinatology services; antenatal testing, and newborn nursing services.

**3.1.7.1.11  Dental Services** in collaboration with SCF, provides dentistry and oral surgery.

**3.1.7.1.12  Medical/Surgical Inpatient Services** includes, in addition to other services described in this section, inpatient nursing services.

**3.1.7.1.13  Cardiology Services** provides cardiac care, testing, intervention and treatment, including coronary angiography and intervention.

**3.1.7.1.14  Hematology-Oncology Services** provides consultation, treatment and care for patients with cancers or hematologic disorders.

**3.1.7.1.15  Health Advice Hotline** provides assistance to callers seeking advice regarding whether and what kind of health care they may need and may include coordination with the caller's health care providers, case managers, and others who may be involved in assisting the caller gain access to care.

**3.1.7.1.16  Medical Transport** provides, arranges, and supports other providers engaged in, medical transport of patients, including medical direction and control of ground and air ambulance and other medevac services.

**3.1.7.1.17  Community Health Aide Program Support** provides training, supervision, support, and consultative services for individuals certified, or in training for certification, by the IHS Community Health Aide Program Certification Board, and support of community health aide programs.

**3.1.7.1.18  Other Health Care Services and Supplies.** ANMC provides a variety of other health care services and supplies for patients, including genetic testing and counseling, behavioral health services, primary care services, chronic disease management,

organ and tissue harvesting services, traditional healing provided in accordance with 25 U.S.C. § 1680u, pain management services, hospice, palliative care and other end of life services, and durable medical equipment.

**3.1.7.2 Ancillary Services** include:

**3.1.7.2.1 Clinical and Anatomic Laboratory Services** provides a full range of clinical tests in support of patient diagnosis and treatment; analyses for the Alaska Area hepatitis testing program; testing of samples received from the rural ASU and other tribal health programs; referral for testing not available at ANMC; and tissue and blood analysis in support of organ donation and transplant programs in which ANMC participates;

**3.1.7.2.2 Imaging Services** provides a wide range of diagnostic, interventional and other imaging services, including angiography, nuclear medicine and a statewide teleradiology program for tribal health programs for radiological interpretation;

**3.1.7.2.3 Pharmacy Services**, which has sites on the ANMC Campus and at other tribal health program locations, provides comprehensive pharmaceutical care including recommending therapies, dispensing medications, collaborating in and monitoring of medication treatment plans to assure appropriate, safe, cost effective therapies, patient information regarding their treatment to assure compliance and prevent and mitigate potential side effects; distribution through automated dispensing units; and representation for the Alaska Area on national IHS formulary committees;

**3.1.7.2.4 Therapy Support** provides a wide-range of physical, occupational and speech and language therapy evaluation and treatment services and animal-assisted therapy;

**3.1.7.2.5 Respiratory Care** provides support of mechanical ventilatory support and a wide range of other respiratory therapeutic modalities;

**3.1.7.2.6 Hospital Education Support Center** develops and implements comprehensive patient education support services and provides educational and community outreach programs;

**3.1.7.2.7 Health Information Services** maintains a comprehensive medical record system, including record storage and retrieval, review and analysis of medical records, transcription, coding discharges and managing release of medical information;

**3.1.7.2.8 Nutrition and Food Services** includes medical nutritional therapy, which provides screening/assessment, nutritional education and patient monitoring and supplemental feedings and consultative assistance, and food service which is responsible for providing patient meals and cafeteria service for patients, visitors, employees and Quyana House guests;

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 32 of 102

Alaska Tribal Health Compact                                    Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                                    Page 24 of 53

**3.1.7.2.9  Social Services** provides a wide spectrum of medical and other social work and related services, including, but not limited to,

**3.1.7.2.9.1** discharge care coordination, crisis intervention and assistance with psychosocial issues; programs for follow-up care; interdisciplinary review and discharge planning; consultation and training with other tribal health programs; and other assistance with developing care plans; and

**3.1.7.2.9.2** child abuse and neglect and family support services and programs, including those provided in collaboration and cooperation with child protection and law enforcement agencies, child and family advocacy programs and other programs serving patients of tribal health programs; prevention and intervention services; medical and behavioral health services; and other therapeutic, educational, resiliency building, recovery, skill and relationship development, family preservation and reunification support services.

**3.1.7.2.10  Patient Care Planning, Management and Follow-Up Services** provides care, planning, coordination, and management, and other support and assistance to patients prior to, during and following patient encounters to improve care delivery and outcomes, including education and training for patients and their care-givers, short-term recovery care prior to the patient returning home or being transferred to another facility and home-based services including nurse visits.

**3.1.7.3  Support Services:**

**3.1.7.3.1  Auxiliary Patient Services** is a special service program supported by many volunteers aimed to benefit patients and others served through the mission of ANMC;

**3.1.7.3.2  Central Admitting Services** provides an initial point of contact for anyone acquiring a service from ANMC, assists with determining patient eligibility for service, maintains the inpatient hospital census documentation, assists patients with applications for third party and other alternate health resources;

**3.1.7.3.3  Central Nursing Office** provides leadership, direction, guidance, facilitates the use of continuous quality improvement in the management of nursing services at ANMC, and regular review and evaluation of nursing practice;

**3.1.7.3.4  Executive Direction**, in collaboration with SCF as provided in the Joint Operating Board Bylaws and Attachment 2 – SCF Purchases from ANTHC and Attachment 3 – ANTHC Purchases from SCF, is responsible for planning, directing, and coordinating services offered by ANMC; resource allocation; and credentialing and privileging providers;

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 33 of 102

Alaska Tribal Health Compact                                    Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                                    Page 25 of 53

**3.1.7.3.5  Financial Management** organizes, coordinates and executes budget and financial operations of ANMC and is responsible for Medicare cost report and cost allocation processes;

**3.1.7.3.6  Facilities Engineering** provides a comprehensive program of facilities management of ANMC, other ANTHC clinical and program facility locations, such as Quyana House and other temporary housing, Arctic Investigation Laboratories[10] and the related grounds and physical plant equipment associated with these facilities;

**3.1.7.3.7  Housekeeping Services** is responsible for waste and trash removal, infectious waste, linen management, routine and urgent cleaning for ANMC, Arctic Investigations Laboratory, Quyana House and other temporary housing, and the ANPCC;

**3.1.7.3.8  Infection Control** provides a comprehensive, coordinated process to reduce the risks of endemic and epidemic nosocomial infections in patients and health care workers and other ANTHC employees who may be present in ANMC on a full-time or occasional basis, including mandatory training, respiratory protection devices, tuberculosis surveillance program and a needlestick-blood borne pathogens exposure plan for health care workers and other employees;

**3.1.7.3.9  Materiel Management** is responsible for management and distribution of supplies, equipment and mail for ANMC and the ANPCC, including responsibility for Central Sterile Supply, which provides medical supplies for patients, decontamination and sterile processing, and direct support to operating room suites;

**3.1.7.3.10  Organizational Development and Quality Management** develops, monitors and evaluates policies, procedures, protocols, processes and practices to improve patient safety and the quality and value of services, assists with accreditation and regulatory compliance, and provides education, technical assistance, consultation and support for continuous quality improvement activities, strategic planning and organizational development;

**3.1.7.3.11  Public Relations/Information Office** provides information to beneficiaries and the general public; management of media relations; technical assistance; and

---

10/    While the PSFAs associated with the Arctic Investigations Laboratory provided for in this paragraph and in section 3.1.7.3.7 [Housekeeping Services] are provided in accordance with Section 325 of Pub. L. 105-83 under this Funding Agreement, the funds are not a part of this Funding Agreement. The funds supporting these activities are subject to all terms and conditions of the instrument through which the funds are transferred, and the parties agree that such instruments is not incorporated into this Funding Agreement.

**3.1.7.3.12 Library Services** develops, maintains and manages clinical information and knowledge resources for clinical staff, employees, patients and other tribal health programs, and assists with reference questions and research.

**3.1.7.4 Contract Health Services** administers a program to pay providers and facilities to provide health services within medical priorities established by the ANMC Joint Operating Board and approved by the ANTHC Board of Directors or to ensure efficient and cost effective treatment for patients.

**3.1.7.4.1 TCC and SEARHC.** ANTHC will continue to provide only tertiary and referral contract health services care for beneficiaries of Tanana Chiefs Conference (TCC) and SouthEast Alaska Regional Health Consortium (SEARHC) as provided by the IHS when it directly operated the contract health services program and as described in TCC's and SEARHC's respective Funding Agreements.

**3.1.7.4.2 Full-Time Students.** Except for beneficiary residents of the Tanana Chiefs Conference, Ketchikan Indian Community and the Metlakatla Indian Community service areas, contract health services provides funding for full-time students as defined in 42 C.F.R. § 36.23 (1985).

**3.1.7.4.3 Transients.** Except for beneficiary residents of the Tanana Chiefs Conference, Metlakatla Indian Community, Ketchikan Indian Community and SouthEast Alaska Regional Health Consortium service areas who require contract health services outside Alaska, contract health services provides funding for transients as defined in 42 C.F.R. § 36.23 (1985).

**3.1.7.4.4 Dental.** ANTHC has no responsibility for operative non-emergent dental contract health services, except to beneficiary residents of the Chugachmiut service area.

**3.1.7.4.5 Appeals.** ANTHC will provide an appeals process to resolve decisions made by the ANTHC contract health services program.

**3.1.7.5 Hospital and Community Environmental Services:**

**3.1.7.5.1 Hospital Safety and Environmental Services** provides a comprehensive safety and environmental control program to promote a safe and healthy environment at ANMC and the ANPCC, including security, lift team, and biomedical waste disposal services.

**3.1.7.5.2 Community Environmental Services** provides a comprehensive environmental health and injury prevention program for ANTHC, ANMC and Alaska Tribal Health System, including the management, planning, and execution of programmatic and field activities relating to environmental health issues in both urban and rural areas, technical assistance, consultative services, informational surveys and specialized training activities to local communities on community, environmental and public health issues, including

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 35 of 102

Alaska Tribal Health Compact                          Alaska Native Tribal Health Consortium
Funding Agreement — Fiscal Years 2016 through 2018                        Page 27 of 53

water system, sewer system and solid waste disposal system construction, operation and maintenance; injury prevention activities such as bicycle rodeos, safety instruction, injury surveillance, and assessment and intervention to prevent injuries in facility, community and home environments; performance of surveys and regarding OSHA, The Joint Commission and other requirements and regulations; environmental health consultation and services to facilities serving Alaska Native and IHS beneficiaries; prevention of and response to zoonotic disease; and consultative and direct environmental health services to child care programs (including day care, pre-school, early childhood development, and family support programs), schools, and community facilities; and performing epidemiological investigations of disease outbreaks.

     **3.1.7.6 Housing, Patient Transportation, and Patient Centered Planning and Care Coordination** provides in conjunction with Patient Care Planning, Management and Follow-Up Services and others serving patients of tribal health programs:

     **3.1.7.6.1** pre- and post-travel planning and coordination to ensure their health care needs, including their preventive care needs and follow-up to treatment, are identified and addressed;

     **3.1.7.6.2** lodging, meals, and air and ground transportation (and related dispatch and travel arrangement services) for patients and their family members and escorts inside Anchorage and to and from other locations;

     **3.1.7.6.3** supportive services for patients, family members, escorts and others providing assistance and support to patients while preparing for and on travel status; and

     **3.1.7.6.4** housing and meals for community health aide students in training; and temporary housing for ANTHC workforce.

     **3.1.8 Diabetes Prevention Program.** ANTHC provides primary, secondary and tertiary prevention services, including diabetes education, screening, clinical follow-up, case management services and community and employee activity programs including sponsorship of team sports.

     **3.1.9 Elder Care Services.** Elder care services provides hospital swing bed services and comprehensive health care nursing services for the elderly, disabled and others needing long term health care that may include nursing facility services.

     **3.1.10 Other Services to Address Health Goals and Objectives.** ANTHC also performs other PFSAs as appropriate to address the health goals and objectives established by ANTHC, as contemplated in Title V of the ISDEAA, 25 U.S.C. § 458aaa-4(b)(2).

     **3.2 Other Programs/Services Funded.** This funding agreement includes programs, functions, services and activities resulting from tribal redesign, or consolidation, reallocation or redirection of funds, including its own funds or funds from other sources, provided that such consolidation, redesign, or reallocation or redirection of funds results in carrying out programs,

functions, services and activities that may be included in the funding agreement pursuant to section 505 of Title V, section 325 of Pub. L. 105-83, and Article III, Section 6 [Merging with Other Programs] of the Compact. This includes any other new health care programs, including, but not limited to, those identified in the Indian Health Care Improvement Act funded during the fiscal year.

**3.3    Non-IHS Funding.** ANTHC will complement and supplement the PSFAs described throughout this section 3 [Tribal Programs and Budget] with funding from sources other than the IHS through this Funding Agreement, subject to the availability of such other funding sources. Consistent with Article III, Sections 5 [Reallocation], 6 [Merging with Other Programs], and 7 [Program Income] of the Compact, non-IHS funds will be added to or merged with funds provided by the IHS through this Funding Agreement.

**3.4    Federal Tort Claims Act Coverage.** The Federal Tort Claims Act applies to ANTHC's PSFAs under this Funding Agreement as provided in Article V, Section 3 [Federal Tort Claims Act Coverage; Insurance] of the Compact, Section 516(a) of Title V (which incorporates Section 102(d) of the Title I of the Act and Section 314 of P.L. 101-512). The extent of Federal Tort Claims Act coverage is described more particularly in 25 C.F.R. §§ 900.180-900.210.

**3.5    Tribal Facilities, Locations and Personal Property.** ANTHC operates the programs described in this Funding Agreement out of more than one facility or location and uses personal property owned by ANTHC, by SCF, and by IHS in these facilities and locations.

In addition, the facilities and locations include, but are not limited to, those described below and in Appendix E "Tribal Facilities and Locations," which is incorporated by reference herein. The Area Division of Planning, Evaluation and Health Statistics shall compile from this Appendix a list of all health facilities and locations identified in the Appendix and forward that list annually to the Headquarters' Office of Program Statistics, which shall include each of these facilities and locations in the annual list it must provide to the Centers for Medicare and Medicaid Services (CMS) (formerly Health Care Financing Administration) pursuant to the Memorandum of Agreement between the Health Care Financing Administration and the Indian Health Service (December 19, 1996).

**3.5.1  Real Property Generally.** Subject to conditions applicable to specific facilities or locations, as set forth in section 3.5.2 [Construction Yard Storage Lots and Sanitation and Health Facility Construction Sites], the facilities and grounds identified in Appendix E to this Funding Agreement in which the United States has title or holds a leasehold interest identified in their respective Funding Agreements (as adjusted in Attachment 2 – SCF Purchases from ANTHC and Attachment 3 – ANTHC Purchases from SCF), shall be maintained by ANTHC under the following terms:

**3.5.1.1  Federal Property Title and Permissible Use.** Title to such property (or the leasehold therein) shall remain in the United States, and ANTHC shall permit no unlawful activity on such property.

**3.5.1.2  Vendors and Contractors.**  ANTHC will select and manage vendors and contractors consistent with 25 U.S.C. §§ 450e(b) and (c) and other applicable law. For vending facilities operated on federal property by blind persons, ANTHC will also comply with 20 U.S.C. § 107.

**3.5.1.3  Shared Responsibility with SCF.**  The responsibility for maintenance, repair, custodial and janitorial services, and security services shall be distributed in accordance with the allocation of the resources for such activities as provided in Schedule A to the FY 99 AFA.

**3.5.1.4  Catastrophes.**  Major or catastrophic repairs resulting from deficiencies in design or construction or from extraordinary or unforeseen events are not the responsibility of ANTHC unless additional funding amounts to deal with such unforeseen circumstances as provided in Article V, Section 10, of the Compact are provided by the IHS.

