UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COOK INLET REGION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR.<br>Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Civil Action No. 26-0048 (RJL) |

## STIPULATION OF DISMISSAL

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ Ethan Shenkman*

ETHAN SHENKMAN (DC Bar No. 454971)
Allon Kedem (DC Bar No. 1009039)
Daniel Yablon (DC Bar No. 90022490)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
Ethan.Shenkman@arnoldporter.com
Allon.Kedem@arnoldporter.com
Daniel.Yablon@arnoldporter.com

Stanley M. Kaminsky (*pro hac vice*)
NY Bar No. 6099386
ARNOLD & PORTER KAYE SCHOLER LLP
250 W 55th St
New York, NY 10019
(212) 836-8000
Stanley.Kaminsky@arnoldporter.com

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Sian Jones*

SIAN JONES (DC Bar No. 1024062)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578

*Attorneys for the United States of America*

2

*Attorneys for Plaintiff Cook Inlet Region, Inc.*


 */s/ Charles W. Galbraith*
CHARLES W. GALBRAITH (DC Bar No. 1028083)
Krystalyn Kinsel (DC Bar No. 1616364)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6000
CGalbraith@jenner.com
KKinsel@jenner.com

*Attorneys for Plaintiff Southcentral Foundation*


Dated:  July 2, 2026

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COOK INLET REGION, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR.<br>Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 26-0048 (RJL) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July, 2026, a copy of the foregoing *Stipulation of Dismissal* was served via electronic mail and this Court's ECF/CM system upon:

SIAN JONES (DC Bar No. 1024062)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578
*Counsel for Defendants*

/s/ Ethan Shenkman
ETHAN SHENKMAN

3