**3.5.1.5  Maintenance and Improvement Funds.**  ANTHC shall be eligible for additional maintenance and improvement funds from the IHS in accordance with established IHS policies.  ANTHC agrees to use maintenance and improvement funds received through this Funding Agreement in accordance with the appropriation language for Indian Health Facilities in the Department of Interior and Related Agencies Appropriation Act for the applicable fiscal year or any comparable Act of Congress that contains the subject appropriation, and in accordance with 41 U.S.C. § 12 to the extent applicable.

**3.5.1.6  Capital Improvement Projects.**

**3.5.1.6.1  Approval.**  Subject to the following thresholds, ANTHC will submit to AANHS a Project Summary Document (PSD) or Program Justification Document (PJD) for any projects in a federally-owned facility or on federally owned property for construction, renovation, or acquisition of space:  for projects started before October 1, 2005, costing more than $25,000, including non-IHS funds, and for projects started on or after October 1, 2005, $100,000, including non-IHS funds.  For projects that require additional funds from the IHS, ANTHC may proceed with the project only after receipt of approval of the PSD or PJD from IHS.

**3.5.1.6.2  Close-Out Reports.**  By June 30th of each fiscal year, the IHS must report all capital improvements made to federal facilities that exceed the thresholds described in section 3.5.1.6.1 [Capital Improvement Projects; Approval].  ANTHC agrees to prepare a Final Real Property Closeout Report specified in Appendix N-3, "Final Real Property Closeout Report and Interim Real Property Status Report," on each project within 120 days of its beneficial use of the facility or an interim report using Appendix N-3 without the Chief Financial Officer certification if the project is not completed for beneficial use. ANTHC agrees to complete one of these reports by June 30th of each fiscal year.  The reports will be consolidated with the reports of other Co-Signers submitted to ANTHC as provided in section 3.1.6.2.6.4 [Annual Capital Improvements Report.]

**3.5.1.7 Responsibilities under NEPA, NHPA, and Related Provisions of Law that Apply When the IHS Undertakes an Action.** The National Environmental Policy Act (NEPA), National Historic Preservation Act (NHPA), and related provisions of law require the IHS to review and approve actions resulting in the use or commitment of IHS funds or that affect IHS property, and which may significantly impact the environment or cultural resources. Unless ANTHC has assumed these responsibilities under a construction project agreement in accordance with Section 509 of Title V and 42 C.F.R. § 137.285-312, the IHS must carry out these responsibilities and has elected to utilize Appendix Z. Where ANTHC plans to undertake an action, as described in Appendix N-6 "Actions Requiring IHS NEPA Review and Determination," on IHS owned real property or utilizing IHS funds received through this Funding Agreement and ANTHC has not assumed these responsibilities, ANTHC will provide the IHS with a Project Summary Document (*see* Appendix [N-4]) and a completed Environmental Information and Documentation Form (*see* Appendix N-5) so that the IHS can accomplish these requirements, and issue a Determination Document (Categorical Exclusion (CATEX) or Finding of No Significant Impact (FONSI)), as soon as possible. All documentation shall be submitted to the IHS as early as possible in the planning phase of the project to prevent delays in the action. No irreversible action can be taken by ANTHC until the IHS completes its compliance responsibilities and so advises the Co-Signer with a Determination Document). Pending resource availability, the IHS is available for education and consultation on NEPA, NHPA, and related provisions of law on an as needed basis.

**3.5.1.8 Changes in Utilization.** The IHS must keep an accurate and current inventory of real property assets. ANTHC agrees to provide the certification form included in Appendix N–1, "Certification for New/Replaced/Added Space," annually to the AANHS for any new, replaced, or added space, or other changes in space utilization to a federally owned facility under ANTHC's management.

**3.5.1.9 Facility Condition Assessment.** ANTHC agrees to schedule and conduct facility condition assessment surveys ("deep look surveys") on federally owned facilities under ANTHC's management and to provide reports as provided in section 3.1.6.2.6.1 [Facility Condition Assessment].

**3.5.2 Construction Yard Storage Lots and Sanitation and Health Facility Construction Sites.**

**3.5.2.1 Federal.** ANTHC operates certain environmental health and engineering PSFAs described in this Funding Agreement out of certain federal construction yard storage lots, which IHS agrees that ANTHC may use in any manner necessary to ensure that ANTHC can adequately perform the environmental health and engineering PSFAs set forth in this Funding Agreement.

**3.5.2.2 Other Storage and Construction/Operation Project Sites.** In addition to operating out of its offices in Anchorage and the facilities and locations listed or described in paragraph 3.5.2.1 [Federal] and Appendix E – Facilities and Locations, ANTHC provides assistance to develop sanitation and health facility construction/operation projects throughout the State and performs PSFAs on approved projects at construction/operation sites

throughout the State. ANTHC also maintains storage lots in various locations to support these facilities. The sanitation and health facility construction/operation sites and storage lots will not be listed in Appendix E – Tribal Facilities and Locations.

**3.5.3  Other Tribal Facilities and Locations.** ANTHC operates the programs described in the Funding Agreement out of more than one facility or location. These include, but are not limited to, the facilities and locations listed or described in Appendix E – Tribal Facilities and Locations, which is hereby incorporated by reference into this Funding Agreement.

**3.5.3.1  Other Tribe and Tribal Organization Sites.** ANTHC provides field clinics and other services in sites throughout the State of Alaska, including facilities operated by other tribes and tribal organizations or made available to them for the delivery of health programs. These sites will not be listed in Appendix E – Tribal Facilities and Locations.

**3.5.3.2  CDC Building.** ANTHC also operates some of its programs at the Arctic Investigations Program, Centers for Disease Control (CDC) Building, 4055 Tudor Centre Drive, Anchorage. Operation of programs at this location is at the invitation of the CDC. Therefore the building and property at this location are not to be considered property furnished by the government for purposes of Section 105(f)(2)(A) of the Act. IHS will consult with ANTHC prior to negotiating any transfer of ownership or occupancy of the CDC Building.

**3.5.3.3  Annual Self-Governance Negotiation Space.** ANTHC will provide space for Alaska Tribal Health Compact negotiations.

**3.5.4  Personal Property.**

**3.5.4.1  Generally.** All personal property owned by the IHS and located in the facilities identified in Appendix E – Tribal Facilities and Locations shall remain the property of the United States and shall be provided for the use of ANTHC and SCF, respectively, for the performance of PSFAs under their respective Funding Agreements.

**3.5.4.2  ANMC Personal Property.** ANTHC is aware that the personal property owned by the IHS in the ANMC does not include most of the artwork, which is the property of the ANMC Auxiliary. The artwork that is the property of the IHS is listed in Appendix J to the FY 2000 Funding Agreement – List of Government Provided Artwork in ANMC, which is hereby incorporated by reference into this Funding Agreement.

**3.5.4.3  Intellectual Property.** In the course of administering federal contracts, grants, subgrants, and other agreements prior to ANTHC's assumption of federal responsibilities under the Compact, IHS acquired various copyrights and licenses, including licenses pursuant to 45 C.F.R. § 74.36 and 45 C.F.R. § 92.34, in works which the IHS possessed, reproduced, published and otherwise used and allowed others to possess, reproduce, publish, and otherwise use. To carry out the PSFAs assumed by ANTHC on or after October 1, 1998, ANTHC has the delegated authority and permission from IHS to use and allow others to reproduce, publish, and otherwise make use of these works to the same extent as IHS, consistent with the copyrights or licenses acquired by IHS in such works.

**Section 3.6  Payer of Last Resort.**  Whether providing, purchasing, or authorizing health care services described in the Compact and this Funding Agreement, in accordance with Section 2901(b) of Pub. L. 111-148 [25 U.S.C. § 1623(b)], and as otherwise provided in law, ANTHC shall be the payer of last resort.

**Section 3.7  Exemption from Payment of Certain Fees.**  In accordance with Section 124 of the Indian Health Care Improvement Act, as amended, 25 U.S.C. § 1616q, employees of ANTHC's health programs shall be exempt from payment of licensing, registration, and any other fees imposed by a federal agency to the same extent that officers of the Public Health Service commissioned corps and other employees of IHS are exempt from such fees.

**Section 4 — Amounts Available During Term of Funding Agreement.**

**4.1    Funding Amounts.**

**4.1.1  Generally.**  ANTHC and IHS entered into an agreement between the IHS and ANTHC regarding Adjusted Recurring Base ("Adjusted Recurring Base Agreement") on May 29, 2001 in which the adjusted recurring base funding due ANTHC for FY 2001 was established to be $80,335,650 as identified in Operating Resources Detail  (ORD) (formerly called Advice of Allowance) 11, dated May 17, 2001.  The following amounts are available to ANTHC pursuant to Section 325 of P.L. 105-83, the Compact, Title V of the Act and the Adjusted Recurring Base Agreement are subject to reductions only in accordance with Section 508 of Title V and Section 106 of Title I during the term of this Funding Agreement.  The funds being transferred to ANTHC are funds that were identified as certain non-residual tribal shares of the AANHS prior to the enactment of Section 325 of P.L. 105-83.[11]

|  | Annual Funding |
|---|---|
| RECURRING BASE: Inclusive of all recurring funding.[12] |  |

---

11/    A breakout of these funds is shown in Appendix A, which is hereby incorporated by reference, which cites the source document used to determine the amounts.  The amounts are subject to change under the Act and as provided in this Funding Agreement, including the additional adjustments as provided in section 4.2 [Contract Support Costs].  For other fiscal years to which this Funding Agreement is applicable, the replacement Appendix A will be negotiated between IHS and ANTHC for the respective year and amended to this Funding Agreement and incorporated by reference, accordingly.

12/    The detail regarding these recurring funds is shown in Appendix A -- Financial Summary. *See,* Footnotes 3 (regarding Appendices A and C) and 11 (regarding breakout of funds in Appendix A).  The base amount of the recurring funds in FY 01 was determined according to the Adjusted Recurring Base Agreement.  This amount includes funds for Human Resources, which includes $100,000 that shall be immediately repaid to IHS if

|  | Annual Funding |
|---|---|
| Recurring Services | $ 110,815,283 |
| Recurring Facilities | $  15,151,116 |
| **Subtotal Recurring:** | **$ 125,966,399** |
| NON-RECURRING FUNDING: Inclusive of certain program and nonrecurring contract support funds and such other funding that may be added to the Funding Agreement.[13] | |
| ,Contract Support Costs | $18,738,626 |
| Maintenance and Improvement funds | TBD |
| Telemedicine | TBD |
| Approved Sanitation Facilities Construction Project Funds:[14] | TBD |

ANTHC discontinues required entries into the Integrated Time and Attendance System (ITAS).

The "Recurring Services" amount was reduced in FY 2009 by the amount of $3,609,309.47 (Hospital and Clinics funds), which was calculated on the basis of a reallocation from ANTHC to SCF in the scope of responsibility for purchasing outpatient pharmaceuticals used in the Rural Anchorage Service Unit, Primary Care Center, and the ANMC Hospital-Based Outpatient Pharmacies. This amount was calculated before any FY 2009 appropriated increases were applied. All FY 2009 increases, including pay costs, inflation, population growth, and any other similar items attributable to this recurring base transfer shall be paid to SCF as if the recurring base transfer had occurred on September 30, 2008.

13/    These amounts are detailed in Appendix A. See, Footnotes 3 (regarding Appendices A and C) and 11 (regarding breakout of funds in Appendix A). In addition, ANTHC shall receive, pursuant to Section 325 of P.L. 105-83, the Compact and Title V of the Act, other non-recurring funds not specifically identified in this Funding Agreement but which may be provided to ANTHC in the future to the same extent as they have historically been provided.

14/    In FY 2011, it is expected that about $16,000,000 will be allocated to the Alaska Area for new Sanitation Facility Construction Projects. As projects are approved under section 1.2.3 [Sanitation Facility Construction Approval] the funds will be transferred to ANTHC. In addition, the IHS shall transfer, or authorize to be transferred, to ANTHC funds from federal and state agencies or other sources according to agreements by the funding agency or as the conditions for expenditure of the funds have been satisfied,

|  | Annual Funding |
| --- | --- |
| **Subtotal Non-Recurring:** | **$18,738,626** |
| **Subtotal Recurring and Non-Recurring:** | **$144,705,025** |
| Area Tribal Shares[15] | $ 829,501 |
| Headquarters Tribal Shares - Program Formula[16] | $ 635,412 |
| **Subtotal – Tribal Shares[17]** | **$ 1,464,913** |
| **TOTAL COMPACT FUNDING[18]** | **$146,169,938** |

except to the extent that such funds have been expended directly for the projects, pursuant to agreement by ANTHC. Funds also will be allocated to ANTHC for approved projects as the IHS satisfies obligations for projects for which funds have been retained by the IHS. When additional funds are needed for approved projects being carried out by ANTHC and for new ANTHC approved projects, the funds retained by the IHS will be the first source of funds relied upon.

15/    Funds from Area were distributed according to methodologies agreed upon in a caucus open to all Alaska Tribes and tribal organizations. The specific methodologies are identified in Appendix A – Financial Summary. ANTHC does not receive any Area tribal shares, except those restricted by Co-Signers and Title I contractors and those which Co-Signers and Title I contractors could have received, but for the enactment of Section 325 of P.L. 105-83. Those funds are included in this table as a portion of the ANTHC's recurring base, but are detailed in Appendix A – Financial Summary.

16/    Headquarters shares were allocated and distributed according to methodologies agreed upon in a caucus open to all Alaska Tribes and tribal organizations. The specific methodologies are identified in Appendix A – Financial Summary. ANTHC does not receive any Headquarters' tribal shares except certain program formula shares, which are detailed in Appendix A – Financial Summary. In addition to the program formula shares ANTHC is receiving, ANTHC has restricted other funds detailed in Appendix A and retains the right to receive other Headquarters' tribal shares for which the amount or availability have not been determined.

17/    This amount does not include certain Headquarters' tribal shares for which the amount or availability has not been determined. This amount will be adjusted to make available all tribal shares for which ANTHC is eligible.

18/    For the reasons noted regarding the amounts that make up this total and because full funding amounts due under previous years' Funding Agreements have not been fully

|  | Annual Funding |
|---|---|
| **INITIAL WITHHOLD SUMMARY** | |
| IPA/MOA | $  12,244,162 |
| Pharmaceuticals[19] | $  8,542,717 |
| Village Built Clinics | $    704,500 |
| **Subtotal Initial Withhold** | **$  21,491,378** |

These amounts are subject to additions for other reimbursements, new funds received during the term of this Funding Agreement including amounts that have historically been distributed as non-recurring funds under Title I of the Act, additional adjustments to add the direct contract support for additional federal employees transferring to direct employment after the initial calculation in July, 1999, and funds made available throughout the year under section 4.3 [Transitional IHS PSFAs and Funds] below.  Any amounts remaining unspent under Contract No. 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 and previous Funding Agreements, after adjustment and reconciliation of the withheld amounts for IPA/MOA as of the last day of the previous fiscal year shall be included in this Funding Agreement.

The Recurring Base amount shown above includes $4,929,759 that ANTHC received, recurring in FY 2006 in Congressionally earmarked alcohol funds for substance abuse and behavioral health counselors through the Counselor in Every Village program, and comprehensive substance abuse training programs for counselors and other delivering substance abuse services. Such funds are subject to "Adjustments Due to Congressional Actions" as described herein in section 6 [Adjustments] as well as any conditions on those funds that may be described in the FY 2009 Interior Appropriations Act (Act) or Congressional Reports.  After the Act is passed into law, such conditions, including Congressionally directed reporting requirements, will be added by amendment not requiring Co-Signer signature as described in section 11[Amendment or Modification of this Agreement] of this Funding Agreement.

Of the amount shown above for Headquarters Tribal Share "Program Formula," $592,607 are for Equipment Replacement; the Equipment Replacement amount paid as a part of the lump sum due ANTHC was determined by multiplying the FY 2015 Equipment Replacement amount paid to the Co-Signer by 90%.  The final Equipment amount paid in FY 2016 will be based on the final FY 2016 Equipment Replacement allocation.  If the final Equipment Replacement amount, as determined by the final FY 2016 Equipment Replacement allocation, is less than the 90%

---

identified or reconciled as of the time this Funding Agreement is being executed, all amounts to be paid in the fiscal year for this Funding Agreement are estimates and are subject to amendment to reflect the full amount due for this fiscal year.

19/     *See* section 13 [Regional Supply Service Center].

calculation, ANTHC will return the difference to the IHS. *See also* Appendix A, footnote to line 19 on page 6.

The parties agree Section 505(b)(2) of Title V provides, among other things, that grants administered by the Department of Health and Human Services through the IHS may be added to ANTHC's Funding Agreement after award of such grants. In accordance with this provision of Title V and its implementing regulations, the Secretary will add ANTHC's FY 2011 through 2015 diabetes grants to this Funding Agreement after the grants have been awarded. Grant funds will be paid to ANTHC as a lump sum advance payment through the PMS grants payment system as soon as practicable after award of the grant. ANTHC will use interest earned on such funds to enhance the purposes of the grant including allowable administrative costs. ANTHC will comply with all terms and conditions of the grant award, including reporting requirements, and will not reallocate grant funds nor redesign the grant program, except as provided in the implementing regulations or the terms of the grant.

**4.1.2 Schedules.** The FY 99 AFA had attached to it Schedules A (FY99 Budget for ANMC Campus), B (Calculation of Annual Amount, Revenue Ceiling, Award Amounts, and Lump Sum Payment), and C (Personnel Transferred under the AFAs (ANMC Manpower Report as of 12/10/98)), which provide historical planning and budget information only and do not impose upon the IHS any funding requirements not already identified in this Funding Agreement. They may be referred to consistent with the intent of section 21 [Related Agreements] of this Funding Agreement.

**4.2     Contract Support Costs.** Contract support costs (CSC) will be paid in accordance with 25 U.S.C. § 450j-1 and §458aaa-7(c). IHS and ANTHC agree that, according to the best data available as of the date of execution of this agreement, the amount to be paid under the fiscal year covered by this agreement, which represents the parties' estimate of ANTHC's full CSC requirement pursuant to 25 U.S.C. § 450j-1, is $ 29,585,915, including $ 10,847,289 for direct CSC and $ 18,738,626 for indirect CSC. This estimate shall be recalculated as necessary as additional data becomes available including information regarding the direct cost base, pass throughs and exclusions, and the indirect cost rates to reflect the full CSC required under 25 U.S.C. § 450j-1, and, to the extent not inconsistent with the ISDEAA, as specified in IHS Manual Part 6, Chapter 3 (approved April 6, 2007). IHS and ANTHC will cooperate in updating the relevant data to make any agreed upon adjustments. In the event the parties disagree on the CSC amounts estimated and paid pursuant to this paragraph and ANTHC's full CSC requirement under the ISDEAA, the parties may pursue any remedies available to them under the ISDEAA, the Compact, and the Contract Disputes Act, 41 U.S.C. §7101 *et seq.*

**4.3     Transitional IHS PSFAs and Funds.**

**4.3.1  Area Office (including Environmental Health & Engineering) Transition.**

**4.3.1.1  Generally.** The IHS has retained funds to accomplish federal PSFAs during transition. The total amount of transitional IHS retained funds is detailed in Appendix A – Financial Summary. It is subject to agreements to transfer retained funds to

ANTHC upon the occurrence of certain events described in Appendix G – Transitional Staffing Plan or set forth in this subsection. Funds generated by administrative surcharges and user fees under section 5.3 [Buyback/Withholding] are not included in the total amount of transitional IHS retained funds above because those funds can be used only consistent with the requirements of section 5.3 and any balance, after reconciliation, must be returned to Co-Signers under Section 3.3 of Appendix D, "Buyback/Withhold Agreement between the Indian Health Service and Alaska Native Tribal Health Consortium" ("Buyback Agreement."). The IHS will transfer funds for Sanitation Facility Construction projects pursuant to section 4.1 [Funding Amounts].

**4.3.1.2 Area Office Reconciliation.** Funds not needed for residual or transitional federal PSFAs for fiscal years covered by this Funding Agreement shall be paid to ANTHC prior to the close of the fiscal year.

**4.3.2 ANMC Transition.**

**4.3.2.1 Human Resources Support for IPA/MOAs and Federal Employee Assistance Program.** For FY 2011, $91,277 allocated to ANTHC, has been retained by the Area Office to support federal employees on IPA or MOA and an additional $34,000 allocated to ANTHC, has been retained by the Area Office to provide an Employee Assistance Program for Federal employees under IPA/MOA. The Area Office has agreed to transfer additional personnel and funds to ANTHC consistent with Appendix G – Transitional Staffing Plan, which is attached to this Funding Agreement and incorporated by reference herein.

The amounts retained by the Area Office, described in the previous paragraph, do not include funds for the purpose of performing time-and-attendance activities for or for exercising day-to-day supervision over Federal employees under IPA or MOA with ANTHC. ANTHC will continue to perform time and attendance activities, unless funds are returned to the Area Office to enable the Area Office to perform this function. *See* Footnote 12 to section 4.1.1 [Funding Amounts; Generally] (regarding recurring funds).

**4.3.2.2 IHS Retained Staffing.** Appendix C – Continuing Service Agreement and Appendix G – Transitional Staffing Plan describe the retained staff and the general conditions under which transfer of the position or funds will be made from IHS to ANTHC.

**4.3.2.3 Pharmaceutical Purchases.** The Area Office will continue to assist ANTHC with purchasing pharmaceuticals through the Veteran's Administration Prime Vendor Contract pursuant to the terms and conditions of section 13 [Regional Supply Service Center] of this Funding Agreement.

**4.3.2.4 Contracts.** At the request of ANTHC and to the extent feasible, IHS will facilitate and or manage contractual relationships between ANTHC and IHS or other Federal contractors and/or vendors.

**4.3.2.5 Inter-Agency Service Agreements and Other Agreements.** The IHS and ANTHC will work together to determine which of the inter-agency service agreement,

collaborative agreement or other instruments memorializing an understanding or agreement to which the Alaska Area Office is a party (except those provided for under section 4.3.2.4 [Contracts]) should be continued by the IHS and which should be renegotiated directly by ANTHC. To the greatest extent feasible, ANTHC will undertake to enter into direct relationships with the other parties to these agreements. Until such time as this can occur, the IHS will continue such agreements for the benefit of the Alaska Area, including ANTHC.

    **4.4**    **Headquarters' Allocations to Area.** IHS Headquarters shall allocate all funds (including, but not limited to, self-governance shortfall funds, funds for national or statewide costs assessed by IHS Headquarters, training funds, and funds provided by other federal agencies or contributors) to the Alaska Area on the same basis as similar funds are distributed to other Area Offices nationally. The Area Office shall notify ANTHC of the availability of any such funding. Except for advices or distributions of funds to other Co-signers of the Compact or Title I contractors, the notice shall identify the distribution methodology that the Area Office proposes to use to distribute the funds and shall include copies of the advices of allowances to the Area Office. Methodology for distribution of funds under this subsection by the IHS Area Office associated with the performance of residual and transitional Area Office PSFAs shall be determined in consultation with ANTHC.

    **4.5**    **Base Budgets.**[20]

       **4.5.1 Categories and Base Year.** At the end of the first period of the base budget option, the IHS and Co-Signers agreed to extend the three year (FY 98 - FY 2000) base budgets implemented for the Compact for an additional two years (FY 2001- FY 2002). IHS and ANTHC have subsequently agreed to additional extensions through FY 2015. The IHS and Co-Signers have agreed to further extend the base budget period at ANTHC's option. The following categories are subject to base budgeting for the base year period and the period, as noted below:

| Category of Funding | Base Period for Base Funding | Extended through: |
|---|---|---|
| Headquarters TSA amounts[21] | FY 97 | FY 2018 |

---

[20]   ANTHC did not have a Funding Agreement in the year in which the base budget year was established and, as a result of the methodology for distribution of Headquarters and Area tribal shares adopted by the Co-Signers to the Compact, ANTHC is not directly entitled to receive any funds designated as Headquarters Tribal Size Adjusted or Area Tribal Shares. ANTHC does receive Area Tribal Shares from the Area that were restricted by or retained from other Co-Signers or for Title I eligible tribes. *See also* Footnote 15 to section 4.1.1 [Funding Amounts; Generally] (regarding Area Tribal Shares). ANTHC is eligible for Headquarters Program Formula tribal share, including equipment replacement funds, to the same extent as other tribes and tribal organizations.

| Equipment Replacement Funding | Not Included | N/A |
|---|---|---|
| Area Tribal Share | Not Included | N/A |

**4.5.2 Adjustments.** Adjustments to base funding shall be permitted in direct proportion to changes in appropriated amounts (by sub-activity), as provided under section 6.1 [Adjustments; Due to Congressional Actions]. Adjustments shall also be permitted for the addition of new co-signers to the Compact and when current Co-signers add or retrocede PSFAs, as provided in section 11.3 [Due Addition of New Programs].[22] Adjustments also shall be permitted when Co-signer(s) chooses to restrict or unrestrict previously "restricted" or "unrestricted" categories, provided that restrictions shall be changed only during annual negotiations. ANTHC also shall be eligible for funding for new services, service increases, mandatories, specific Congressional appropriation for population growth, health services priority system, contract support costs and other increases in resources on the same basis as all other tribes or Area offices. To the extent permitted by law, adjustments for changes required when a tribe joins or withdraws from a tribal consortium shall also be permitted, as provided under section 6.2 [Adjustments; Proposals by Authorizing Tribes]. Co-Signers shall also remain eligible for the distribution of additional tribal shares for Assessments, Workers Compensation, Emergency Reserve, Management Initiatives, and other PSFAs from Headquarters.

### Section 5 — Method of Payment.

**5.1 Payment Schedule.** Except as provided in sections 5.2 [Availability of Tribal Shares], 5.3 [Buyback/Withholding] and 5.4 [Periodic Payments], all funds identified in section 4 [Amounts Available During Term of Funding Agreement] of this Funding Agreement shall be paid to ANTHC, in accordance with Article II, Section 4(a) [Payment Schedule] of the Compact; payment to ANTHC to be made as follows:

> One annual payment in lump sum to be made annually in advance by check or wire transfer, including OEH&E Sanitation Facilities Construction funds for approved projects, except as provided in section 4.1 [Funding Amounts] of this Funding Agreement.

**5.2 Availability of Tribal Shares.** ANTHC will be paid 100 percent of Headquarters and Area Tribal Shares in its initial lump sum payment, as negotiated in this Funding Agreement.

---

21/  Compact base budgets for TSA amounts shall be considered as a whole (entire Compact amount) and shall be subject to adjustment of the internal allocation subject to Compact Funding Agreements.

22/  This includes addition of new facilities when the addition of these facilities includes an increase in equipment funds identified for the new facilities.

**5.3**     **Buyback/Withholding.**[23]  ANTHC may carry out its responsibility to provide certain PSFAs included in this Funding Agreement by using services or other resources of the Federal government under Article V, Section 22 [Purchases from the IHS] of the Compact, as permitted by law.  Except as provided herein, the cost of such services and the terms under which they may be made available to ANTHC are set forth in the Appendix D, "Buyback/Withhold Agreement between the IHS and ANTHC (Buyback/Withhold Agreement)", which is attached as Appendix D to this Funding Agreement and incorporated by reference herein.  The administrative surcharge provided for in Section 2.2.4 of the Buyback/Withhold Agreement for FY 2011 shall be .285 percent.  Notwithstanding Section 5 of the Buyback/Withhold Agreement, upon the request of the IHS or any Co-Signer, such Agreement will be negotiated for future fiscal years annually during negotiation of this Funding Agreement.

**5.4**     **Periodic Payments.**  Payment of funds otherwise due to ANTHC under this Agreement, which are added or identified after the initial payment is made, shall be made promptly upon request of ANTHC by check or wire transfer.

**Section 6 — Adjustments.**

**6.1**     **Due to Congressional Actions.**  The parties to this Funding Agreement recognize that the total amount of the funding in this Funding Agreement is subject to adjustment due to Congressional action in appropriations Acts or other law affecting availability of funds to the IHS and Health and Human Services.  Upon enactment of any such Act or law, the amount of funding provided to ANTHC in this Funding Agreement shall be adjusted as necessary, after ANTHC has been notified of such pending action and subject to any rights which the Co-Signer may have under this Funding Agreement, the Compact, or the law.

**6.2**     **Proposals by Authorizing Tribes.**  Should any Tribe assume responsibility for PSFAs, (or portions thereof) under a contract or Funding Agreement pursuant to the Act, adjustment to funding amounts and responsibilities of ANTHC under this Funding Agreement will be negotiated.

**Section 7 — Records.**

**7.1**     **Incorporation of the Privacy Act.**  Pursuant to Section 506(d)(1) of Title V, records acquired, generated or maintained by ANTHC shall not be treated as Federal records under chapter 5 of title 5 of the United States code, except that

**7.1.1**  patient medical records, financial records and personnel records may be disclosed only in accordance with 5 U.S.C. § 552a(b); and

---

[23]/    The surcharge provisions of Appendix D – Buyback/Withhold Agreement entered into pursuant to this section 5.3 [Buyback/Withholding] apply only to IPA/MOAs.  *See* Appendix A – Financial Summary for detail about withhold amounts.  Under section 13 [Regional Supply Service Center], no surcharges will be charged for activities of the Regional Supply Service Center.

7.1.2  pursuant to Section 105(o) of Title I, the medical records generated by ANTHC shall, at the option of ANTHC be stored with the National Archives and Records Administration, and ANTHC shall have access to such records.

**7.2     Confidentiality Standards.**  ANTHC will seek to comply with the Administrative Simplification provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), including, but not limited to, privacy, security, transactions, and code set regulations, codified at 45 C.F.R. Parts 160, 162 and 164.  If a record is not subject to HIPAA, ANTHC will maintain the confidentiality of its records in accordance with policies and procedures adopted by its Governing Body, which will be consistent with the purposes and guidelines of HIPAA and the Federal Privacy Act of 1974.

**Section 8 — Program Rules.**  ANTHC will make a best effort to carry out the health PSFAs in this Agreement in compliance only with:

> The Joint Commission Standards for Hospitals and Ambulatory Care Facilities, as applicable, Standards and Procedures adopted by the IHS Community Health Aid Program Certification Board, and policies and procedures adopted by the ANTHC Board.

Except as specifically set forth in this section, pursuant to Section 517(e) of Title V, ANTHC does not agree to be subject to any agency circular, policy, manual, guidance or rule adopted by the IHS, except for the eligibility provisions of Section 105(g) and the regulations promulgated under Section 517 of Title V, unless otherwise waived.

**Section 9 — Discontinuance.**  ANTHC may discontinue its participation in the Compact after written notice to the IHS, all federally recognized tribes in Alaska, and all tribes and tribal organizations operating health programs in Alaska under the Act.  Notice must be provided one year in advance of the effective date of the request except that the effective date of a request may be less than one year upon approval of the ANTHC Board of Directors and the IHS.

**Section 10 — Consolidation of Contracts and Previous Annual Funding Agreements.**  The contract listed below shall be amended or terminated, as appropriate, to transfer applicable contract funds into this Funding Agreement for programs, services, functions, activities, materials, and facilities provided to ANTHC:

> Contract: No. 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.

**Section 11 — Amendment or Modification of this Agreement.**

**11.1     Form of Amendments.**  Except as otherwise provided by this Agreement, the Compact, or by law, any modifications of this Funding Agreement shall be in the form of a written amendment and shall require written consent of each of the signatory Tribes, acting directly or through ANTHC as authorized by resolution, the Alaska Native Tribal Health Consortium and the United States.  Participation or written consent of Tribes and Co-Signers not subject to the terms of this Funding Agreement shall not be required.

**11.2    Services from IHS.**  Should ANTHC determine that it wishes the IHS to provide programs, services, functions or activities included in this Funding Agreement for which funding has been identified but not provided, and to the extent permitted by law, the parties shall negotiate an amendment to the Funding Agreement to reflect the transfer of responsibilities from ANTHC back to the IHS and the pro-rata share of funding for that PSFA shall be retained by the IHS.  Unless otherwise negotiated, IHS will not transfer centrally paid expenses including but not limited to Workers Compensation to any Co-Signer.

**11.3    Due to Addition of New Programs.**  Should ANTHC determine that it wishes to provide a program, function, service or activity of the IHS not included in this Funding Agreement, ANTHC shall submit a proposal to the IHS to provide such program, function, service, or activity.  The parties agree to negotiate such a proposal and, should the parties fail to reach agreement, ANTHC may submit a final offer in accordance with Title V procedures set forth in Section 507(b)-(d) of Title V.  A proposal submitted pursuant to this section shall be treated as a request for amendment to the Funding Agreement and, once approved by the IHS, the Alaska Area Office shall prepare within 30 days an amendment to this Funding Agreement and the amendment shall be executed through the Area Office and added to this Funding Agreement.

**11.4    Due to Availability of Additional Funding.**  ANTHC shall be eligible for any increases in funding or funding for Medicaid, Medicare, maintenance and improvement, other reimbursements and new programs for  which it would have been eligible had it been administering programs under a self-determination contract, rather than under the Compact and this Funding Agreement, and for any other funds that are not restricted by appropriations language for which any Alaska Tribe or tribal organizations may be eligible, including any new funds appropriated for IHS Headquarters and funds passed to Alaska Area as recurring or non-recurring funds, and this Funding Agreement shall be amended to provide for timely payment of such new funds to ANTHC.  Such amendment shall be originated and prepared within 30 days by the Alaska Area Office and executed through the Area Office in consultation with ANTHC.

**11.5    Other Adjustments.**  Upon written authorization by ANTHC and agreed to by the IHS, the IHS may reallocate funds retained by the IHS, which are obligated to ANTHC for the purpose of reimbursing the IHS for services or equipment provided to ANTHC, to assist ANTHC in carrying out  the terms of the Compact and this Funding Agreement.

**11.6    General Procedures for Amending or Modifying this Agreement.**
Amendments or modification proposed by ANTHC shall be submitted in writing to the IHS, Alaska Area Director with a copy to the Office of Tribal Self-Governance at IHS Headquarters. Except as provided with respect to the incorporation of a provision of Title I of the Act under Article V, Section 21 [Applicability of Title I Provisions] of the Compact, or as provided above sections 11.4 [Due to Availability of Additional Funding] and 11.7 [Funding Increases], a request submitted by ANTHC to amend or modify this Funding Agreement shall be processed in accordance with Sections 507(b)-(d) of Title V of the Act, and all provisions of those identified subsections are incorporated herein for this purpose.

**11.7    Funding Increases.**

    **11.7.1** Written consent of ANTHC shall only be required for issuing amendments for those funds which:

        **11.7.1.1** require a change to section 3 [Tribal Programs and Budget];

        **11.7.1.2** require a specific commitment by ANTHC (e.g. Maintenance & Improvement projects and Sanitation Facility Construction projects); or

        **11.7.1.3** reduce funding other than changes in Congressional appropriations pursuant to section 6.1 [Adjustments; Due to Congressional Actions].

    **11.7.2** Amendments not requiring written consent may include, but are not limited to:

        **11.7.2.1** Program/Area/HQ Mandatories;

        **11.7.2.2** Program/Area/HQ End-of-Year Distributions;

        **11.7.2.3** CHEF, subject to the condition that if a case initially qualifying for reimbursement is paid (in whole or in part) by an alternate resource or cancels for any reason, ANTHC will return the unused amount to the IHS CHEF account;

        **11.7.2.4** Contract Health Services Deferred Services;

        **11.7.2.5** Routine Maintenance & Improvement; or

        **11.7.2.6** Collections and reimbursements.

    **11.7.3** Amendments reflecting payment of these funds shall be provided to ANTHC after any such funds are added to the Funding Agreement. ANTHC retains the right to reject the addition of such funds to the Funding Agreement and return the funds to the IHS.

    **Section 12 — Third Party Recoveries.** Any funds recovered by ANTHC through the filing, litigating, or settling a claim against a third party to require that third party to pay for services previously provided to IHS-eligible beneficiaries by ANTHC, or for such services previously provided by the IHS in a PSFA now operated by ANTHC, shall be the property of ANTHC and shall be considered program income to be utilized by ANTHC as provided in Article III, Section 7 [Program Income] of the Compact. Any prospective recovery of funds for such services shall likewise be considered program income to be utilized pursuant to Article III, Section 7 [Program Income] of the Compact.

    **Section 13 — Regional Supply Service Center.**

    **13.1    Generally.** ANTHC will operate the Regional Supply Service Center and ANMC materiel management, including pharmaceutical acquisition and disposal, with the IHS support, as described in section 13.2 [IHS Accounting and Procurement Support].

    **13.2    IHS Accounting and Procurement Support.**

    **13.2.1** Except as provided in sections 13.2.2 and 13.2.3, ANTHC shall assume responsibility of all aspects of the Regional Supply Service Center. This includes ordering, stocking, picking, assembling and shipping all field orders, maintaining necessary inventories by preparation of supply orders, assisting with prime vendor orders, and management of Regional

Supply Service Center personnel, facilities, equipment, and stock inventories and ANMC materiel management, including pharmaceutical acquisition and disposal.

  **13.2.2** IHS will continue to assist ANTHC in acquiring pharmaceuticals from the Veteran's Administration Prime Vendor for ANTHC. The IHS will not order, or be responsible for payment for, any other materiel required by the Regional Supply Service Center or ANMC. Requisitions for pharmaceutical acquisitions will be prepared by ANTHC in the United Financial Management System ("UFMS") for certification by IHS. Requisitions for pharmaceuticals placed in the Veteran's Administration Prime Vendor's electronic ordering system will be transmitted to the Veteran's Administration Prime Vendor by a Federal contracting officer. ANTHC guarantees that orders to the Veteran's Administration Prime Vendor are identical to UFMS requisitions. ANTHC will match bills from the Veteran's Administration Prime Vendor with UFMS documents. IHS will sample audit this process and make payment.

  **13.2.3** ANTHC will continue to operate the Regional Supply Service Center without significant reductions in service, unless a phase out plan that calls for reductions is approved by the Compact Co-Signers and other major Regional Supply Service Center users.

  **Section 14 — Agreements with Tribes and Tribal Organizations.** Funds provided under this Funding Agreement or at the direction of IHS may be allocated to and expended by an Alaska Native Village (Village) or tribal organization in accordance with the terms of the Compact, this Funding Agreement, an agreement approved by ANTHC and the Village or tribal organization, and Section 325 of P.L. 105-83, including those entered into under Attachment 5 to the FY 99 AFA, the Cooperative Agreement for FY 99 Staffing Package Funds for Rural Anchorage Service Unit between the Alaska Native Tribal Health Consortium and Southcentral Foundation (Staffing Package Agreement). The Federal Tort Claims Act shall apply to PSFAs carried out by the Village or tribal organization under such agreement and to the Village or tribal organization and its employees to the same extent as if they had been carried out directly by ANTHC, if the Village or tribal organization would have met the criteria of 25 C.F.R. § 900.181, but for the limitations on contracting imposed by Sections 325 and 326 of P.L. 105-83 or similar restrictions adopted in subsequent Congressional legislation. ANTHC agrees to be responsible for assuring that the language of any such agreement with a Village or tribal organization shall be consistent with the Compact, this Funding Agreement and the Act. Such an agreement may include provisions for the assignment of federal employees under IPA assignment or Commissioned Corps detail. Such assignments shall be subject to the approval of the AANHS Director.

  **Section 15 — Service to Non-Beneficiaries.** Section 813 of the Indian Health Care Improvement Act, as amended, 25 U.S.C. § 1680c, (section 813), authorizes the governing body of a Tribal Organization carrying out health services of the IHS under the Indian Self-Determination and Education Assistance Act to determine whether health services should be provided under the Tribal Organization's funding agreement with the IHS "to individuals who are not eligible for such health services under any other subsection of this section or under any other provision of law." 25 U.S.C. § 1680c(b)(1)(B). The ANTHC Board of Directors has made such determinations consistent with section 813, and provides for its findings in Resolutions No. 10-13, adopted September 8, 2010, and attached as Appendix B-3; and No. 10-17 and 10-18, adopted December 3, 2010, and attached as Appendices B-4 and B-5, respectively. These

Resolutions and are incorporated by reference herein. ANTHC may provide services under this Funding Agreement as described in Resolutions No, 10-13, 10-17, and 10-18. In addition services may be provided to U.S. Public Health Service Commissioned Corps Officers and their dependents and as provided for under the Alaska Federal Health Care Partnership, in accordance with Section 325 of Pub. L. 105-83.

### Section 16 – Access to and Use of the Fiscal Intermediary.

**16.1    Generally.** ANTHC is authorized to utilize the services of the IHS Fiscal Intermediary. ANTHC and the IHS have identified areas of common interest which bear upon this authority including economies of scale, identification of alternate funding resources, managed care activities, and the maximization of purchasing power. The ability to use the Fiscal Intermediary will greatly enhance ANTHC's medical purchasing power. In addition, by including the ANTHC workload in the utilization of the Fiscal Intermediary, the IHS gains stronger purchasing power with medical providers and the Fiscal Intermediary and gains access to the ANTHC referral database. Further, ANTHC's use of the Fiscal Intermediary may also serve as a model for other tribes or tribal organizations which may wish to utilize the IHS's Fiscal Intermediary contract.

**16.2    ANTHC Responsibilities.** ANTHC will pay for the cost of utilizing the Fiscal Intermediary contract by continuing to leave its fiscal intermediary contract-related tribal shares with the IHS. The annual value of ANTHC's Fiscal Intermediary tribal shares when initially calculated in FY 2000 was $45,847.[24]

The IHS will not seek any additional fee or reimbursement for ANTHC's future use of the Fiscal Intermediary unless it can be demonstrated that ANTHC is requesting the Fiscal Intermediary to process at least 10 percent more claims annually than when the IHS last managed the contract health services program at the ANMC. If the annual claim volume exceeds the demonstrated FY98 ANMC claim volume by 10 percent or more, ANTHC will reimburse the IHS on an actual cost per claim basis for the number of claims in excess of the 10 percent at the end of each fiscal year. The cost will be determined by dividing the published annual Fiscal Intermediary contract cost by the total volume of claims covered by the IHS/Fiscal Intermediary contract for the year in question. The processing year will be for claims processed from October 1st of a given year through the following eighteen (18) months (March 31st of the second year following).

---

24/     The value of tribal shares related to the Fiscal Intermediary was determined for FY 2000 by first dividing the total annual cost of the Fiscal Intermediary (approximately $6 million) by the total volume of all IHS claims processed by the Fiscal Intermediary during FY 1993. Then to determine each tribe's and tribal organization's share of the Fiscal Intermediary, the resultant cost per claim was multiplied by number of claims processed on behalf of each entity in FY 1993. This calculation determined ANMC use of the Fiscal Intermediary to have a value of $45,847 for FY 2000. ANTHC, as the tribal organization which now manages the programs of the ANMC, thus for FY 2000 had a Fiscal Intermediary related tribal share of the Fiscal Intermediary of $45,847. The value of tribal shares attributable to ANMC has not been updated by IHS since FY 2000.

ANTHC will maintain a bank account for the Fiscal Intermediary to pay provider claims against and ensure funds are available to cover payments. Conditions for this bank account are contained in a Memorandum of Understanding (MOU) between ANTHC and the Fiscal Intermediary. A copy of the current MOU will be provided to the IHS for informational purposes only. Under the conditions contained in the MOU, ANTHC will submit claims for payment to the Fiscal Intermediary.

ANTHC is responsible for payment of all services authorized and/or ordered by ANTHC, its officials and its employees through ANTHC "purchase/delivery orders" or any other means. The IHS bears no financial responsibility other than described in this subsection 16.2 [ANTHC Responsibilities]. Except for making available to ANTHC the unused portion of ANTHC's tribal shares in support of the Fiscal Intermediary, the IHS bears no legal obligation for any failure by the Fiscal Intermediary to provide services to ANTHC.

ANTHC will assist the Fiscal Intermediary as needed in regard to provider and payment issues of interest to ANTHC or the Fiscal Intermediary. ANTHC has established a point of contact to act as the representative for ANTHC to ensure compliance with the responsibilities described in this subsection. The ANTHC point of contact is Director, Contract Health Services, ANTHC.

**16.3    IHS Responsibilities.** The IHS will allow ANTHC to utilize the Fiscal Intermediary services as further defined and described in the MOU between ANTHC and the Fiscal Intermediary. The IHS will assist in the effective and efficient implementation of all aspects of ANTHC's use of the Fiscal Intermediary, and will work with ANTHC and the Fiscal Intermediary to resolve provider payment issues related to services authorized by ANTHC.

The IHS will ensure that Fiscal Intermediary services are provided to ANTHC in consideration for the tribal shares retained by the IHS for such services. The IHS has established a point of contact who will act as the representative of the IHS to monitor compliance with the responsibilities described in this subsection. The IHS point of contact is IHS Fiscal Intermediary Project Officer, Division of Contract Care, IHS.

**Section 17 — Memorializing Disputes.** The parties to this Funding Agreement may have failed to reach agreement on certain matters which remain unresolved and in dispute. Such matters may be addressed through the process set forth in Sections 507(b)-(d) of Title V, or at ANTHC's option, may be set forth in an attachment to this Funding Agreement, which shall be identified as "Memorialization of Matters Remaining in Dispute." This attachment shall not be considered a part of this Funding Agreement, but is attached for the purpose of recording matters in dispute for future reference, discussion and resolution as appropriate. ANTHC does not waive any remedy it may have under the law with regard to these issues and any others not listed herein.

**Section 18 — Title I Provisions Applicable to This Funding Agreement.** As authorized in 25 U.S.C. § 458aaa-15(b), ANTHC exercises its option to include the following provisions of Title I of the Act as part of this Funding Agreement, and these provisions shall have the force and effect as if they were set out full in Title V of the Act.

18.1    25 U.S.C. § 450b(e) (definition of "Indian Tribe");
18.2    25 U.S.C. § 450h(b) (related to grants for health facility construction and planning, training and evaluation);
18.3    25 U.S.C. § 450h(d)(1) (related to duty of IHS to provide technical assistance);
18.4    25 U.S.C. § 450k(b) (conflicting provisions of law);
18.5    25 U.S.C. § 450*l*(c), section 1(b)(8)(F) (screener identification);
18.6    25 U.S.C. § 450*l*(c), section 1(b)(9) (availability of funds);
18.7    25 U.S.C. § 450*l*(c), section 1(d)(1)(B) (construction of contract); and
18.8    25 U.S.C. § 450*l*(c), section 1(d)(2) (good faith).

**Section 19 — Severability.** This Funding Agreement shall not be considered invalid, void or voidable if any section or provision of this Funding Agreement is found to be invalid, unlawful or unenforceable by a court of competent jurisdiction. Should such a court make such a finding, the parties will seek agreement to amend, revise, or delete any such invalid, unlawful or unenforceable sections or provision, in accordance with the provisions of the Compact.

**Section 20 — Interpretation.** This document is subject to and shall be interpreted in light of Section 325 of P.L. 105-83. In addition, Appendices A – Financial Summary, C – Continuing Service Agreement, F – DSFC Assumption June 18, 1999, G – Transitional Staffing Plan and L – Federal Contracts to this Funding Agreement and Appendix D to the FY 99 AFA, "Alaska Area Budget Detail, September 16, 1998," shall be relied upon in determining matters regarding who was responsible to perform particular PSFAs, whether a responsibility is an inherent federal responsibility, and how much funding was to be associated with inherent federal functions, transitional PSFAs and ANTHC PSFAs.

**Section 21 — Related Agreements.** SCF and ANTHC entered into certain reciprocal health services agreements under which the parties have agreed on a plan to manage ANMC. SCF and ANTHC also entered into agreements on redistribution of ANMC resources from all sources including funding from the IHS and third-party revenue. These health services agreements and the revenue sharing agreement by the parties are authorized by Section 325 of Pub. L. 105-83 and the programs provided therein are subject to the provisions of sections 3.3 [Non-IHS Funding] and 14 [Agreements with Tribes and Tribal Organizations] of this Funding Agreement for the purposes of FTCA coverage. The agreements and their amendments, identified in the Table below may be used for informational purposes and to indicate the IHS's acknowledgment of the same.[25]

|  | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 2 | Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | January 1, 1999 | FY 99 2nd AFA |

25/    The Table also identifies the effective date of each of the documents and the funding agreement to which the document is attached. References to the "FY 99 2nd AFA" are to the FY 99 Second Amended and Restated Annual Funding Agreement for ANTHC.

| | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 2, Amendment 1 | Amendment #1 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC")<br><br>Attachment 1 – Scope of Services to Be Provided by ANTHC to SCF (FY 99 2nd)<br>Attachment 2 – ANTHC Assurances Regarding Services from the ANMC (same as Appendix H) (FY 01)<br>Attachment 3 – SCF Assurances Regarding Services from the ANMC and ANPCC (same as Appendix I) (FY 01)<br>Attachment 4 – Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing (January 1, 1999) (FY 99 2nd), as amended | October 1, 1999 | none |
| Attachment 2, Amendment 2 | Amendment #2 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | October 1, 2000 | FY 01 Funding Agreement |
| Attachment 2, Amendment 3 | Amendment #3 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | October 1, 2001 | FY 07 Funding Agreement |
| Attachment 2, Amendment 4 | Amendment #4 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | October 1, 2002 | FY 07 Funding Agreement |
| Attachment 2, Amendment 5 | Amendment #5 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | October 1, 2003 | FY 07 Funding Agreement |
| Attachment 2, Amendment 6 | Amendment #6 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") with PCC IT Transitional Service Plan | October 1, 2004 | FY 07 Funding Agreement |
| Attachment 2, Amendment 7 | Amendment #7 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") with Memorandum of Agreement Regarding Telecommunication Services Support between SCF and ANTHC | October 1, 2005 | FY 07 Funding Agreement |

| | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 2, Amendment 8 | Amendment #8 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | October 1, 2007 | FY 08 Amendment to the FY 07 Funding Agreement |
| Attachment 2, Amendment 9 | Amendment #9 t the Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("SCF purchases from ANTHC") | October 1, 2008 | Amendment to FY 09-10 Funding Agreement |
| Attachment 2, Amendment 10 | Amendment #10 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and the Southcentral Foundation for Services at Alaska Native Medical Center ("SCF Purchases from ANTHC") | October 1, 2009 | Third Amendment to the FY 09-10 Funding Agreement |
| Attachment 2, Amendment 11 | Amendment #11 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and the Southcentral Foundation for Services at Alaska Native Medical Center ("SCF Purchases from ANTHC") | April 1, 2010 | FY 11-15 Funding Agreement |
| Attachment 2, Amendment 12 | Amendment #12 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and the Southcentral Foundation for Services at Alaska Native Medical Center ("SCF Purchases from ANTHC") | May 17, 2010 | FY 11-15 Funding Agreement |
| Attachment 2, Amendment 13 | Amendment #13 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and the Southcentral Foundation for Services at Alaska Native Medical Center ("SCF Purchases from ANTHC") | May 10, 2010 | FY 11-15 Funding Agreement |
| Attachment 2, Amendment 14 | Amendment #14 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and the Southcentral Foundation for Services at Alaska Native Medical Center ("SCF Purchases from ANTHC") | April 6, 2011 | Second Amendment to the FY 11-15 Funding Agreement |
| Attachment 2, Amendment 15 | Amendment #15 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and the Southcentral Foundation for Services at Alaska Native Medical Center ("SCF Purchases from ANTHC") | April 4, 2012 | Sixth Amendment to the FY 11-15 Funding Agreement |

| | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 2 Amendment 16 | Amendment #16 to Health Services Purchase Agreement I between the Alaska Native Tribal Health Consortium and the Southcentral Foundation for Services at Alaska Native Medical Center ("SCF Purchases from ANTHC") | October 1, 2011 | Sixth Amendment to the FY 11-15 Funding Agreement |
| Attachment 3 | Health Services Purchase Agreement II between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("ANTHC purchases from SCF") | January 1, 1999 | FY 99 2nd AFA |
| Attachment 3, Amendment 1 | Amendment #1 to Health Services Purchase Agreement II between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("ANTHC purchases from SCF")  Attachment 1 – Scope of Services to Be Provided by ANTHC to SCF (FY 99 2nd)  Attachment 2 – ANTHC Assurances Regarding Services from the ANMC (same as Appendix H) (FY 01)  Attachment 3 – SCF Assurances Regarding Services from the ANMC and ANPCC (same as Appendix I) (FY 01)  Attachment 4 – Memorandum of Agreement between ANTHC and SCF re: Revenue Sharing (January 1, 1999) (FY 99 2nd), as amended | October 1, 2000 | FY 01 Funding Agreement |
| Attachment 3, Amendment 2 | Amendment #2 to Health Services Purchase Agreement II between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("ANTHC purchases from SCF") | October 1, 2004 | FY 07 Funding Agreement |
| Attachment 3, Amendment 3 | Amendment #3 to Health Services Purchase Agreement II between the Alaska Native Tribal Health Consortium and Southcentral Foundation for Services at Alaska Native Medical Center" ("ANTHC purchases from SCF") | October 1, 2011 | Sixth Amendment to the FY 11-15 Funding Agreement |
| Attachment 4 | Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | January 1, 1999 | FY 99 2nd AFA |
| Attachment 4, Amendment 1 | Amendment #1 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 1999 | none |
| Attachment 4, Amendment 2 | Amendment #2 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 2000 | FY 01 Funding Agreement |

|  | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 4, Amendment 3 | Amendment #3 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 2001 | FY 07 Funding Agreement |
| Attachment 4, Amendment 4 | Amendment #4 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 2002 | FY 07 Funding Agreement |
| Attachment 4, Amendment 5 | Amendment #5 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 2003 | FY 07 Funding Agreement |
| Attachment 4, Amendment 6 | Amendment #6 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 2004 | FY 07 Funding Agreement |
| Attachment 4, Amendment 7 | Amendment #7 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 2005 | FY 07 Funding Agreement |
| Attachment 4, Amendment 8 | Amendment #8 Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing ("Revenue Sharing Agreement") | October 1, 2007 | FY 08 Amendment to the FY 07 Funding Agreement |
| Attachment 4, Amended and Restated | Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing (Amended and Restated October 1, 2008) ("Revenue Sharing Agreement") | October 1, 2008 | Amendment to the FY 09-10 Funding Agreement |
| Attachment 4 Amended & Restated | Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing (Amended and Restated October 1, 2009) | October 1, 2009 | Third Amendment to the FY 09-10 Funding Agreement |
| Attachment 4 Amended & Restated | Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing (Amended and Restated October 1, 2010) | October 1, 2010 | FY 11-15 Funding Agreement |

| | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 4 Amended & Restated | Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing (Amended and Restated October 1, 2011) | October 1, 2011 | Sixth Amendment to the FY 11-15 Funding Agreement |
| Attachment 5 | Cooperative Agreement for FY 99 Staffing Package Funds for Rural Anchorage Service Unit between the Alaska Native Tribal Health Consortium and Southcentral Foundation | January 1, 1999 | FY 99 2nd AFA |
| Attachment 5-1 | Memorandum of Agreement between the Alaska Native Tribal Health Consortium (ANTHC) and Southcentral Foundation (SCF) for Rural Anchorage Service Unit Support | December 6, 2005 | Third Amendment to the FY 09-10 Funding Agreement |
| Attachment 6 | Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Purchase of Outpatient Pharmaceuticals | October 1, 2008 | Second Amendment to the FY 09-10 Funding Agreement |
| Attachment 7 | Memorandum of Agreement By and Between Southcentral Foundation and Alaska Native Tribal Health Consortium regarding Fireweed Building and Parking Arrangements | February 27, 2003 | Third Amendment to the FY 09-10 Funding Agreement |
| Attachment 7 Amended & Restated | Second Amended and Restated Memorandum of Agreement By and Between Southcentral Foundation and Alaska Native Tribal Health Consortium (referred to as "Parking Lot Agreement") | October 1, 2009 | Third Amendment to the FY 09-10 Funding Agreement |
| Attachment 8 | Parking Lot Lease | July 1, 2006 | Third Amendment to the FY 09-10 Funding Agreement |
| Attachment 9 | Memorandum of Agreement regarding Software between the Alaska Native Tribal Health Consortium and Southcentral Foundation | September 4, 2002 | Third Amendment to the FY 09-10 Funding Agreement |

| | Agreement | Effective Date | Attached to: |
|---|---|---|---|
| Attachment 10 | Memorandum of Understanding re: Project and Cerner Contract | April 29, 2010 | FY 11-15 Funding Agreement |

The IHS is not a party to these agreements and does not assume any responsibility for enforcement of the same, except to the extent that such enforcement may be required by operation of Section 325 of P.L. 105-83, relevant provisions of the Act or other applicable law or regulation.  IHS acknowledges that the "Memorandum of Agreement between the Alaska Native Tribal Health Consortium and the Southcentral Foundation regarding Revenue Sharing" and amendments thereto were entered into in order to implement the requirements of P.L. 105-83 and the intent of Congress that there be "a written agreement governing distribution of statewide third party reimbursement designed to ensure the continued financial stability of the Alaska Native Medical Center."  Wherever in this Funding Agreement references are made to the documents listed in this section, the use of such documents shall be subject to the limitations of this section.

     **Section 22 — Effective Date and Duration.**  This Funding Agreement shall become effective on October 1, 2015, and remain in effect through the 2018 Federal Fiscal Year or until a successor agreement is negotiated and becomes effective pursuant to Article II, Section 12 [Subsequent Funding Agreements] of the Compact.

**United States of America
Secretary of
Department of Health and Human Services**

By: _____
     Director, Indian Health Service

Date: __11/30/17_____

**Alaska Native Tribal Health Consortium**

By: _____
     **Andy Teuber, Chairman & President**

Date: __5/19/17_____

**First Amendment to the Fiscal Year 2016-2018**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective October 1, 2015)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, is hereby amended, as follows:

1. **Section 3.5.3.1 – Amend as follows:**

   **3.5.3.1  Other Tribe and Tribal Organization Sites.**  ANTHC provides field clinics and other services ~~in~~ at other sites and locations throughout the State of Alaska, including facilities operated by other tribes and tribal organizations or made available to them and ANTHC for the delivery of health programs.  These sites will not be listed in Appendix E – Tribal Facilities and Locations.  Services reimbursable by CMS are also provided by and through ANTHC under various arrangements.  ANTHC will maintain a list of facilities and providers who assist in providing such services and make the list available to IHS and relevant agencies administering federal health care programs.

2. **Effective Date.**  This amendment is effective October 1, 2015.


**United States of America**
**Secretary of**
**Department of Health and Human Services**


By: _____

**Director, Indian Health Service**


Date: ___5/22/2018_____


///

///

///

**Alaska Native Tribal Health Consortium**

By:_____

Andy Teuber, Chairman & President


Date:_____

**Second Amendment to the Fiscal Year 2016-2018**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective December 2, 2015)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended effective October 1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," is hereby amended, as follows:

1. **Table of Contents, Appendices.**

    Strike the Reference to "Appendix B-4." In the line that begins Appendices B, B-1 . . . " Strike "and" and add after "B-2", ", and B-4." Following the reference Appendix B-5, add "Appendix B-6 – Resolution No. 15-08 entitled "Delivery of Health Care Services to Individuals Not Otherwise Eligible for Services from the Indian Health Service" (FY16-18, 2nd Amendment)."

2. **Section 15 – Amend the second and fourth sentences as follows:**

    [. . .] The ANTHC Board of Directors has made such determinations consistent with section 813, and provides for its findings in Resolutions No. 10-13, adopted September 8, 2010, and attached as Appendix B-3; and No. 10-17 and 10-18, adopted December 3, 2010, and attached as Appendix B-5, and 15-08, adopted December 2, 2015 and attached as Appendix B-6. These Resolutions and are incorporated by reference herein. ANTHC may provide services under this Funding Agreement as described in Resolutions No, 10-13, 10-17, and 10-18 and 15-08.

3. **Effective Date.** This amendment is effective December 2, 2015.

> United States of America
> Secretary of
> **Department of Health and Human Services**
>
> By: _____
> **Director, Indian Health Service**
>
> Date: _____ 5/22/2018 _____

**Alaska Native Tribal Health Consortium**

By: _____
    Andy Teuber, Chairman & President

Date: _____

**Third Amendment to the Fiscal Year 2016-2018
Funding Agreement
between the
ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
and the Secretary of the Department of Health and Human Services
of the
United States of America
(effective October 1, 2016)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native
Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the
United States of America, effective October 1, 2015, as subsequently amended effective October
1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding
Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the
Department of Health and Human Services of the United States," and, effective December 2,
2015, by an amendment entitled "Second Amendment to the Fiscal Year 2016-2018 Funding
Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the
Department of Health and Human Services of the United States," is hereby amended, as follows:

1. **Table of Contents, Appendices.**

   **Appendix A.** In the line that begins "Appendix A", strike everything after "Funding
   Agreement," and insert in lieu thereof "FY 2016 ("Financial Summary") (FY 16-18, 3rd
   Amendment)".

2. **Amend section 1.3.6, the Table in Section 1.3.1.1, and FN6 as follows:**

   **1.3.6 ~~HIPAA~~ Compliance.** IHS retains the responsibility for complying with the
   Health Insurance Portability and Accountability Act of 1996 (HIPAA) and federal
   requirements for retained IHS health care component activities.

   Table: RPMS Package Support/Installation (including ~~HIPAA~~ compliant modifications
   and support, i.e. technical support to meet the transaction and code set standards)

   Footnote 6/
   ~~Pursuant to section 1.3.6 [HIPAA Compliance],~~ IHS retains the responsibility for
   ensuring that the RPMS package is ~~HIPAA~~ compliant pursuant to section 1.3.6
   [Compliance].

3. **Amend section 3.1.7.1.3 by inserting the word "nephrology" after "rheumatology" and
   by inserting the word "podiatry" after "sleep studies."**

4. **Amend § 3.1.7.1.11 by striking the phrase "in collaboration with SCF,".**

5. **Amend section 3.1.7.1.17 by striking the word "Support" in the first line and inserting the phrase ", medical direction" in the second line before the phrase "and consultative services."**

6. **Amend section 3.1.7.1.18 by inserting the phrase "detoxification services," after the phrase "behavioral health services," in the third line.**

7. **Amend section 3.1.7.5.2 as follows:**

     **3.1.7.5.2 Community Environmental Services** provides a comprehensive environmental health and injury prevention program for ANTHC, ANMC and Alaska Tribal Health System, including . . . performance of surveys and interventions regarding OSHA, The Joint Commission and other requirements and regulations; energy efficiency and environmental health consultation and services to facilities serving Alaska Native and IHS beneficiaries; . . . .

8. Amend section 3.1.9 as follows:

     3.1.9 **Elder ~~Care~~, Long Term and Other Supportive Services.** provides hospital swing bed services and comprehensive health care and nursing services for the elderly, disabled and others needing long term health care that may include nursing facility services, assisted living, home health, personal care and other supportive services to enable individuals to live in a home environment or other less restrictive environments. 25 U.S.C. § 1621d.

9. Amend § 3.5.1.6.2 as follows:

     **3.5.1.6.2 Close-Out Reports.** By June 30th of each fiscal year, the IHS must report ~~all~~ capitalized repair and improvements (as described in the IHS Technical Handbook for Environmental Health and Engineering, Vol. IV, Part 30 dated February 12, 2010) made to federal facilities that exceed the thresholds described in section 3.5.1.6.1 [Capital Improvement Projects; Approval]. ANTHC agrees to prepare a Final Real Property Closeout Report specified in Appendix N-3, "Final Real Property Closeout Report and Interim Real Property Status Report," on ~~each~~such project[s] within 120 days of its beneficial use of the facility or an interim report using Appendix N-3 without the Chief Financial Officer certification if the project is not completed for beneficial use. ANTHC agrees to complete one of these reports by June 30th of each fiscal year. The reports will be consolidated with the reports of other Co-Signers submitted to ANTHC as provided in section 3.1.6.2.6.4 [Annual Capital Improvements Report.]

/// 

///

**10. Effective Date.** This amendment is effective October 1, 2016.

**United States of America
Secretary of
Department of Health and Human Services**

By: _____

**Director, Indian Health Service**

Date: _____5/22/208_____

**Alaska Native Tribal Health Consortium**

By: _____

**Andy Teuber, Chairman & President**

Date: _____5/21/18_____

**Fourth Amendment to the Fiscal Year 2016-2018**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective October 1, 2015)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended effective October 1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 2, 2015, by an amendment entitled "Second Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2016 by an amendment entitled "Third Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," is hereby amended, as follows:

1.    Amend the last sentence of the first paragraph in section 1.2 as follows:

This Funding Agreement obligates the IHS to provide funding and services identified herein . . . in Fiscal Years ~~2011~~ 2016 through ~~2015~~2018.

2.    **Appendices.** Appendix C – Continuing Services Agreement for FY 2016 is attached to this amendment.

3.    **Effective Date.** This amendment is effective October 1, 2015.


///

///

///

///

///

///

///

**United States of America**
**Secretary of**
**Department of Health and Human Services**

By: _____
     **Director, Indian Health Service**

Date: __03/18/2019_____

**Alaska Native Tribal Health Consortium**

By: _____
     **Andy Teuber, Chairman & President**

Date: ___2/28/19_____

**Fifth Amendment to the Fiscal Year 2016-2018**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective June 6, 2017)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native
Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the
United States of America, effective October 1, 2015, as subsequently amended effective October
1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding
Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the
Department of Health and Human Services of the United States," effective December 2, 2015,
by an amendment entitled "Second Amendment to the Fiscal Year 2016-2018 Funding
Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the
Department of Health and Human Services of the United States," effective October 1, 2016 by
an amendment entitled "Third Amendment to the Fiscal Year 2016-2018 Funding Agreement
between the Alaska Native Tribal Health Consortium and the Secretary of the Department of
Health and Human Services of the United States," and effective October 1, 2015 by an
amendment entitled "Fourth Amendment to the Fiscal Year 2016-2018 Funding Agreement
between the Alaska Native Tribal Health Consortium and the Secretary of the Department of
Health and Human Services of the United States," is hereby amended, as follows is hereby
amended, as follows:

1. **Section 15 – Amend the second and fourth sentences as follows:**

   [. . .] The ANTHC Board of Directors has made such determinations consistent with
   section 813, and provides for its findings in Resolutions No. 17-05, adopted June 6, 2017
   and attached as Appendix B-7, 17-06, adopted June 6, 2017 and attached as Appendix B-
   8, and 17-07, adopted June 6, 2017 and attached as Appendix B-9 10-13, adopted
   September 8, 2010, and attached as Appendix B-3; 10-18, adopted December 3, 2010,
   and attached as Appendix B-5, and 15-08, adopted December 2, 2015 and attached as
   Appendix B-6. These Resolutions and are incorporated by reference herein. ANTHC
   may provide services under this Funding Agreement as described in Resolutions No, 10-
   13, 10-18 and 15-08 17-05, 17-06 and 17-07.

2. **Effective Date.** This amendment is effective June 6, 2017.

///

///

///

**United States of America**
**Secretary of**
**Department of Health and Human Services**

By: _____
      **Director, Indian Health Service**

Date: _____

**Alaska Native Tribal Health Consortium**

By: _____
      **Andy Teuber, Chairman & President**

Date: _____

**Sixth Amendment to the Fiscal Year 2016-2018**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective October 1, 2017)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended effective October 1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 2, 2015, by an amendment entitled "Second Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2016 by an amendment entitled "Third Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and effective October 1, 2015 by an amendment entitled "Fourth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and effective June 6, 2017 by an amendment entitled "Fifth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," is hereby amended, as follows:

1.    Amend section 3.1.1.3 as follows:

> **3.1.1.3 Alaska Tribal Health System Support** ~~, as requested,~~ provides funding, services, materials, supplies, personnel and other support for the Alaska Tribal Health System, including <u>chief medical officer consultation, health system quality and planning support, education, training and workforce development for participating tribes and tribal organizations;</u> funding for statewide consumer awareness program to ensure that tribal health providers are informed about national and Area level developments in health services; inter-tribal communications concerning health services management and program issues; coordination among tribal health programs; and delivery of other services and support for tribal health programs, including<u>, upon request,</u> provision of <u>electronic health record and health information exchange, medical directors,</u> health providers<u>,</u> and ~~related~~<u>other</u> support of ~~patient care~~ <u>beneficiary</u> services, administrative services, and other technical assistance, consultation and services.

2.    Amend section 3.1.2.2.1.1 as follows:

> **3.1.2.2.1.1**  Administers comprehensive patient registration, health coverage access and business office programs and services, ~~and provides technical assistance, training, services, and other support to tribes and tribal organizations, and collaborates with other entities, regarding those matters,~~ including financial, grant management, compliance, ~~and other related issues, including~~ Medicaid, Medicare, other federally funded health care programs, and other third-party health coverage and billing, ~~patient~~ individual eligibility determinations, identification cards, care and benefit enrollment, coordination, navigation and sponsorship, and other related issues; provides technical assistance, training, services, and other support to tribes and tribal organizations, and collaborates with other entities, regarding such matters; and administers~~ration of~~ related programs such as the Medicaid/Medicare Spending Plan and lawful use of third-party reimbursement.

3.    Add a new section 3.1.4.22 as follows:

> **3.1.4.22  Prevention, Resiliency Building, Recovery and Support Services** researches, develops, tests, implements and supports strategies, interventions, protective factors, and other programs and services to address social determinants of health, critical unmet needs and other key priorities identified by the governing body, such as suicide, historical trauma, abuse and neglect, family preservation and reunification, health literacy, education, skill development, respite, resiliency building, recovery and prevention.  Services and programs may be provided to support individuals, families, communities, first responders, providers and others who provide services or support to them.

4.    Amend section 3.1.6.2.4 as follows:

> **3.1.6.2.4  Village Built Clinic Program.**

> **3.1.6.2.4.1  Generally.**  Excluding leases under the ISDEAA and IHCIA, ~~t~~The Village Built Clinic (VBC) program provides for leasing village built clinics for use by community health aides program~~Community Health Aide/Practitioners~~ and other providers in locations for which the ~~Village Built Clinic~~ (VBC) program is not administered by other Compact Co-Signers or other tribal contractors.  This does not include leases under § 105(l) of ISDEAA.  ANTHC buys back administration of the VBC~~is~~ program from IHS pursuant to the Buyback/Withhold Agreement.  IHS will annually, or upon renegotiation, provide to ANTHC a copy of each ~~Village Built Clinic~~VBC Lease administered by ANTHC.  No increase in the amount due to the

lessee pursuant to a ~~VBC L~~lease will be negotiated by IHS without advance notice to ANTHC. In administering these leases, the IHS will work with ANTHC to ensure that each lessee is in compliance with the standards referenced in the VBC Lease.

 **3.1.6.2.4.2 Reporting.** The IHS must report on its federally leased facilities. ANTHC agrees to notify the AANHS of changes in occupancy, size, use, and general condition of ~~Village Built Clinic~~ (VBC) leased facilities in locations in the ASU, where ANTHC has bought back services from the IHS.

5.  Add the following as a new subsection at the end of section 3.1.7.2.9. Also delete the "and" at the end of section 3.1.7.2.9.1 and replace the period with "; and" at the end of section 3.1.7.2.9.2.

 **3.1.7.2.9.3** patient advocacy, ombud services, and referral to and collaboration and coordination with providers of patient advocacy and support services.

6.  Amend section 3.1.7.3.2 as follows:

 **3.1.7.3.2 Patient Registration and Central Admitting Services** ~~provides an initial point of contact for anyone acquiring a~~ assists individuals seeking  services from ANMC, assists with determining patient eligibility for services, issues identification cards, maintains the inpatient hospital census documentation, and assists patients with applications for third party and other alternate health resources;

7.  Amend section 3.1.7.3.4 as follows:

 **3.1.7.3.4 Executive Direction**, in collaboration with SCF as provided in the Joint Operating Board Bylaws, ANMC policies and procedures, and applicable agreements and arrangements with SCF ~~and Attachment 2 — SCF Purchases from ANTHC and Attachment 3 — ANTHC Purchases from SCF~~, is responsible for planning, directing, and coordinating services offered by ANMC; resource allocation; ~~and~~ credentialing and privileging providers; addressing patient concerns, grievances, and appeals; and maintaining the safety and security of the campus and related programs and facilities;

8.  Amend sections 3.1.7.6 and 3.1.7.6.4 as follows:

 **3.1.7.6 Housing, ~~Patient~~ Transportation, and Patient Centered Planning and Care Coordination** provides in conjunction with Patient Care Planning, Management and Follow-Up Services and others serving patients of tribal health programs: . . .

3.1.7.6.4 housing, and meals, travel and/or support for community health aides, students in and traineesing; and current and prospective temporary housing for ANTHC workforce members.

9.   Amend section 3.4 by inserting the phrase ", and other applicable federal law" at the end of the first sentence.

10.  Add the following new section 7.3:

    **7.3  FOIA Applicability.**  In accordance with section 7.1, ANTHC has not opted to treat any of its records as federal records for the purposes of the Freedom of Information Act (FOIA).

11.  Amend the last sentence of Section 15 to replace "Pub. L." with "Public Law" and to add the phrase ", and in support of other tribes and tribal organizations that have authorized services to non-beneficiaries" at the end of the sentence.

12.  **Effective Date.**  This amendment is effective October 1, 2017.

                    **United States of America
                    Secretary of
                    Department of Health and Human Services**

        By: _____
              **Director, Indian Health Service**

        Date: ___3/22/2019_____

        **Alaska Native Tribal Health Consortium**

        By: _____
              **Andy Teuber, Chairman & President**

        Date: ___2/28/19_____

Seventh Amendment to the Fiscal Year 2016-2018
Funding Agreement
between the
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
and the Secretary of the Department of Health and Human Services
of the
United States of America
(effective December 19, 2016)

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended effective October 1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 2, 2015, by an amendment entitled "Second Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2016, by an amendment entitled "Third Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2015, by an amendment entitled "Fourth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective June 6, 2017, by an amendment entitled "Fifth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2017, by an amendment entitled "Sixth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," is hereby amended, as follows:

1. **Table of Contents, Appendices.**

   Appendix E – Strike the Reference to "August 31, 2015" and replace it with "December 19, 2016". Appendix E is attached to this Amendment.

2. The following appendix is incorporated by reference and attached:
   Appendix E – List of Facilities and Locations List, effective December 19, 2016.

3. **Effective Date.** This amendment is effective December 19, 2016.

**United States of America**
**Secretary of**
**Department of Health and Human Services**

By: _____
    **Director, Indian Health Service**

Date: ____4/24/19_____

**Alaska Native Tribal Health Consortium**

By: _____
    **Andy Teuber, Chairman & President**

Date: ____3/22/19_____

**Eighth Amendment to the Fiscal Year 2016-2018**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective January 1, 2017)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended effective October 1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 2, 2015, by an amendment entitled "Second Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2016, by an amendment entitled "Third Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2015, by an amendment entitled "Fourth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective June 6, 2017, by an amendment entitled "Fifth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2017, by an amendment entitled "Sixth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 19, 2016, by an amendment entitled "Seventh Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," is hereby amended, as follows:

1. **Table of Contents, Appendices.**

   Appendix E – Strike the Reference to "December 19, 2016" and replace it with "January 1, 2017". Appendix E is attached to this Amendment.

2. The following appendix is incorporated by reference and attached:
   Appendix E – List of Facilities and Locations List, effective January 1, 2017.

3. **Effective Date.** This amendment is effective January 1, 2017.

**United States of America**
**Secretary of**
**Department of Health and Human Services**

By: _____

    **Director, Indian Health Service**

Date: ___4/25/19_____

**Alaska Native Tribal Health Consortium**

By: _____

    **Andy Teuber, Chairman & President**

Date: ___3/22/19_____

**Ninth Amendment to the Fiscal Year 2016-2018**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective August 1, 2018)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended effective October 1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 2, 2015, by an amendment entitled "Second Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2016, by an amendment entitled "Third Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2015, by an amendment entitled "Fourth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective June 6, 2017, by an amendment entitled "Fifth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2017, by an amendment entitled "Sixth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 19, 2016, by an amendment entitled "Seventh Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective January 1, 2017, by an amendment entitled "Eighth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," is hereby amended, as follows:

1. **Table of Contents, Appendices.**

   Appendix E – Strike the Reference to "January 1, 2017" and replace it with "August 1, 2018". Appendix E is attached to this Amendment.

2. The following appendix is incorporated by reference and attached:

    Appendix E – List of Facilities and Locations List, effective August 1, 2018.

3. **Effective Date.** This amendment is effective August 1, 2018.


**United States of America
Secretary of
Department of Health and Human Services**

By: _____

    Director, Indian Health Service

Date: _____4/26/19_____


**Alaska Native Tribal Health Consortium**

By: _____

    Andy Teuber, Chairman & President

Date: _____3/22/19_____

**Tenth Amendment to the Fiscal Year 2016-2018**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective October 1, 2018)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended effective October 1, 2015, by an amendment entitled "First Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 2, 2015,  by an amendment entitled "Second Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2016, by an amendment entitled "Third Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2015, by an amendment entitled "Fourth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective June 6, 2017, by an amendment entitled "Fifth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective October 1, 2017, by an amendment entitled "Sixth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective December 19, 2016, by an amendment entitled "Seventh Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective January 1, 2017, by an amendment entitled "Eighth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," and, effective August 1, 2018, by an amendment entitled "Ninth Amendment to the Fiscal Year 2016-2018 Funding Agreement between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States," is hereby amended, as follows:

1. **Table of Contents.** Amend the Table of Contents as follows:
   a. 3.1.7.1.18 <u>Transitional Services</u>
      3.1.7.1.19 Other Health Care Services and Supplies

   b. 3.1.10 <u>Pediatric Education and Development</u>
      3.1.11 Other Services to Address Health Goals and Objectives

   c. <u>3.1.2.3 Acquisition of Services, Materials and Supplies</u>

2. **Appendices**

   a. **Appendix A – Financial Summary for Funding Agreements.** Substitute "(FY 2019)" for "(FY 2016)" at the end of the line.

3. **Dates.** Update the Agreement to reflect an end date of September 30, 2024.

   a. **Heading, Header and Footer.** Change the latter date to "FY 2024."
   b. **Section 1.2.** Change "2018" to "2024."
   c. **Section 4.1.1.** *See* Section 29(b) below.
   d. **Section 4.5.1 text and table.** Change "2018" to "2024."
   e. **Section 5.3.** Change "2018" to "2024."
   f. **Section 22.** Substitute "2024" for "2018."

4. **Citations to ISDEAA.** Correct and update citations to ISDEAA as shown below:

   a. **Section 3.1.10.** Substitute "5392(a)" for "458aaa-4(b)(2)"
   b. **Section 3.5.1.2.** Substitute "5307(b) and (c)" for "450e(b) and (c)"
   c. **Section 4.2.** Substitute "5325" for "450j-1" and substitute "5388(c)" for "458aaa-7(c)"
   d. **Section 15.** Substitute "1680c(c)(2)" for "1680(c)(b)(1)(B)"
   e. **Section 18.** Substitute "5396(b)" for "458aaa-15(b)"
   f. **Section 18.1.** Substitute "5304(e)" for "450b(e)"
   g. **Section 18.2.** Substitute "5322(b)" for "450h(b)"
   h. **Section 18.3.** Substitute "5322(d)(1)" for "450h(d)(1)"
   i. **Section 18.4.** Substitute "5328(b)" for "450(k)"
   j. **Section 18.5-18.8.** Substitute "5329(c)" for "450*l*"

5. **Preamble.** Amend the Preamble as follows:

   *This Funding Agreement is entered into by and between the Alaska Native Tribal Health Consortium and the Secretary of the Department of Health and Human Services of the United States of America. The Alaska Native Tribal Health Consortium, a tribal organization <u>and inter-tribal consortium</u> controlled by the tribes, ~~and~~ <u>tribally authorized tribal organizations, and inter-tribal consortia</u> in the State of Alaska, <u>is</u> authorized by*

*Section 325 of P.L. 105-83 and by Title V of the Indian Self-Determination and Education Assistance Act (ISDEAA), P.L. 93-638, as amended, is authorized to sign this Funding Agreement and to be responsible for and carry out the terms of this Funding Agreement.*

6.    **Section 1.3.7.** Amend section 1.3.7 as shown below:

  **Section 1.3.7  Community Health Aide Program Certification.** The IHS retains the responsibility […] to maintain the <u>Alaska</u> Community Health Aide Program ("CHAP") Certification Board [….] <u>The IHS agrees not to reduce the amounts provided for the Alaska CHAP pursuant to 25 U.S.C. § 1616l(d)(2)(A).</u>

7.    **Section 3.1.1.2.** Insert the phrase "physical security" into section 3.1.1.2 as shown below:

  **3.1.1.2  Executive Direction** provides [ . . . ] risk management, <u>physical security,</u> corporate compliance, [ . . . ]

8.    **Section 3.1.1.3.** Amend section 3.1.1.3 as shown below:

  **3.1.1.3  Alaska Tribal Health System Support** provides […] medical directors, <u>collaborating physicians and other supervising practitioners,</u> health providers, and other support of beneficiary services [ . . .]

9.    **Section 3.1.2.3.** Add the following as a new section under Health Systems Resources:

  **3.1.2.3  Acquisition of Services, Materials and Supplies** arranges for the acquisition and management of services, materials and supplies for ANTHC and tribal health programs, including through purchasing, procuring, trading, extracting, harvesting, gathering, processing, transporting, storing and disposing of materials, as well as providing and accepting in-kind contributions and volunteer services.

10.    **Section 3.1.3.3.** Amend section 3.1.3.3 as follows:

  **3.1.3.3  Data, Site and Information Technology Support** provides data, ~~and~~ site and information technology support, including <u>planning,</u> developing, building, assembling, configuring, <u>testing, approving,</u> procuring, ~~and~~ providing <u>and managing</u> electronic health record systems, health information exchange, <u>portals and applications for</u> a patient ~~portal~~ <u>and provider access</u>, RPMS/PCC, <u>data analytics and solutions, quality utilization, analytics and reporting technology to improve care</u> and other software applications; [ . . . .] Data, Site and Technology Support also provides assistance with selection and deployment of site specific and statewide solutions, which may include providing equipment, hardware, software, licenses, remote hosting, compliance monitoring and response, and other support, for electronic health records and ancillary systems (*e.g.*, Labs, Radiology<u>, Pharmacy</u>); implementation of systems, including <u>data governance, domain management, domain access management and related services,</u> interoperability, ~~and~~ health information exchange, <u>direct remote access, decision support,</u>

practice management and workflow redesign, workforce training, practitioner education and outreach; compliance with requirements and benchmarks (*e.g.*, meaningful use, privacy and security best practices); and accessing and utilizing national health information resources.

11.    **Section 3.1.4.3.**  Amend section 3.1.4.3 as follows:

        **3.1.4.3  Behavioral Health Consultation and Services** provides services for substance abuse, mental health, domestic violence, and other behavioral health conditionsservices, including prevention, evaluation, treatment, case management, aftercare, clinical supervision and community outreach and clinical community engagement; provides consultation and support, including technical assistance, planning, evaluation services, and academic, vocational, professional and continuing education and training for ANMC and other tribal behavioral health programs, which include prevention and treatment programs; participates in local, state, IHS, and national meetings, conferences, work groups, and projects; works with tribal organizations and other agencies to develop and maintain integrated behavioral health services and databases; provides behavioral health and related services, including case management services, for IHS beneficiaries, and coordinates and consults with tribal programs designed to facilitate transitions resulting from incarceration and release; provides technical and financial support, training, and consultation for tribal behavioral health aide programs, including the training programs administered in conjunction with other organizations.

12.    **Section 3.1.4.13.**  Amend 3.1.4.13 as follows:

        **3.1.4.13  Emergency Preparedness Services** develops and maintains a comprehensive emergency preparedness plan for the Alaska Tribal Health System; coordinates with appropriate federal, state, and local agencies, as well as other emergency responders, with respect to emergency preparedness and response; provides coordination, training, evaluation, response, recovery, capacity building and technical assistance services for ANTHC, ANMC, tribes and tribal health organizations and Native communities related to emergencies.

13.    **Section 3.1.4.19.**  Amend 3.1.4.19 as follows:

        **3.1.4.19  Environmental Health Assessment, Monitoring and Intervention** designs and conducts studies to identify, assess and monitor the impact of environmental phenomena, agents and interventions, including changing climate conditions change, and exposure to hazards, contaminants, infectious agents, and zoonotic disease, and other factors that may endanger impact the food safety and sufficiency, or health and wellness of IHS beneficiaries or Alaska Native communities.  ANTHC provides appropriate interventions, assistance and other support for IHS beneficiaries and their communities.

14.    **Section 3.1.4.20.**  Amend 3.1.4.20 as follows:

> **3.1.4.20  Injury Prevention, Wellness and Health Education** disseminates information, ~~and~~ promotes discussion about, and administers programs in support of~~,~~ injury prevention, wellness and public health through a variety of modalities, including through health coaches, volunteers, community and peer support programs, camps, <u>physical activity,</u> retreats, home health monitoring, assessing and improving living environments, outreach, presentations, newsletters, <u>social media</u>~~websites, blogs,~~ and social and professional networking fora.

15.    **Section 3.1.4.21.**  Amend 3.1.4.21 as follows:

> **3.1.4.21  Academic<u>, Vocational</u> and Professional Training** administers a wide range of academic, <u>vocational</u> and professional training programs to ensure an adequate workforce and promote Alaska Native professional <u>and workforce</u> development <u>for ANTHC and ATHS</u>.  This may include <u>administering and</u> collaborating ~~on~~ with educational, <u>vocational and research programs, institutions,</u> centers, colleges, and academies and with <u>publishers, distributors, distance delivery networks and other educational programs.</u>

16.    **Section 3.1.5.**  In section 3.1.5 [Regional and Contract Support Services], change all references to "contract health services" to "purchased/referred care" instead and add "<u>(formerly Contract Health Services)</u>" after the first reference to P/RC.  In addition, amend 3.1.5.5 as follows:

> **3.1.5.5**  [Regional ... Services] provides various services and support for tribal health programs pursuant to agreements with such organizations, including provision of health providers~~, supervision, technical assistance~~ and other health care <u>services and</u> delivery <u>support, supervision, technical assistance, medical</u> consultation and oversight ~~regarding specialty departments, *e.g.*, for~~ ~~such as~~ laboratories and pharmacies, <u>health system quality and planning support,</u> and administrative <u>and management</u> services.

17.    **Section 3.1.7.**  Amend Section 3.1.7 as follows:

> **3.1.7 Alaska Native Medical Center.**  ANMC offers a wide range of inpatient and ambulatory care to patients, [...] which includes direct patient care, field clinics, telephone consultation and telemedicine, <u>including remote monitoring and interventions,</u> [....]

18.    **Section 3.1.7.1.3.**  Amend Section 3.1.7.1.3 as follows:

> **3.1.7.1.3  Internal Medicine Services** which includes general internal medicine, <u>allergy and immunology,</u> [...]

19.    **Section 3.1.7.5.2.** Amend 3.1.7.5.2 to add the phrase "and diagnosis" as shown below:

>    **3.1.7.5.2  Community Environmental Services** provides [...] prevention and diagnosis of and response to zoonotic disease; [...]

20.    **Section 3.1.7.1.18.** Add a new section 3.1.7.1.18 (and renumber Section 3.1.7.1.18 to 3.1.7.1.19):

>    **3.1.7.1.18  Transitional Services** provides services, supplies, education, security, observation and other support to individuals who may need additional or different services than ANMC ordinarily provides, such as care in "respite locations" for transient populations, and behavioral health stabilization or "step down" services to patients awaiting admission, safe discharge or transfer to a facility or level of care more appropriate to an individual's needs; and

21.    **Section 3.1.7.2.1.** Amend section 3.1.7.2.1 as follows:

>    **3.1.7.2.1  Clinical and Anatomic Laboratory Services** provides a full range of clinical tests and examinations in support of patient diagnosis and treatment; specimen bank services, including specimen storage, retrieval and disposal; analyses for the Alaska Area hepatitis testing program; testing of samples received from the rural ASU and other tribal health programs; referral for testing not available at ANMC; and tissue and blood analysis in support of organ donation and transplant programs in which ANMC participates;

22.    **Section 3.1.7.4.** Change all references in section 3.1.7.4, except the first, to "contract health services" to "purchased/referred care," and amend as follows:

>    **3.1.7.4  Purchased/Referred Care (formerly Contract Health Services)** administers a program to pay providers and facilities to provide health . . . .

23.    **Section 3.1.9.** Amend section 3.1.9 as follows:

>    **3.1.9  Elder, Long Term and Other Supportive Services** provides hospital swing bed services and comprehensive health care and nursing services for the elderly, disabled and others needing long term health care that may include nursing facility services, assisted living, home health, personal care, aftercare, case management, wrap around and other supportive services to enable individuals to live in a home environment or other less restrictive environments. 25 U.S.C. § 1621d.

24.    **Section 3.1.10.** Insert a new section 3.1.10 (and renumber the current section 3.1.10 to 3.1.11).

>    **3.1.10  Pediatric Education and Development** provides education, skill development and socialization, health screening, growth and nutritional assessment,

resiliency-based child development and other culturally-appropriate child development services, and related services.

25. **Section 4.1.1 (FY 2019).**

   **a.** For FY 2019, substitute the following table for the table in Section 4.1.1:

| | Annual Funding |
|---|---|
| **RECURRING BASE:** Inclusive of all recurring funding.[12] | |
| Recurring Services | $116,535,216 |
| Recurring Facilities | $15,673,064 |
| **Subtotal Recurring:** | **$132,208,280** |
| **NON-RECURRING FUNDING:** Inclusive of certain program and nonrecurring contract support funds and such other funding that may be added to the Funding Agreement.[13] | |
| Contract Support Costs | $18,738,626 |
| Maintenance and Improvement funds | $1,862,130 |
| Equipment | $778,525 |
| Approved Sanitation Facilities Construction Project Funds:[14] | TBD |
| **Subtotal Non-Recurring:** | **$21,379,281** |
| **Subtotal Recurring and Non-Recurring:** | **$153,587,561** |
| Area Tribal Shares[15] | $847,255 |

|  | Annual Funding |
|---|---|
| Headquarters Tribal Shares - Program Formula[16] | $119,891 |
| **Subtotal – Tribal Shares[17]** | **$967,146** |
| **TOTAL COMPACT FUNDING[18]** | **$154,554,707** |
| **INITIAL WITHHOLD SUMMARY** | |
| IPA/MOA | $7,606,465 |
| Pharmaceuticals[19] | TBD |
| Village Built Clinics | $1,744,700 |
| **Subtotal Initial Withhold** | **$9,351,165** |

   **b.** Amend the third paragraph after the table as shown:

Of the amount shown above for Headquarters Tribal Share "Program Formula," $592,607$778,525 are for Equipment Replacement; the Equipment Replacement amount paid as a part of the lump sum due ANTHC was determined by multiplying the FY 2018$5$ Equipment Replacement amount paid to the Co-Signer by 90%. The final Equipment amount paid in FY 2016 – FY 2024 will be based on the final FY 2016 Equipment Replacement allocation for each fiscal year. If the final Equipment Replacement amount, as determined by the final FY 2016 Equipment Replacement allocation for each fiscal year, is less than the 90% calculation, [....]

26. **Section 4.2 (FY 2019).** Replace section 4.2 with the following:

      **4.2    Contract Support Costs.** Contract Support Costs (CSC) will be paid in accordance with 25 U.S.C. §5325 and §5388(c). The parties agree that, according to the best data available, the amount to be paid under the FY covered by this agreement, which represents the parties' estimate of the ANTHC's full CSC requirement pursuant to 25 U.S.C. §5325 is $29,585,915, which includes $10,847,289 for direct CSC and $18,738,626 for indirect or indirect-like CSC. The estimate shall be recalculated as necessary as additional data becomes available including information regarding the direct cost base, pass throughs and exclusions, and the indirect cost rates to reflect the full CSC required under 25 U.S.C. §5325. The parties will cooperate in updating the relevant data to make any agreed upon adjustments. In the event the parties disagree on the CSC amounts estimated and paid pursuant to this paragraph and ANTHC's full CSC requirement under ISDEAA, the parties may pursue any remedies available to them under the ISDEAA, the Compact, and the Contract Disputes Act, 41 U.S.C. §7101 *et seq.*

27.    **Section 4.3.1.2. Amend as follows:**

      **4.3.1.2 Area Office Reconciliation.** Funds not needed for residual or transitional federal PSFAs for fiscal years covered by this Funding Agreement shall be paid to ANTHC prior to the ~~close of the fiscal year~~ end of the funds' period of availability not to exceed 12 months from the end of the fiscal year.

28.    **Appendices.**

      a.  **Appendix A – Financial Summary for Funding Agreement.** Add the FY 2019 Financial Summary for Funding Agreement (*i.e.*, 2019 TSMv21.Final.xls) as Appendix A-4.

29.    **Effective Date of Tenth Amendment.** Except as otherwise expressly provided in this Eleventh Amendment or in a specific appendix, this amendment is effective October 1, 2018.

                    **United States of America
Secretary of
Department of Health and Human Services**

                    Evangelyn L. Dotomain -S  Digitally signed by Evangelyn L. Dotomain -S
                                              Date: 2021.10.15 12:40:57 -08'00'
              By:_____
                    **Director, Indian Health Service**

              **Date:**_____

**Alaska Native Tribal Health Consortium**

By:_____

    **Valerie Davidson, President**

Date:___4/26/2024_____

**Eleventh Amendment to the Fiscal Year 2016-2024
Funding Agreement
between the
ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
and the Secretary of the Department of Health and Human Services
of the
United States of America
(effective December 1, 2020)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended, is hereby amended, as follows:

1. **Appendices**

   a. **Appendix C – Continuing Services Agreement. Substitute "(FY2020)" for "FY 16" at the end of the line.**

2. **Section 3.1.4.16.** Replace section 3.1.4.16 with the following:

   **3.1.4.16 Infectious Disease Management** provides testing, vaccinations, patient education, supplies, and other health services and support to prevent and control infectious diseases, directly to IHS beneficiaries and others, whom may be served pursuant to 25 U.S.C. § 1680c and other applicable law, and technical assistance and other support to entities that serve IHS beneficiaries including by performing or supporting public health functions; performs other activities to identify, prevent, and control, infectious diseases, including by developing the capability and capacity for providing testing, vaccinations, storage, treatment, quarantine, containment, decontamination, and mitigation, and providing health education, management and provider training, and public health interventions.

3. **Section 3.1.7.2.1.** Amend section 3.1.7.2.1 as follows:

   **3.1.7.2.1 Clinical and Anatomic Laboratory Services** provides a full range of clinical tests and examinations in support of patient diagnosis and treatment; specimen bank services, including specimen storage, retrieval and disposal; analyses for the Alaska Area hepatitis testing program; reference lab services, including testing of samples received from the rural ASU and other tribal health programs; referral for testing not available at ANMC; and tissue and blood analysis in support of organ donation and transplant programs in which ANMC participates;

4. **Appendices.**

   a. **Appendix C – Continuing Services Agreement.** Add the final FY 2020 Continuing Services Agreement to the Funding Agreement as Appendix C-4.

5. **Effective Date.** This Amendment is effective December 1, 2020.

**United States of America
Secretary of Department of Health and Human Services**

By:_____
   **Director, Indian Health Service**

Date:_____

**Alaska Native Tribal Health Consortium**

By:_____
   **Valerie Nurr'araaluk Davidson, President**

Date:_____    September 21, 2021_____

**Twelfth Amendment to the Fiscal Year 2016-2024
Funding Agreement
between the
ALASKA NATIVE TRIBAL HEALTH CONSORTIUM
and the Secretary of the Department of Health and Human Services
of the
United States of America
(effective October 1, 2021)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended, is hereby amended, as follows:

1.    **Appendices.** Revise the Appendices list as follows.

   **Appendix M –** ANTHC M&I Pools Opt In/Opt Out Process (October 1, 2021)

2.    **Section 3.1.6.2.1.** Amend Section 3.1.6.2.1 as shown below.

   **3.1.6.2.1 M&I Program.** The Health Facilities Maintenance and Improvement (M&I) program maintains a comprehensive M&I program to promote and support the availability of safe and adequate health care facilities at locations throughout Alaska, including a technical consultation program, facility condition assessments, and management of M&I project funds.

   **3.1.6.2.1.1** ANTHC provides financial and technical support for eligible regional and local tribal health facilities for M&I projects that are first identified and recommended to the ANTHC Board of Directors through the Maintenance and Improvement Resource Allocation Committee (MIRAC) M&I Competitive and BEMAR project pools, including via policies, procedures, operating guidelines and related processes. Recommended projects are then approved by the ANTHC Board of Directors, and may be included in a negotiated Title V construction project agreement approved by IHS, which ANTHC has chosen to use.

   **3.1.6.2.1.2** The Secretary and ANTHC jointly agree that two-thirds of the total M&I funds for the Alaska Area are designated for "routine" M&I activities and are distributed by IHS directly to eligible tribes and tribal organizations in their funding agreements. One-third is designated "non-routine" funding for distribution through a construction project agreement to ANTHC for specific projects that are identified and recommended via ANTHC's statewide M&I program, currently through the Competitive project pool methodologies overseen by its statewide Maintenance and Improvement Resource Allocation Committee (MIRAC), an advisory committee of the ANTHC Board of Directors.

**3.1.6.2.1.3** Additional non-routine funding that may be available for the maintenance and improvement of eligible facilities, such as funding for the Backlog of Essential Maintenance, Alteration and Repair (BEMAR), is distributed through construction project agreements to ANTHC for specific projects identified and recommended via ANTHC's M&I program, for approval by IHS, currently through the BEMAR Pool methodologies.

**3.1.6.2.1.4** The Secretary and ANTHC jointly agree to provide an opportunity for tribes and tribal organizations with eligible facilities to opt out of participation in the M&I Competitive Project Pool and/or BEMAR Pool in accordance with the Appendix M.

3. **Appendices.** Attach Appendix M ANTHC M&I Pools Opt In/Out Process.

4. **Effective Date of Amendment.** This Amendment is effective October 1, 2021.

> **United States of America**
> **Secretary of**
> **Department of Health and Human Services**
>
> **By:**_____
>       **Director, Indian Health Service**
>
> **Date:**_____
>
> **Alaska Native Tribal Health Consortium**
>
> **By:** _____
>       **Valerie Nurr'araaluk Davidson, President**
>
> **Date:**_ 10/28/2021_____

**Thirteenth Amendment to the Fiscal Year 2016-2024**
**Funding Agreement**
**between the**
**ALASKA NATIVE TRIBAL HEALTH CONSORTIUM**
**and the Secretary of the Department of Health and Human Services**
**of the**
**United States of America**
**(effective October 1, 2021)**

The FY 2016-2018 Funding Agreement made and entered into by and between the Alaska Native Tribal Health Consortium ("ANTHC") and the Secretary of Health and Human Services of the United States of America, effective October 1, 2015, as subsequently amended, is hereby amended, as follows:

1. **Table of Contents.** Amend the Table of Contents as follows:

   a. Renumber "3.1.6.4 System Improvement and Sustainability" to Section 3.1.11
   b. Add a new title for 3.1.11, and renumber accordingly
      3.1.11 System Improvement and Sustainability
      3.1.12 Other Services to Address Health Goals and Objectives
   c. Amend Section 14's Title as follows:
      **Section 14 — Agreements with Tribes, ~~and~~ Tribal Organizations and Inter-Tribal Consortia**

2. **Section 3.1.3.3.** Amend Section 3.1.3.3 as follows:

   **3.1.3.3 Data, Site and Information Technology Support** provides data, site and information technology support, including planning, developing, building, assembling, configuring, testing, assessing, approving, procuring, providing and managing electronic health record systems, health information exchange, portals and applications for patient and provider access, RPMS/PCC, data analytics and solutions, quality utilization, analytics and reporting technology to improve care, infrastructure, and ~~other~~ software applications; system implementation and support, including data entry and processing for RPMS/PCC, patient care and other medical record and billing systems; data management including clinical information systems and health information exchange interfaces, coordination, integration and transmission of data, such as Medicaid and eligibility information, Core Data set, statistics, reports, RPMS and other technical manuals; and consultation, training and technical assistance in medical records. Data, Site and Technology Support also provides assistance with selection and deployment of site specific and statewide solutions, which may include providing equipment, hardware, software, licenses, remote hosting, compliance monitoring and response, and other support, for electronic health records and ancillary systems (*e.g.*, Labs, Radiology, Pharmacy); implementation of systems, including data governance, domain management, domain access management and related services, interoperability, and health information

Case 1:26-cv-00048-RJL    Document 1-15    Filed 01/08/26    Page 98 of 102

Alaska Tribal Health Compact                                      Alaska Native Tribal Health Consortium
Thirteenth Amendment to FY 2016-2024 Funding Agreement                                      Page 2 of 5

exchange, direct remote access, decision support, practice management and workflow redesign, workforce training, practitioner education and outreach; compliance with requirements and benchmarks (*e.g.*, meaningful use, privacy and security best practices); and accessing and utilizing national health information resources.

3.    **Section 3.1.3.4.**  Amend Section 3.1.3.4 as follows:

**3.1.3.4  Telehealth.**  In accordance with Section 325 of Public Law 105-83, ANTHC implements, manages, and supports the Alaska Federal Health Care Access Network (AFHCAN) telehealth  program, which includes support of the Alaska Federal Health Care Partnership (AFHCP), and develops, builds, assembles and configures, procures, and provides telehealth systems and related items and services, including, teleradiology, videoconferencing, clinical telehealth carts, workstations, and other hardware platforms, telehealth software, servers, hardware and other equipment, support, training, application hosting, updates, data transport services, interface development, integrates and facilitates information sharing, site assessment, evaluation, business planning, clinical workflow analysis and protocol development, equipment testing and evaluation, and technical and operational advice.  ANTHC provides support for the AFHCAN program and support for the operations and management of the Alaska Telehealth Advisory Council,  designs, evaluates and produces educational toolkits to explain key principles in telehealth technology, designs, develops, tests, assembles, recommends and utilizes tools and processes for assessing technology assessmentand related infrastructure, shares evaluation media and technological evaluations, and coordinates with other telehealth agencies, facilities and health organizations.

4.    **Section 3.1.4.1.**  Amend Section 3.1.4.1 as follows:

**3.1.4.1  Surveillance,  Analysis, and Support** Performs as a public health authority; andprovides, through the ANTHC Epidemiology Center and other ANTHC programs, provides statewide surveillance and analysis of causes of illness (including food borne and environmental contaminants), injury and death among IHS beneficiaries; maintains Alaska Native tumor and other registries; support, planning and coordinating functions for present and future needs of IHS beneficiaries, including elders and other specific beneficiary subgroups; technical and clinical support in epidemiologic and public health investigations; field clinics and training; and consultation for providers serving IHS beneficiaries.  These functions include collecting and receiving personally identifiable health information for the purpose of:

5.    **Section 3.1.4.11.**  Amend Section 3.1.4.11 as follows:

**3.1.4.11  HIV/AIDS and STD Prevention, Early Intervention, and Treatment Services** provides better access to and promotes prevention, early intervention, and treatment of HIV/AIDS and sexually transmitted disease (STD).  These activities and

services include development of continuous quality improvement programs, clinic policies, and enhanced opportunities for patient education, counseling, provision of safe supplies, testing, clinical examination, treatment, and referral services.

6.  **Section 3.1.6.** Amend Section 3.1.6 as follows:

    **3.1.6 Environmental Health and Engineering (DEHE).** The Environmental Health and Engineering programs will be implemented in accordance with ANTHC policy, as augmented by joint guidelines established by the ANTHC CEO and the IHS Area Director. DEHE is a statewide component of the Alaska Tribal Health System. DEHE provides a wide range of environmental health, material and product acquisition and management, construction (including demolition, site preparation, clearing rights of way, and renovation), design, consultation, operations, management and other services in support of programs, systems and infrastructure serving IHS beneficiaries and Alaska Native communities or related to supporting, maintaining and improving the Alaska Tribal Health System. Services also include coordination and support of designated advisory committees of the ANTHC Board of Directors, which currently include the Sanitation Facilities Advisory Committee, the Alaska Health Facilities Advisory Committee, and the Maintenance & Improvement Resources Allocation Committee. Representatives of this program serve on various governmental and community committees to represent tribal health interests.

7.  **Section 3.1.6.4.** Renumber Section 3.1.6.4 as Section 3.1.11 (and renumber 3.1.11 as 3.1.12).

8.  **Section 3.1.7.1.3.** Amend Section 3.1.7.1.3 as follows:

    **3.1.7.1.3 Internal Medicine Services** which includes general internal medicine, allergy and immunology, pulmonology, endocrinology, dermatology, rheumatology, nephrology, urology, neurology, gerontology, hepatology, critical care medicine, sleep studies, podiatry, gastroenterology, bariatric surgery and weight management services, and a hospitalist program; provides or arranges for most of the intensive care and sub-specialty internal medicine care for IHS beneficiary patients statewide; maintains a tumor registry; provides preventive treatment of viral hepatitis and participates in various hepatitis and other research projects; and provides a comprehensive diabetes program.

9.  **Section 3.1.7.1.7.** Amend Section 3.1.7.1.7 as follows:

    **3.1.7.1.7 Pediatric Services** provides, in collaboration with SCF, primary care for neonates, infants, children and adolescents; pediatric specialty care; consultation with pediatric sub-specialists and health care providers, schools, and other individuals, programs, and agencies providing supportive services; neonatal care, and newborn care, including nutritional therapy and provision of donated breast milkand; support for high-risk deliveries; and pediatric intensive care.

10. **Section 3.1.7.2.8.** Amend Section 3.1.7.2.8 as follows:

**3.1.7.2.8    Nutrition and Food Services** includes medical nutritional therapy, which provides screening/assessment, nutritional education and patient monitoring and supplemental feedings and consultative assistance, and food service which is responsible for providing patient meals and cafeteria service for patients, visitors, employees and ~~Quyana House~~ patient housing guests;

11.    **Section 3.5.4.3.** Amend Section 3.5.4.3 as follows:

**3.5.4.3    Intellectual Property.** IHS, through contracts, grants, sub-grants, license agreements, or other agreements may have acquired rights or entered into license agreements directed to copy righted material. ANTHC may use, reproduce, publish, or allow others to use, reproduce, or publish such material only to the extent that IHS's contracts, grants, sub-grants, license agreements, or other agreements provide that IHS has the right to allow a tribe to do so and IHS determines that it will extend its rights to ANTHC. ANTHC's use of any such copy righted material and licenses is limited to the scope of use defined in the agreements. ~~In the course of administering federal contracts, grants, subgrants, and other agreements prior to ANTHC's assumption of federal responsibilities under the Compact, IHS acquired various copyrights and licenses, including licenses pursuant to 45 C.F.R. § 74.36 and 45 C.F.R. § 92.34, in works which the IHS possessed, reproduced, published and otherwise used and allowed others to possess, reproduce, publish, and otherwise use. To carry out the PSFAs assumed by ANTHC on or after October 1, 1998, ANTHC has the delegated authority and permission from IHS to use and allow others to reproduce, publish, and otherwise make use of these works to the same extent as IHS, consistent with the copyrights or licenses acquired by IHS in such works.~~

12.    **Section 6.2.** Amend Section 6.2 as follows:

**6.2    Proposals by Authorizing Tribes.** Should any Tribe (as defined by 25 U.S.C. § 5381(b)) submit a proposal, request, or assume responsibility for PSFAs, (or portions thereof) under a contract or Funding Agreement pursuant to the Act, AANHS will notify ANTHC, work collaboratively with ANTHC and the respective tribe, and negotiate any adjustment to funding amounts and responsibilities of ANTHC under this Funding Agreement ~~will be negotiated~~.

13.    **Section 14.** Amend Section 14 as shown below.

**Section 14 — Agreements with Tribes, ~~and~~ Tribal Organizations and Inter-Tribal Consortia.** Funds provided under this Funding Agreement or at the direction of IHS may be allocated to and expended by an Alaska Native ~~Village (Village)~~ Tribe (as defined by 25 U.S.C. §5304(e)) or tribal organization or inter-tribal consortium in accordance with the terms of the Compact, this Funding Agreement, an agreement approved by ANTHC

and the ~~Village~~Tribe, ~~or~~ tribal organization or inter-tribal consortium, and Section 325 of P.L. 105-83, including those entered into under Attachment 5 to the FY 99 AFA, the Cooperative Agreement for FY 99 Staffing Package Funds for Rural Anchorage Service Unit between the Alaska Native Tribal Health Consortium and Southcentral Foundation (Staffing Package Agreement). The Federal Tort Claims Act shall apply to PSFAs carried out by the ~~Village~~Tribe, ~~or~~ tribal organization or inter-tribal consortium, under such agreement and to the ~~Village~~Tribe ~~or~~ tribal organization or inter-tribal consortium and its employees to the same extent as if they had been carried out directly by ANTHC, if the ~~Village~~Tribe, ~~or~~ tribal organization or inter-tribal consortium that meets or would have met the criteria of 25 C.F.R. § 900.181~~,~~ but for the limitations on contracting imposed by Sections 325 and 326 of P.L. 105-83 or similar restrictions adopted in subsequent Congressional legislation. ANTHC agrees to be responsible for assuring that the language of any such agreement with a ~~Village~~Tribe, ~~or~~ tribal organization or inter-tribal consortium, shall be consistent with the Compact, this Funding Agreement and the Act. Such an agreement may include provisions for the assignment of federal employees under IPA assignment or Commissioned Corps detail. Such assignments shall be subject to the approval of the AANHS Director.

14.  **Section 18.** Add the following as a new subsection at the end of Section 18:

    **18.9**    25 U.S.C. § 5305(a) and (c)

15.  **Effective Date.** This Amendment is effective October 1, 2021.

    **United States of America**
    **Secretary of Department of Health and Human Services**

    By:_____
        **Director, Indian Health Service**

    Date:_____

    **Alaska Native Tribal Health Consortium**

    By:_____
    **Valerie Nurr'araaluk Davidson, President**

    Date: 10/28/2021_____